## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*, [1] | Case No. 23-10051 (JKS) |
| Debtors. | (Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

I, Oleg Bitman, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 17, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only [Docket No. 2]

- Declaration of Rian Branning in Support of the Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 3]

- Debtors' Application for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent [Docket No. 4]

- Debtors' Motion for Entry of an Order: (I) Authorizing the Debtors to: (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information for Individual Creditors; and (II) Granting Related Relief [Docket No. 5]

- Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Docket No. 6]

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number, are: GigaMonster Networks LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of Calfornia LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

- Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing, but not Directing, the Debtors to (A) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 7]

- Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees; and (II) Granting Related Relief [Docket No. 8]

- Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Maintain their Insurance Policies and Programs, (B) Honor All Insurance Obligations, (C) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies and (II) Granting Related Relief [Docket No. 9]

- Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 366 and Fed. R. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders: (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief [Docket No. 10]

- Motion of the Debtors Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief [Docket No. 11]

- Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of (X) Stalking Horse Assets and (Y) Other Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement for Stalking Horse Assets and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 12] (the "***Bidding Procedures Motion***")

- Notice of Hearing on First Day Motions [Docket No. 15] (the "***Notice of First Day Hearing***")

- Notice of Hearing on Motion of the Debtors Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured

Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief [Docket No. 16] (the "***Notice of Hearing on DIP Motion***")

- Notice of Agenda for Hearing on First Day Motions Scheduled for January 18, 2023 at 10:30 a.m. (Prevailing Eastern Time), before the Honorable J. Kate Stickles, Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 [Docket No. 17] (the "***First Day Hearing Agenda***")

On January 17, 2023, at my direction and under my supervision, employees of Kroll caused the Bidding Procedures Motion to be served via email on the Interested Parties Service List attached hereto as **Exhibit B**.

On January 17, 2023, at my direction and under my supervision, employees of Kroll caused the Notice of First Day Hearing and First Day Hearing Agenda to be served via overnight mail on (1) the Bank Service List attached hereto as **Exhibit C**, (2) the Insurance and Surety Service List attached hereto as **Exhibit D**, (3) the Taxing Authority Service List attached hereto as **Exhibit E**, and (4) the Utility Service List attached hereto as **Exhibit F**.

On January 17, 2023, at my direction and under my supervision, employees of Kroll caused the Bidding Procedures Motion, Notice of First Day Hearing, Notice of Hearing on DIP Motion and First Day Hearing Agenda to be served via overnight mail on the UCC Service List attached hereto as **Exhibit G**.


Dated: January 17, 2023


                                        */s/ Oleg Bitman*
                                         Oleg Bitman

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 17, 2023, by Oleg Bitman, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.


*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

SRF 66665

## Exhibit A

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL FOR COLIN COUNTY TAX ASSESSOR/COLLECTOR | ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL M. LOPEZ, LARRY R. BOYD & EMILY HAHN 1700 REDBUD BLVD STE 300 MCKINNEY TX 75069 | | PLOPEZ@ABERNATHY-LAW.COM BANKRUPTCY@ABERNATHY-LAW.COM @ABERNATHY-LAW.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | AT&T | ATTN: BRENT ARMSTRONG 208 S. AKARD STREET, SUITE 2954 DALLAS TEXAS 75202 | | BA4553@ATT.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | AT&T | ATTN: BRENT ARMSTRONG P.O. BOX 5019 CAROL STREAM IL 60197-5019 | | BA4553@ATT.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | BDO | ATTN: PAUL LUNDY 330 N WABASH AVE STE 3200 CHICAGO IL 60611 | | PLUNDY@BDO.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | BDO | ATTN: PAUL LUNDY P.O. BOX 642743 PITTSBURGH PA 15264-2743 | | PLUNDY@BDO.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | BROADRIVER COMMUNICATION | ATTN: WILLIAM DEARING 1000 HEMPHILL AVE., NW ATLANTA GA 30318 | | WDEARING@CALLTOWER.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | CENTURYLINK | ATTN: TYLER ZECKER 100 CENTURYLINK DR MONROE LA 71203 | | TYLER.ZECKER@LUMEN.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | CENTURYLINK | ATTN: TYLER ZECKER P.O. BOX 91155 SEATTLE WA 98111-2348 | | TYLER.ZECKER@LUMEN.COM | Overnight Mail and Email |
| COUNSEL TO THE DIP AGENT AND DIP LENDER & CO-COUNSEL TO M/C PARTNERS VIII, L.P., AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | CHOATE HALL & STEWART LLP | ATTN: BRIAN P. LENIHAN TWO INTERNATIONAL PLACE BOSTON MA 02110 | | BLENIHAN@CHOATE.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | COGENT COMMUNICATIONS, INC. | ATTN: KELLI RAVIELE 2450 N STREET, NW WASHINGTON DC 20037 | | KRAVIELE@COGENTCO.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | COGENT COMMUNICATIONS, INC. | ATTN: KELLI RAVIELE P.O. BOX 791087 BALTIMORE MD 21279-1087 | | KRAVIELE@COGENTCO.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | COLOGIX, INC | ATTN: SUMMER MAY 1601 19TH ST., STE 650 DENVER CO 80202 | | SUMMER.S.MAY@COLOGIX.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | COLOGIX, INC | ATTN: SUMMER MAY P.O. BOX 732353 DALLAS TX 75373-2353 | | SUMMER.S.MAY@COLOGIX.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | COMCAST BUSINESS | ATTN: OLIVER VELASQUEZ COMCAST CENTER 1701 JFK BOULEVARD PHILADELPHIA PA 19103 | | OLIVER_VELASQUEZ@COMCAST.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | COMCAST BUSINESS | ATTN: OLIVER VELASQUEZ P.O. BOX 37601 PHILADELPHIA PA 19101-0601 | | OLIVER_VELASQUEZ@COMCAST.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | CORESITE L.P. | ATTN: ERIN CONNOLLY 1001 17TH ST STE 500 DENVER CO 80202-2461 | | ERINA.CONNOLLY@CORESITE.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | CORESITE L.P. | ATTN: ERIN CONNOLLY P.O. BOX 74338 1001 17TH STREET DENVER CO 80202 | | ERINA.CONNOLLY@CORESITE.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | CROWN CASTLE FIBER LLC 21926 | ATTN: IVANA CARDONA 8020 KATY FREEWAY HOUSTON TX 77024 | | IVANA.CARDONA@CROWNCASTLE.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | CROWN CASTLE FIBER LLC 21926 | ATTN: IVANA CARDONA P.O. BOX 21926 NEW YORK NY 10087-1926 | | IVANA.CARDONA@CROWNCASTLE.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | ENTERPRISE | ATTN: RACHEL MOSS ENTERPRISE FLEET MGMT CUSTOMER BILLING P.O. BOX 800089 KANSAS CITY MO 64180-0089 | | RACHEL.MOSS@EFLEETS.COM | Overnight Mail and Email |

