**CERTIFICATE OF SERVICE**

   I, the undersigned, hereby certify that on the 26th day of January, 2023, a copy of the **Objection of Cigna Debtors' Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of (X) Stalking Horse Assets and (Y) Other Assets, (B) Authorizing the Debtors to Enter into Stalking Horse Agreement for Stalking Horse Assets and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief** was served via CM/ECF and as indicated upon the counsel below.

**BY EMAIL**

| | |
|---|---|
| Erin R. Fay, Esq. | Laura Davis Jones, Esq. |
| Gregory J. Flasser, Esq. | David M. Bertenthal, Esq. |
| Maria Kotsiras, Esq. | Timothy P. Cairns, Esq. |
| Bayard, P.A. | Pachulski Stang Ziehl & Jones LLP |
| Email: efay@bayardlaw.com | Email: ljones@pszjlaw.com |
|    gflasser@bayardlaw.com |    dbertenthal@pszjlaw.com |
|    mkotsiras@bayardlaw.com |    tcairns@pszjlaw.com |

Timothy Jay Fox, Jr., Esq.
Office of the United States Trustee
Email: timothy.fox@usdoj.gov

          /s/ Jeffrey C. Wisler
           Jeffrey C. Wisler (#2795)

#05718000