**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| GigaMonster Networks, LLC, *et al.*,[1] | : | Case No. 23-10051 (JKS) |
| | : | |
| | : | (Jointly Administered) |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Zayo Group, LLC**, Attn: Brittany McNamara; 1821 30th Street, Unit A, Boulder, CO 80301; Phone: (720) 797-5923; E-mail: Brittany.mcnamara@zayo.com;

2. **Equinix, Inc.**, Attn: Liz Vazquez, 1133 Avenue of the Americas, 16th Floor, New York, NY 10036; Phone: (646) 430-6847; E-mail: lvazquez@equinix.com;

3. **Crown Castle Fiber LLC.**, Attn: Mary Ann Marrero, 2000 Corporate Drive, Canonsburg, PA 15317; Phone: (704) 405-6518; E-mail: maryann.marrero@crowncastle.com

ANDREW R. VARA
United States Trustee, Region 3

/s/ *Timothy J. Fox* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: January 30, 2023

Attorney assigned to this Case: Timothy Fox, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Laura Davis Jones, Esq.; Phone: (302) 652-4100, Fax: (302) 652-4400

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number, are: GigaMonster Networks, LLC (2854); Gigasphere Holdings, LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications, LLC (0163); and Fibersphere Communications of CA, LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.