IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*[1],<br><br>          Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances (this "Notice of Appearance") as counsel to the Official Committee of Unsecured Creditors (the "Committee") pursuant to sections 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in the chapter 11 cases (collectively, the "Chapter 11 Cases") of the above-captioned debtors (collectively, the "Debtors"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

| | |
|---|---|
| Patrick A. Jackson (No. 4976)<br>Ian J. Bambrick (No. 5455)<br>Jaclyn C. Marasco (No. 6477)<br>Katharina Earle (No. 6348)<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>222 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4200<br>Facsimile: (302) 467-4201<br>Emails: patrick.jackson@faegredrinker.com<br>            ian.bambrick@faegredrinker.com<br>            jaclyn.marasco@faegredrinker.com<br>            katharina.earle@faegredrinker.com | Richard J. Bernard (*pro hac vice* pending)<br>**FAEGRE DRINKER BIDDLE & REATH LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 248-3140<br>Facsimile: (212) 248-3141<br>Email: richard.bernard@faegredrinker.com |

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

US.355496654.01

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors or their property or the Committee.

Dated: January 31, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Jaclyn C. Marasco*
Patrick A. Jackson (No. 4976)
Ian J. Bambrick (No. 5455)
Jaclyn C. Marasco (No. 6477)
Katharina Earle (No. 6348)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Email: patrick.jackson@faegredrinker.com
ian.bambrick@faegredrinker.com
jaclyn.marasco@faegredrinker.com
katharina.earle@faegredrinker.com

-and-

Richard J. Bernard (*pro hac vice* pending)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Email: richard.bernard@faegredrinker.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*