**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. D.I. 12** |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITNESS LIST**
**FOR HEARING ON FEBRUARY 7, 2023 AT 3:00 P.M. (ET)**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the above captioned chapter 11 cases hereby submits this witness list for the hearing scheduled on February 7, 2023 at 3:00 p.m. (ET) (the "Hearing") before the Honorable J. Kate Stickles, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 regarding the *Motion of the Debtors for Entry of Orders: (I) (A) Approving Bidding Procedures of the Sale of the Stalking Horse Assets and Other Assets, (B) Authorizing the Debtors to Enter Into the Stalking Horse Agreement and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving the Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II) (A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [D.I. 12] (the "Bid Procedures Motion").

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

US.355669537.01

## **WITNESSES**

The Committee designates the following person as a witness who may be called at the Hearing.

1. Robert Winning of M3 Partners.

The Committee also cross designates all witnesses designated by any other party in connection with the Hearing and reserves the right to call any necessary rebuttal or impeachment witnesses.

## **EXHIBITS**

The Committee will not present any exhibits in connection with the Hearing but reserves the right to submit exhibits for rebuttal or impeachment purposes. The Committee further reserves the right to cross designate all exhibits designated by any other party in connection with the Hearing.

The Committee reserves the right to amend this witness and exhibit list prior to the Hearing.

[*Signature Page Follows*]

Dated: February 6, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

<u>/s/ Jaclyn C. Marasco</u>
Patrick A. Jackson (No. 4976)
Ian J. Bambrick (No. 5455)
Jaclyn C. Marasco (No. 6477)
Katharina Earle (No. 6348)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Email: patrick.jackson@faegredrinker.com
 ian.bambrick@faegredrinker.com
 jaclyn.marasco@faegredrinker.com
 katharina.earle@faegredrinker.com

-and-

Richard J. Bernard (*pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
Email: richard.bernard@faegredrinker.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*