**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) ) ) | Case No. 23-10051 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF THIRD AMENDED[2] AGENDA FOR HEARING ON FEBRUARY 7, 2023 AT 3:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE J. KATE STICKLES, BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801**

**This hearing will be conducted in person.  Parties wishing to observe or participate in accordance with the Court's chambers procedures may attend remotely over Zoom.  Any party wishing to appear by Zoom must register by February 6, 2023 at 4:00 p.m.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.
Please use the following link to register for this hearing**

https://debuscourts.zoomgov.com/meeting/register/vJIsceqqrT4jGT_RNjMqHEnAS7PEONj0V_o

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

## MATTERS GOING FORWARD:

1. Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of (X) Stalking Horse Assets and (Y) Other Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement for Stalking Horse Assets and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests and

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2] **Amended items appear in bold.**

Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed: January 17, 2023) [Docket No. 12].

**Response Deadline:**  January 31, 2023 at 4:00 p.m. (Extended to February 3, 2023 at 12:00 p.m. as to the U.S. Trustee and the Official Committee of Unsecured Creditors)

**Responses Received:**

1. Objection of Cigna to Debtors' Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of (X) Stalking Horse Assets and (Y) Other Assets, (B) Authorizing the Debtors to Enter into Stalking Horse Agreement for Stalking Horse Assets and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed: January 26, 2023) [Docket No. 75].

2. Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors for Entry of Orders: (I) (A) Approving Bidding Procedures for the Sale of (X) Stalking Horse Assets and (Y) Other Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement for Stalking Horse Assets and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed: February 3, 2023) [Docket No. 88].

3. Limited Objection of the United States Trustee to Debtors' Motion to Establish Bid Procedures (Filed: February 3, 2023) [Docket No. 89].

**Related Documents:**

1. Notice of Hearing on Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of (X) Stalking Horse Assets and (Y) Other Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement for Stalking Horse Assets and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving

       the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed: January 18, 2023) [Docket No. 45].

2. Debtors' Witness and Exhibit List for Hearing on February 7, 2023 at 3:00 P.M. (Filed: February 6, 2023) [Docket No. 95].

3. **Official Committee of Unsecured Creditors Witness List for Hearing on February 7, 2023 at 3:00 p.m. (ET) (Filed: February 6, 2023) [Docket No. 98]**

**Replies Filed:**

1. Debtors' Motion for Leave to File a Late Reply in Support of Debtors' Bid Procedures Motion (Filed: February 6, 2023) [Docket No. 96].

**Status:** This matter is going forward with respect to the objections of the Official Committee of Unsecured Creditors and the United States Trustee. The Debtors have resolved the objection of Cigna through revisions to the proposed order. In support of the relief requested, the Debtors expect to present testimony of (a) Rian Branning, the Debtors' Chief Restructuring Officer and (b) Timothy J. Murphy of Bank Street Group LLC, the Debtors' proposed investment banker.

Dated: February 6, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
      dbertenthal@pszjlaw.com
      tcairns@pszjlaw.com

*Proposed Counsel for the Debtors and Debtors in Possession*

3