# SIGN-IN SHEET

| CASE NAME: GigaMonster Networks, LLC | COURTROOM #6 |
|---|---|
| CASE NUMBER: 23-10051 JKS | DATE: 2/6/2023 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Timothy J. Fox, Jr. | Office of U.S. Trustee | U.S. Trustee |
| Laura Davis Jones | PSZJ | Debtors |
| Peter Keane | PSZJ | Debtors |
| Nick Buchta | Jones Day | MC Partners |
| Zach Shapiro | RLF | MC Partners |
| Richard Bernard | FDBR | UCC |
| Jackie Marasco | FDBR | UCC |
| Andrew Remming | Morris, Nichols, Arsht & Tunnell | Bwings |
| J. Wisler | Connolly Gallagher | Cigna |

23-10051 GigaMonster Networks LLC
2/7/2023

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Christopher | Wick | Crown Castle | Hahn Loeser & Parks LLP |
| Paula | Subda | USBC | USBC |
| Sophie | Rogers Churchill | Barings | Morris, Nichols, Arsht & Tunnell |
| Andrew | Remming | Barings | Morris, Nichols, Arsht & Tunnell |
| Louis | Bubala | Kuenzli Rental Operations, LLC | Kaempfer Crowell |
| J. Cory | Falgowski | Regions Bank | Burr & Forman LLP |
| Angela | Price | GigaMonster Networks, LLC | |
| Leighton | Aiken | East Cobb Senior Living Center LLC | FERGUSON BRASWELL FRASER KUBASTA PC |
| Jarrod | Martin | Cobb Commerce Center LLC | Chamberlain Hrdlicka White Williams & Aughtry, P.C. |
| Katharina | Earle | Official Committee of Unsecured Creditors | Faegre Drinker Biddle & Reath LLP |
| Mary | Korycki | GigaMonster Networks, LLC | M3 Advisory Partners, LP |
| Patrick | Holohan | Debtwire - Interested party | |
| Chris | Bryant | Barings Asset Based Income Fund | Hogan Lovells |
| Erin | Brady | Barings Asset Based Income Fund | Hogan Lovells |
| Alexander | Steiger | MC Partners | RLF |
| David | Bertenthal | Debtors | Pachulski Stang Ziehl & Jones LLP |
| Maxim | Litvak | Debtors | Pachulski Stang |
| Mary | Caloway | Debtors | Pachulski Stang |
| Rachel | Werkheiser | USBC | USBC |
| Deborah | Perry | Uptown at Plum Creek Phase 1A LLC | Munsch Hardt Kopf & Harr PC |
| Manuel | Angulo | GigaMonster UCC | M3 Partners |
| Ricardo | Palacio | DIRECPATH, LLC | Ashby & Geddes, P.A. |
| William | Dodd | N/A | N/A |
| Chris | Ward | Interested Party | Polsinelli |
| John | Casais | M/C Partners | Jones Day |
| Uday | Gorrepati | N/A (ABI Project) | |