## EXHIBIT A

Schedule of Potential Assumed Contracts

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| 1. | Fibersphere Communications, LLC | Harrison West Condominiums Owners Association<br>1800 SW 1st Ave. Suite One<br>Portland, OR 97201<br><br>Harrison West Condominiums Owners Association<br>255 SW Harrison St<br>Portland, OR 97201 | Master Bulk Internet Service Agreement | August 1, 2014 | $0.00 |
| 2. | Fibersphere Communications, LLC (as assignee of Greenfield Communications, Inc. by that assignment letter dated December 15, 2016 | Fairway Canyon Community Association<br>36189 Champions Dr<br>Beaumont, CA 92223 | Residential Broadband Service Agreement | November 1, 2014 | $0.00 |
| 3. | GigaMonster Networks, LLC | Fairway Canyon Community Association<br>36189 Champions Dr<br>Beaumont, CA 92223 | Gigamonster Broadband Services Agreement | March 24, 2021 | $0.00 |
| 4. | GigaMonster Networks, LLC | Jones Six Seven, LP<br>Keene at the District<br>7895 S Dayton St.<br>Centennial, CO 80112 | Communications Services Agreement | December 20, 2023 | $0.00 |
| 5. | GigaMonster Networks, LLC | Jones Eight, LP<br>Hensley at the District | Communications Services Agreement | March 25, 2024 | $0.00 |

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | 9251 E. Mineral Ave. Centennial, CO 80112 | | | |
| 6. | GigaMonster Networks, LLC | 3RD Street Phoenix QOZB Owner, LLC "Moontower Phoenix" Lincoln Ventures LLC 704 West 9th Street Austin, TX 78701 Attn: Scott Burns<br><br>Katten Muchin Rosenman LLP 525 West Monroe Street Chicago, IL 60661-3693 Attn: Jason Vismantas | GigaMonster Universal Access Network Services Agreement | December 31, 2021 | $0.00 |
| 7. | GigaMonster Networks, LLC | Trailside SH Holdings, LLC c/o Phoenix Property Company 5950 Sherry Lane, Suite 320 Dallas, TX 75225 Attn: Preston Hart | Internet Services Agreement | May 18, 2021 | $0.00 |
| 8. | Fibersphere Communications, LLC (as assignee of Greenfield Communications, Inc. by that assignment letter dated December 15, 2016) | SCC College Park, LLC Community Association c/o SunCal Companies 2392 Morse Avenue Irvine, CA 92614 Attn: Edward Nolan | Residential Broadband Service Agreement | January 1, 2007 | $0.00 |
| 9. | Fibersphere Communications, LLC (f/k/a Fibersphere Communications, Inc.) | LOCA LLC c/o Killian Pacific 101 E. 6th Street, Suite 350 Vancouver, WA 98660 Attn: Jeremy McPherson | License Agreement | October 3, 2016 | $0.00 |

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|-----|----------------|----------------------|---------------------|--------------|-------------|
|  |  | LOCA LLC<br>c/o Hubacher & Ames, PLLC<br>11350 Random Hills Rd., Suite 800<br>Fairfax, VA 22030<br>Attn: Art Hubacher |  |  |  |
| 10. | GigaMonster, LLC | Expo Line Owner, LLC ("Linea")<br>c/o Carmel Partners<br>429 Santa Monica Boulevard, Suite 700<br>Santa Monica, CA 90401<br>Attn: Eric Snow<br><br>Davis Craig, PLLC<br>3100 McKinnon Street, Suite 1125<br>Dallas, TX 75201<br>Attn: Ian Davis | Internet Service Agreement | October 16, 2018 | $0.00 |
| 11. | GigaMonster, LLC | Jefferson at Stadium Park – Phase B Owner, LLC<br>c/o JPI<br>12250 El Camino Real, Suite 380<br>San Diego, CA 92130<br><br>Davis Craig, PLLC<br>3100 McKinnon Street, Suite 1125<br>Dallas, TX 75201<br>Attn: Ian Davis | Internet Service Agreement | March 29, 2018 | $0.00 |

DOCS_DE:242041.9 31213/001

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| 12. | GigaMonster Networks, LLC | Jefferson Southgate, LLC c/o JPI 12250 El Camino Real, Suite 380 San Diego, CA 92130 <br><br> Davis Craig, PLLC 13355 Noel Road, Suite 2018 Dallas, TX 75240-1518 | Internet Service Agreement | May 13, 2020 | $0.00 |
| 13. | GigaMonster Networks, LLC | MM NoHo Apartment, LLC c/o Trammell Crow Residential 5790 Fleet Street, Suite 140 Carlsbad, CA 92008 Attn: E. Garth Erdossy <br><br> Davis Craig, PLLC 13355 Noel Road, Suite 2018 Dallas, TX 75240-1518 Attn: Ian Davis | Service Agreement | December 15, 2020 | $0.00 |
| 14. | GigaMonster Networks, LLC | Breit MF Lake Vista LLC LivCor, LLC 233 S. Wacker Drive, Suite 4700 Chicago, IL 60606 Attn: VP-Revenue and Marketing <br><br> Revantage Corporate Services 233 S. Wacker Drive, Suite 4700 Chicago, IL 60606 Attn: General Counsel | GigaMonster Universal Access Network Services Agreement | October 27, 2021 | $0.00 |

DOCS_DE:242041.9 31213/001

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|-----|----------------|----------------------|---------------------|---------------|-------------|
| 15. | GigaMonster Networks, LLC | Breit MF The Greens LLC LivCor, LLC 233 S. Wacker Drive, Suite 4700 Chicago, IL 60606 Attn: VP-Revenue and Marketing<br><br>Revantage Corporate Services 233 S. Wacker Drive, Suite 4700 Chicago, IL 60606 Attn: General Counsel | GigaMonster Universal Access Network Services Agreement | October 27, 2021 | $0.00 |
| 16. | Fibersphere Communications, LLC (f/k/a Fibersphere Communications, Inc.) | Amberglen West Apartments LLC 3330 NW Yeonn, Suite 100 Portland, OR 97210 Attn:  Asset Manager<br><br>Horenstein Law Group, PLLC 500 Broadway, Suite 120 Vancouver, WA 98660 Attn: Stephen Horenstein | Broadband Services Agreement | December 15, 2016 | $0.00 |
| 17. | Fibersphere Communications, LLC (f/k/a Fibersphere Communications, Inc.) | AAT Lloyd District, LLC c/o American Assets Trust Management, LLC 700 NE Multnomah St., Suite 300 Portland, OR 97232 Attn: Property Management<br><br>American Assets Trust Management, LLC 11455 El Camino Real, Suite 200 San Diego, CA 92130 Attn: Legal | Broadband Services License Agreement | May 13, 2015 | $0.00 |
| 18. | Fibersphere Communications, LLC | MCREF 1420 Pearl Development LLC c/o Mill Street Residential Trust 220 NW 2nd Ave., Suite 900 | Communication License Agreement | September 21, 2016 | $0.00 |

