IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) Case No. 23-10051 (JKS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Related to Docket No. 70 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' APPLICATION FOR ENTRY OF AN ORDER: (I) AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN BANK STREET GROUP LLC AS INVESTMENT BANKER TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE; (II) APPROVING THE TERMS OF THE ENGAGEMENT AGREEMENT; (III) MODIFYING CERTAIN TIMEKEEPING REQUIREMENTS; AND (IV) GRANTING RELATED RELIEF**

The undersigned counsel for GigaMonster Networks, LLC, *et al.* (the "Debtors") hereby certifies that:

1. On January 23, 2023, the Debtors filed the *Debtors' Application for Entry of an Order: (I) Authorizing the Debtors to Employ and Retain Bank Street Group LLC as Investment Banker to the Debtors Effective as of the Petition Date; (II) Approving the Terms of the Engagement Agreement; (III) Modifying Certain Timekeeping Requirements; and (IV) Granting Related Relief* [Docket No. 70] (the "Application").

2. Pursuant to the Notice filed with the Application, objections to entry of an order granting the Application were due no later than February 6, 2023.

3. The Debtors received informal comments to the Application from the Office of the United States Trustee ("UST"). No objections to the Application were filed on the Court's docket.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

4. Attached hereto as **Exhibit A** is a revised proposed form of order approving the Application (the "Proposed Order") which incorporates the UST's comments.

5. A blacklined copy of the Proposed Order is attached hereto as **Exhibit B**, showing changes from the proposed form of order filed with the Application.

6. The UST and the Official Committee of Unsecured Creditors have reviewed the Proposed Order and have no objection to its entry.

Accordingly, the Debtors request that the proposed order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: February 9, 2023 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | |
| | *Proposed Counsel for the Debtors and Debtors in Possession* |