**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) Case No. 23-10051 (JKS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Ref. Docket No. ___** |

**ORDER GRANTING DEBTORS' MOTION TO SHORTEN NOTICE AND SCHEDULE
EXPEDITED HEARING ON DEBTORS' MOTION FOR AN ORDER (I) APPROVING
TERMS AND AUTHORIZING IMPLEMENTATION OF NON-INSIDER KEY
EMPLOYEE RETENTION PLAN; (II) AUTHORIZING DEBTORS TO REMIT FUNDS
TO NON-DEBTOR AFFILIATE FOR BONUS PAYMENTS;
AND (III) GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] for an order pursuant

to Del. Bankr. L.R. 9006-1(e) scheduling an expedited hearing and shortening notice with respect

to the *Debtors' Motion for an Order (I) Approving Terms and Authorizing Implementation of Non-*

*Insider Key Employee Retention Plan; (II) Authorizing Debtors to Remit Funds to Non-Debtor*

*Affiliate for Bonus Payments; and (III) Granting Related Relief* (the "KERP Motion"), filed by the

above-captioned debtors and debtors in possession (the "Debtors"); and the Court having

considered the Motion to Shorten; and the United States District Court for the District of Delaware

having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court

under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United*

*States District Court for the District of Delaware*, dated February 29, 2012; and the Court having

found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2] Capitalized terms not defined herein shall have the meaning attributed to them in the Motion to Shorten or the KERP Motion, as applicable.

a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Seal in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion to Shorten being adequate and sufficient; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.     The Motion to Shorten is GRANTED.

2.     A hearing to consider the KERP Motion shall be held on March 2, 2023 at 1:00 p.m. (prevailing Eastern time) (the "Hearing").

3.     Objections or responses to the KERP Motion, if any, must be filed on or before February 27, 2023 at 4:00 p.m. (prevailing Eastern time).

4.     The Debtors shall immediately serve a copy of this Order and a notice for the Hearing on the KERP Motion in the manner described in the Motion to Shorten.

5.     This Court shall retain jurisdiction to enforce and interpret the provisions of this Order.

**Dated: February 14th, 2023**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**