# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 22, 2023 AT 2:30 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES**

**(NOTE: THE HEARING WILL BEGIN AT 2:30 P.M. PREVAILING EASTERN TIME)**

**This hearing will be conducted in person. Parties wishing to observe or participate in accordance with the Court's chambers procedures may attend remotely over Zoom. Any party wishing to appear by Zoom must register by February 21, 2023 at 4:00 p.m.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**
**Please use the following link to register for this hearing**

https://debuscourts.zoomgov.com/meeting/register/vJIsdeCgpj4tH8NxW-BY37S3DH0yqSXYroY

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

## I.    MATTERS GOING FORWARD

1. Motion of the Debtors Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief [Filed: January 17, 2023] (Docket No. 11).

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2] **Amended items are shown in bold.**

**Response Deadline:**  February 6, 2023 at 4:00 p.m. (prevailing Eastern Time) (Extended to February 17, 2023 at 4:00 p.m. (prevailing Eastern Time) as to the Official Committee of Unsecured Creditors).

**Responses Received:**

A. **Limited Objection and Reservation of Rights of the Official Committee of Unsecured Creditors to Motion of the Debtors Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief (Filed: February 17, 2023) [Docket No. 169].**

**Related Documents:**

A. Interim Order Pursuant To Sections 105,361,362, 363, 364, And 507 Of The Bankruptcy code, Bankruptcy Rule 4001, And Local Rule 4001-2, Financing And (B) Use Cash Collateral, (II) Granting Adequate Protection To Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief (Signed: January 18, 2023) [Docket No. 51].

B. Notice of Hearing on Motion of the Debtors Pursuant to Sections 105, 361, 362, 363, 364, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2, for Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief (Filed: January 19, 2023) [Docket No. 57].

**Status:**  The Debtors, the Lenders and the Committee are engaged in negotiations to reach a consensual resolution and agreed form of proposed order. In support of their request for entry of a final order on the Motion, the Debtors expect to rely on the testimony of Rian Branning, the Debtors' CRO and Tim Murphy of Bank Street Group, the Debtors' investment banker.

Dated: February 17, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      dbertenthal@pszjlaw.com
      tcairns@pszjlaw.com

*Counsel for the Debtors and Debtors in Possession*