**Exhibit A**

**Approved Budget**

NAI-1535254980v8

# GigaMonster
## DIP Cash Budget

| | Petition Week | | | | | | | | Sale Hearing | |
|---|---|---|---|---|---|---|---|---|---|---|
| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 9 Week Total |
| Date (Week Ending) | 1/20/2023 | 1/27/2023 | 2/3/2023 | 2/10/2023 | 2/17/2023 | 2/24/2023 | 3/3/2023 | 3/10/2023 | 3/15/2023 | TOTAL |
| Fiscal Month | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | |
| Budget/Actual | *Budget* | *Budget* | *Budget* | *Budget* | *Budget* | *Budget* | *Budget* | *Budget* | *Budget* | **Budget** |
| **CASH FLOW** | | | | | | | | | | |
| **TOTAL RECEIPTS** | $ 341,476 | $ 327,500 | $ 275,000 | $ 248,126 | $ 300,000 | $ 300,000 | $ 275,000 | $ 288,976 | $ 96,250 | $ 2,452,327 |
| **DISBURSEMENTS** | | | | | | | | | | |
| Payroll and Related | $ 282,720 | $ 63,580 | $ 273,605 | $ - | $ 308,945 | $ 63,580 | $ 273,605 | $ 358,976 | $ - | $ 1,625,011 |
| Operating Expenses | $ 1,147,160 | $ 105,300 | $ 257,981 | $ 97,800 | $ 230,780 | $ 505,810 | $ 658,491 | $ 97,800 | $ 831,020 | $ 3,932,142 |
| Capital Expenditures | $ - | $ - | $ 30,000 | $ 30,000 | $ 30,000 | $ 80,000 | $ 80,000 | $ 80,000 | $ - | $ 330,000 |
| **Professional Fees** | | | | | | | | | | |
| Legal (PSZJ) | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 675,000 |
| Financial Advisor (Novo) | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 495,000 |
| Legal (DIP Lender Counsel) | 461,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 16,667 | 595,000 |
| UCC Legal and Advisors | - | - | 25,000 | 25,000 | 25,000 | 225,000 | - | - | - | 300,000 |
| Legal (Hogan) | 150,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 230,000 |
| Legal (Company) | 25,000 | - | - | 25,000 | - | - | 25,000 | - | - | 75,000 |
| Claims Agent | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | - | 50,000 |
| Independent Board | - | - | 20,000 | - | - | - | 20,000 | - | - | 40,000 |
| US Trustee | - | - | - | - | - | - | - | - | 73,110 | 73,110 |
| Total Professional Fees | $ 772,917 | $ 162,917 | $ 207,917 | $ 212,917 | $ 187,917 | $ 387,917 | $ 207,917 | $ 162,917 | $ 229,776 | $ 2,533,110 |
| DIP Fees, Interest, and Principal | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL DISBURSEMENTS** | $ 2,202,797 | $ 331,797 | $ 769,503 | $ 340,717 | $ 757,642 | $ 1,037,307 | $ 1,220,013 | $ 699,693 | $ 1,060,796 | $ 8,420,263 |
| **NET CASH FLOW** | $ (1,861,321) | $ (4,297) | $ (494,503) | $ (92,591) | $ (457,642) | $ (737,307) | $ (945,013) | $ (410,717) | $ (964,546) | $ (5,967,936) |
| **CUMULATIVE NET CASH FLOW** | $ (1,861,321) | $ (1,865,618) | $ (2,360,121) | $ (2,452,712) | $ (2,910,353) | $ (3,647,660) | $ (4,592,673) | $ (5,003,390) | $ (5,967,936) | $ (5,967,936) |
| **CASH ON HAND** | | | | | | | | | | |
| Beginning Balance | 197,582 | 1,836,261 | 1,831,965 | 1,337,462 | 1,244,871 | 787,229 | 2,349,923 | 1,404,910 | 994,192 | $ 197,582 |
| Net Cash Flow | (1,861,321) | (4,297) | (494,503) | (92,591) | (457,642) | (737,307) | (945,013) | (410,717) | (964,546) | (5,967,936) |
| DIP Funding | 3,500,000 | - | - | - | - | 2,300,000 | - | - | - | 5,800,000 |
| Ending Balance | $ 1,836,261 | $ 1,831,965 | $ 1,337,462 | $ 1,244,871 | $ 787,229 | $ 2,349,923 | $ 1,404,910 | $ 994,192 | $ 29,646 | $ 29,646 |
| **DIP FINANCING** | | | | | | | | | | |
| Beginning Balance | - | 3,883,400 | 3,883,400 | 3,922,240 | 3,922,240 | 3,922,240 | 6,222,240 | 6,287,860 | 6,287,860 | $ - |
| Funding | 3,500,000 | - | - | - | - | 2,300,000 | - | - | - | 5,800,000 |
| Interest & Fees (PIK) | 383,400 | - | 38,840 | - | - | - | 65,620 | - | 94,320 | 582,180 |
| Pay Off | - | - | - | - | - | - | - | - | - | - |
| Ending Balance | $ 3,883,400 | $ 3,883,400 | $ 3,922,240 | $ 3,922,240 | $ 3,922,240 | $ 6,222,240 | $ 6,287,860 | $ 6,287,860 | $ 6,382,180 | $ 6,382,180 |
| | *Petition Week* | | | | | | | | *Sale Hearing* | |