IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*[1], | Case No. 23-10051 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 183** |

### ORDER APPROVING THE EMPLOYMENT AND RETENTION OF FAEGRE DRINKER BIDDLE & REATH LLP AS ATTORNEYS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE AS OF JANUARY 30, 2023

Upon the application (the "Application")[2] of the Official Committee of Unsecured Creditors (the "Committee"), pursuant to sections 328 and 1103(a) of the Bankruptcy Code; Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1, for entry of an order approving the employment and retention of Faegre Drinker as its attorneys effective as of January 30, 2023; and upon the declaration of Patrick A. Jackson of Faegre Drinker attached to the Application as **Exhibit B** (the "Jackson Declaration"); and the Court having jurisdiction to consider the Application and the relief requested therein by operation of 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* dated February 29, 2012, from the United States District Court for the District of Delaware; and it appearing that the Application is a core matter pursuant to 28 U.S.C. § 157(b)(2)(A) and that the Court can enter a final order consistent with Article III of the United States Constitution; and venue being proper in this Court pursuant to

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

28 U.S.C. §§ 1408 and 1409; and the Court being satisfied that notice of the Application and the opportunity for a hearing on the Application was appropriate under the particular circumstances, and that no further or other notice need be given; and the Court being satisfied, based on the representations made in the Application and the Jackson Declaration, that Faegre Drinker does not hold or represent any adverse interest under section 1103 of the Bankruptcy Code, and is (to the extent applicable) a "disinterested person" as that term is defined under section 101(14) of the Bankruptcy Code; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**, that:

1. The Application is GRANTED as set forth herein.

2. Pursuant to sections 1103 and 328 of the Bankruptcy Code, the Committee is authorized to employ and retain Faegre Drinker as its attorneys effective as of January 30, 2023.

3. Faegre Drinker shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules and Local Rules, the Revised UST Guidelines, and any other applicable procedures and orders of the Court.

4. The Committee and Faegre Drinker are authorized to take all actions they deem necessary and appropriate to effectuate the relief granted pursuant to this Order in accordance with the Application.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation, interpretation, or enforcement of this Order.

**Dated: March 10th, 2023**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE