**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*[1],<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: April 12, 2023 at 4:00 p.m. (ET)** |

**SUMMARY OF FIRST MONTHLY APPLICATION OF FAEGRE DRINKER BIDDLE & REATH, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 30, 2023, THROUGH FEBRUARY 28, 2023**

| | |
|---|---|
| Name of Applicant: | Faegre Drinker Biddle & Reath, LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 10, 2023 (effective January 30, 2023) |
| Period for which compensation and reimbursement is sought: | January 30, 2023 through February 28, 2023 |
| Amount of Monthly Compensation sought as actual, reasonable and necessary: | $314,674.50[2] |
| Amount of Monthly Expense Reimbursement sought as actual, reasonable and necessary: | $3,084.52 |

This is an:　__X__ monthly　____ final application

This application does not include any hours incurred in connection with the preparation of monthly fee applications.

---

[1]　The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2]　This monthly compensation amount includes a voluntary reduction of $3,852.50 for "Bill No Charge" services provided to the Official Committee of Unsecured Creditors. Details of the "Bill No Charge" services can be found in Exhibit A to this Application.

US.356280132.01

**Prior applications:  None**

|  |  | **Requested** | | **Approved** | |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| - | - | - | - | - | - |
| | **Total** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## MONTHLY COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position and Areas of Experience | Year of Admission/ Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Richard J. Bernard | Partner, Finance & Restructuring | 1995 | $1,350.00 | 134.70 | $181,845.00 |
| Patrick A. Jackson | Partner, Finance & Restructuring | 2007 | $1,060.00 | 14.70 | $15,582.00 |
| Jaclyn C. Marasco | Associate, Finance & Restructuring | 2014 | $735.00 | 96.40 | $70,854.00 |
| Kyle R. Kistinger | Associate, Finance & Restructuring | 2020 | $685.00 | 26.60 | $18,221.00 |
| Roya Imani | Associate, Finance & Restructuring | 2020 | $685.00 | 28.90 | $19,796.50 |
| Paige Naig | Associate, Finance & Restructuring | 2021 | $545.00 | 2.40 | $1,308.00 |
| Susan Carlson | Paralegal | 19 | $460.00 | 2.40 | $1,104.00 |
| Beth Olivere | Paralegal | 15 | $420.00 | 14.20 | $5,964.00 |
| **Grand Total:** | | | | **320.30** | **$314,674.50** |
| **Blended Rate:** | | | **$982.44** | | |

US.356280132.01

## MONTHLY COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration (B110) | 15.70 | $10,395.00 |
| Asset Disposition (B130) | 81.50 | $83,756.00 |
| Meetings of and Communications with Creditors (B150) | 25.30 | $26,769.50 |
| Court Hearing (B155) | 10.60 | $10,377.50 |
| Fee/Employment Applications (B160) | 40.20 | $28,944.50 |
| Assumption/Rejection of Leases and Contracts (B185) | 3.40 | $4,282.50 |
| Other Contested Matters (B190) | 15.20 | $19,782.00 |
| Non-Working Travel (B195) | 1.80 | $2,430.00 |
| Employee Benefits/Pensions (B220) | 2.30 | $2,645.50 |
| Financing/Cash-Collections (B230) | 74.70 | $73,017.00 |
| Board of Directors Matters (B260) | 3.30 | $2,950.00 |
| Investigation of Claims (BKB) | 42.50 | $44,224.00 |
| Retention of Others (BKRO) | 3.80 | $5,101.00 |
| **TOTAL** | **320.30** | **$314,674.50** |

## MONTHLY EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---:|
| Taxi | $287.00 |
| Westlaw (Online Legal Research) | $10.00 |
| Online Docket Search | $20.50 |
| UCC Search | $1,254.75 |
| Outside Photocopying Services | $1,512.27 |
| **TOTAL** | **$3,084.52** |

US.356280132.01

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>GIGAMONSTER NETWORKS, LLC, *et al.*[1],<br>　　　　　　Debtors. | Chapter 11<br>Case No. 23-10051 (JKS)<br>(Jointly Administered)<br>**Obj. Deadline: April 12, 2023 at 4:00 p.m. (ET)** |

