**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) | Case No. 23-10051 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 18, 2023 AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES**

**THIS HEARING WILL BE CONDUCTED BY ZOOM ONLY.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**
**Please use the following link to register for this hearing**

https://debuscourts.zoomgov.com/meeting/register/vJIsfuqsrTMuHcjeDfrG2bvoTJKkVhRAlmc

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**I.    ADJOURNED MATTERS**

1.    Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of (X) Stalking Horse Assets and (Y) Other Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement for Stalking Horse Assets and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory

---

[1]    The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2]    **Amended Items are indicated in bold.**

Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed: January 17, 2023) [Docket No. 12].

**Response Deadline:** February 23, 2023 at 4:00 p.m. (prevailing Eastern Time). (Extended to February 24, 2023 for Kuenzli Rental Operation, LLC. and 1101 East Bayaud LLC; extended to February 27, 2023 for the Official Committee of Unsecured Creditors, Zayo Group, LLC, Equinix, Inc., and Crown Castle Fiber, LLC as to sale and assumption/cure objections.)

**Cure Objections:**

A. Objection of BREIT Steadfast MF Mansfield TX LP and BREIT MF Arbour Square LLC to Debtors' Notice of Potential Assumption of Executory Contracts and Proposed Cure Amounts (Filed: February 23, 2023) [Docket No. 194].

B. Response and Objection of CRP/Pollack 72 Milton Townhome Owner, LLC, CRP/Pollack 72 Milton Venture, LLC, 1246 Allene Owner, LP, Greenville Dallas Owner, LP, CH Realty IX-Rangewater MF Charlotte University City, LP and 536 West Tremont Owner, LP Pursuant to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts (Filed: February 24, 2023) [Docket No. 202].

C. Objection of Kuenzli Rental Operation LLC, d/b/a Nevada Communications and Satellite to Assumption and Assignment of Contract and Proposed Cure Amount (Filed: February 24, 2023) [Docket No. 205].

D. Amended Objection of BREIT Steadfast MF Mansfield TX LP and BREIT MF Arbour Square LLC to Debtors' Notice of Potential Assumption of Executory Contracts and Proposed Cure Amounts (Filed: March 14, 2023) [Docket No. 265].

**Related Documents:**

A. Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts (Other Assets) (Filed: February 8. 2023) [Docket No. 117].

B. Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts (Stalking Horse Assets) (Filed: February 8, 2023) [Docket No. 118].

C. Order (I) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith; and (III) Granting Related Relief (Signed: March 3, 2023) [Docket No. 235].

**Status:** The parties have agreed to adjourn the open cure objections to the next omnibus hearing date.

**II.    MATTERS UNDER COC/CNO**

2.   Debtors' Motion for Entry of an Order: (I) Approving Procedures for Rejecting Executory Contracts and Unexpired Leases; and (II) Granting Related Relief (Filed: March 16, 2023) [Docket No. 269].

   **Response Deadline:**  March 31, 2023 at 4:00 p.m. (prevailing Eastern Time).

   **Responses Received:**

   A.   Informal comments from the Official Committee of Unsecured Creditors.

   **Related Documents:**

   A.   Certification of Counsel Regarding Debtors' Motion for Entry of an Order: (I) Approving Procedures for Rejecting Executory Contracts and Unexpired Leases; and (II) Granting Related Relief (Filed:  April 3, 2023) [Docket No. 292].

   **Status:**  A Certification of Counsel has been filed.  The Debtors respectfully request entry of the order at the Court's convenience.

3.   Debtors' Motion for Entry of an Order: (I) Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief (Filed: March 28, 2023) [Docket No. 285].

   **Response Deadline:**  April 11, 2023 at 4:00 p.m. (prevailing Eastern Time).

   **Responses Received:**

   None.

   **Related Documents:**

   A.   Certificate of No Objection Regarding Debtors' Motion for Entry of an Order: (I) Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief (Filed: April 12, 2023) [Docket No. 303].

