**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] ) | Case No. 23-10051 (JKS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Related to Docket No. 300** |

**CERTIFICATE OF NO OBJECTION (NO ORDER REQUIRED)**
**REGARDING THE FIRST MONTHLY APPLICATION FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,**
**AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSTION, FOR THE**
**PERIOD FROM JANUARY 17, 2023 THROUGH JANUARY 31, 2023**

The undersigned hereby certifies that:

1. Pachulski Stang Ziehl & Jones LLP ("PSZJ"), counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed and served the *First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from January 17, 2023 through January 31, 2023* [Docket No. 300] (the "Application").

2. Objections to the Application were to be filed and served no later than May 2, 2023 by 4:00 p.m. (prevailing Eastern Time). The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

3.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

DOCS_DE:243073.4

4.	Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order") [Docket No. 122], the Debtors are authorized to pay PSZJ $243,211.20, which represents 80% of the fees ($304,014.00), plus $11,622.17, which represents 100% of the expenses requested in the Application, for the period from January 17, 2023 through January 31, 2023, upon the filing of this certificate of no objection and without the need for entry of a Bankruptcy Court order approving the Application

Dated:  May 3, 2023                                   **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
email:  ljones@pszjlaw.com
            dbertenthal@pszjlaw.com
            tcairns@pszjlaw.com

*Counsel for the Debtors and Debtors-in-Possession*