**<u>Exhibit A</u>**

**Case No: 23-10051**
**Case Name: GigaMonster Networks, LLC, et al.**
**M-III Advisory Partners, LP**
**Fee Application Period: Mar 1, 2023 - Mar 31, 2023**

### Exhibit A - Time Detail by Task by Professional

*Asset Sales*

| Date | Professional | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 3/1/23 | Robert Winning | Review stalking hose APA and bid procedures | 1.8 | 1,150.0 | 2,070.00 |
| 3/2/23 | Robert Winning | Call with R. Winning, M. Korycki, M. Luna (M3), T. Murphy (Bank Street) regarding the sales process | 1.2 | 1,150.0 | 1,380.00 |
| 3/2/23 | Robert Winning | Call with R. Winning, M. Luna (M3), T. Murphy (Bank Street) regarding the sales process | 0.7 | 1,150.0 | 805.00 |
| 3/3/23 | Robert Winning | Continued analysis of Debtors' proposed bid procedures and postpetition sale process | 0.9 | 1,150.0 | 1,035.00 |
| 3/6/23 | Robert Winning | Review closing binder of prepetition asset sale | 0.7 | 1,150.0 | 805.00 |
| 3/21/23 | Robert Winning | Review correspondence with R. Bernard (Faegre) re: bid procedures and T. Murphy re: previous $3MM sale | 0.8 | 1,150.0 | 920.00 |
| 3/14/23 | Robert Winning | Meet with M. Korycki (M3) to discuss assumptions in TSA model | 0.7 | 1,150.0 | 805.00 |
| **Sub-Total** | | | **6.8** | | **$7,820.00** |

*Case Administration*

| Date | Professional | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 3/1/23 | Robert Winning | Return travel from Delaware to NYC (at half-time) | 1.3 | 1,150.0 | 1,495.00 |
| 3/8/23 | Manuel Luna | Review of Barings adversary claim | 0.6 | 450.0 | 270.00 |
| 3/29/23 | Robert Winning | Call with Faegre team re: outstanding workstreams and next steps | 0.4 | 1,150.0 | 460.00 |
| 3/29/23 | Robert Winning | Prepare for meetings with UCC and UCC counsel | 0.4 | 1,150.0 | 460.00 |
| **Sub-Total** | | | **2.7** | | **$2,685.00** |

*Contracts*

| Date | Professional | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 3/7/23 | Manuel Luna | Review of revised winning bid APA ahead of UCC call on 3.8.23 | 2.8 | 450.0 | 1,260.00 |
| 3/7/23 | Manuel Luna | Review of Skywire final TSA agreement to previously submitted TSA before the auction | 2.1 | 450.0 | 945.00 |
| 3/7/23 | Manuel Luna | Review of "Notice of Filing Successful Bidder Proposed Sale Order" court filing | 0.6 | 450.0 | 279.00 |
| 3/7/23 | Manuel Luna | Review of fifth amendment to Barings credit agreement for all covenants for the loan covenant analysis | 0.8 | 450.0 | 360.00 |
| 3/8/23 | Manuel Luna | Updates to covenant analysis to include a rapid decrease in cash and updates to PPT pages | 1.2 | 450.0 | 540.00 |
| **Sub-Total** | | | **7.5** | | **$3,384.00** |

*Court Attendance / Participation*

| Date | Professional | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 3/2/23 | Manuel Luna | Listened to sale hearing to prepare for the UCC call tomorrow | 0.8 | 450.0 | 373.50 |
| **Sub-Total** | | | **0.8** | | **$373.50** |

*Fee Application*

| Date | Professional | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 3/17/23 | Manuel Luna | Draft sections of Feb 2023 fee application | 1.9 | 450.0 | 855.00 |
| 3/23/23 | Manuel Luna | Updates to February fee application for submission | 1.1 | 450.0 | 495.00 |
| **Sub-Total** | | | **3.0** | | **$1,350.00** |

*Financial & Operational Matters*

| Date | Professional | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 3/7/23 | Manuel Luna | Review of historical financials and drafts of different liquidity metrics to decipher if the Debtor would be able to meet their financial covenants | 2.1 | 450.0 | 945.00 |
| 3/8/23 | Manuel Luna | Reconcile cash balances from bank statements for 2022 | 2.1 | 450.0 | 945.00 |
| **Sub-Total** | | | **4.2** | | **$1,890.00** |

