**<u>Exhibit B</u>**

**Case No: 23-10051**
**Case Name: GigaMonster Networks, LLC, et al.**
**M-III Advisory Partners, LP**
**Fee Application Period: Mar 1, 2023 - Mar 31, 2023**

<u>**Exhibit B - Summary of Expenses by Category**</u>

| Description | Total |
|---|---|
| Hotels (R. Winning hotel expense on 2/28/2023 to attend the auction) | 328.90 |
| Business Meals (M. Luna working meal on 3/8/2023) | 27.38 |
| Conference Calls (R. Winning expense on 3/31/2023) | 51.89 |
| **Total (a)** | **$408.17** |

<u>**Note**</u>:

(a)  Total amounts are based on M-III's expense reporting system as of the date of this Monthly Report and may not be reflective of all expenses incurred during the Reporting Period.  As such, future monthly reports may include expenses incurred during the Reporting Period.