**Exhibit A**

**TIME DETAIL**



faegredrinker.com

May 9, 2023 | Invoice | 5764708
| Tax ID | 41-0244008

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

## Invoice Summary

**Client**      Official Committee of Unsecured Creditors of GigaMonster
               Networks, LLC et al.
**Matter**      In re GigaMonster Networks, LLC et al.
**Matter ID**   527983.000001

For professional services rendered and disbursements incurred through April 30, 2023

Services                                                                58,973.50

Disbursements                                                                9.20

**Invoice Total**                                                  $    **58,982.70**

**Due and Payable Upon Receipt**
**Thank You**

Case 23-10051-JKS    Doc 369-2    Filed 05/22/23    Page 3 of 10



faegredrinker.com

May 9, 2023

| | |
|---|---|
| Invoice | 5764708 |
| Tax ID | 41-0244008 |

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

# Invoice Detail

| | |
|---|---|
| Client | Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al. |
| Matter | In re GigaMonster Networks, LLC et al. |
| Matter ID | 527983.000001 |

For professional services rendered and disbursements incurred through April 30, 2023

## Professional Services

### Task: B110    Case Administration

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/01/23 | J. Marasco | 0.10 | Review bar date motion. |
| 04/04/23 | J. Marasco | 0.30 | Call with D. Bertenthal and R. Bernard regarding case update. |
| 04/04/23 | R. Bernard | 0.40 | Call with Debtors' counsel regarding case updates. |
| 04/04/23 | B.A. Olivere | 0.20 | Review and evaluate incoming pleadings; circulate to working group |
| 04/10/23 | B.A. Olivere | 0.10 | Review and evaluate incoming pleadings; circulate to working group |
| 04/12/23 | R. Bernard | 0.50 | Discuss e-discovery support needs with J. Marasco. |
| 04/12/23 | J. Marasco | 1.90 | Confer with P. Jackson (0.1)/call with R. Bernard (0.3) regarding e-discovery matters and Barings negotiations; diligence and correspondence regarding same (0.4); review correspondence with C. Bryant regarding NDA (0.1); correspondence/call with T. Cairns and M. Caloway regarding debtor production issues (0.3); compose update email to R. Bernard regarding same and prepare modified communications searches (0.3); related correspondence with T. Cairns (0.2); correspondence with potential e-discovery vendor regarding engagement terms and pricing (0.2). |
| 04/12/23 | J. Marasco | 0.40 | Call with R. Bernard regarding sale and claims matters and fee applications. |
| 04/12/23 | B.A. Olivere | 0.20 | Review and evaluate incoming pleadings; circulate to working group |
| 04/13/23 | J. Marasco | 0.10 | Correspondence with e-discovery vendor regarding engagement. |
| 04/14/23 | B.A. Olivere | 0.10 | Circulate agenda for 4/18/23 hearing to working group |
| 04/14/23 | B.A. Olivere | 0.20 | Review and evaluate incoming pleadings; circulate to working group |
| 04/17/23 | J. Marasco | 0.20 | Email T. Cairns and M. Caloway regarding revised search terms in connection with communications production (0.1); review correspondence with C. Bryant regarding status of NDA (0.1). |

Official Committee of Unsecured Creditors of GigaMonster
Networks, LLC et al.
May 9, 2023
Page     2

