**Exhibit B**

**EXPENSE DETAIL**



faegredrinker.com

May 9, 2023

| | |
|---|---|
| Invoice | 5764708 |
| Tax ID | 41-0244008 |

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

## Invoice Summary

**Client**  Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.
**Matter**  In re GigaMonster Networks, LLC et al.
**Matter ID**  527983.000001

For professional services rendered and disbursements incurred through April 30, 2023

| | |
|---|---:|
| Services | 58,973.50 |
| Disbursements | 9.20 |
| **Invoice Total** | **$ 58,982.70** |

Due and Payable Upon Receipt
Thank You



faegredrinker.com

May 9, 2023

| | |
|---|---|
| Invoice | 5764708 |
| Tax ID | 41-0244008 |

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

## Invoice Detail

| | |
|---|---|
| Client | Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al. |
| Matter | In re GigaMonster Networks, LLC et al. |
| Matter ID | 527983.000001 |

For professional services rendered and disbursements incurred through April 30, 2023

### Disbursements

| Date | Description | $ Value |
|---|---|---:|
| 04/06/2023 | Online Docket Search | 0.50 |
| 04/10/2023 | Online Docket Search | 0.20 |
| 04/13/2023 | Online Docket Search | 0.20 |
| 04/13/2023 | Online Docket Search | 0.20 |
| 04/13/2023 | Online Docket Search | 0.20 |
| 04/13/2023 | Online Docket Search | 0.30 |
| 04/13/2023 | Online Docket Search | 0.20 |
| 04/13/2023 | Online Docket Search | 0.30 |
| 04/17/2023 | Online Docket Search | 0.30 |
| 04/17/2023 | Online Docket Search | 0.90 |
| 04/18/2023 | Online Docket Search | 0.30 |
| 04/21/2023 | Online Docket Search | 0.20 |
| 04/24/2023 | Online Docket Search | 0.20 |
| 04/24/2023 | Online Docket Search | 0.10 |
| 04/24/2023 | Online Docket Search | 1.90 |
| 04/26/2023 | Online Docket Search | 0.20 |
| 04/26/2023 | Online Docket Search | 2.80 |
| 04/26/2023 | Online Docket Search | 0.20 |

**Subtotal   Online Docket Search**                                **9.20**

**Total Disbursements**                                   $         **9.20**