# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered)<br><br>Obj. Deadline: June 12, 2023, at 4:00 p.m. (ET) |

## SUMMARY OF THIRD MONTHLY APPLICATION OF M3 ADVISORY PARTNERS, LP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2023, THROUGH APRIL 30, 2023

| | |
|---|---|
| Name of Applicant: | M3 Advisory Partners, LP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 10, 2023 (effective January 30, 2023) |
| Period for which compensation and reimbursement is sought: | April 1, 2023, through April 30, 2023 |
| Amount of Monthly Compensation sought as actual, reasonable and necessary: | $18,220.00 |
| Amount of Monthly Expense Reimbursement sought as actual, reasonable and necessary: | $41.78 |

This is an:  __X__ monthly  ____ final application

This application does not include any hours incurred in connection with the preparation of monthly fee applications.

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

US.357524944.02

**Prior applications:**

|  |  | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 3/24/23; D.I. 282 | Jan 30 – Feb 28, 2023 | $142,317.00 | $668.52 | $113,853.60 | $668.52 |
| 5/12/23; D.I. 363 | Mar 1 – Mar 31, 2023 | $30,645.00 | $408.17 | Pending | Pending |
|  | **Total** | **$172,962.00** | **$1,076.69** | **$113,853.60** | **$668.52** |

### MONTHLY COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Robert Winning | Managing Partner | $1,150.00 | 13.3 | $15,295.00 |
| Manuel Luna | Analyst | $450.00 | 6.5 | $2,925.00 |
| **Grand Total:** |  |  | **19.8** | **$18,220.00** |
| **Blended Rate:** |  | **$920.20** |  |  |

## MONTHLY COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Claims / Liabilities Subject to Compromise | 8.3 | $9,545.00 |
| Financing Matters (Cash Budget, DIP, Exit, Other) | 2.3 | $2,645.00 |
| General Correspondence with Debtor & Debtors' Professionals | 0.6 | $480.00 |
| General Correspondence with UCC & UCC Counsel | 2.4 | $2,340.00 |
| Potential Avoidance Actions/Litigation Support | 0.6 | $690.00 |
| Wind Down | 5.6 | $2,520.00 |
| **TOTAL** | **19.8** | **$18,220.00** |

## MONTHLY EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---:|
| Conference Calls | $41.78 |
| **TOTAL** | **$41.78** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*[2],<br><br>        Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered)<br><br>Obj. Deadline: June 12, 2023, at 4:00 p.m. (ET) |

## THIRD MONTHLY APPLICATION OF M3 ADVISORY PARTNERS, LP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2023, THROUGH APRIL 30, 2023

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and in accordance with that certain *Order Approving the Employment of M3 Advisory Partners, LP as Financial Advisory to the Official Committee of Unsecured Creditors, Effective as of the January 30, 2023* [Docket No. 253] (the "Retention Order") and that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 122] (the "Interim Compensation Order"), M3 Advisory Partners, LP ("M3") hereby applies (this "Application") to the Court for reasonable compensation for professional services rendered as financial advisor to the Official Committee of Unsecured Creditors (the "Committee"), in the amount of $18,220.00, together with reimbursement for actual and necessary expenses incurred in the amount of $41.78, for the period

---

[2] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

commencing April 1, 2023, through and including April 30, 2023 (the "Fee Period"). In support of this Application, M3 respectfully represents as follows:

## BACKGROUND

1. Pursuant to the Retention Order, M3 was retained as financial advisor to the Committee in connection with these chapter 11 cases, effective as of January 30, 2023. The Retention Order authorizes M3 to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2. All services for which compensation is requested herein by M3 were performed for or on behalf of the Committee.

## SUMMARY OF SERVICES RENDERED

3. Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Fee Period, showing the amount of $18,220.00 due for fees.

4. The services rendered by M3 during the Fee Period are grouped into the categories set forth in **Exhibit A**. The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## DISBURSEMENTS

5. **Exhibit B** attached hereto is a detailed statement of expenses paid by M3 during the Fee Period, showing the amount of $41.78 due for reimbursement of expenses. This out-of-pocket disbursement sum is broken down into categories of charges, including, among other things, travel, lodging, and research charges. A complete review by category of the expenses incurred for the Fee Period may be found in the attachments hereto as **Exhibit B**.

**VALUATION OF SERVICES**

6. The professionals of M3 have expended a total of 19.80 hours in connection with this matter during the Fee Period.

7. The amount of time spent by each of the professionals providing services to the Committee for the Fee Period is fully set forth in the detail attached hereto as **Exhibit A**. These are M3's normal hourly rates of compensation for work of this character. The reasonable value of services rendered by M3 for the Fee Period as financial advisor to the Committee in these chapter 11 cases is $18,220.00.

8. M3 believes that the time entries included in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** attached hereto are in compliance with the requirements of Local Rule 2016-2.

9. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

10. This Application covers the period from April 1, 2023, through and including April 30, 2023. M3 has continued, and will continue, to perform additional necessary services for the Committee subsequent to the Fee Period, for which M3 will file subsequent fee applications.

**CONCLUSION**

WHEREFORE, M3 requests that allowance be made to it in the sum of $18,220.00 as compensation for necessary professional services rendered to the Committee for the Fee Period, and the sum of $41.78 for reimbursement of actual necessary costs and expenses incurred during that period, and requests such other and further relief as the Court may deem just and proper.

Dated: May 22, 2023    **M3 ADVISORY PARTNERS, LP**

*/s/ Robert Winning*
Robert Winning
Managing Director, M3 Advisory Partners, LP

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 2016-2

I, Robert Winning, hereby certify as follows:

1. I am a managing director in the applicant firm of M3 Advisory Partners, LP ("M3")

2. I have personally performed many of the legal services rendered by M3, as financial advisor to the Committee, and am generally familiar with all other work performed on behalf of the Committee by the professionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and submit that the Application complies with such requirements.

Dated: May 22, 2023              **M3 ADVISORY PARTNERS, LP**

*/s/ Robert Winning*
Robert Winning
Managing Director, M3 Advisory Partners, LP

**Exhibit A**

**Exhibit B**