**Case No: 23-10051**
**Case Name: GigaMonster Networks, LLC, et al.**
**M-III Advisory Partners, LP**
**Fee Application Period: April 1, 2023 - April 30, 2023**

### Exhibit A - Time Detail by Task by Professional

*Claims/Liabilities Subject to Compromise*

| Date | Professional | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 4/5/23 | Robert Winning | Analysis of claims pool | 1.3 | 1,150.0 | 1,495.00 |
| 4/7/23 | Robert Winning | Continued analysis of potential claims pool | 1.8 | 1,150.0 | 2,070.00 |
| 4/10/23 | Robert Winning | Analysis of claims pool | 0.8 | 1,150.0 | 920.00 |
| 4/11/23 | Robert Winning | Continue analysis of potential claims pool | 0.7 | 1,150.0 | 805.00 |
| 4/19/23 | Robert Winning | Analysis of potential claims pool | 1.3 | 1,150.0 | 1,495.00 |
| 4/20/23 | Robert Winning | Continued analysis of Debtors' potential claims pool | 1.2 | 1,150.0 | 1,380.00 |
| 4/26/23 | Robert Winning | Continued diligence re: potential claims pool | 1.2 | 1,150.0 | 1,380.00 |
| **Sub-Total** | | | **8.3** | | **$9,545.00** |

*Financing Matters (Cash Budget, DIP, Exit, Other)*

| Date | Professional | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 4/20/23 | Robert Winning | Analysis of Debtors' wind-down budget and cash projections | 2.3 | 1,150.0 | 2,645.00 |
| **Sub-Total** | | | **2.3** | | **$2,645.00** |

*General Correspondence with Debtor & Debtors' Professionals*

| Date | Professional | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 4/5/23 | Robert Winning | Call with R. Branning re: case updates | 0.3 | 1,150.0 | 345.00 |
| 4/19/23 | Manuel Luna | Meeting [R. Winning] with Debtors' advisors regarding ETL contracts | 0.3 | 450.0 | 135.00 |
| **Sub-Total** | | | **0.6** | | **$480.00** |

*General Correspondence with UCC & UCC Counsel*

| Date | Professional | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 4/5/23 | Robert Winning | Weekly meeting with the UCC | 0.3 | 1,150.0 | 345.00 |
| 4/6/23 | Robert Winning | Call with Faegre re: Barings complaint | 0.5 | 1,150.0 | 575.00 |
| 4/5/23 | Manuel Luna | Weekly M3 meeting [R. Winning] with the UCC | 0.3 | 450.0 | 135.00 |
| 4/12/23 | Robert Winning | Prepare for and participate in UCC meeting | 0.7 | 1,150.0 | 805.00 |
| 4/19/23 | Robert Winning | Weekly meeting with the UCC and its professionals to discuss, among other things, Barings challenge deadline and next steps | 0.3 | 1,150.0 | 345.00 |
| 4/19/23 | Manuel Luna | Weekly M3 meeting [R. Winning] with the UCC and its professionals to discuss, among other things, Barings challenge deadline and next steps | 0.3 | 450.0 | 135.00 |
| **Sub-Total** | | | **2.4** | | **$2,340.00** |

*Potential Avoidance Actions / Litigation Support*

| Date | Professional | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 4/5/23 | Robert Winning | Review revised complaint | 0.6 | 1,150.0 | 690.00 |
| **Sub-Total** | | | **0.6** | | **$690.00** |

*Wind Down*

| Date | Professional | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| 4/18/23 | Manuel Luna | Review of key vendor contracts | 2.9 | 450.0 | 1,305.00 |
| 4/19/23 | Manuel Luna | Continued review of key vendor contracts for wind down | 2.7 | 450.0 | 1,215.00 |
| **Sub-Total** | | | **5.6** | | **$2,520.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Total** | | | **19.8** | | **$18,220.00** |