**Case No: 23-10051**
**Case Name: GigaMonster Networks, LLC, et al.**
**M-III Advisory Partners, LP**
**Fee Application Period: April 1, 2023 - April 30, 2023**

### Exhibit B - Summary of Expenses by Category

| Description | Total |
|---|---|
| Conference Calls (R. Winning expense on 4/30/2023) | 41.78 |
| **Total (a)** | **$41.78** |

**Note:**

(a)  Total amounts are based on M-III's expense reporting system as of the date of this Monthly Report and may not be reflective of all expenses incurred during the Reporting Period. As such, future monthly reports may include expenses incurred during the Reporting Period.