# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*[2],<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 351 & 382** |

### OMNIBUS ORDER APPROVING FIRST INTERIM FEE REQUESTS OF COMMITTEE PROFESSIONALS

Upon consideration of the interim fee requests (together, the "Fee Request") of (i) Faegre Drinker Biddle & Reath LLP ("Faegre Drinker"), as counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases (the "Committee"), for interim allowance of compensation, including all holdbacks, and reimbursement of expenses related to services performed for the period January 30, 2023, through March 31, 2023, and (ii) M3 Advisory Partners ("M3" together with Faegre Drinker, the "Professionals"), as financial advisor to the Committee, for interim allowance of compensation, including all holdbacks, and reimbursement of expenses related to services performed for the period January 30, 2023, through February 28, 2023; and it appearing that all of the requirements of sections 328, 330, 331, 503(b) and 1103 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the expenses incurred were reasonable and necessary, and that notice of the Fee

---

[2] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

US.357735865.01

Request was appropriate; and after due deliberation and sufficient good cause appearing therefore; it is hereby:

ORDERED, that the Fee Request is APPROVED on an interim basis in the amounts set forth on <u>Exhibit A</u> attached hereto; and it is further

ORDERED, that the Professionals are granted interim allowance of compensation in the amounts set forth on <u>Exhibit A</u> attached hereto; and it is further

ORDERED, that the Professionals are granted, on an interim basis, reimbursement of expenses in the amounts set forth on <u>Exhibit A</u> attached hereto; and it is further

ORDERED, that the Debtors are authorized and directed, as provided herein, to remit or cause to be remitted to the Professionals, payment in the amounts set forth on <u>Exhibit A</u> attached hereto, less any and all amounts previously paid on account of such fees and expenses; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**EXHIBIT A**

| Professional | Role | Fees | Expenses |
|---|---|---|---|
| Faegre Drinker Biddle & Reath LLP | Counsel to the Committee | $484,528.00 | $4,774.59 |
| M3 Advisory Partners | Financial Advisor to the Committee | $142,317.00 | $668.52 |

**Dated: May 30th, 2023**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

US.357735865.01