# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*[1],<br><br>           Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 369** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 369

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Third Monthly Application of Faegre Drinker Biddle & Reath LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Attorneys to the Official Committee of Unsecured Creditors for the Period from April 1, 2023, through April 30, 2023* [Docket No. 369] (the "Application") filed on May 22, 2023.

The undersigned further certifies that, as of the date hereof, she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than 4:00 p.m. (ET) on June 12, 2023.

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

US.357912598.01

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 122], the Debtors are now authorized to pay 80% ($47,178.80) of requested fees ($58,973.50) and 100% of requested expenses ($9.20) on a monthly basis without further Court order.

Dated: June 13, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Jaclyn C. Marasco*
Patrick A. Jackson (Bar No. 4976)
Jaclyn C. Marasco (Bar No. 6477)
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Emails: patrick.jackson@faegredrinker.com
jaclyn.marasco@faegredrinker.com

-and-

Richard J. Bernard (admitted *pro hac vice*)
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248-3263
Facsimile: (212) 248-3141
Email: richard.bernard@faegredrinker.com

*Counsel to the Official Committee of Unsecured Creditors*