**Exhibit A**

**TIME DETAIL**



faegredrinker.com

June 12, 2023 | Invoice | 5771457
| Tax ID | 41-0244008

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

## Invoice Summary

**Client**  Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.
**Matter**  In re GigaMonster Networks, LLC et al.
**Matter ID**  527983.000001

For professional services rendered and disbursements incurred through May 31, 2023

| | |
|---|---:|
| Services | 77,788.00 |
| Disbursements | 657.35 |
| **Invoice Total** | **$ 78,445.35** |

**Due and Payable Upon Receipt**
**Thank You**



faegredrinker.com

June 12, 2023                                                        Invoice      5771457
                                                                     Tax ID      41-0244008

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

# Invoice Detail

| | |
|---|---|
| **Client** | Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al. |
| **Matter** | In re GigaMonster Networks, LLC et al. |
| **Matter ID** | 527983.000001 |

For professional services rendered and disbursements incurred through May 31, 2023

## Professional Services

| | | |
|---|---|---|
| **Total Professional Services** | **$** | **73,366.00** |

## Tritura Legal Technology Support Services

### Legal Technology Analyst Services

Legal Technology Analysts consult with legal teams on the most effective means for automating and managing data and eDiscovery process. They provide overall project management services, consultation on data best practices, estimation/management, design and maintenance of databases, data processing and document production.

| | | | | |
|---|---|---|---|---|
| **Total Legal Technology Analyst Services** | Hours | 13.20 | $ | 4,422.00 |

| | | |
|---|---|---|
| **Total Tritura Legal Technology Support Services** | **$** | **4,422.00** |

**Task: B110    Case Administration**

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/01/23 | B.A. Olivere | 0.10 | Review and evaluate incoming pleadings and circulate to working group. |
| 05/02/23 | B.A. Olivere | 0.50 | Draft certificate of service regarding first interim fee application of the committee professionals and finalize same for filing. |
| 05/03/23 | B.A. Olivere | 0.10 | Review and evaluate incoming pleadings and circulate to working group. |
| 05/08/23 | J. Daugherty | 3.80 | Create workspace; adjust load files and load documents to review workspace |

Case 23-10051-JKS    Doc 418-1    Filed 06/21/23    Page 4 of 11

Official Committee of Unsecured Creditors of GigaMonster
Networks, LLC et al.
June 12, 2023
Page    2

Faegre Drinker Biddle & Reath LLP
Invoice   5771457

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 05/09/23 | J. Marasco | 0.10 | Email T. Cairns regarding status of debtor document review and anticipated timing of production. |
| 05/11/23 | B.A. Olivere | 0.10 | Review and evaluate incoming pleadings; circulate to working group |
| 05/12/23 | B.A. Olivere | 0.20 | Draft certificate of service re M3 Advisory second fee app {.1}; finalize for filing certificate of service {.1} |
| 05/16/23 | J. Daugherty | 2.20 | Download pst file; process and load to review workspace for review |
| 05/16/23 | B.A. Olivere | 0.10 | Review and respond to email from J. Marasco re M3 Advisory draft third fee application |
| 05/16/23 | B.A. Olivere | 0.10 | Review and evaluate incoming pleadings; circulate to working group |
| 05/16/23 | J. Marasco | 0.30 | Correspondence with T. Cairns regarding debtor production (0.1); correspondence with J. Daugherty of Tritura regarding e-discovery processing criteria and batching of same for review (0.2) |
| 05/17/23 | R. Bernard | 0.30 | Email with J. Marasco regarding scope of Debtors' additional diligence searches. |
| 05/17/23 | R. Bernard | 1.20 | Review diligence reports regarding information received. |
| 05/17/23 | J. Daugherty | 2.50 | Adjust load file and load production to review workspace |
| 05/18/23 | J. Marasco | 0.20 | Correspondence with R. Bernard regarding potential supplementation of debtor production (0.1); correspondence with M. Caloway and T. Cairns regarding same (0.1) |
| 05/18/23 | J. Marasco | 2.70 | Review debtor production |
| 05/18/23 | R. Bernard | 0.30 | Email with J. Marasco regarding extent of Debtors' searches in response to our requests |
| 05/18/23 | J. Daugherty | 0.50 | Create batches for review |
| 05/18/23 | C.M. Holcomb | 0.10 | Attention and respond to communication from J. Marasco regarding availability for 5.22.23 filing |
| 05/23/23 | J. Daugherty | 1.60 | Create review batch (.5); load data and update review workspace (1.1) |
| 05/25/23 | J. Daugherty | 2.60 | Adjust load files and load to review workspace (1.2); create batches for review (1.4) |
| 05/26/23 | J. Conklin | 0.80 | Access Bankruptcy database regarding Certification of Counsel and form of Proposed Order |
| 05/30/23 | S. Carlson | 0.40 | Finalize and file supplemental declarations for R. Winning and R. Bernard in support of the first interim fee application |
| **Total B110** | | **20.80** | |

