**Exhibit B**

**EXPENSE DETAIL**



faegredrinker.com

June 12, 2023

| | |
|---|---|
| Invoice | 5771457 |
| Tax ID | 41-0244008 |

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

## Invoice Summary

**Client** Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.
**Matter** In re GigaMonster Networks, LLC et al.
**Matter ID** 527983.000001

For professional services rendered and disbursements incurred through May 31, 2023

| | |
|---|---:|
| Services | 77,788.00 |
| Disbursements | 657.35 |
| **Invoice Total** | **$ 78,445.35** |

**Due and Payable Upon Receipt**
**Thank You**



faegredrinker.com

June 12, 2023

| | |
|---|---|
| Invoice | 5771457 |
| Tax ID | 41-0244008 |

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

## Invoice Detail

| | |
|---|---|
| **Client** | Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al. |
| **Matter** | In re GigaMonster Networks, LLC et al. |
| **Matter ID** | 527983.000001 |

For professional services rendered and disbursements incurred through May 31, 2023

### Disbursements

| Date | Description | $ Value |
|---|---|---:|
| 05/01/2023 | Online Docket Search | 0.20 |
| 05/01/2023 | Online Docket Search | 1.80 |
| 05/01/2023 | Online Docket Search | 0.20 |
| 05/01/2023 | Online Docket Search | 2.60 |
| 05/01/2023 | Online Docket Search | 2.30 |
| 05/01/2023 | Online Docket Search | 0.20 |
| 05/01/2023 | Online Docket Search | 2.50 |
| 05/01/2023 | Online Docket Search | 0.10 |
| 05/01/2023 | Online Docket Search | 1.20 |
| 05/01/2023 | Online Docket Search | 0.20 |
| 05/03/2023 | Online Docket Search | 0.20 |
| 05/15/2023 | Online Docket Search | 0.20 |
| 05/16/2023 | Online Docket Search | 1.20 |
| 05/22/2023 | Online Docket Search | 0.90 |
| 05/22/2023 | Online Docket Search | 0.10 |
| 05/22/2023 | Online Docket Search | 1.20 |
| 05/22/2023 | Online Docket Search | 0.10 |
| 05/22/2023 | Online Docket Search | 0.10 |
| 05/22/2023 | Online Docket Search | 0.10 |
| 05/22/2023 | Online Docket Search | 1.20 |
| 05/22/2023 | Online Docket Search | 0.80 |
| 05/22/2023 | Online Docket Search | 0.20 |
| 05/22/2023 | Online Docket Search | 1.00 |
| 05/22/2023 | Online Docket Search | 0.30 |
| 05/22/2023 | Online Docket Search | 1.00 |
| 05/22/2023 | Online Docket Search | 0.20 |
| 05/22/2023 | Online Docket Search | 0.10 |
| 05/22/2023 | Online Docket Search | 0.10 |
| 05/22/2023 | Online Docket Search | 1.20 |



faegredrinker.com

| Date | Description | $ Value |
|---|---|---|
| 05/22/2023 | Online Docket Search | 0.20 |
| 05/22/2023 | Online Docket Search | 0.10 |
| 05/22/2023 | Online Docket Search | 1.20 |
| 05/26/2023 | Online Docket Search | 0.20 |
| 05/26/2023 | Online Docket Search | 0.20 |
| 05/26/2023 | Online Docket Search | 0.40 |
| 05/26/2023 | Online Docket Search | 0.20 |
| **Subtotal** | **Online Docket Search** | **24.00** |

| Date | Description | $ Value |
|---|---|---|
| 05/16/2023 | Tritura: All-in-One Native File/Data Processing - | 85.00 |
| 05/23/2023 | Tritura: All-in-One Native File/Data Processing - | 85.00 |
| **Subtotal** | **Tritura: All-in-One Native File/Data Processing** | **170.00** |

| Date | Description | $ Value |
|---|---|---|
| 05/31/2023 | Tritura: Data Hosting - Active Review - | 203.85 |
| **Subtotal** | **Tritura: Data Hosting - Active Review** | **203.85** |

| Date | Description | $ Value |
|---|---|---|
| 05/31/2023 | Tritura: Data Hosting - Rev/Process/Data Storage | 4.50 |
| **Subtotal** | **Tritura: Data Hosting - Rev/Process/Data Storage** | **4.50** |

| Date | Description | $ Value |
|---|---|---|
| 05/31/2023 | Tritura: Data Hosting - Review User Access - | 255.00 |
| **Subtotal** | **Tritura: Data Hosting - Review User Access** | **255.00** |

**Total Disbursements** $ **657.35**