IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) ) ) | Case No. 23-10051 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**ORDER GRANTING FIRST QUARTERLY APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL
FOR THE DEBTORS AND DEBTORS IN POSSESSION,
FOR THE PERIOD FROM JANUARY 17, 2023 THROUGH MARCH 31, 2023**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Debtors and Debtors in Possession (the "Debtors") in the above-captioned cases, filed its First Quarterly Fee Application for Compensation and for Reimbursement of Expenses for the Period from January 17, 2023 through March 31, 2023 (the "First Quarterly Fee Application"). The Court has reviewed the First Quarterly Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Quarterly Fee Application, and any hearing on the First Quarterly Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Quarterly Fee Application. Accordingly, it is hereby

ORDERED that the First Quarterly Fee Application is GRANTED, on an interim basis. The Debtors in the above cases shall pay to PSZ&J the sum of $2,229,904.75 as

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

2

compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $32,981.52 for a total of $2,262,886.27 for services rendered and disbursements incurred by PSZ&J for the period January 17, 2023 through March 31, 2023, less any amounts previously paid in connection with the monthly fee applications.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.