In re: GigaMonster Networks, LLC, et al.
Case No. 23-10051 (JKS)

Page 1 of 5

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVE NW, 2310A WASHINGTON DC 20460 | | | Overnight Mail |
| TOP 30 LARGEST UNSECURED CREDITOR | EQUINIX INC | ATTN: CARRIE PAYNE 4252 SOLUTIONS CENTER CHICAGO IL 60677-4002 | | CAPAYNE@EQUINIX.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | FIBERLIGHT LLC | ATTN: LISA LEDWITH 3000 SUMMIT PLACE, SUITE 200 ALPHARETTA GA 30009 | 678-366-0411 | LISA.LEDWITH@FIBERLIGHT.COM | Overnight Mail, Email and Fax |
| TOP 30 LARGEST UNSECURED CREDITOR | FIBERLIGHT LLC | ATTN: LISA LEDWITH P.O. BOX 602526 CHARLOTTE NC 28260-2526 | 678-366-0411 | LISA.LEDWITH@FIBERLIGHT.COM | Overnight Mail, Email and Fax |
| TOP 30 LARGEST UNSECURED CREDITOR | GRAYBAR ELECTRIC COMPANY, INC | ATTN: KATHY LEWIS 2050 NANCY HANKS DRIVE NORCROSS GA 30074 | | KATHY.LEWIS@GRAYBAR.COM | Overnight Mail and Email |
| THE LENDERS UNDER THE DEBTORS' PREPETITION CREDIT FACILITIES | HOGAN LOVELLS US LLP | ATTN: ERIN N. BRADY & CHRIS BRYANT 390 MADISON AVENUE NEW YORK NY 10017 | | ERIN.BRADY@HOGANLOVELLS.COM CHRIS.BRYANT@HOGANLOVELLS.COM | Overnight Mail and Email |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET STREET MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 | 855-235-6787 | | Overnight Mail and Fax |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION P.O. BOX 7346 PHILADELPHIA PA 19101-7346 | 855-235-6787 | | Overnight Mail and Fax |
| COUNSEL TO THE DIP AGENT AND DIP LENDER & CO-COUNSEL TO M/C PARTNERS VIII, L.P., AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | JONES DAY | ATTN: JOHN D. CASAIS 100 HIGH STREET BOSTON MA 02110 | | JCASAIS@JONESDAY.COM | Overnight Mail and Email |
| CO-COUNSEL TO M/C PARTNERS VIII, L.P., AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | JONES DAY | ATTN: NICHOLAS J. MORIN 250 VESEY STREET NEW YORK NY 10281-1047 | | NMORIN@JONESDAY.COM | Overnight Mail and Email |
| COUNSEL TO THE DIP AGENT AND DIP LENDER & CO-COUNSEL TO M/C PARTNERS VIII, L.P., AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | JONES DAY | ATTN: THOMAS M. WEARSCH & NICHOLAS BUCHTA 901 LAKESIDE AVENUE CLEVELAND OH 44114 | | TWEARSCH@JONESDAY.COM NBUCHTA@JONESDAY.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | LEVEL 3 COMMUNICATIONS, LLC | ATTN: TYLER ZECKER 1025 ELDORADO BLVD BROOMFIELD CO 80021 | | TYLER.ZECKER@LUMEN.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | LEVEL 3 COMMUNICATIONS, LLC | ATTN: TYLER ZECKER P.O. BOX 910182 DENVER CO 80291-0182 | | TYLER.ZECKER@LUMEN.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | LTS MANAGED TECHNICAL SERVICES LLC | ATTN: MICHELLE MELSON 6405 MIRA MESA BOULEVARD SUITE 200 SAN DIEGO CA 92121 | | MICHELLE.NELSON@LEDCOR.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | MARSH | ATTN: ERICK COOPER 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 | | ERICK.COOPER@MARSH.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | MASTEC ADVANCED TECHNOLOGIES | ATTN: ANDREA MAYER 806 S. DOUGLAS ROAD 10TH FLOOR CORAL GABLES FL 33134 | 305-406-1960 | ANDREA.MAYER@MASTEC.COM | Overnight Mail, Email and Fax |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY 1850 M ST., NW 12TH FLOOR WASHINGTON DC 20036 | 202-331-1427 | KCORDRY@NAAG.ORG | Overnight Mail, Email and Fax |
| UNITED STATES TRUSTEE, DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIMOTHY JAY FOX, JR. U.S. DEPARTMENT OF JUSTICE 844 KING STREET, SUITE 2207, LOCKBOX #35 WILMINGTON DE 19801 | 302-573-6497 | TIMOTHY.FOX@USDOJ.GOV | Overnight Mail, Email and Fax |
| COUNSEL TO DEBTOR | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, DAVID M. BERTENTHAL & TIMOTHY P. CAIRNS 919 NORTH MARKET STREET, 17TH FLOOR P.O. BOX 8705 WILMINGTON DE 19899-8705 | 302-652-4400 | LJONES@PSZJLAW.COM DBERTENTHAL@PSZJLAW.COM TCAIRNS@PSZJLAW.COM | Email and Fax |

In re: GigaMonster Networks, LLC, et al.
Case No. 23-10051 (JKS)