5

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | (f/k/a Fibersphere Communications, Inc.) | Portland, OR 97209 Attn: Sam Rodriguez<br><br>Rockwood Capital 50 California Street, Suite 3000 San Francisco, CA 94111 Attn: Christopher Stanley<br><br>Davis Craig & Taylor, PLLC 3100 McKinnon Street, Suite 1125 Dallas, TX 75201 Attn: Ian Davis | | | |
| 19. | Fibersphere Communications, LLC (f/k/a Fibersphere Communications, Inc.) | Nash-Holland Orenco Podium Investors, LLC 1111 Main Street, Suite 700 Vancouver, WA 98660 | Broadband Services Agreement | June 20, 2014 | $0.00 |
| 20. | Fibersphere Communications, LLC (f/k/a Fibersphere Communications, Inc.) | LOCA LLC c/o Killian Pacific 101 E. 6th Street, Suite 350 Vancouver, WA 98660 Attn: Jeremy McPherson<br><br>LOCA LLC c/o Hubacher & Ames, PLLC 11350 Random Hills Rd., Suite 800 Fairfax, VA 22030 | License Agreement | October 3, 2016 | $0.00 |
| 21. | Fibersphere Communications, LLC (f/k/a Fibersphere Communications, Inc.) | Nash-Holland Orenco Podium Investors, LLC 1111 Main St., Suite 700 Vancouver, WA 98660 Attn: Asset Manager<br><br>Oregon Law Group, P.C. | Broadband Services Agreement | June 18, 2015 | $0.00 |

DOCS_DE:242041.9 31213/001

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | 1675 SW Marlow Ave., Suite 404 Portland, OR 97225 Attn: Joel Kaplan | | | |
| 22. | Fibersphere Communications, LLC (f/k/a Fibersphere Communications, Inc.) | Eliot Tower Condominium Owners Association c/o Chairman of the Board of Directors, Walter Weyler 1221 SW 10th Ave., #805 Portland, OR 97205<br><br>Coast Management c/o Ms. Susan Stratton 1618 SW 1st Ave., Suite 350 Portland, OR 97201 | Broadband Services Agreement | May 29, 2018 | $0.00 |
| 23. | Fibersphere Communications, LLC (as assignee of R&S Internet LLC) | Arbor Tanasbourne Apartments LLC 735 SW 158th Ave. Beaverton, OR 97006 | Broadband Services Agreement | August 1, 2014 | $0.00 |
| 24. | Fibersphere Communications, LLC (f/k/a Fibersphere Communications, Inc.) | Belmont Flats Venture LLC c/o Mill Street Residential Trust 220 NW 2nd Ave., Suite 900 Portland, OR 97209 Attn: Sam Rodriguez<br><br>Belmont Flats Venture LLC c/o Mill Street Residential Trust 220 NW 2nd Ave., Suite 900 Portland, OR 97209 Attn: Gary Vance<br><br>Belmont Flats Venture LLC | Communication License Agreement | September 21, 2016 | $0.00 |

7

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | c/o BlackRock<br>4400 McArthur Blvd., Suite 700<br>Newport Beach, CA 92660<br>Attn: Karl Frazier<br><br>Davis Craig & Taylor<br>3100 McKinnon St., Suite 1125<br>Dallas, TX 75201<br>Attn: Ian Davis | | | |
| 25. | Fibersphere Communications, LLC (as assignee of R&S Internet LLC) | Arbor Pass Creekside Apartments LLC<br>1200 Sw Main Street<br>Portland, OR 97205<br><br>Arbor Pass Creekside Apartments LLC<br>735 Sw 158Th Avenue<br>Beaverton, OR 97006<br><br>Arbor Pass HOA<br>2105 SE 9th Ave<br>Portland, OR 97214 | Broadband Services Agreement | August 6, 2013 | $0.00 |
| 26. | Fibersphere Communications, LLC (f/k/a Fibersphere Communications, Inc.) | Nash-Holland Orenco Podium Investors, LLC<br>1111 Main Street, Suite 700<br>Vancouver, WA 98660 | Broadband Services Agreement | June 20, 2014 | $0.00 |
| 27. | GigaMonster Networks, LLC (successor to Tualatin Valley, Inc.) | Springville Oaks Apartments<br>Arbor Lakes LLC<br>735 SW 158th Avenue<br>Beaverton, OR 97006<br>Attn: Manager | Installation and Services Agreement | March 31, 2015 | $0.00 |
| 28. | Fibersphere Communications LLC | Southwest Water Apartments Group, LLC<br>c/o Optimal Productivity Systems Inc. | Broadband Services Agreement | January 17, 2019 | $0.00 |

8

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | 10117 SE Sunnyside #707<br>Clackamas, OR 97015 | | | |
| 29. | Fibersphere Communications LLC | Tom Moyer Theaters, LLC<br> c/o TMT Development<br>919 SW Taylor St., Suite 700<br>Portland, OR 97205 | Broadband Services Agreement | August 2, 2017 | $0.00 |
| 30. | Fibersphere Communications LLC | NBP 310 SE 12th LLC (Path Development)<br> c/o NBP Capital<br>1640 NW Irving Street<br>Portland, OR 97209 | Broadband Master Service Agreement | April 12, 2017 | $0.00 |
| 31. | Fibersphere Communications, LLC (f/k/a Fibersphere Communications, Inc.) | ADG III, LLC<br>c/o Mary Russell<br>Investment Property Services<br>2314 NW Savier St.<br>Portland, OR 97210<br><br>Kelly A. Struhs<br>Ball Janik LLP<br>101 SW Main St., Suite 1100<br>Portland, OR 97204 | Operations Services Agreement | June 18, 2014 | $0.00 |
| 32. | Fibersphere Communications, LLC (f/k/a Fibersphere Communications, Inc.) | ADG III, LLC<br>c/o Mary Russell<br>Investment Property Services<br>2314 NW Savier St.<br>Portland, OR 97210<br><br>Kelly A. Struhs<br>Ball Janik LLP<br>101 SW Main St., Suite 1100 | Operations Services Agreement | June 18, 2014 | $0.00 |