**FIRST MONTHLY APPLICATION OF FAEGRE DRINKER BIDDLE & REATH, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 30, 2023, THROUGH FEBRUARY 28, 2023**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and in accordance with that certain *Order Approving the Employment and Retention of Faegre Drinker Biddle & Reath LLP as Attorneys to the Official Committee of Unsecured Creditors, Effective as of the January 30, 2023* [Docket No. 252] (the "Retention Order") and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 122] (the "Interim Compensation Order"), Faegre Drinker Biddle & Reath, LLP ("Faegre Drinker") hereby applies (the "Application") to the Court for reasonable compensation for professional legal services rendered as attorneys to the Official Committee of Unsecured Creditors (the "Committee"), in the amount of $314,674.50, together with reimbursement for actual and necessary expenses incurred

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

US.356280132.01

in the amount of $3,084.52, for the period commencing January 30, 2023, through and including February 28, 2023 (the "Fee Period"). In support of this Application, Faegre Drinker respectfully represents as follows:

## BACKGROUND

1. Pursuant to the Retention Order, Faegre Drinker was retained to represent the Committee in connection with these chapter 11 cases, effective as of January 30, 2023. The Retention Order authorizes Faegre Drinker to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2. All services for which compensation is requested herein by Faegre Drinker were performed for or on behalf of the Committee.

## SUMMARY OF SERVICES RENDERED

3. Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Fee Period, showing the amount of $314,674.50 due for fees.

4. The services rendered by Faegre Drinker during the Fee Period are grouped into the categories set forth in **Exhibit A**. The attorneys and paralegals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5. **Exhibit B** attached hereto is a detailed statement of expenses paid by Faegre Drinker during the Fee Period, showing the amount of $3,084.52 due for reimbursement of expenses. This out-of-pocket disbursement sum is broken down into categories of charges, including, among other things, mail and express mail charges, special or hand delivery charges, photocopying charges, travel expenses, expenses for "working meals," and computerized research.

A complete review by category of the expenses incurred for the Fee Period may be found in the attachments hereto as **Exhibit B**.

6. Pursuant to Local Rule 2016-2, Faegre Drinker represents that its rate for duplication is $.10 per page for black and white copies and $0.80 per page for color copies, its rate for outgoing telecopier transmissions is $0.25 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions, and there is no surcharge for computerized research.

## VALUATION OF SERVICES

7. Attorneys and paraprofessionals of Faegre Drinker have expended a total of 320.30 hours in connection with this matter during the Fee Period.

8. The amount of time spent by each of these persons providing services to the Committee for the Fee Period is fully set forth in the detail attached hereto as **Exhibit A**. These are Faegre Drinker's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Faegre Drinker's for the Fee Period as attorneys to the Committee in these cases is $314,674.50.

9. Faegre Drinker believes that the time entries included in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** attached hereto are in compliance with the requirements of Local Rule 2016-2.

10. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

11. This Application covers the period from January 30, 2023 through and including February 28, 2023. Faegre Drinker has continued, and will continue, to perform additional necessary services for the Committee subsequent to the Fee Period, for which Faegre Drinker will file subsequent fee applications.

## CONCLUSION

WHEREFORE, Faegre Drinker requests that allowance be made to it in the sum of $314,674.50 as compensation for necessary professional services rendered to the Committee for the Fee Period, and the sum of $3,084.52 for reimbursement of actual necessary costs and expenses incurred during that period, and requests such other and further relief as the Court may deem just and proper.

Dated: March 22, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ Jaclyn C. Marasco
Patrick A. Jackson (Bar No. 4976)
Jaclyn C. Marasco (Bar No. 6477)
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Emails: patrick.jackson@faegredrinker.com
       jaclyn.marasco@faegredrinker.com

-and-

Richard J. Bernard (admitted *pro hac vice*)
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248-3263
Facsimile: (212) 248-3141
Email: richard.bernard@faegredrinker.com

*Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 2016-2

I, Patrick A. Jackson, declare pursuant to 28.U.S.C. § 1746:

1. I am a partner in the law firm of Faegre Drinker Biddle & Reath LLP ("Faegre Drinker"), with an office at 222 Delaware Avenue, Suite 1410, Wilmington, Delaware, 19810, among others. I am a member in good standing of the Bar of the State of Delaware; and have been admitted to practice since 2007.

2. I have personally performed many of the professional services rendered by Faegre Drinker to the Official Committee of Unsecured Creditors (the "Committee") in connection with these chapter 11 cases; and am familiar with the other work performed by the attorneys and paraprofessionals at Faegre Drinker on behalf of the Committee.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4. I certify that the Application complies with the requirements of Local Rule 2016-2 to the best of my knowledge, information, and belief.

5.

Dated: March 22, 2023

/s/ Patrick A. Jackson
Patrick A. Jackson
Partner, Faegre Drinker Biddle & Reath LLP