   B.   Order (I) Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief (Signed:  April 14, 2023) [Docket No. 308].

   **Status:**  An order has been entered.

4.   Debtors' Motion to Enlarge the Period Within Which They May Remove Actions (Filed: March 28, 2023) [Docket No. 286].

   **Response Deadline:**  April 11, 2023 at 4:00 p.m. (prevailing Eastern Time).

   **Responses Received:**

   None.

**Related Documents:**

A. Certificate of No Objection Regarding Debtors' Motion to Enlarge the Period Within Which They May Remove Actions (Filed: April 12, 2023) [Docket No. 304].

B. Order Enlarging the Period Which They May Remove Actions (Signed: April 14, 2023) [Docket No. 309].

**Status:**  An order has been entered.

5. Debtors' Motion for Entry of an Order: (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code; (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units; (III) Setting a Bar Date for the Filing of Requests for Allowance of Administrative Expense Claims; (IV) Establishing an Amended Schedules Bar Date and a Rejection Damages Bar Date; (V) Approving the Form and Manner for Filing Proofs of Claim; (VI) Approving a Notice of Bar Dates; and (VII) Granting Related Relief (Filed: March 30, 2023) [Docket No. 288].

**Response Deadline:**  April 11, 2023 at 4:00 p.m. (prevailing Eastern Time).

**Responses Received:**

None.

**Related Documents:**

A. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order: (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code; (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units; (III) Setting a Bar Date for the Filing of Requests for Allowance of Administrative Expense Claims; (IV) Establishing an Amended Schedules Bar Date and a Rejection Damages Bar Date; (V) Approving the Form and Manner for Filing Proofs of Claim; (VI) Approving a Notice of Bar Dates; and (VII) Granting Related Relief (Filed: April 12, 2023) [Docket No. 306].

**Status:**  A Certification of No Objection has been filed.  The Debtors respectfully request entry of the order at the Court's convenience.

6. Debtors' Motion for Order Approving Procedures for the Sale or Abandonment of *de minimis* Assets (Filed: April 4, 2023) [Docket No. 294].

**Response Deadline:**  April 11, 2023 at 4:00 p.m. (prevailing Eastern Time).

**Responses Received:**

None.

DOCS_DE:242894.1 31213/001

**Related Documents:**

A.   Certificate of No Objection Regarding Debtors' Motion for Order Approving Procedures for the Sale or Abandonment of de minimis Assets (Filed: April 12, 2023) [Docket No. 305].

**Status:**   A Certification of No Objection has been filed.  The Debtors respectfully request entry of the order at the Court's convenience.

### III.   MATTERS GOING FORWARD

**7.**   First Interim Application for Compensation of Bank Street Group LLC as Investment Banker to the Debtors and Debtors in Possession for the Period from January 16, 2023 to March 14, 2023 (Filed: March 15, 2023) [Docket No. 267].

**Response Deadline:**   April 5, 2023 at 4:00 p.m. (prevailing Eastern Time).

**Responses Received:**

None.

**Related Documents:**

A.   Certificate of No Objection Regarding First Interim Application for Compensation of Bank Street Group LLC as Investment Banker to the Debtors and Debtors in Possession for the Period from January 16, 2023 to March 14, 2023 (Filed: April 7, 2023) [Docket No. 296].

B.   Certification of Counsel Regarding First Interim Application for Compensation of Bank Street Group LLC as Investment Banker to the Debtors and Debtors in Possession for the Period from January 16, 2023 to March 14, 2023 (Filed: April 17, 2023) [Docket No. 313].

**C.   Order Granting First Interim Application for Compensation of Bank Street Group LLC as Investment Banker to the Debtors and Debtors in Possession for the Period from January 16, 2023 to March 14, 2023 (Signed: April 17, 2023) [Docket No. 315].**

**Status:**   An Order has been entered.

DOCS_DE:242894.1 31213/001

Dated:  **April 18, 2023**

PACHULSKI STANG ZIEHL & JONES LLP

 */s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  ljones@pszjlaw.com
            dbertenthal@pszjlaw.com
            tcairns@pszjlaw.com

*Counsel for the Debtors and Debtors in Possession*

6