*Financing Matters (Cash Budget, DIP, Exit, Other)*

| Date | Professional | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 3/7/23 | Manuel Luna | Review of variance report from Novo and draft PPT outlining DIP budget variance | 1.1 | 450.0 | 495.00 |
| **Sub-Total** | | | **1.1** | | **$495.00** |

**Case No: 23-10051**
**Case Name: GigaMonster Networks, LLC, et al.**
**M-III Advisory Partners, LP**
**Fee Application Period: Mar 1, 2023 - Mar 31, 2023**

### Exhibit A - Time Detail by Task by Professional

*General Correspondence with UCC & UCC Counsel*

| | | | | | |
|---|---|---|---|---|---|
| 3/1/23 | Manuel Luna | Call with R. Winning (M3) and UCC counsel to discuss the bid auction from the day before | 0.8 | 450.0 | 337.50 |
| 3/1/23 | Robert Winning | UCC call re: auction results and next steps | 0.7 | 1,150.0 | 805.00 |
| 3/8/23 | Manuel Luna | Call with R. Winning (M3), R. Bernard, J. Marasco (Faegredrinker), and the UCC to discuss the Sale Hearing & Barings litigation | 0.6 | 450.0 | 270.00 |
| 3/8/23 | Robert Winning | Prepare for and participate in Committee update call | 1.3 | 1,150.0 | 1,495.00 |
| 3/15/23 | Manuel Luna | Call with R. Winning (M3), R. Bernard, J. Marasco (Faegredrinker), and the UCC to discuss the Barings litigation complaint | 0.4 | 450.0 | 180.00 |
| 3/22/23 | Robert Winning | Prepare for (2.) and participate in call with M. Luna (M3), R. Bernard, J. Marasco (Faegredrinker), and the UCC. Weekly update call | 0.6 | 1,150.0 | 690.00 |
| 3/15/23 | Robert Winning | Call with L. Murley re: sale status and next steps | 0.3 | 1,150.0 | 345.00 |
| 3/15/23 | Robert Winning | Prepare for UCC call | 0.3 | 1,150.0 | 345.00 |
| 3/15/23 | Robert Winning | Call with M. Luna (M3), R. Bernard, J. Marasco (Faegredrinker), and the UCC to discuss the Barings litigation complaint and other case issues | 0.4 | 1,150.0 | 460.00 |
| 3/22/23 | Manuel Luna | Call with R. Winning (M3) R. Bernard, J. Marasco (Faegredrinker), and the UCC. Weekly update call | 0.4 | 450.0 | 180.00 |
| 3/29/23 | Manuel Luna | Weekly M3 meeting [R. Winning] with the UCC | 0.5 | 450.0 | 225.00 |
| 3/29/23 | Robert Winning | Weekly UCC meeting re: investigation and next steps | 0.5 | 1,150.0 | 575.00 |
| **Sub-Total** | | | **6.8** | | **$5,907.50** |

*Monthly Operating Reports*

| | | | | | |
|---|---|---|---|---|---|
| 3/8/23 | Manuel Luna | Review of Jan MOR for any potential variances from the DIP budget and filed | 2.9 | 450.0 | 1,305.00 |
| 3/8/23 | Manuel Luna | Review of revised MOR | 0.3 | 450.0 | 135.00 |
| **Sub-Total** | | | **3.2** | | **$1,440.00** |

*Potential Avoidance Actions/Litigation Support*

| | | | | | |
|---|---|---|---|---|---|
| 3/10/23 | Robert Winning | Review complaint and analysis of potential fact investigation | 0.8 | 1,150.0 | 920.00 |
| 3/12/23 | Robert Winning | Continued review of prepetition financials | 0.6 | 1,150.0 | 690.00 |
| 3/14/23 | Manuel Luna | Review Barings litigation complaint to ensure arguments were in line with the report | 0.8 | 450.0 | 360.00 |
| 3/15/23 | Manuel Luna | Review of sub-contracts to determine exit fees for the claims pool | 2.8 | 450.0 | 1,260.00 |
| 3/13/23 | Robert Winning | Continued review of complaint and related analysis | 1.8 | 1,150.0 | 2,070.00 |
| **Sub-Total** | | | **6.8** | | **$5,300.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Total** | | | **42.9** | | **$30,645.00** |