Faegre Drinker Biddle & Reath LLP
Invoice   5764708

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/17/23 | B.A. Olivere | 0.10 | Review and evaluate incoming pleadings; circulate to working group |
| 04/17/23 | B.A. Olivere | 0.10 | Circulate amended agenda for April 18, 2023 hearing |
| 04/18/23 | R. Bernard | 1.50 | Attend hearings on various motions (.5); review certifications of counsel for changes to the forms of order for bar date, rejection procedures, and de minimis asset sale/abandonment (1.0). |
| 04/18/23 | B.A. Olivere | 0.50 | Review and evaluate incoming pleadings (.4); circulate to working group (.1). |
| 04/18/23 | J. Marasco | 0.10 | Correspondence regarding NDA with Barings and review same. |
| 04/19/23 | J. Marasco | 0.10 | Review bar date order and calendar relevant bar dates. |
| 04/20/23 | J. Marasco | 0.10 | Attention to Barings NDA. |
| 04/21/23 | B.A. Olivere | 0.10 | Review and evaluate incoming pleadings; circulate to working group |
| 04/24/23 | J. Marasco | 0.10 | Correspondence with T. Cairns regarding status of anticipated debtor production. |
| 04/24/23 | J. Marasco | 0.20 | Correspondence with R. Winning regarding status of diligence in connection with monthly spend on other assets maintenance and anticipated rejection damage claims. |
| 04/24/23 | B.A. Olivere | 0.30 | Review and evaluate incoming pleadings (.2); circulate to working group (.1) |
| 04/25/23 | J. Marasco | 0.30 | Review e-discovery specifications from E. Brady in connection with forthcoming production and correspondence with e-discovery team regarding same (0.2); correspondence with C. Bryant regarding executed NDA (0.1). |
| 04/26/23 | B.A. Olivere | 0.10 | Review and evaluate incoming pleadings; circulate to working group |
| 04/26/23 | J. Marasco | 0.40 | Attention to e-discovery specifications and related correspondence with E. Brady (0.2); correspondence with R. Bernard and C. Bryant regarding extension of challenge period (0.2). |

**Total B110**              **8.70**

Task:  B120    Asset Analysis and Recovery

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/01/23 | J. Marasco | 0.80 | Attention to debtors' production of documents and compose email to internal team regarding same (0.3); related correspondence with K. Kistinger regarding document review and work flow in connection with adversary complaint (0.5). |
| 04/01/23 | P. A. Jackson | 0.10 | Emails with J. Marasco re: draft complaint against Barings et al. |
| 04/03/23 | R. Bernard | 2.10 | Review and revise draft complaint (1.8); review and revise letter to prepetition lender's counsel included with complaint (.3). |
| 04/03/23 | J. Marasco | 2.10 | Review operating agreements and related correspondence with P. Jackson regarding D&O claims analysis in connection with draft adversary complaint (0.3); attention to insider payments analysis and email T. Cairns regarding same (0.2); diligence in connection with adversary complaint and compile exhibits (1.4); confer with P. Jackson (0.1)/call with R. Bernard regarding same (0.1). |
| 04/04/23 | J. Marasco | 5.00 | Review and incorporate R. Bernard comments to demand letter and adversary complaint against Barings and related correspondence with R. Bernard (4.8); coordinate file transfer from debtors in response to supplemental diligence requests (0.2). |
| 04/04/23 | P. A. Jackson | 0.30 | Emails with R. Bernard, J. Marasco re: draft complaint against Barings |
| 04/04/23 | R. Bernard | 0.50 | Discuss revisions to draft complaint with J. Marasco. |

Official Committee of Unsecured Creditors of GigaMonster  
Networks, LLC et al.  
May 9, 2023  
Page 3

Faegre Drinker Biddle & Reath LLP  
Invoice 5764708

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/05/23 | J. Marasco | 1.00 | Finalize adversary complaint and cover letter (0.8); various related correspondence with R. Bernard regarding transmittal and email Committee members regarding same (0.2) |
| 04/06/23 | P. A. Jackson | 0.50 | Call (partial) with R. Bernard, J. Marasco, R. Winning re: Barings adversary proceeding strategy |
| 04/06/23 | P. A. Jackson | 0.10 | Review emails from R. Bernard re: transmittal of complaint to Barings, initial response |
| **Total B120** | | **12.50** | |