Task:  B120    Asset Analysis and Recovery

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 05/02/23 | J. Marasco | 0.20 | Email C. Bryant regarding status of NDA and anticipated timing of Barings production (0.1); email T. Cairns regarding anticipated timing of debtor production (0.1) |
| 05/04/23 | J. Marasco | 0.20 | Call with R. Bernard regarding Barings production (0.1) and correspondence with C. Bryant regarding anticipated timing of same (0.1) |
| 05/06/23 | J. Marasco | 0.30 | Coordinate transfer of incoming production with e-discovery vendor. |
| 05/07/23 | J. Marasco | 0.10 | Correspondence with R. Bernard regarding review of Barings document production. |

Case 23-10051-JKS    Doc 418-1    Filed 06/21/23    Page 5 of 11

Official Committee of Unsecured Creditors of GigaMonster
Networks, LLC et al.
June 12, 2023
Page    3

Faegre Drinker Biddle & Reath LLP
Invoice   5771457

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 05/08/23 | J. Marasco | 0.40 | Correspondence with e-discovery vendor regarding production processing (0.1); correspondence with K. Kistinger regarding review of Barings document production (0.1); correspondence with C. Bryant (0.1)/call with R. Bernard (0.1) regarding document production and commencement of settlement discussions. |
| 05/09/23 | J. Marasco | 1.60 | Review Barings document production in connection with adversary complaint and various correspondence with K. Kistinger regarding same. |
| 05/09/23 | K.R. Kistinger | 4.50 | Review and comments to Barings' May 6th production |
| 05/10/23 | K.R. Kistinger | 5.80 | Due diligence of Barings' May 6 production |
| 05/11/23 | J. Marasco | 0.20 | Correspondence with K. Kistinger regarding extension of challenge period and workflow for document review. |
| 05/11/23 | K.R. Kistinger | 2.00 | Finalized due diligence of Barings' production comments to same |
| 05/12/23 | J. Marasco | 3.60 | Review Barings document production (3.3); compose email analysis to R. Bernard regarding results of same (0.2); correspondence with T. Cairns regarding status of debtor document production (0.1). |
| 05/15/23 | J. Marasco | 1.30 | Review K. Kistinger document review analysis for Barings production (0.2) and update adversary complaint to reflect initial document analysis (1.0); correspondence with internal team regarding same (0.1). |
| 05/17/23 | J. Marasco | 0.80 | Correspondence with C. Bryant and E. Brady regarding scheduling of Barings second production (0.1); correspondence with Tritura e-discovery team to coordinate processing of second production from Barings (0.1); compose email to/correspondence with T. Cairns regarding debtor first production (0.4); correspondence with R. Bernard regarding same (0.2) |
| 05/22/23 | J. Marasco | 6.90 | Review debtors and Barings document production (6.7); correspondence with T. Cairns regarding second debtor document production and coordinate processing of same (0.2). |
| 05/23/23 | J. Marasco | 7.00 | Correspondence with Tritura e-discovery team regarding debtor second production (0.1); review Barings second rolling production (6.8); compose summary to R. Bernard regarding same (0.1). |
| 05/24/23 | J. Marasco | 2.70 | Review Barings second rolling production (2.5); correspondence with K. Kistinger regarding same (0.1); review correspondence with C. Bryant regarding further production and extension of challenge period (0.1). |
| 05/24/23 | R. Bernard | 0.20 | Email with C. Bryant regarding additional disclosure and extension of challenge period. |
| 05/25/23 | J. Marasco | 0.40 | Correspondence with Tritura e-discovery team/coordinate processing of Barings fourth rolling production (0.3); correspondence with C. Bryant/R. Bernard regarding scheduling for Barings settlement discussions (0.1). |
| 05/25/23 | K.R. Kistinger | 5.00 | Review and analysis of Barings production |
| 05/26/23 | K.R. Kistinger | 1.50 | Analaysis and diligence of Barings production |
| 05/26/23 | J. Marasco | 2.00 | Coordinate scheduling for Barings settlement discussions and correspondence with R. Bernard and C. Bryant regarding same (0.2); review Barings fourth rolling production (1.7); correspondence with K. Kistinger regarding same (0.1). |
| 05/26/23 | R. Bernard | 6.40 | Review summaries of disclosure production from Debtors and Barings. |
| 05/27/23 | J. Marasco | 1.50 | Correspondence with C. Bryant and internal team regarding call scheduling for settlement discussions (0.1); review debtor production (1.3); review K. Kistinger analysis of final Barings production (0.1). |
| 05/28/23 | J. Marasco | 0.10 | Correspondence with R. Bernard and C. Bryant regarding settlement discussions. |