Page 2 of 5

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITOR | PERFECT 10 | ATTN: ANDREA ANDERSON<br>16101 LA GRANDE DR.<br>LITTLE ROCK AR 72223 | | ANDREA.ANDERSON@PERFECT-VISION.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | PERFECT 10 | ATTN: ANDREA ANDERSON<br>P.O. BOX 841444<br>DALLAS TX 75284-1444 | | ANDREA.ANDERSON@PERFECT-VISION.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | PORTLAND NAP | ATTN: PRESIDENT OR GENERAL COUNSEL<br>921 SW WASHINGTON<br>SUITE 100<br>PORTLAND OR 97205 | | KRIS@PITTOCK.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | RAISECOM | ATTN: KEITH ZALENSKI<br>7850 ULMERTON ROAD<br>SUITE 7A<br>LARGO FL 33771 | | KZALENSKI@RASIECOM.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | REGIONS BANK | ATTN: MARK ROHS<br>6343 ROSEWELL ROAD NE<br>ATLANTA GA 30328 | | MARK.ROHS@REGIONS.COM | Overnight Mail and Email |
| DELAWARE COUNSEL TO THE DIP LENDERS & CO-COUNSEL TO M/C PARTNERS VIII, L.P., AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | RICHARDS, LAYTON & FINGER, P.A. | ATTN: ZACHARY SHAPIRO & EMILY R. MATHEWS<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | 302-651-7701 | SHAPIRO@RLF.COM<br>MATTHEWS@RLF.COM | Overnight Mail, Email and Fax |
| TOP 30 LARGEST UNSECURED CREDITOR | SECUREMATICS | ATTN: NANCY STRATTON<br>2550 GATEWAY RD<br>CARLSBAD CA 92009-1742 | | NANCY.STRATTON@SECUREMATICS.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | SECUREMATICS | ATTN: NANCY STRATTON<br>P.O. BOX 742202<br>LOS ANGELES CA 90074-2202 | | NANCY.STRATTON@SECUREMATICS.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | SPECTRUM ENTERPRISE | ATTN: CRYSTAL DELAROSA<br>400 WASHINGTON BLVD.<br>STAMFORD CT 06902 | | CRYSTAL.DELAROSA1@CHARTER.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | SPECTRUM ENTERPRISE | ATTN: CRYSTAL DELAROSA<br>P.O. BOX 223085<br>PITTSBURGH PA 15251-2085 | | CRYSTAL.DELAROSA1@CHARTER.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | STALBIRD PROPERTIES LLC | ATTN: MATT STALBIRD<br>14851 STATE ROAD 52<br>SUITE 107-201<br>HUDSON FL 34669 | 813-902-6353 | MATT@STALBIRDPROPERTIES.COM | Overnight Mail, Email and Fax |
| STATE OF ALABAMA ATTORNEY GENERAL'S OFFICE | STATE OF ALABAMA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>501 WASHINGTON AVE<br>PO BOX 300152<br>MONTGOMERY AL 36130-0152 | | | Overnight Mail |
| STATE OF ARIZONA ATTORNEY GENERAL'S OFFICE | STATE OF ARIZONA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>1275 W. WASHINGTON ST<br>PHOENIX AZ 85007 | | | Overnight Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL'S OFFICE | STATE OF CALIFORNIA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>1300 I ST.<br>STE 1740<br>SACRAMENTO CA 95814 | | | Overnight Mail |
| STATE OF COLORADO ATTORNEY GENERAL'S OFFICE | STATE OF COLORADO ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | | | Overnight Mail |
| STATE OF FLORIDA ATTORNEY GENERAL'S OFFICE | STATE OF FLORIDA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | | Overnight Mail |
| STATE OF GEORGIA ATTORNEY GENERAL'S OFFICE | STATE OF GEORGIA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>40 CAPITOL SQUARE, SW<br>ATLANTA GA 30334-1300 | | | Overnight Mail |
| STATE OF INDIANA ATTORNEY GENERAL'S OFFICE | STATE OF INDIANA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>INDIANA GOVT. CTR SOUTH - 5TH FL<br>302 W WASHINGTON ST<br>INDIANAPOLIS IN 46204 | | | Overnight Mail |

In re: GigaMonster Networks, LLC, et al.
Case No. 23-10051 (JKS)