9

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | Portland, OR 97204 | | | |
| 33. | Fibersphere Communications, LLC (f/k/a Fibersphere Communications, Inc.) | Blackwood Lofts, LLC c/o NBP Capital 1640 NW Irving Street Portland, OR 97209 | Broadband Services Agreement | April 11, 2017 | $0.00 |
| 34. | GigaMonster Networks, LLC | BREIT MF Arbour Square LLC LivCor, LLC 233 S. Wacker Drive, Suite 4700 Chicago, IL 60606 Attn: VP-Revenue and Marketing<br><br>Revantage Corporate Services 233 S. Wacker Drive, Suite 4700 Chicago, IL 60606 Attn: General Counsel | GigaMonster Universal Access Network Services Agreement | October 29, 2021 | $0.00 |
| 35. | GigaMonster Networks, LLC | Fairfield Bear Creek LP c/o Fairfield Residential 5510 Morehouse Drive, Suite 200 San Diego, CA 92121 Attn: Gail Corder<br><br>Davis Craig, PLLC 13355 Noel Road, Suite 2018 Dallas, TX 75240-1518 Attn: Ian Davis | Internet Service Agreement | April 5, 2019 | $0.00 |
| 36. | GigaMonster Networks, LLC | MM NoHo Apartment, LLC c/o Trammell Crow Residential 5790 Fleet Street, Suite 140 Carlsbad, CA 92008 | Service Agreement | December 15, 2020 | $0.00 |

DOCS_DE:242041.9 31213/001

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | Attn: E. Garth Erdossy<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240-1518<br>Attn: Ian Davis | | | |
| 37. | GigaMonster Networks, LLC | REVO<br>Jefferson Platinum Park, LLC<br>c/o JPI<br>12250 El Camino Real, Suite 380<br>San Diego, CA 92130<br>Attn: Sr. Development Manager<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Internet Service Agreement | March 19, 2020 | $0.00 |
| 38. | GigaMonster Networks, LLC | Jefferson at Stadium Park-Phase A Owner, LLC<br>c/o JPI<br>12250 El Camino Real, Suite 380<br>San Diego, CA 92130<br>Attn: Rosie Cooper<br><br>Davis Craig, PLLC<br>3100 McKinnon St., Suite 1125<br>Dallas, TX 75210<br>Attn: Ian Davis | Internet Service Agreement | March 29, 2018 | $0.00 |
| 39. | Fibersphere Communications, LLC | Glisan Apartments LLC<br>c/o Mill Creek Residential Trust<br>220 NW 2nd Ave., Suite 900<br>Portland, OR 97209 | Communications License Agreement | December 21, 2018 | $0.00 |

DOCS_DE:242041.9 31213/001

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | Attn: Sam Rodriguez<br>Glisan Apartments LLC<br>c/o PGIM Real Estate<br>7 Giralda Farms, 3rd Floor<br>Madison, NJ 07940<br>Attn: Donah Simmons<br><br>Davis Craig, PLLC<br>3100 McKinnon St., Suite 1125<br>Dallas, TX 75210<br>Attn: Ian Davis | | | |
| 40. | Fibersphere Communications, LLC | Core DRW Portland LLC<br>1643 N. Milwaukee Ave., 5th Floor<br>Chicago, IL 60647<br>Attn: Brian Neiswender<br><br>RM Partners Law LLC<br>305 N. Peoria St., Suite 200<br>Chicago, IL 60607<br>Attn: Michael S. Roberts | Broadband Services Agreement | July 29, 2019 | $0.00 |
| 41. | Fibersphere Communications, LLC (f/k/a Fibersphere Communications, Inc.) | BELMONT 44 LLC<br>c/o GL-belmont 44 LLC<br>3050 SE Division St., Suite 270<br>Portland, OR 97202<br>Attn: Duston Larsen<br><br>Hubacher & Ames, PLLC<br>11350 Random Hills Road, Suite 800<br>Fairfax, VA 22030<br>Attn: Art Hubacher | License Agreement | July 20, 2017 | $0.00 |

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| 42. | GigaMonster Networks, LLC | CRP Pollack 72 Milton Townhome Owner, LLC<br>5605 Glenridge Dr. NE, Suite 775<br>Atlanta, GA 30342 | GigaMonster Universal Access Network Services Agreement | July 13, 2021 | $0.00 |
| 43. | GigaMonster Networks, LLC | Lake Lanier Club<br>c/o Mid-America Apartment Communities<br>6815 Poplar Ave., Suite 500<br>Germantown, TN 38138<br>Attn: Bryan Ellsberry<br><br>Lake Lanier Club<br>c/o Mid-America Apartment Communities<br>6815 Poplar Ave., Suite 500<br>Germantown, TN 38138<br>Attn: Legal Department<br><br>Davis Craig, PLLC<br>3100 McKinnon St., Suite 1125<br>Dallas, TX 75210<br>Attn: Ian Davis | Communications Services Agreement | July 9, 2021 | $0.00 |
| 44. | GigaMonster Networks, LLC | Ponce Springs Condominium Association, Inc.<br>3101 Towercreek Pkwy 150, Ste 150<br>Atlanta, GA 30339 | GigaMonster Broadband Services Agreement | April 6, 2022 | $0.00 |
| 45. | GigaMonster, LLC | The Artisan Condominium Association, Inc.<br>201 W. Ponce de Leon Ave.<br>Decatur, GA 30030<br>Attn: Michael Langden | GigaMonster Broadband Services Agreement | January 12, 2017 | $0.00 |