**Task: B130    Asset Disposition**

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/06/23 | J. Marasco | 0.10 | Correspondence with Debtors' counsel regarding Texas taxing authority stipulation in connection with sale and review same. |
| 04/12/23 | J. Marasco | 0.10 | Review correspondence from C. Bryant regarding comments to APA on "other assets" sale. |
| 04/18/23 | J. Marasco | 0.10 | Correspondence with T. Cairns regarding status of APA for "Other Assets" sale. |
| 04/18/23 | R. Bernard | 2.60 | Review draft asset purchase agreement and draft transition services agreement with MC (2.2); call with MC and MC's counsel (.4). |
| 04/19/23 | J. Marasco | 0.10 | Email R. Winning regarding monthly maintenance costs for properties subject to MC "other assets" sale. |
| 04/20/23 | R. Bernard | 2.40 | Review revised MC asset purchase and transition services agreements (2.2); email with Debtors' counsel regarding comments to agreements (.2). |
| 04/21/23 | J. Marasco | 0.10 | Review correspondence with D. Bertenthal regarding Committee comments to "Other Assets" APA |
| 04/26/23 | J. Marasco | 0.20 | Review correspondence with debtors regarding Committee comments to "Other Assets" APA with MC. |
| 04/26/23 | J. Marasco | 0.10 | Correspondence with R. Gruber regarding Committee comments to MC APA for "Other Assets" |
| 04/26/23 | R. Bernard | 3.30 | Review latest versions of the MC asset purchase and transition services agreements (2.7); propose revised language (.6). |
| 04/27/23 | J. Marasco | 0.10 | Review correspondence with debtors and Barings regarding Committee comments to MC APA for "Other Assets" |
| 04/27/23 | R. Bernard | 1.30 | Email with counsel for MC, Debtors, and Barings regarding additional comments to asset purchase and transition services agreement with MC, including review of redlined documents. |
| 04/28/23 | R. Bernard | 0.70 | Email with counsel for MC, Debtors, and Barings regarding final comments to asset purchase and transition services agreements with MC, including review of final revisions. |
| **Total B130** | | **11.20** | |

**Task: B150    Meetings of and Communications with Creditors**

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/04/23 | J. Marasco | 0.20 | Call R. Winning in connection with standing Committee call (0.1); prepare and circulate agenda for standing Committee call (0.1). |

Case 23-10051-JKS    Doc 369-2    Filed 05/22/23    Page 6 of 10

Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.
May 9, 2023
Page    4

Faegre Drinker Biddle & Reath LLP
Invoice   5764708

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/05/23 | J. Marasco | 1.20 | Correspondence with R. Bernard regarding standing Committee call and status of adversary complaint (0.1); prepare for (0.3) and participate in standing Committee call (0.3); prepare Committee meeting minutes (0.5). |
| 04/05/23 | R. Bernard | 0.40 | Attend Committee meeting (.3); email update to Committee members that could not attend meeting (.1). |
| 04/10/23 | J. Marasco | 0.20 | Attention to status of outstanding matters to prepare agenda for April 12 committee call and related correspondence with R. Bernard. |
| 04/12/23 | P. A. Jackson | 0.50 | Attend committee meeting with J. Marasco, R. Bernard, R. Winning |
| 04/12/23 | J. Marasco | 0.70 | Prepare for (0.1) and participate in weekly Committee meeting (0.4); correspondence with counsel to service provider on properties subject to "other asset" sale regarding case status (0.2). |
| 04/12/23 | R. Bernard | 0.70 | Prepare for call with Committee (.3); attend Committee meeting (.4). |
| 04/14/23 | J. Marasco | 0.50 | Prepare meeting minutes for April 12 Committee meeting. |
| 04/18/23 | R. Bernard | 0.20 | Email committee the court's revisions to the rejection procedures motion. |
| 04/18/23 | J. Marasco | 0.30 | Attention to outstanding diligence items, prior correspondence, and call notes to prepare agenda for April 18 Committee meeting. |
| 04/18/23 | J. Marasco | 0.10 | Review committee update regarding revised rejection procedures. |
| 04/19/23 | J. Marasco | 1.40 | Participate in weekly Committee meeting (0.4) and prepare meeting minutes (0.5); correspondence with R. Bernard and counsel to Equinix, Zayo, and M3 regarding execution of Barings NDA and compile same (0.5) |
| 04/19/23 | R. Bernard | 0.40 | Attend committee meeting. |
| 04/21/23 | J. Marasco | 0.10 | Correspondence with Committee members regarding Barings NDA. |
| 04/24/23 | J. Marasco | 0.20 | Prepare meeting agenda for April 25 Committee meeting and correspondence with R. Bernard regarding same. |
| 04/25/23 | J. Marasco | 0.10 | Review R. Bernard Committee update regarding case status. |
| 04/25/23 | R. Bernard | 0.50 | Email to Committee of bar date notice and case status report. |
| **Total B150** | | **7.70** | |