Case 23-10051-JKS    Doc 418-1    Filed 06/21/23    Page 6 of 11

Official Committee of Unsecured Creditors of GigaMonster  
Networks, LLC et al.  
June 12, 2023  
Page    4

Faegre Drinker Biddle & Reath LLP  
Invoice   5771457

| Date | Name | Hours | Description |
|---|---|---|---|
| **Total B120** | | **54.70** | |

### Task: B130    Asset Disposition

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/02/23 | R. Bernard | 1.60 | Discuss comments to draft MC sale order with J. Marasco (0.2); review and provide comments to Debtors' counsel regarding the MC sale order (1.4). |
| 05/02/23 | J. Marasco | 1.40 | Review correspondence regarding proposed sale order in connection with "Other Assets" sale (0.1); review and analyze proposed sale order with APA (1.1) and correspondence/call with R. Bernard regarding comments to same (0.2). |
| 05/03/23 | J. Marasco | 0.20 | Review correspondence regarding Barings comments to proposed sale order with respect to "Other Assets." |
| 05/04/23 | J. Marasco | 0.10 | Review correspondence regarding status of "Other Assets" APA. |
| 05/10/23 | J. Marasco | 0.10 | Review correspondence with debtors regarding MC sale order. |
| 05/11/23 | R. Bernard | 0.40 | Email with counsel for Debtors, MC and Barings regarding closing. |
| 05/19/23 | R. Bernard | 0.20 | Review notice of sale of de minimis assets |
| 05/21/23 | J. Marasco | 0.10 | Correspondence with R. Bernard and R. Winning regarding "Other Asset" sale. |
| 05/23/23 | J. Marasco | 0.10 | Review update from R. Winning regarding "Other Asset" sale diligence. |
| **Total B130** | | **4.20** | |

### Task: B150    Meetings of and Communications with Creditors

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/19/23 | P. A. Jackson | 0.30 | Attend committee meeting with R. Bernard, J. Marasco, R. Winning |
| 05/02/23 | J. Marasco | 0.20 | Prepare agenda for May 3 Committee meeting and correspondence with R. Bernard and R. Winning regarding same. |
| 05/03/23 | R. Bernard | 0.30 | Attend committee meeting. |
| 05/03/23 | J. Marasco | 0.90 | Attend Committee meeting (0.3); prepare meeting minutes and email R. Bernard regarding same (0.6). |
| 05/08/23 | R. Bernard | 0.30 | Call with E. Frejka regarding plan and post-confirmation work. |
| 05/09/23 | J. Marasco | 0.10 | Attention to case status, prepare agenda for May 10 Committee meeting, and correspondence with R. Bernard and R. Winning regarding same. |
| 05/10/23 | R. Bernard | 0.90 | Email update to committee regarding status of case (.4); call with L. Murley regarding status and next steps (.2); call with E. Frajika regarding status (.3). |
| 05/10/23 | J. Marasco | 0.10 | Review R. Bernard Committee update regarding sale and contract assumption matters. |
| 05/16/23 | J. Marasco | 0.20 | Prepare agenda for May 17 Committee meeting and correspondence with R. Bernard and R. Winning regarding same |
| 05/17/23 | J. Marasco | 0.70 | Circulate agenda for Committee meeting (0.1); prepare for (0.3) and attend (0.3) Committee meeting. |
| 05/17/23 | R. Bernard | 0.30 | Attend Committee meeting to update Committee on status. |
| 05/18/23 | J. Marasco | 0.20 | Prepare meeting minutes from May 17 Committee meeting. |
| 05/19/23 | J. Marasco | 0.50 | Prepare meeting minutes for May 17 Committee meeting and email P. Jackson and R. Bernard regarding same |

Case 23-10051-JKS    Doc 418-1    Filed 06/21/23    Page 7 of 11

Official Committee of Unsecured Creditors of GigaMonster  
Networks, LLC et al.  
June 12, 2023  
Page    5