Page 3 of 5

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| STATE OF KENTUCKY ATTORNEY GENERAL'S OFFICE | STATE OF KENTUCKY ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL STATE CAPITOL, SUITE 118 700 CAPITOL AVE FRANKFORT KY 40601 | | | Overnight Mail |
| STATE OF LOUISIANA ATTORNEY GENERAL'S OFFICE | STATE OF LOUISIANA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL PO BOX 94095 BATON ROUGE LA 70804-4095 | | | Overnight Mail |
| STATE OF MARYLAND ATTORNEY GENERAL'S OFFICE | STATE OF MARYLAND ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL 200 ST PAUL PLACE BALTIMORE MD 21202-2202 | | | Overnight Mail |
| STATE OF MASSACHUSETTS ATTORNEY GENREAL'S OFFICE | STATE OF MASSACHUSETTS ATTORNEY GENREAL'S OFFICE | ATTN: ATTORNEY GENERAL 1 ASHBURTON PLACE BOSTON MA 02108-1698 | | | Overnight Mail |
| STATE OF MINNESOTA ATTORNEY GENERAL'S OFFICE | STATE OF MINNESOTA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL STATE CAPITOL STE 102 ST PAUL MN 55155 | | | Overnight Mail |
| STATE OF MISSISSIPPI ATTORNEY GENERAL'S OFFICE | STATE OF MISSISSIPPI ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL DEPARTMENT OF JUSTICE PO BOX 220 JACKSON MS 39205-0220 | | | Overnight Mail |
| STATE OF MISSOURI ATTORNEY GENERAL'S OFFICE | STATE OF MISSOURI ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL SUPREME CT. BLDG 207 W. HIGH ST. JEFFERSON CITY MO 65101 | | | Overnight Mail |
| STATE OF NEVADA ATTORNEY GENERAL'S OFFICE | STATE OF NEVADA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL OLD SUPREME CT. BLDG. 100 N CARSON ST CARSON CITY NV 89701 | | | Overnight Mail |
| STATE OF NEW JERSEY ATTORNEY GENERAL'S OFFICE | STATE OF NEW JERSEY ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL RICHARD J. HUGHES JUSTIC COMPLEX 25 MARKET ST., PO BOX 080 TRENTON NJ 08625-0080 | | | Overnight Mail |
| STATE OF NEW YORK ATTORNEY GENERAL'S OFFICE | STATE OF NEW YORK ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224 | | | Overnight Mail |
| STATE OF NORTH CAROLINA ATTORNEY GEN OFFICE | STATE OF NORTH CAROLINA ATTORNEY GEN OFFICE | ATTN: ATTORNEY GENERAL DEPT. OF JUSTICE PO BOX 629 RALEIGH NC 27602-0629 | | | Overnight Mail |
| STATE OF OHIO ATTORNEY GENERAL'S OFFICE | STATE OF OHIO ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL STATE OFFICE TOWER 30 E. BROAD ST COLUMBUS OH 43266-0410 | | | Overnight Mail |
| STATE OF OREGON ATTORNEY GENERAL'S OFFICE | STATE OF OREGON ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL JUSTICE BLDG 1162 COURT ST, NE SALEM OR 97301 | | | Overnight Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL'S OFFICE | STATE OF SOUTH CAROLINA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL REMBERT C. DENNIS OFFICE BLDG. PO BOX 11549 COLUMBIA SC 29211-1549 | | | Overnight Mail |
| STATE OF TENNESSEE ATTORNEY GENERAL'S OFFICE | STATE OF TENNESSEE ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL 425 5TH AVENUE NORTH NASHVILLE TN 37243 | | | Overnight Mail |
| STATE OF TEXAS ATTORNEY GENERAL'S OFFICE | STATE OF TEXAS ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL CAPITOL STATION PO BOX 12548 AUSTIN TX 78711-2548 | | | Overnight Mail |
| STATE OF VIRGINIA ATTORNEY GENERAL'S OFFICE | STATE OF VIRGINIA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL 900 E. MAIN ST. RICHMOND VA 23219 | | | Overnight Mail |

In re: GigaMonster Networks, LLC, et al.
Case No. 23-10051 (JKS)

Page 4 of 5

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| STATE OF WASHINGTON ATTORNEY GENERAL'S OFFICE | STATE OF WASHINGTON ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 | | | Overnight Mail |
| STATE OF WISCONSIN ATTORNEY GENERAL'S OFFICE | STATE OF WISCONSIN ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>WISCONSIN DEPARTMENT OF JUSTICE,<br>STATE CAPITOL, RM 114 EAST, PO BOX 7857<br>MADISON WI 53707-7857 | | | Overnight Mail |
| TOP 30 LARGEST UNSECURED CREDITOR | TEKSYSTEMS GLOBAL SERVICES, LLC | ATTN: VERNON JONES<br>7437 RACE ROAD<br>HANOVER MD 21076 | | VEJONES@TEKSYSTEMS.COM | Overnight Mail, Email and Fax |
| TOP 30 LARGEST UNSECURED CREDITOR | TELX - ATLANTA (DIGITAL REALTY) | ATTN: ADIA SALAS<br>5707 SOUTHWEST PARKWAY<br>BUILDING 1, SUITE 275<br>AUSTIN TX 78735 | | ASALAS@DIGITALREALTY.COM | Overnight Mail, Email and Fax |
| TOP 30 LARGEST UNSECURED CREDITOR | TELX - ATLANTA (DIGITAL REALTY) | ATTN: ADIA SALAS<br>P.O. BOX 419729<br>BOSTON MA 02241-9729 | | ASALAS@DIGITALREALTY.COM | Overnight Mail, Email and Fax |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | | Overnight Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>P.O. BOX 2046<br>WILMINGTON DE 19899-2046 | 302-573-6220 | USADE.ECFBANKRUPTCY@USDOJ.GOV | Overnight Mail, Email and Fax |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | 202-347-8922 | OAG@DC.GOV | Overnight Mail, Email and Fax |
| TOP 30 LARGEST UNSECURED CREDITOR | WAVE WHOLESALE | ATTN: TRISH MCGOWAN<br>P.O. BOX 31001-2714<br>PASADENA CA 91110-2714 | | TRISH.MCGOWAN@WAVEBROADBAND.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | WINNCOM TECHNOLOGIES CORP. | ATTN: AUSRA GAJDOS<br>28900 FOUNTAIN PARKWAY, UNIT B<br>SOLON OH 44139 | 440-498-9511 | A.GAJDOS@WINNCOM.COM | Overnight Mail, Email and Fax |
| TOP 30 LARGEST UNSECURED CREDITOR | WINNCOM TECHNOLOGIES CORP. | ATTN: AUSRA GAJDOS<br>P.O. BOX 536658<br>PITTSBURG PA 15253-5908 | 440-498-9511 | A.GAJDOS@WINNCOM.COM | Overnight Mail, Email and Fax |
| TOP 30 LARGEST UNSECURED CREDITOR | ZAYO GROUP, LLC | ATTN: BRITT BISCHOFF<br>1805 29TH STREET UNIT 2050<br>BOULDER CO 80301 | | BRITT.BISCHOFF@ZAYO.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | ZAYO GROUP, LLC | ATTN: BRITT BISCHOFF<br>P.O. BOX 952136<br>DALLAS TX 75395-2136 | | BRITT.BISCHOFF@ZAYO.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | ZIPLEY FIBER | ATTN: LINDA LARSON<br>135 LAKE STREET S.<br>SUITE 155<br>KIRKLAND WA 98033 | | LINDA.LARSON@ZIPLY.COM | Overnight Mail and Email |
| TOP 30 LARGEST UNSECURED CREDITOR | ZIPLEY FIBER | ATTN: LINDA LARSON<br>P.O. BOX 740407<br>CINCINNATI OH 45274-0407 | | LINDA.LARSON@ZIPLY.COM | Overnight Mail and Email |

In re: GigaMonster Networks, LLC, et al.
Case No. 23-10051 (JKS)