13

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| 46. | GigaMonster Networks, LLC | MAR Harbor Creek, LLC<br>c/o Starwood Capital Group<br>400 Galleria Parkway, Suite 1450<br>Atlanta, GA 30339<br>Attn: James Kane<br><br>MAR Harbor Creek, LLC<br>c/o Starwood Capital Group<br>591 W. Putnam Ave.<br>Greenwich, CT 06830<br>Attn: James Raved<br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Communications Services Agreement | May 15, 2020 | $0.00 |
| 47. | GigaMonster Networks, LLC | SQ Georgia State I, LLC<br>Angela Abram<br>206 Edgwood Ave. NE<br>Atlanta, GA 30303<br>Attn: Keith Jemigan | GigaMonster Universal Access Network Services Agreement | April 23, 2021 | $0.00 |
| 48. | GigaMonster Networks, LLC | 1246 Allene Owner, LP<br>c/o RangeWater<br>5605 Glenridge Drive NE, Suite 775<br>Atlanta, GA 30342<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Communications Services Agreement | May 26, 2022 | $0.00 |
| 49. | GigaMonster Networks, LLC | GA Legacy at Acworth LLC<br>c/o Hallmark Bauer, LLC<br>3111 Paces Mill Rd, Suite A250 | GigaMonster Broadband Services Agreement | October 19, 2020 | $0.00 |

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|-----|----------------|------------------------|----------------------|---------------|-------------|
|  |  | Atlanta, GA 30339 |  |  |  |
| 50. | GigaMonster Networks, LLC | CRP Pollack 73 Milton Townhome Owner, LLC<br>5605 Glenridge Drive NE, Suite 775<br>Atlanta, GA 30342 | GigaMonster Universal Access Network Services Agreement | July 13, 2021 | $0.00 |
| 51. | GigaMonster Networks, LLC | BCORE MF Notting Hills, LLC<br>c/o LivCor, LLC<br>233 S. Wacker Drive, Suite 4700<br>Chicago, IL 60606<br>Attn: Director – Strategic Initiatives<br><br>BCORE MF Notting Hills, LLC<br>c/o LivCor, LLC<br>233 S. Wacker Drive, Suite 4700<br>Chicago, IL 60606<br>Attn: VP-Revenue and Marketing | GigaMonster Universal Access Network Services Agreement | June 30, 2021 | $0.00 |
| 52. | GigaMonster, LLC | The River West Condominium Association, Inc.<br>1465 Northside Drive, NW, Suite 128<br>Atlanta, GA 30318 | GigaMonster Broadband Services Agreement | July 13, 2017 | $0.00 |
| 53. | GigaMonster, LLC (as successor-in-interest to Apartment MediaWorks, L.L.C.) | BMF IV GA Shadow Ridge LLC (as successor-in-interest to Timber Mill Partners, LP)<br>111 E. Sego Lily Drive, Suite 400<br>Sandy, UT 84070 | Cable TV & Communications Service Agreement | May 19, 2000 as amended on November 1, 2005 | $0.00 |

15

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| 54. | GigaMonster Networks, LLC | Delamarre Apartments<br>KF Orlando Development, LLC<br> c/o Kettler<br>8255 Greensboro Dr., Suite 200<br>McLean, VA 22102<br>Attn: Sean Curtin<br><br>Davis Craig, PLLC<br>1335 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Communications Services Agreement | May 18, 2020 | $0.00 |
| 55. | GigaMonster Networks, LLC | WST 1010 Water Street LLC<br>615 Channelside Drive, Suite 204<br>Tampa, FL 33602<br>Attn: General Counsel<br><br>WST 1010 Water Street LLC<br>615 Channelside Drive, Suite 204<br>Tampa, FL 33602<br>Attn: VP of Development | GigaMonster Residential Universal Access Network Services Agreement | November 25, 2021 | $0.00 |
| 56. | GigaMonster Networks, LLC | WST 1077 Water Street LLC<br>615 Channelside Drive, Suite 204<br>Tampa, FL 33602<br>Attn: General Counsel<br><br>WST 1077 Water Street LLC<br>615 Channelside Drive, Suite 204<br>Tampa, FL 33602<br>Attn: VP of Development | GigaMonster Residential Universal Access Network Services Agreement | March 7, 2021 | $0.00 |

DOCS_DE:242041.9 31213/001

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|-----|----------------|----------------------|---------------------|---------------|-------------|
| 57. | GigaMonster Networks, LLC | Valencia College Lane LLC<br>c/o Republic Properties Corporation<br>1201 Maryland Ave. SW, Suite 850<br>Washington, DC 20024<br>Attn: Steven A. Grigg and Allisa Rosenberg | GigaMonster Universal Access Network Services Agreement | February 7, 2022 | $0.00 |
| 58. | GigaMonster Networks, LLC | WST 1001 Water Street LLC<br>615 Channelside Drive, Suite 204<br>Tampa, FL 33602<br>Attn: General Counsel<br><br>Cushman & Wakefield<br>1001 Water Street, Suite 210<br>Tampa, FL 33602<br>Attn: General Manager | GigaMonster Commercial Managed Wi-Fi Services Agreement | July 26, 2021 | $0.00 |
| 59. | GigaMonster Networks, LLC | CBP Development LLC<br>615 Channelside Drive, Suite 204<br>Tampa, FL 33602<br>Attn: General Counsel | GigaMonster Commercial Universal Access Network Services Agreement | September 23, 2019 | $0.00 |
| 60. | GigaMonster Networks, LLC | ExteNet Systems, Inc.<br>3030 Warrenville Rd., Suite340<br>Lisle, IL 60532<br>Attn: Chief Financial Officer<br><br>ExteNet Systems, Inc.<br>3030 Warrenville Rd., Suite340<br>Lisle, IL 60532<br>Attn: General Counsel | Communications Corridor Maintenance and Use Agreement | July 29, 2021 | $0.00 |
| 61. | GigaMonster Networks, LLC | El Mirasol FL Investors, LLC<br>c/o Cortland Partners<br>3424 Peachtree Rd., Suite 300<br>Atlanta, GA 30326 | Communications Services Agreement | April 21, 2022 | $0.00 |