### Task: B155    Court Hearings

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/18/23 | B.A. Olivere | 0.10 | Circulate second amended agenda for April 18, 2023 hearing |
| 04/18/23 | B.A. Olivere | 0.10 | Register R. Bernard and J. Marasco for 4/18/23 hearing |
| 04/18/23 | J. Marasco | 0.90 | Correspondence regarding status of April 18 hearing and coordinate appearances for same (0.1); attend hearing on rejection procedures, miscellaneous asset sales, and bar date motion (0.4); prepare hearing notes and correspondence with R. Bernard regarding same (0.4). |
| **Total B155** | | **1.10** | |

### Task: B160    Fee/Employment Applications

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/03/23 | J. Marasco | 0.10 | Correspondence with E. Steele regarding March invoice for second monthly fee application. |

Official Committee of Unsecured Creditors of GigaMonster  
Networks, LLC et al.  
May 9, 2023  
Page    5

Faegre Drinker Biddle & Reath LLP  
Invoice   5764708

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/06/23 | J. Marasco | 1.20 | Review exhibits in connection with second monthly fee application and related correspondence with E. Steele. |
| 04/12/23 | B.A. Olivere | 0.40 | Draft certificate of no objection regarding first fee application of Faegre Drinker Biddle & Reath |
| 04/12/23 | J. Marasco | 0.20 | Review CNO in connection with FDBR first monthly fee application and related correspondence with B. Olivere. |
| 04/13/23 | B.A. Olivere | 0.20 | Finalize for filing certificate of no objection re first fee application of Faegre Drinker |
| 04/13/23 | B.A. Olivere | 0.30 | Draft certificate of no objection re M3 Advisory's first fee application |
| 04/13/23 | J. Marasco | 0.90 | Correspondence with R. Bernard and P. Jackson regarding Faegre Drinker first monthly fee application (0.1); review exhibit in connection with Faegre Drinker second monthly fee application and related correspondence with E. Steele and R. Bernard (0.6); compose email to R. Winning regarding M3 first and second monthly fee applications (0.1); correspondence with Debtors counsel regarding CNO on Faegre Drinker first monthly fee application (0.1). |
| 04/14/23 | J. Marasco | 0.10 | Review CNO on M3 first monthly fee application and related correspondence with B. Olivere. |
| 04/17/23 | J. Marasco | 0.10 | Email R. Winning regarding CNO on M3 first monthly fee application and request for invoice for second monthly fee application. |
| 04/17/23 | B.A. Olivere | 0.30 | Finalize for filing certificate of no objection re M3 Advisory Partners first fee application |
| 04/18/23 | R. Bernard | 0.40 | Review March 2023 invoice. |
| 04/19/23 | J. Marasco | 0.20 | Various correspondence with P. Jackson, R. Bernard, and E. Steele regarding Faegre Drinker first monthly fee application. |
| 04/21/23 | J. Marasco | 1.10 | Correspondence/calls with B. Olivere regarding Faegre Drinker second monthly fee application (0.3); correspondence/call with R. Bernard regarding same and circulate invoice to Committee (0.2); prepare exhibits to Faegre Drinker second monthly fee application and review and finalize same for filing (0.6). |
| 04/21/23 | B.A. Olivere | 0.20 | Call with J. Marasco re second monthly fee application of Faegre Drinker |
| 04/21/23 | B.A. Olivere | 1.90 | Draft second monthly fee application of Faegre Drinker for March 2023 |
| 04/21/23 | B.A. Olivere | 0.40 | Finalize for filing and coordinate service of second fee application of Faegre Drinker for March 2023 |
| 04/21/23 | B.A. Olivere | 0.10 | Read and respond to email re drafting of second fee application of Faegre Drinker |
| 04/26/23 | B.A. Olivere | 0.40 | Create fee index chart for preparation of interim fee requests and required supplemental |
| 04/26/23 | B.A. Olivere | 2.20 | Draft notice of interim fee request of official committee professionals for the first interim fee period |
| 04/26/23 | J. Marasco | 0.20 | Confer with B. Olivere regarding first interim fee applications and call R. Winning regarding same. |
| 04/27/23 | B.A. Olivere | 0.20 | Edit, review and revise first interim fee request of committee professionals |
| 04/28/23 | J. Marasco | 0.70 | Review Committee professionals first interim fee application (0.1) and calls (2x) with B. Olivere regarding same (0.2); review interim comp order and compose email to R. Winning regarding Committee professionals first interim fee application (0.3); correspondence regarding same (0.1). |
| 04/28/23 | B.A. Olivere | 0.10 | Confer with J. Marasco re first interim fee request of committee professionals |
| 04/28/23 | B.A. Olivere | 0.20 | Edit and revise first interim fee application based upon comments received |