Faegre Drinker Biddle & Reath LLP  
Invoice   5771457

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/23/23 | J. Marasco | 0.20 | Prepare agenda for May 24 weekly meeting and related correspondence with R. Bernard and R. Winning. |
| 05/25/23 | J. Marasco | 1.00 | Prepare summary of Barings document review for Committee members and correspondence with R. Bernard regarding same. |
| 05/25/23 | R. Bernard | 0.50 | Email with committee regarding rejection notice (.2); finalize email to committee regarding overview of discovery production (.3). |
| 05/30/23 | J. Marasco | 0.20 | Prepare agenda for May 31 Committee meeting and related correspondence with R. Bernard and R. Winning. |
| 05/31/23 | R. Bernard | 0.60 | Prepare for committee meeting (.3); Attend Committee meeting (.3) |
| 05/31/23 | J. Marasco | 0.30 | Attend weekly Committee meeting. |
| **Total B150** | | **7.80** | |

### Task:  B155    Court Hearings

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/17/23 | B.A. Olivere | 0.80 | Assemble, review and revise fee hearing binder for first interim fee hearing of committee professionals {.5}; prepare electronic binder with bookmarks re same {.3} |
| 05/30/23 | J. Marasco | 0.10 | Review June 1 hearing agenda and correspondence with R. Bernard and P. Jackson regarding same. |
| **Total B155** | | **0.90** | |

### Task:  B160    Fee/Employment Applications

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/01/23 | J. Marasco | 0.50 | Call with R. Winning regarding first interim fee application and confer with B. Olivere regarding same (0.2); review and finalize Committee professionals' first interim fee application for filing and correspondence with B. Olivere regarding same (0.3) |
| 05/01/23 | B.A. Olivere | 0.30 | Finalize for filing and coordinate service of first interim fee request of committee professionals |
| 05/03/23 | R. Bernard | 0.80 | Attention to April 2023 invoice in connection with preparation of Faegre Drinker third monthly fee application. |
| 05/08/23 | J. Marasco | 0.10 | Correspondence with Chambers regarding Committee professionals' first interim fee application. |
| 05/09/23 | J. Marasco | 0.60 | Attention to exhibit preparation of Faegre Drinker third monthly fee application and correspondence with E. Steele regarding same (0.5); correspondence with R. Winning regarding M3 second and third monthly fee applications and circulate CNOs on prior fee applications to Debtors' counsel (0.1). |
| 05/10/23 | B.A. Olivere | 0.80 | Draft third fee application of Faegre Drinker Biddle & Reath for April 2023 |
| 05/11/23 | J. Marasco | 0.30 | Review M3 March and April monthly invoices and correspondence with R. Winning and B. Olivere regarding M3 second and third monthly fee applications. |
| 05/12/23 | J. Marasco | 0.50 | Call with B. Olivere regarding M3 second monthly fee application (0.1); review and finalize same and related correspondence with R. Winning (0.3); review CNO on Faegre Drinker second monthly fee application (0.1) |

Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.
June 12, 2023
Page 6

Faegre Drinker Biddle & Reath LLP
Invoice 5771457

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/12/23 | B.A. Olivere | 1.00 | Edit and revise M3 March fee application (.5), draft notice re March fee app (.4), run blackline (.1) |
| 05/12/23 | B.A. Olivere | 0.30 | Draft certificate of no objection re FDBR second {March} 2023 fee application |
| 05/12/23 | B.A. Olivere | 0.50 | Finalize for filing and complete email service of second monthly fee application of M3 Advisory Partners |
| 05/15/23 | J. Marasco | 0.70 | Correspondence with debtors regarding Committee professional fee applications (0.1); confer/correspondence with B. Olivere regarding M3 third monthly fee application and review and revise same (0.5); correspondence/call with R. Winning regarding same (0.1). |
| 05/15/23 | B.A. Olivere | 0.70 | Draft index to first interim fee request of committee professionals in preparation of delivering fee hearing binder to chambers |
| 05/15/23 | B.A. Olivere | 1.10 | Draft third fee application of M3 Advisory for April 2023 |
| 05/15/23 | B.A. Olivere | 0.30 | Finalize for filing certificate of no objection re second monthly fee application of Faegre Drinker |
| 05/16/23 | B.A. Olivere | 0.30 | Finalize draft index to committee professionals first interim fee applications |
| 05/17/23 | J. Marasco | 0.10 | Review B. Olivere correspondence with Chambers regarding Committee professionals first interim fee applications. |
| 05/18/23 | J. Marasco | 0.60 | Correspondence with R. Winning regarding M3 third monthly fee application and update accordingly (0.5); prepare same for filing (0.1) |
| 05/19/23 | J. Marasco | 0.60 | Coordinate filing and service of Faegre Drinker and M3 third monthly fee applications and related correspondence with C. Holcomb. |
| 05/22/23 | J. Marasco | 0.20 | Correspondence with C. Holcomb regarding service of fee applications and filing of certificate of service. |
| 05/22/23 | C.M. Holcomb | 1.80 | Review of communication from J. Marasco (.1); communications with J. Marasco regarding filing logistics for FDBR and M3 Advisory monthly fee applications (.2); electronically submit/file third application, notice and exhibits for Faegre Drinker Biddle & Reath, LLP and M3 Advisory Partners, LLC., certificate of Service (.8); electronically draft and submit/file Certificate of Service (.6) |
| 05/26/23 | J. Marasco | 0.80 | Correspondence with M. Caloway regarding COC on Committee professionals' first interim fee request (.3), prepare same and coordinate filing (.5) |
| 05/30/23 | J. Marasco | 2.70 | Call with I. Bambrick regarding inquiry in connection with expenses in first interim fee application (0.2); draft supporting supplemental declarations and various related diligence and calls/correspondence with R. Winning, M. Luna, and R. Bernard (2.2); coordinate filing of same (0.2); prepare CNO for M3 second monthly fee application (0.1). |
| **Total B160** | | **15.60** | |

**Task: B185    Assumption/Rejection of Leases and Contracts**

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/24/23 | J. Marasco | 0.10 | Review debtors' proposed rejection list and related correspondence. |
| 05/25/23 | J. Marasco | 0.30 | Review and analyze proposed order on notice of rejection and compose email to R. Bernard and P. Jackson regarding concerns in connection with same. |
| 05/25/23 | R. Bernard | 0.40 | Review draft rejection notice (.3); email with Debtors' counsel regarding rejection notice (.1). |
| **Total B185** | | **0.80** | |

Case 23-10051-JKS    Doc 418-1    Filed 06/21/23    Page 9 of 11

Official Committee of Unsecured Creditors of GigaMonster  
Networks, LLC et al.  
June 12, 2023  
Page    7

Faegre Drinker Biddle & Reath LLP  
Invoice  5771457

**Task: B230    Financing/Cash Collections**

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/02/23 | R. Bernard | 0.20 | Discuss production matters with J. Marasco. |
| 05/03/23 | R. Bernard | 0.30 | Email with Debtors' counsel and Barings' counsel regarding sale to MC and contract assumptions. |

**Total  B230**                                                           0.50

**Task: B320    Plan and Disclosure Statement**

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/03/23 | R. Bernard | 0.20 | Email with Debtors' counsel regarding chapter 11 plan. |
| 05/10/23 | J. Marasco | 0.30 | Correspondence with C. Bryant and R. Bernard regarding document production and anticipated plan discussions. |

**Total  B320**                                                           0.50

**Total Services**                                                                                      $    77,788.00

## Disbursements

| Date | Description | $ Value |
|---|---|---|
| 05/01/2023 | Online Docket Search | 0.20 |
| 05/01/2023 | Online Docket Search | 1.80 |
| 05/01/2023 | Online Docket Search | 0.20 |
| 05/01/2023 | Online Docket Search | 2.60 |
| 05/01/2023 | Online Docket Search | 2.30 |
| 05/01/2023 | Online Docket Search | 0.20 |
| 05/01/2023 | Online Docket Search | 2.50 |
| 05/01/2023 | Online Docket Search | 0.10 |
| 05/01/2023 | Online Docket Search | 1.20 |
| 05/01/2023 | Online Docket Search | 0.20 |
| 05/03/2023 | Online Docket Search | 0.20 |
| 05/15/2023 | Online Docket Search | 0.20 |
| 05/16/2023 | Online Docket Search | 1.20 |
| 05/22/2023 | Online Docket Search | 0.90 |
| 05/22/2023 | Online Docket Search | 0.10 |
| 05/22/2023 | Online Docket Search | 1.20 |
| 05/22/2023 | Online Docket Search | 0.10 |
| 05/22/2023 | Online Docket Search | 0.10 |
| 05/22/2023 | Online Docket Search | 0.10 |
| 05/22/2023 | Online Docket Search | 1.20 |
| 05/22/2023 | Online Docket Search | 0.80 |
| 05/22/2023 | Online Docket Search | 0.20 |
| 05/22/2023 | Online Docket Search | 1.00 |
| 05/22/2023 | Online Docket Search | 0.30 |
| 05/22/2023 | Online Docket Search | 1.00 |
| 05/22/2023 | Online Docket Search | 0.20 |
| 05/22/2023 | Online Docket Search | 0.10 |
| 05/22/2023 | Online Docket Search | 0.10 |
| 05/22/2023 | Online Docket Search | 1.20 |