Page 5 of 5

**Exhibit B**

**<u>Exhibit B</u>**

**Due to the confidential nature of the Debtors' records, the Interested Parties Service List has been redacted.  The Interested Parties Service List will be made available to the Court, the U.S. Trustee, and any Official Committee upon request.**

**Exhibit C**

## Exhibit C
Banks Service List
Served as set forth below

| NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| REGIONS BANK | ATTN: MARK ROHS<br>6343 ROSEWELL ROAD NE<br>ATLANTA, GA 30328 | Overnight Mail |
| REGIONS BANK | ATTN: COMMERCIAL CARD SERVICES<br>2050 PARKWAY OFFICE CIRCLE<br>HOOVER, AL 35244 | Overnight Mail |
| REGIONS BANK | 6343 ROSEWELL ROAD NE<br>ATLANTA, GA 30328 | Overnight Mail |

**Exhibit D**

Exhibit D
Insurance and Surety Service List
Served as set forth below

| NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| ALLMERICA FINANCIAL BENEFIT | ATTN PRESIDENT OR GENERAL COUNSEL  THE HANOVER AMERICAN INSURANCE CO 440 LINCOLN STREET WORCESTER, MA 01653-0002 | Overnight Mail |
| CALIFORNIA PUBLIC UTILITIES COMM | ATTN BANKRUPTCY DEPARTMENT 505 VAN NESS AVENUE SAN FRANCISCO, CA 94102 | Overnight Mail |
| CHUBB GROUP OF INSURANCE COMPANIES | ATTN PRESIDENT OR GENERAL COUNSEL 202B HALLS MILL ROAD WHITEHOUSE STATION, NJ 08889 | Overnight Mail |
| CHUBB GROUP OF INSURANCE COMPANIES | ATTN PRESIDENT OR GENERAL COUNSEL FEDERAL INSURANCE COMPANY CAPITAL CTR 251 N ILLINOIS STE 1100 INDIANAPOLIS, IN 46204-1927 | Overnight Mail |
| CRUM & FORSTER SPECIALTY INS CO | ATTN PRESIDENT OR GENERAL COUNSEL 305 MADISON AVENUE MORRISTOWN, NJ 07962 | Overnight Mail |
| DIV OF PUBLIC UTILITY REGULATION | ATTN BANKRUPTCY DEPARTMENT VIRGINIA STATE CORP COMMISSION 1300 E MAIN ST TYLER BUILDING FL 4 RICHMOND, VA 23219 | Overnight Mail |
| EVANSTON | ATTN PRESIDENT OR GENERAL COUNSEL MARKEL NORTHEAST REGION 310 HIGHWAY 35 SOUTH RED BANK, NJ 07701 | Overnight Mail |

## Exhibit D
Insurance and Surety Service List
Served as set forth below

| NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| MASSACHUSETTS BAY INCS CO | ATTN PRESIDENT OR GENERAL COUNSEL THE HANOVER AMERICAN INSURANCE CO 440 LINCOLN STREET WORCESTER, MA 01653-0002 | Overnight Mail |
| NATIONAL UNION FIRE INSURANCE AIG | ATTN PRESIDENT OR GENERAL COUNSEL 1271 AVE OF AMERICAS FL 37 NEW YORK, NY 10020-1304 | Overnight Mail |
| SURETEC INSURANCE COMPANY | ATTN PRESIDENT OR GENERAL COUNSEL 2103 CITYWEST BLVD SUITE 1300 HOUSTON, TX 77042 | Overnight Mail |
| TENNESSEE PUBLIC UTILITY COMMISSION | ATTN BANKRUPTCY DEPARTMENT ANDREW JACKSON STATE OFFICE BLD 502, DEADERICK STREET 4TH FLOOR NASHVILLE, TN 37243 | Overnight Mail |
| THE HANOVER AMERICAN INSURANCE CO | ATTN PRESIDENT OR GENERAL COUNSEL THE HANOVER AMERICAN INSURANCE CO 440 LINCOLN STREET WORCESTER, MA 01653-0002 | Overnight Mail |

**Exhibit E**

Exhibit E

Taxing Authority Service List

Served as set forth below

| NAME | ADDRESS | METHOD OF SERVICE |
|------|---------|-------------------|
| ALDINE ISD TAX OFFICE | ATTN BANKRUPTCY DEPARTMENT 14909 ALDINE WESTFIELD RD HOUSTON TX 77032 | Overnight Mail |
| ARAPAHOE COUNTY | ATTN BANKRUPTCY DEPARTMENT ADMINISTRATION BUILDING 5334 S PRINCE STREET 5334 S PRINCE STREET LITTLETON CO 80120-1136 | Overnight Mail |
| BALDWIN COUNTY | ATTN BANKRUPTCY DEPARTMENT 1705 US HWY 31 S   BAY MINETTE AL 36507 | Overnight Mail |
| BRAZOS COUNTY | ATTN BANKRUPTCY DEPARTMENT 4151 COUNTY PARK COURT   BRYAN TX 77802 | Overnight Mail |
| CARROLL COUNTY | ATTN BANKRUPTCY DEPARTMENT 423 COLLEGE ST   CARROLLTON GA 30117 | Overnight Mail |
| CARSON CITY | ATTN BANKRUPTCY DEPARTMENT 201 N CARSON STREET   CARSON CITY NV 89701 | Overnight Mail |
| CHEROKEE COUNTY | ATTN BANKRUPTCY DEPARTMENT 155 TOWNE LAKE PKWY WOODSTOCK GA 30188 | Overnight Mail |
| CITY OF CLARKSVILLE | ATTN BANKRUPTCY DEPARTMENT ONE PUBLIC SQUARE   CLARKSVILLE TN 37040 | Overnight Mail |