17

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | Attn: Scott Moore<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | | | |
| 62. | GigaMonster Networks, LLC | WP ToscanaPSL MF-FL Owner, LLC<br>c/o Waypoint Residential, LLC<br>150 East Palmetto Park Road, Suite 700<br>Boca Raton, FL 33432<br>Attn: Victoria Wood<br><br>WP ToscanaPSL MF-FL Owner, LLC<br>c/o Waypoint Residential, LLC<br>150 East Palmetto Park Road, Suite 700<br>Boca Raton, FL 33432<br>Attn: Pamela Linden<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 7520<br>Attn:  Ian Davis | Communications Services Agreement | July 14, 2021 | $0.00 |
| 63. | GigaMonster Networks, LLC | CIV Development FL Partners, LLC<br>c/o Cortland Partners<br>3424 Peachtree Rd., Suite 300<br>Atlanta, GA 30326<br>Attn: Scott Moore<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Communication Services Agreement | March 15, 2022 | $0.00 |

18

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| 64. | GigaMonster Networks, LLC | PPF AMLI 45 Wynwood, LLC<br>c/o AMLI Residential<br>141 W. Jackson Blvd., Suite 300<br>Chicago, IL 60604<br>Attn:  Ancillary Services<br><br>PPF AMLI 45 Wynwood, LLC<br>c/o AMLI Residential<br>141 W. Jackson Blvd., Suite 300<br>Chicago, IL 60604<br>Attn:  Legal & Risk Management<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Communications Services Agreement | January 19, 2022 | $0.00 |
| 65. | GigaMonster Networks, LLC | BCPF Millenia Apts JV LLC<br>c/o Barings<br>111 South Wacker Dr., Suite 3100<br>Chicago, IL 60606<br>Attn: Kelly Janisch<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Service Agreement | October 1, 2020 | $0.00 |
| 66. | GigaMonster Networks, LLC | PR III/CC Midtown Tampa Owner, LLC<br> c/o Crescent Communities<br>227 West Trade St., Ste. 1000<br>Charlotte, NC 28202<br>Attn: Asset Manager | Service Agreement | August 14, 2020 | $0.00 |

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | PR III Midtown Tampa Residential Investor, LLC<br> c/o PGIM Real Estate<br>7 Giralda Farms, Floor 3<br>Madison NJ 07940<br>Attn: Juan Sebastian Aguelo, Asset Manager<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | | | |
| 67. | GigaMonster Networks, LLC | BREIT MF Sea Harbor LLC<br>LivCor, LLC<br>233 S. Wacker Drive, Suite 4700<br>Chicago, IL 60606<br>Attn: VP-Revenue and Marketing<br><br>Revantage Corporate Services<br>233 S. Wacker Drive, Suite 4700<br>Chicago, IL 60606<br>Attn: General Counsel | GigaMonster Universal Access Network Services Agreement | February 7, 2022 | $0.00 |
| 68. | GigaMonster Networks, LLC | Estates at Park Landing<br>BREIT MF Park Ave LLC<br>LivCor, LLC<br>233 S. Wacker Drive, Suite 4700<br>Chicago, IL 60606<br>Attn: VP-Revenue and Marketing<br><br>Revantage Corporate Services<br>233 S. Wacker Drive, Suite 4700<br>Chicago, IL 60606 | GigaMonster Universal Access Network Services Agreement | February 10, 2022 | $0.00 |

DOCS_DE:242041.9 31213/001

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | Attn: General Counsel | | | |
| 69. | GigaMonster Networks, LLC | Seaton Creek Preserve Apartments Pecan Park Multifamily, LLC c/o Republic Properties Corporation 1201 Maryland Ave., SW, Suite 850 Washington, DC 20024 Attn: Steven A. Grigg | GigaMonster Universal Access Network Services Agreement | October 26, 2022 | $42,000 |
| 70. | GigaMonster, LLC | Bayside Apartments Owner, LLC c/o The Bainbridge Companies 1765 W. Forest Hill Blvd., Suite 1307 Wellington, FL 33414 Attn:  Thomas J. Keady<br><br>Bayside Apartments Owner, LLC c/o The Bainbridge Companies 1765 W. Forest Hill Blvd., Suite 1307 Wellington, FL 33414 Attn:  Burk Hedrick<br><br>Broad and Cassell 7777 Glades Road, Suite 300 Boca Raton, FL 33434 Attn: Christopher Staller, Esq.<br><br>Davis Craig, PLLC 3100 McKinnon St., Suite 1125 Dallas, TX 75210 Attn: Ian Davis | Internet Service Agreement | March 6, 2018 | $0.00 |
| 71. | GigaMonster Networks, LLC | Solis, LLC 933A Tray Lane | GigaMonster Broadband Services Agreement | December 20, 2019 | $0.00 |

DOCS_DE:242041.9 31213/001

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | Clarksville, TN 37040 | | | |
| 72. | GigaMonster Networks, LLC | Crabbe Stonehege, LLC & Stonehenge Gwaltney, LLC 2895 Highway 109 North Lebanon, TN 37090 | GigaMonster Universal Access Network Services Agreement | July 9, 2021 | $0.00 |
| 73. | GigaMonster Networks, LLC | Viridian 415 Church Street Nashville, TN 37219 Attn: President | GigaMonster Broadband Services Agreement | January 19, 2021 | $0.00 |
| 74. | GigaMonster Networks, LLC (f/k/a GigaSphere International LLC) | Residences at Kent State Property Owner, LLC  c/o CA Ventures, LLC 130 East Randolph St., Ste. 2100 Chicago, IL 60601 Attn: Matt Maxa  Davis Craig, PLLC 13355 Noel Road, Suite 2018 Dallas, TX 75240 Attn: Ian Davis | Internet Services Agreement | April 3, 2019 | $0.00 |
| 75. | GigaMonster, LLC | 1101 East Bayaud, LLC 252 Clayton St., 4th Floor Denver, CO 80206 | GigaMonster Data Services Agreement | May 30, 2017 | $0.00 |
| 76. | GigaMonster Networks, LLC | CG Vinings II LP c/o Gables Residential 3811 Turtle Creek Blvd., Suite 1500 Dallas, TX 75219 Attn: Sharon Senn  Davis Craig, PLLC | Communications Services Agreement | January 10, 2020 | $0.00 |