Official Committee of Unsecured Creditors of GigaMonster
Networks, LLC et al.
May 9, 2023
Page    6

Faegre Drinker Biddle & Reath LLP
Invoice  5764708

| Date | Name | Hours | Description |
|---|---|---|---|
| **Total B160** | | **12.10** | |

### Task: B190    Other Contested Matters

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/06/23 | J. Marasco | 1.00 | Correspondence with R. Bernard regarding Barings response to draft adversary complaint and opening of potential negotiations (0.1); review correspondence from C. Bryant regarding potential extension of challenge period and internal correspondence regarding same (0.2); strategy call with R. Winning, R. Bernard, and P. Jackson regarding Barings negotiations (0.6); review follow-up correspondence with C. Bryant regarding same (0.1). |
| 04/06/23 | R. Bernard | 0.80 | Email with C. Bryant and others regarding extension of challenge period and production (.3); call with J. Marasco, P. Jackson, and R. Winning to discuss strategy about Barings (.5). |
| 04/07/23 | R. Bernard | 0.40 | Call with Barings' counsel regarding negotiation and discovery process. |
| 04/10/23 | J. Marasco | 1.20 | Update call with R. Bernard regarding status of Barings discussions in connection with demand (0.4); correspondence with C. Bryant regarding status of NDA (0.2); analyze Barings attorneys fees, revise adversary complaint, and email R. Bernard regarding same (0.5); email Debtors' counsel regarding status of supplemental production (0.1). |
| 04/10/23 | R. Bernard | 0.70 | Call with J, Marasco regarding status of Barings' production and settlement discussions (.5); email with Barings' counsel regarding production (.2). |
| 04/11/23 | R. Bernard | 0.80 | Review and revise draft confidentiality agreement with Barings. |
| 04/12/23 | P. A. Jackson | 0.10 | Emails with J. Marasco re: engagement of e-discovery vendor to process Barings production |
| **Total B190** | | **5.00** | |

### Task: B310    Claims Administration and Objections

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/18/23 | J. Marasco | 0.10 | Diligence and correspondence with R. Winning regarding claims pool in connection with potential plan discussions. |
| **Total B310** | | **0.10** | |

### Task: B320    Plan and Disclosure Statement

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/11/23 | R. Bernard | 0.50 | Work on wind down budget for plan process. |
| 04/11/23 | J. Marasco | 0.30 | Correspondence with C. Bryant regarding Committee/Barings plan discussions and related correspondence with R. Bernard and P. Jackson (0.1); review revised NDA from Barings and related correspondence with R. Bernard (0.2). |
| 04/12/23 | P. A. Jackson | 0.60 | Call with R. Bernard, J. Marasco, Barings counsel re: plan negotiations |
| 04/12/23 | J. Marasco | 0.60 | Call with R. Bernard, P. Jackson, C. Bryant and P. Van Tol regarding potential plan provisions in connection with settlement. |
| 04/12/23 | R. Bernard | 1.60 | Prepare a list key plan terms for discussion with Barings' counsel (1.1); meet with Barings' counsel regarding plan outline (.5). |
| 04/17/23 | R. Bernard | 0.20 | Email with C. Bryant regarding confidentiality agreement. |