Case 23-10051-JKS   Doc 418-1   Filed 06/21/23   Page 10 of 11

Official Committee of Unsecured Creditors of GigaMonster
Networks, LLC et al.                                                    Faegre Drinker Biddle & Reath LLP
June 12, 2023                                                                              Invoice  5771457
Page     8

| Date | Description | $ Value | |
|---|---|---|---|
| 05/22/2023 | Online Docket Search | 0.20 | |
| 05/22/2023 | Online Docket Search | 0.10 | |
| 05/22/2023 | Online Docket Search | 1.20 | |
| 05/26/2023 | Online Docket Search | 0.20 | |
| 05/26/2023 | Online Docket Search | 0.20 | |
| 05/26/2023 | Online Docket Search | 0.40 | |
| 05/26/2023 | Online Docket Search | 0.20 | |
| | **Subtotal   Online Docket Search** | | **24.00** |

| Date | Description | $ Value | |
|---|---|---|---|
| 05/16/2023 | Tritura: All-in-One Native File/Data Processing - | 85.00 | |
| 05/23/2023 | Tritura: All-in-One Native File/Data Processing - | 85.00 | |
| | **Subtotal   Tritura: All-in-One Native File/Data Processing** | | **170.00** |

| Date | Description | $ Value | |
|---|---|---|---|
| 05/31/2023 | Tritura: Data Hosting - Active Review - | 203.85 | |
| | **Subtotal   Tritura: Data Hosting - Active Review** | | **203.85** |

| Date | Description | $ Value | |
|---|---|---|---|
| 05/31/2023 | Tritura: Data Hosting - Rev/Process/DataStorage | 4.50 | |
| | **Subtotal   Tritura: Data Hosting - Rev/Process/DataStorage** | | **4.50** |

| Date | Description | $ Value | |
|---|---|---|---|
| 05/31/2023 | Tritura: Data Hosting - Review User Access - | 255.00 | |
| | **Subtotal   Tritura: Data Hosting - Review User Access** | | **255.00** |

**Total Disbursements**                                                                  **$       657.35**

**Invoice Total**                                                                          **$    78,445.35**


## Services Summary by Task

| Task Code | Description | Hours | $ Value |
|---|---|---|---|
| B110 | Case Administration | 20.80 | 10,325.00 |
| B120 | Asset Analysis and Recovery | 54.70 | 43,323.50 |
| B130 | Asset Disposition | 4.20 | 4,440.00 |
| B150 | Meetings of and Communications with Creditors | 7.80 | 7,614.00 |
| B155 | Court Hearings | 0.90 | 409.50 |
| B160 | Fee/Employment Applications | 15.60 | 9,676.50 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.80 | 834.00 |
| B230 | Financing/Cash Collections | 0.50 | 675.00 |
| B320 | Plan and Disclosure Statement | 0.50 | 490.50 |
| **Total** | | **105.80** | **77,788.00** |

Case 23-10051-JKS    Doc 418-1    Filed 06/21/23    Page 11 of 11

Official Committee of Unsecured Creditors of GigaMonster
Networks, LLC et al.
June 12, 2023
Page    9

Faegre Drinker Biddle & Reath LLP
Invoice   5771457

**Services Summary by Professional**

| Name | Hours | $ Rate | $ Value |
|---|---|---|---|
| P. A. Jackson | 0.30 | | 318.00 |
| R. Bernard | 15.40 | | 20,790.00 |
| J. Marasco | 47.70 | | 35,059.50 |
| K.R. Kistinger | 18.80 | | 12,878.00 |
| B.A. Olivere | 7.30 | | 3,066.00 |
| C.M. Holcomb | 1.90 | | 750.50 |
| J. Conklin | 0.80 | | 320.00 |
| S. Carlson | 0.40 | | 184.00 |
| Legal Technology Analyst Services | 13.20 | | 4,422.00 |
| **TOTAL** | **105.80** | | **77,788.00** |