Exhibit E

Taxing Authority Service List

Served as set forth below

| NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| CITY OF HAMPTON | ATTN BANKRUPTCY DEPARTMENT ONE FRANKLIN STREET SUITE 100 HAMPTON VA 23669 | Overnight Mail |
| CITY OF KENNESAW | ATTN BANKRUPTCY DEPARTMENT 2529 JO STEPHENSON AVE KENNESAW GA 30144 | Overnight Mail |
| CITY OF MURFREESBORO | ATTN BANKRUPTCY DEPARTMENT 111 WEST VINE STREET MURFREESBORO TN 37130 | Overnight Mail |
| CITY OF NORFOLK | ATTN BANKRUPTCY DEPARTMENT 810 UNION STREET FIRST FLOOR NORFOLK VA 23510 | Overnight Mail |
| CITY OF RICHMOND | ATTN BANKRUPTCY DEPARTMENT 900 E BROAD STREET   RICHMOND VA 23219 | Overnight Mail |
| CITY OF WOODSTOCK | ATTN BANKRUPTCY DEPARTMENT 12453 HWY 92   WOODSTOCK GA 30188 | Overnight Mail |
| CLACKAMAS COUNTY | ATTN BANKRUPTCY DEPARTMENT 150 BEAVERCREEK ROAD ROOM 135   OREGON CITY OR 97045 | Overnight Mail |

Exhibit E

Taxing Authority Service List

Served as set forth below

| NAME | ADDRESS | METHOD OF SERVICE |
|------|---------|-------------------|
| CLAYTON COUNTY | ATTN BANKRUPTCY DEPARTMENT ANNEX 3 2ND FLOOR 121 SOUTH MCDONOUGH ST 121 SOUTH MCDONOUGH ST JONESBORO GA 30236 | Overnight Mail |
| COMMONWEALTH OF KENTUCKY | ATTN BANKRUPTCY DEPARTMENT SALES AND USE TAX UNIT 200 FAIR OAKS LN 200 FAIR OAKS LN FRANKFORT KY 40602 | Overnight Mail |
| COOKE COUNTY | ATTN BANKRUPTCY DEPARTMENT 201 N DIXON STREET   GAINESVILLE TX 76240 | Overnight Mail |
| DALLAS COUNTY | ATTN BANKRUPTCY DEPARTMENT 500 ELM STREET SUITE 3300 DALLAS TX 75202 | Overnight Mail |
| DAWSON COUNTY | ATTN BANKRUPTCY DEPARTMENT 25 JUSTICE WAY SUITE 1222 DAWSONVILLE GA 30534 | Overnight Mail |
| DENTON COUNTY | ATTN BANKRUPTCY DEPARTMENT 1505 E MCKINNEY STREET DENTON TX 76209 | Overnight Mail |
| DESOTO COUNTY | ATTN BANKRUPTCY DEPARTMENT 365 LOSHER STREET SUITE 110 HERNANDO MS 38632 | Overnight Mail |

## Exhibit E

Taxing Authority Service List
Served as set forth below

| NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| DISTRICT OF COLUMBIA | ATTN BANKRUPTCY DEPARTMENT 1101 4TH STREET SW SUITE 270 WEST   WASHINGTON DC 20024 | Overnight Mail |
| DURHAM COUNTY | ATTN BANKRUPTCY DEPARTMENT 201 E MAIN STREET 3RD FLOOR ADMINISTRATION BLDG II ADMINISTRATION BLDG II DURHAM NC 27701 | Overnight Mail |
| FORSYTH COUNTY | ATTN BANKRUPTCY DEPARTMENT 1092 TRIBBLE GAP RD   CUMMING GA 30040 | Overnight Mail |
| FORT BEND COUNTY | ATTN BANKRUPTCY DEPARTMENT 1317 EUGENE HEIMANN CIRCLE RICHMOND TX 77469-3623 | Overnight Mail |
| FULTON COUNTY | ATTN BANKRUPTCY DEPARTMENT 141 PRYOR STREET SUITE 1106 ATLANTA GA 30303 | Overnight Mail |
| GREGG COUNTY | ATTN BANKRUPTCY DEPARTMENT GREGG COUNTY COURTHOUSE 101 E METHVIN SUITE 215 101 E METHVIN SUITE 215 LONGVIEW TX 75601 | Overnight Mail |
| HAYS COUNTY | ATTN BANKRUPTCY DEPARTMENT 712 S STAGECOACH TRAIL   SAN MARCOS TX 78666 | Overnight Mail |

Exhibit E

Taxing Authority Service List

Served as set forth below

| NAME | ADDRESS | METHOD OF SERVICE |
|------|---------|-------------------|
| HENRICO COUNTY | ATTN BANKRUPTCY DEPARTMENT<br>4301 EAST PARHAM ROAD<br>HENRICO VA 23228 | Overnight Mail |
| HENRY COUNTY | ATTN BANKRUPTCY DEPARTMENT<br>140 HENRY PARKWAY<br>MCDONOUGH GA 30253 | Overnight Mail |
| HILLSBOROUGH COUNTY | ATTN BANKRUPTCY DEPARTMENT<br>2506 N FALKENBURG ROAD<br>TAMPA FL 33619 | Overnight Mail |
| HOCKLEY COUNTY | ATTN BANKRUPTCY DEPARTMENT<br>624 AVENUE H SUITE 101<br>LEVELLAND TX 79336 | Overnight Mail |
| JEFFERSON COUNTY | ATTN BANKRUPTCY DEPARTMENT<br>JEFFERSON COUNTY COURTHOUSE<br>716 RICHARD ARRINGTON JR BLVD<br>N 716 RICHARD ARRINGTON JR<br>BLVD N BIRMINGHAM AL 35203 | Overnight Mail |
| JEFFERSON COUNTY | ATTN BANKRUPTCY DEPARTMENT<br>100 JEFFERSON COUNTY PARKWAY<br>GOLDEN CO 80419 | Overnight Mail |
| KING COUNTY | ATTN BANKRUPTCY DEPARTMENT<br>516 THIRD AVENUE   SEATTLE WA<br>98104 | Overnight Mail |