22

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|-----|----------------|----------------------|---------------------|---------------|-------------|
| | | 13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | | | |
| 77. | GigaMonster Networks, LLC | The Massellton Condominium Association, Inc.<br>c/o Silverleaf Management Company<br>3755 Harrison Road, Ste. 1000<br>Loganville, GA 30052 | GigaMonster Broadband Services Agreement | June 21, 2022 | $0.00 |
| 78. | GigaMonster Networks, LLC | Centennial Park West Condominium Association<br>Homeside Properties<br>2555 Westside Parkway, Suite 600<br>Alpharetta, GA 30004<br>Attn: Christy Barber | GigaMonster Services Agreement | May 11, 2021, as amended on January 27, 2022 | $0.00 |
| 79. | GigaMonster, LLC | The Phoenix on Peachtree Condominium Association, Inc.<br>2881 Peachtree Road NE<br>Atlanta, GA 30305 | GigaMonster Broadband Services Agreement | January 13, 2017 | $0.00 |
| 80. | GigaMonster, LLC | The Peachtree Residences Unit Owners' Association, Inc.<br>2626 Peachtree Road NW<br>Atlanta, GA 30305 | GigaMonster Broadband Services Agreement | November 26, 2018 | $0.00 |
| 81. | GigaMonster Networks, LLC (f/k/a GigaSphere International LLC) | Ansley Above the Park<br>1130 Piedmont Ave. NE<br>Atlanta, GA 30309<br>Attn: Management | GigaMonster Broadband Services Agreement | August 22, 2019 | $0.00 |
| 82. | GigaMonster Networks, LLC | LCG2MF Centreport Apartments II, LLC<br>c/o Leon Capital Group | Communication Services Agreement | March 16, 2020 | $0.00 |

DOCS_DE:242041.9 31213/001

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | 3500 Maple Ave., Suite 1600<br>Dallas, TX 75219<br>Attn: Chance Taylor<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | | | |
| 83. | GigaMonster Networks, LLC | Stonecreek Grand LLC<br> c/o CLX Ventures<br>300 Crescent Court, Ste. 1425<br>Dallas, TX 75201 | GigaMonster Services Agreement | September 12, 2020 | $0.00 |
| 84. | GigaMonster Networks, LLC | Artisan Village, LP<br>c/o Hillwood<br>9800 Hillwood Parkway<br>Fort Worth, TX 76177<br>Attn:  Chris Price<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Internet Services Agreement | October 12, 2020 | $0.00 |
| 85. | GigaMonster Networks, LLC | 811 Town and Country Houston LLC<br>Domain at City Centre<br>5214 68th St., Suite 402<br>Lubbock, TX 79424<br>Attn: Dave Gilles<br><br>Quext Connect<br>5214 68th St., Suite 201<br>Lubbock, TX 79424 | GigaMonster Services Agreement | July 28, 2021, as amended on February 18, 2022 | $0.00 |

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | Attn: Larry LaFreniere | | | |
| 86. | GigaMonster Networks, LLC | CG Westcreek Venture LP<br>c/o Gables Residential<br>3811 Turtle Creek Blvd., Suite 1500<br>Dallas, TX 75219<br>Attn: Sharon Senn<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Communication Services Agreement | November 26, 2019, as amended on August 25, 2020 | $0.00 |
| 87. | GigaMonster Networks, LLC | Manor Grand LLC<br>c/o CLX Ventures<br>300 Crescent Court, Ste. 1425<br>Dallas, TX 75201 | GigaMonster Services Agreement | September 12, 2020 | $0.00 |
| 88. | GigaMonster Networks, LLC | Union House, LP<br>c/o Hillwood<br>9800 Hillwood Parkway<br>Fort Worth, TX 76177<br>Attn:  Chris Price<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Internet Services Agreement | September 15, 2021 | $0.00 |
| 89. | GigaMonster Networks, LLC | Greenville Dallas Owner, LP<br>c/o RangeWater Real Estate<br>5215 N. O'Connor Blvd., Suite 1100<br>Irving, TX 75039<br>Attn: Justin Cooley | Internet Services Agreement | March 10, 2021 | $0.00 |

DOCS_DE:242041.9 31213/001

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | | | |
| 90. | GigaMonster Networks, LLC | Ablon at Harbor Village LP<br>c/o PegasusAblon<br>8222 Douglas Ave., Suite 390<br>Dallas, TX 75225<br>Attn: Jim Ziegler<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Communications Services Agreement | November 17, 2021 | $0.00 |
| 91. | GigaMonster, LLC | McDougal Companies<br>5001 W. Loop 289<br>Lubbock, TX 79414<br>Attn: Andy Clayton | GigaMonster Broadband Services Agreement | July 17, 2018 | $0.00 |
| 92. | GigaMonster, LLC | Centennial Edgewater, LP<br>3348 Peachtree Road, Suite 1000<br>Atlanta, GA 30326<br>Attn: Sr. Vice President, Asset Management | GigaMonster Broadband Services Agreement | June 29, 2018, as amended on July 10, 2018 and March 1, 2019 | $0.00 |
| 93. | GigaMonster Networks, LLC | Uptown at Plum Creek Phase IA LLC<br>c/o Cardinal Multifamily<br>1021 River Park<br>San Antonio, TX 78216<br>Attn: Bryan Brown<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018 | Communications Services Agreement | January 12, 2021 | $0.00 |

DOCS_DE:242041.9 31213/001

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | Dallas, TX 75240<br>Attn: Ian Davis | | | |
| 94. | GigaMonster Network, LLC | Uptown at Plum Creek Phase IA LLC<br>c/o Cardinal Multifamily<br>1021 River Park<br>San Antonio, TX 78216<br>Attn: Bryan Brown | Cellular POTS Service Agreement | September 1, 2022 | $0.00 |
| 95. | GigaMonster Networks, LLC | 2215 Ashton Place, LLC<br>c/o GSSW Real Estate Investments<br>500 N. Akard St., Suite 2030<br>Dallas, TX 75201<br>Attn: Tom Sabin<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Internet Service Agreement | September 30, 2020 | $0.00 |
| 96. | GigaMonster Networks, LLC | The Shamrock at Sunrise<br>Finlay Interests 6, Ltd.<br> c/o Lloyd Jones<br>1101 A1A N.<br>Ponte Vedra Beach, FL 32082 | GigaMonster Services Agreement | August 26, 2021 | $0.00 |
| 97. | GigaMonster Networks | WST 815 Water Street LLC<br>615 Channelside Drive, Suite 204<br>Tampa, FL 33602<br>Attn: General Counsel<br><br>WST 815 Water Street LLC<br>615 Channelside Drive, Suite 204 | GigaMonster Residential Universal Access Network Services Agreement | June 5, 2020 | $0.00 |