Case 23-10051-JKS    Doc 369-2    Filed 05/22/23    Page 9 of 10

Official Committee of Unsecured Creditors of GigaMonster  
Networks, LLC et al.  
May 9, 2023  
Page 7

Faegre Drinker Biddle & Reath LLP  
Invoice 5764708

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/19/23 | J. Marasco | 0.70 | Correspondence with Barings regarding continued plan discussions and coordinate call scheduling in connection with same (0.2); call with E. Brady, C. Bryant, and R. Bernard regarding potential plan provisions (0.5). |
| 04/19/23 | R. Bernard | 0.60 | Call with Barings regarding plan issues. |
| **Total B320** | | **5.10** | |

**Total Services** $ 58,973.50

## Disbursements

| Date | Description | $ Value |
|---|---|---|
| 04/06/2023 | Online Docket Search | 0.50 |
| 04/10/2023 | Online Docket Search | 0.20 |
| 04/13/2023 | Online Docket Search | 0.20 |
| 04/13/2023 | Online Docket Search | 0.20 |
| 04/13/2023 | Online Docket Search | 0.20 |
| 04/13/2023 | Online Docket Search | 0.30 |
| 04/13/2023 | Online Docket Search | 0.20 |
| 04/13/2023 | Online Docket Search | 0.30 |
| 04/17/2023 | Online Docket Search | 0.30 |
| 04/17/2023 | Online Docket Search | 0.90 |
| 04/18/2023 | Online Docket Search | 0.30 |
| 04/21/2023 | Online Docket Search | 0.20 |
| 04/24/2023 | Online Docket Search | 0.20 |
| 04/24/2023 | Online Docket Search | 0.10 |
| 04/24/2023 | Online Docket Search | 1.90 |
| 04/26/2023 | Online Docket Search | 0.20 |
| 04/26/2023 | Online Docket Search | 2.80 |
| 04/26/2023 | Online Docket Search | 0.20 |
| **Subtotal Online Docket Search** | | **9.20** |

**Total Disbursements** $ 9.20

**Invoice Total** $ 58,982.70

## Services Summary by Task

| Task Code | Description | Hours | $ Value |
|---|---|---|---|
| B110 | Case Administration | 8.70 | 7,240.50 |
| B120 | Asset Analysis and Recovery | 12.50 | 11,111.50 |
| B130 | Asset Disposition | 11.20 | 14,566.50 |
| B150 | Meetings of and Communications with Creditors | 7.70 | 7,175.00 |
| B155 | Court Hearings | 1.10 | 745.50 |

Case 23-10051-JKS    Doc 369-2    Filed 05/22/23    Page 10 of 10

Official Committee of Unsecured Creditors of GigaMonster  
Networks, LLC et al.                                          Faegre Drinker Biddle & Reath LLP  
May 9, 2023                                                                     Invoice  5764708  
Page     8

| Task Code | Description | Hours | $ Value |
|---|---|---|---|
| B160 | Fee/Employment Applications | 12.10 | 6,966.00 |
| B190 | Other Contested Matters | 5.00 | 5,368.00 |
| B310 | Claims Administration and Objections | 0.10 | 73.50 |
| B320 | Plan and Disclosure Statement | 5.10 | 5,727.00 |
| **Total** | | **63.50** | **58,973.50** |

## Services Summary by Professional

| Name | Title | Hours | $ Rate | $ Value |
|---|---|---|---|---|
| Richard J. Bernard | Partner | 23.50 | 1,350.00 | 31,725.00 |
| Patrick A. Jackson | Partner | 2.20 | 1,060.00 | 2,332.00 |
| Jaclyn Marasco | Associate | 28.70 | 735.00 | 21,094.50 |
| Beth A. Olivere | Paralegal | 9.10 | 420.00 | 3,822.00 |
| **Total** | | **63.50** | | **$ 58,973.50** |