Exhibit E

Taxing Authority Service List

Served as set forth below

| NAME | ADDRESS | METHOD OF SERVICE |
|------|---------|-------------------|
| LOS ANGELES COUNTY | ATTN BANKRUPTCY DEPARTMENT KENNETH HAHN HALL OF ADMINISTRATION 500 W TEMPLE STREET 500 W TEMPLE STREET LOS ANGELES CA 90012 | Overnight Mail |
| MACONBIBB COUNTY | ATTN BANKRUPTCY DEPARTMENT 188 THIRD STREET   MACON GA 31201 | Overnight Mail |
| MECKLENBURG COUNTY | ATTN BANKRUPTCY DEPARTMENT VALERIE C WOODARD CENTER 3205 FREEDOM DRIVE SUITE 3000 3205 FREEDOM DRIVE SUITE 3000 CHARLOTTE NC 28208 | Overnight Mail |
| MIAMIDADE COUNTY | ATTN BANKRUPTCY DEPARTMENT 200 NW 2ND AVENUE   MIAMI FL 33128 | Overnight Mail |
| MONTGOMERY COUNTY | ATTN BANKRUPTCY DEPARTMENT 350 PAGEANT LANE SUITE 101B CLARKSVILLE TN 37040 | Overnight Mail |
| MONTGOMERY COUNTY | ATTN BANKRUPTCY DEPARTMENT 400 N SAN JACINTO ST   CONROE TX 77301 | Overnight Mail |
| PLACER COUNTY | ATTN BANKRUPTCY DEPARTMENT 2976 RICHARDSON DRIVE   AUBURN CA 95603 | Overnight Mail |

Exhibit E

Taxing Authority Service List

Served as set forth below

| NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| ROCKWALL COUNTY | ATTN BANKRUPTCY DEPARTMENT 841 JUSTIN ROAD   ROCKWALL TX 75087-4842 | Overnight Mail |
| RUTHERFORD COUNTY | ATTN BANKRUPTCY DEPARTMENT HISTORIC COURTHOUSE ROOM 102 MURFREESBORO TN 37130 | Overnight Mail |
| SAN BERNARDINO COUNTY | ATTN BANKRUPTCY DEPARTMENT 268 WEST HOSPITALITY LANE FIRST FL   SAN BERNARDINO CA 92415-0360 | Overnight Mail |
| SANTA CLARA COUNTY | ATTN BANKRUPTCY DEPARTMENT TAX AND COLLECTIONS 70 W HEDDING ST E WING 6TH FL 70 W HEDDING ST E WING 6TH FL SAN JOSE CA 95110 | Overnight Mail |
| SHELBY COUNTY | ATTN BANKRUPTCY DEPARTMENT 102 DEPOT STREET   COLUMBIANA AL 35051 | Overnight Mail |
| ST CLAIR COUNTY | ATTN BANKRUPTCY DEPARTMENT 165 5TH AVE SUITE 200   ASHVILLE AL 35953 | Overnight Mail |
| ST TAMMANY PARISH | ATTN BANKRUPTCY DEPARTMENT 701 N COLUMBIA STREET COVINGTON LA 70433 | Overnight Mail |
| STATE OF COLORADO | ATTN BANKRUPTCY DEPARTMENT 1375 SHERMAN STREET   DENVER CO 80261 | Overnight Mail |

Exhibit E

Taxing Authority Service List

Served as set forth below

| NAME | ADDRESS | METHOD OF SERVICE |
|------|---------|-------------------|
| STATE OF FLORIDA | ATTN BANKRUPTCY DEPARTMENT SALES AND USE TAX UNIT 1379 BLOUNTSTOWN HWY 1379 BLOUNTSTOWN HWY TALLAHASSEE FL 32304-2716 | Overnight Mail |
| STATE OF GEORGIA | ATTN BANKRUPTCY DEPARTMENT SALES AND USE TAX UNIT 1800 CENTURY BLVD NE 1800 CENTURY BLVD NE ATLANTA GA 30345 | Overnight Mail |
| STATE OF INDIANA | ATTN BANKRUPTCY DEPARTMENT SALES AND USE TAX UNIT 100 N SENATE AVE 100 N SENATE AVE INDIANAPOLIS IN 46204 | Overnight Mail |
| STATE OF MARYLAND | ATTN BANKRUPTCY DEPARTMENT DEPT OF ASSESSMENTS & TAXATION 301 W PRESTON ST 301 W PRESTON ST BALTIMORE MD 21201 | Overnight Mail |
| STATE OF MARYLAND | ATTN BANKRUPTCY DEPARTMENT 110 CARROLL ST  ANNAPOLIS MD 21411 | Overnight Mail |
| STATE OF MINNESOTA | ATTN BANKRUPTCY DEPARTMENT SALES AND USE TAX UNIT 600 NORTH ROBERT STREET 600 NORTH ROBERT STREET ST PAUL MN 55101 | Overnight Mail |

Exhibit E

Taxing Authority Service List

Served as set forth below

| NAME | ADDRESS | METHOD OF SERVICE |
|------|---------|-------------------|
| STATE OF NEVADA | ATTN BANKRUPTCY DEPARTMENT SALES AND USE TAX UNIT 1550 COLLEGE PKWY STE 115 1550 COLLEGE PKWY STE 115 CARSON CITY NV 89706 | Overnight Mail |
| STATE OF NEW YORK | ATTN BANKRUPTCY DEPARTMENT SALES AND USE TAX UNIT WA HARRIMAN CAMPUS WA HARRIMAN CAMPUS ALBANY NY 12227 | Overnight Mail |
| STATE OF OREGON | ATTN BANKRUPTCY DEPARTMENT OREGON DEPT OF REVENUE 955 CENTER ST NE 955 CENTER ST NE SALEM OR 97301-2555 | Overnight Mail |
| STATE OF OREGON | ATTN BANKRUPTCY DEPARTMENT 955 CENTER ST NE   SALEM OR 97301-2555 | Overnight Mail |
| STATE OF TENNESSEE | ATTN BANKRUPTCY DEPARTMENT ANDREW JACKSON BUILDING ROOM 1200 500 DEADERICK ST 500 DEADERICK ST NASHVILLE TN 37242-1099 | Overnight Mail |
| TARRANT COUNTY | ATTN BANKRUPTCY DEPARTMENT 100 E WEATHERFORD   FORT WORTH TX 76196 | Overnight Mail |