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | Tampa, FL 33602<br>Attn: VP of Development | | | |
| 98. | GigaMonster Networks, LLC | CA Student Living Raleigh PD, LLC<br>c/o CA Ventures, LLC<br>130 E. Randolph St., Suite 2100<br>Chicago, IL 60601<br>Attn: Mark Zikra<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Internet Services Agreement | March 27, 2020 | $0.00 |
| 99. | GigaMonster Networks, LLC | Raleigh NP Property Owner, LLC<br>c/o CA Ventures, LLC<br>130 E. Randolph St., Suite 2100<br>Chicago, IL 60601<br>Attn: Mark Zikra<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Internet Services Agreement | March 24, 2020 | $0.00 |
| 100. | GigaMonster, LLC | Easton Place<br>933A Tray Lane<br>Clarksville, TN 37040<br>Attn: Lynn Mosteller | GigaMonster Broadband Services Agreement | February 9, 2018 | $0.00 |
| 101. | GigaMonster Networks, LLC | Mid-America Apartments, L.P. (Farmington Village)<br>c/o Mid-America Apartments Communities<br>6815 Poplar Ave., Suite 500<br>Germantown, TN 38138 | Internet Service Agreement | May 26, 2021 | $0.00 |

DOCS_DE:242041.9 31213/001

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | Attn: Bryan Ellsberry<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | | | |
| 102. | GigaMonster Networks, LLC | Arbors at Cahaba River, LLC<br>Attn: Property Manager<br>50 Cahaba River Park<br>Birmingham, AL 35243<br><br>Neil Greenberg<br>4816 Del Ray Ave.<br>Bethesda, MD 20814-3014 | GigaMonster Services Agreement | December 14, 2021 | $0.00 |
| 103. | GigaMonster Networks, LLC | Abbey-Georgetown SLPO, LLC<br> c/o Abbey Residential, LLC<br>1930 Stonegate Dr<br>Vestavia Hills, AL 35242 | GigaMonster Services Agreement | January 7, 2022 | $0.00 |
| 104. | GigaMonster Networks, LLC | Grand at Cibolo, LLC<br>c/o CLX Ventures, LLC<br>Attn: Tony Long<br>300 Crescent Court, Suite 1425<br>Dallas, TX 75201 | GigaMonster Universal Access Network Services Agreement | July 28, 2022 | $0.00 |
| 105. | GigaMonster Networks, LLC | Cavalier Winston Development, LLC<br>5301 Westbard Circle, Suite 147<br>Bethesda, MD 20816 | GigaMonster Universal Access Network Services Agreement | December 9, 2021 | $0.00 |
| 106. | GigaMonster Networks, LLC | CH Realty IX-RangeWater MF Charlotte University, L.P.<br>c/o RangeWater | Communications Services Agreement | February 9, 2022 | $0.00 |

DOCS_DE:242041.9 31213/001

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
|  |  | 5605 Glenridge Dr. NE, Suite 775<br>Atlanta, GA 30342<br>Attn: Claire Hansen<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis |  |  |  |
| 107. | GigaMonster Networks, LLC | 536 West Tremont Owner, LP<br>c/o RangeWater<br>5605 Glenridge Dr. NE, Suite 775<br>Atlanta, GA 30342<br>Attn: Claire Hansen<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Communications Services Agreement | May 16, 2022 | $0.00 |
| 108. | GigaMonster Networks, LLC | Pelican Pointe Slide II, LLC (assignee of CMF Pelican Pointe LLC, by that Assignment and Assumption agreement dated as of September 15, 2021)<br>c/o Carter Mulfifamily<br>4890 W. Kennedy Blvd., Suite 200<br>Tampa, FL 33609<br>Attn: Joe Rainey<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Internet Service Agreement | February 7, 2020 | $0.00 |

30

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| 109. | GigaMonster Networks, LLC | BREIT Steadfast MF Mansfield TX LP LivCor, LLC 233 S. Wacker Drive, Suite 4700 Chicago, IL 60606 Attn: VP-Revenue and Marketing<br><br>Revantage Corporate Services 233 S. Wacker Drive, Suite 4700 Chicago, IL 60606 Attn: General Counsel | GigaMonster Universal Access Network Agreement | February 10, 2022 | $0.00 |
| 110. | GigaMonster Networks, LLC | BCORE MB BreckinRidge LP LivCor, LLC 233 S. Wacker Drive, Suite 4700 Chicago, IL 60606 Attn: VP-Revenue and Marketing<br><br>Revantage Corporate Services 233 S. Wacker Drive, Suite 4700 Chicago, IL 60606 Attn: General Counsel | GigaMonster Universal Access Network Services Agreement | February 10, 2022 | $0.00 |
| 111. | GigaMonster Networks, LLC | BVT-Bainbridge Bayview Owner, LLP c/o The Bainbridge Companies 950 S. Winter Park Dr., Ste. 320 Casselberry, FL 32707 Attn: Nathanial Linden<br><br>BVT-Bainbridge Bayview Owner, LLP c/o The Bainbridge Companies 12765 W. Forest Hill Blvd., Ste. 1307 Wellington, FL 33414 Attn: Kevin Keane | Internet Service Agreement | February 28, 2020 | $0.00 |