Exhibit E

Taxing Authority Service List

Served as set forth below

| NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| VALWOOD IMPROVEMENT AUTHORITY | ATTN BANKRUPTCY DEPARTMENT 1740 BRIERCROFT CT   CARROLLTON TX 75006 | Overnight Mail |
| WALTON COUNTY | ATTN BANKRUPTCY DEPARTMENT 303 S HAMMOND DRIVE SUITE 330 MONROE GA 30655 | Overnight Mail |
| WASHINGTON COUNTY | ATTN BANKRUPTCY DEPARTMENT 155 N FIRST AVENUE   HILLSBORO OR 97124 | Overnight Mail |
| WILLIAMSON COUNTY | ATTN BANKRUPTCY DEPARTMENT 904 S MAIN STREET   GEORGETOWN TX 78626 | Overnight Mail |
| YAMHILL COUNTY | ATTN BANKRUPTCY DEPARTMENT 535 NE 5TH ST ROOM 42 MCMINNVILLE OR 97128 | Overnight Mail |

**Exhibit F**

## Exhibit F

Utility Service List
Served as set forth below

| NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| ALIANZA INC | ATTN PRESIDENT OR GENERAL COUNSEL 1064 S NORTH COUNTY BLVD, SUITE 500 PLEASANT GROVE, UT 84062 | Overnight Mail |
| ALLSTREAM | ATTN PRESIDENT OR GENERAL COUNSEL 18110 SE 34TH STREET, BLDG ONE SUITE 100  VANCOUVER, WA 98683 | Overnight Mail |
| ALLSTREAM | P.O. BOX 734521  CHICAGO, IL 60673-4521 | Overnight Mail |
| BROADRIVER COMMUNICATION | ATTN PRESIDENT OR GENERAL COUNSEL 1000 HEMPHILL AVE NW ATLANTA, GA 30318 | Overnight Mail |
| COMCAST | P.O. BOX 70219  PHILADELPHIS, PA 19176-0219 | Overnight Mail |
| COMCAST | PO BOX 37601  PHILADELPHIA, PA 19101-0601 | Overnight Mail |
| COMCAST BUSINESS | P. O. BOX 34744  SEATTLE, WA 98124-1744 | Overnight Mail |
| COMCAST BUSINESS | P.O. BOX 37601  PHILADELPHIA, PA 19101-0601 | Overnight Mail |
| COMCAST BUSINESS | P.O. BOX 60533  CITY OF INDUSTRY, CA 91716-0533 | Overnight Mail |
| COMCAST BUSINESS | P.O. BOX 71211  CHARLOTTE, NC 28272-1211 | Overnight Mail |
| COMCAST CORPORATION | ATTN PRESIDENT OR GENERAL COUNSEL COMCAST CENTER, 1701 JFK BOULEVARD PHILADELPHIA, PA 19103 | Overnight Mail |
| DELMARVA POWER | ATTN PRESIDENT OR GENERAL COUNSEL 2 CENTER DRIVE, NORTH EAST COMMERCE CENTER, NORTH EAST, MD 21901-0497 | Overnight Mail |

Exhibit F

Utility Service List

Served as set forth below

| NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| DELMARVA POWER | PO BOX 13609  PHILADELPHIA, PA 19101 | Overnight Mail |
| EVERGREEN DISPOSAL & RECYCLING INC | ATTN PRESIDENT OR GENERAL COUNSEL<br>8145 NE NICHOLAS CT,<br>HILLSBORO, OR 97124 | Overnight Mail |
| EVERGREEN DISPOSAL & RECYCLING, INC | PO BOX 5069  ALOHA, OR 97006-0069 | Overnight Mail |
| GEORGIA NATURAL GAS | ATTN PRESIDENT OR GENERAL COUNSEL<br>6125 LAKEVIEW RD, SUITE 800<br>CHARLOTTE, NC 28269 | Overnight Mail |
| GEORGIA NATURAL GAS | ATTN. PAYMENT CENTER PO BOX 105445<br>ATLANTA, GA 30348-5445 | Overnight Mail |
| MARIETTA POWER | ATTN PRESIDENT OR GENERAL COUNSEL<br>675 N MARIETTA PARKWAY<br>MARIETTA, GA 30060 | Overnight Mail |
| NORTHWEST NATURAL GAS | ATTN PRESIDENT OR GENERAL COUNSEL<br>250 SW TAYLOR ST<br>PORTLAND, OR 97204 | Overnight Mail |
| NORTHWEST NATURAL GAS | PO BOX 6017  PORTLAND, OR 97228-6017 | Overnight Mail |
| NUFLARE TECHNOLOGY AMERICA INC | ATTN PRESIDENT OR GENERAL COUNSEL<br>1294 HAMMERWOOD AVENUE<br>SUNNYVALE, CA 94089 | Overnight Mail |
| PORTLAND GENERAL ELECTRIC CO | ATTN PRESIDENT OR GENERAL COUNSEL<br>121 SW SALMON ST<br>PORTLAND, OR 97204 | Overnight Mail |

**<u>Exhibit G</u>**

## Exhibit G

UCC Service List

Served as set forth below

| NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| AT&T CAPITAL SERVICES INC | ATTN PRESIDENT OR GENERAL COUNSEL 36 S FAIRVIEW AVENUE, 1ST FLOOR SUITE C, PARK RIDGE, IL 60068 | Overnight Mail |
| BAI CONNECT PNW LLC | ATTN PRESIDENT OR GENERAL COUNSEL 53 STATE STREET SUITE 2602 BOSTON, MA 02109 | Overnight Mail |
| BARINGS ASSET BASED INCOME FUND US | ATTN PRESIDENT OR GENERAL COUNSEL AS COLLATERAL AGENT, 340 MADISON AVE FLR 18, NEW YORK, NY 10173 | Overnight Mail |
| CANON FINANCIAL SERVICES INC | ATTN PRESIDENT OR GENERAL COUNSEL 158 GAITHER DRIVE MT LAUREL, NJ 08054 | Overnight Mail |
| RADIUS BANK | ATTN PRESIDENT OR GENERAL COUNSEL 500 BOYLSTON STREET BOSTON, MA 02116 | Overnight Mail |
| WAV LLC | ATTN PRESIDENT OR GENERAL COUNSEL 2380A PROSPECT DRIVE AURORA, IL 60502 | Overnight Mail |