31

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | Nelson Mullins Broad and Cassel<br>1905 NW Corporate Blvd., Ste.310<br>Boca Raton, FL 33431<br>Attn: Christopher Staller, Esq.<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | | | |
| 112. | GigaMonster Networks, LLC | CRP/Republic Collins Preserve Owner, LLC<br>c/o Republic Properties Corporation<br>1201 Maryland Ave., SW, Suite 850<br>Washington, DC 20024<br>Attn: Steven A. Grigg | GigaMonster Universal Access Network Services Agreement | September 19, 2022 | $48,000 |
| 113. | GigaMonster Networks, LLC | 905 Juniper Condominium Association, Inc.<br>905 Juniper St. NE<br>Atlanta, GA 30309<br>Attn:  Management Office | GigaMonster Broadband Services Agreement | April 2, 2015 | $0.00 |
| 114. | GigaMonster Networks, LLC | 505 Courtland Owner, LLC<br> c/o Woodfield Development, LLC<br>7474 Creedmoor Road, Box 306<br>Raleigh, NC 27613<br>Attn: Patrick Kassin | Communications Services Agreement | July 30, 2021 | $0.00 |
| 115. | GigaMonster Networks, LLC (f/k/a GigaSphere International LLC) | DRI/CA Phoenix I, LLC<br>c/o CA Ventures, LLC<br>130 E Randolph St., Ste. 2100<br>Chicago, IL 60601<br>Attn: Justin Pease | Internet Services Agreement | June 7, 2019 | $0.00 |

DOCS_DE:242041.9 31213/001

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | | | | |
| 116. | GigaMonster Networks, LLC | RL QOZB, LLC<br>c/o McWhinney Real Estate Services, Inc.<br>1800 Wazee St., Ste. 200<br>Denver, CO 80202<br>Attn: Chad O'Connor + Legal Dept.<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Condominium Services Agreement | June 7, 2022 | $0.00 |
| 117. | GigaMonster Networks, LLC | Binion Road Multifamily LLC<br>c/o Republic Properties Corporation<br>1201 Maryland Ave., SW, Suite 850<br>Washington, DC 20024<br>Attn: Steven A. Grigg | GigaMonster Universal Access Network Services Agreement | September 20, 2022 | $50,000 |
| 118. | GigaMonster Networks, LLC | CC Beach Park, L.P.<br>c/o Crescent Communities<br>213 W Comstock, Ste. 130<br>Winter Park, FL 32789<br>Attn: Ricky De Camps<br><br>Davis Craig, PLLC<br>13355 Noel Road, Suite 2018<br>Dallas, TX 75240<br>Attn: Ian Davis | Communication Services Agreement | August 12, 2022 | $0.00 |
| 119. | GigaMonster Networks, LLC | WRD Skyhouse, LLC<br>c/o Oak Hill Management Florida, LLC<br>112 North 12th Street | GigaMonster Universal Access Network Services Agreement | October 10, 2022 | $0.00 |

33

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | Tampa, FL 33602<br>Attn: Nathan Naugle | | | |
| 120. | GigaMonster Networks, LLC | Grand at Saginaw, LLC<br>c/o CLX Ventures, LLC<br>Attn: Tony Long<br>300 Crescent Court, Suite 1425<br>Dallas, TX 75201 | GigaMonster Universal Access Network Services Agreement | November 14, 2022 | $0.00 |
| 121. | Relevant seller entity, as assignee of DirecPath, LLC | Metropolis North Residential Condominium Association, Inc.<br>933 Peachtree Street NE, Suite 101<br>Atlanta, GA 30309<br>Attn: Community Manager or Board of Directors | Data and Telephone Service Agreement | March 26, 2014 | $0.00 |
| 122. | Relevant seller entity, as assignee of DirecPath, LLC | 100 6th Street, LLC<br>817 W. Peachtree Street, Suite 400<br>Atlanta, GA 30308<br>Attn: Marc Brambrut | Data and Telephone Service Agreement | November 1, 2013 | $0.00 |
| 123. | Relevant seller entity, as assignee of DirecPath, LLC | The Giant Lofts Condominium Association<br>Manager's Drop Box<br>426 Marietta Street<br>Atlanta, GA 30313<br>Attn: HOA Board President | Data and Telephone Service Agreement | June 15, 2013 | $0.00 |
| 124. | Relevant seller entity, as assignee of DirecPath, LLC | Bel Howell Mill Holdings LLC<br>c/o Eaton Vance Management<br>Attn: REIG Director of Asset Management<br>2 International Place<br>Boston, MA 02112 | Non-Exclusive Data and Telephone Service Agreement | April 17, 2014 | $0.00 |

DOCS_DE:242041.9 31213/001

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| 125. | Relevant seller entity, as assignee of DirecPath, LLC | Midtown Partners One, LLC<br>702 Oberlin Road<br>Raleigh, NC 27605 | Internet Services Agreement | September 15, 2014 | $0.00 |
| 126. | Relevant seller entity, as assignee of DirecPath, LLC | Domain at Kirby, LLC (as successor to KOST Apartment Retail Venture, LP)<br>c/o Principal Financial Goup, Inc.<br>711 High Street<br>Des Moines, IA 50392 | Video and Internet Services Agreement | October 16, 2007, as amended on July 20, 2013 | $0.00 |
| 127. | Relevant seller entity (as successor in interest to DirecPath, LLC) | SYNC Med Center, LP (as assignee of CPI/AR OST II Owner L.P. (successor in interest to SV Almeda I Limited Partnership) by that Assignment and Assumption Agreement dated as of July 14, 2021)<br>SV Almeda I Limited Partnership<br> c/o Sun Holdings Group<br>770 S Post Oak Lane, Ste. 500<br>Houston, TX 77056 | Video and Internet Services Agreement | August 15, 2007, as amended on September 3, 2010 and January 29, 2013 | $0.00 |
| 128. | GigaMonster Networks, LLC | Glenwood Park Loftws<br>SCH-IH Glenwood Ventures, LLC<br>c/o Stockbridge Capital Group<br>3550 Lenox Road NE, Ste 2000<br>Atlanta, GA 30326 | Internet Services Installation and Access Agreement | July 1, 2020 | $0.00 |
| 129. | GigaMonster, LLC | Enterprise Fleet Management Inc.<br>9315 Olive Blvd<br>Saint Louis, MO 63132<br><br>Enterprise FM Trust<br>BNY Mellon Trust of Delaware | Master Equity Lease Agreement | October 6, 2010 | $3,237.87 |

35

| No. | Contract Party | Contract Counterparty | Contract/Lease Title | Contract Date | Cure Amount |
|---|---|---|---|---|---|
| | | 301 Bellevue Parkway, 3rd Floor Wilmington, DE 19809 | | | |