**<u>Exhibit A</u>**

**TIME DETAIL**



faegredrinker.com

July 6, 2023

| | |
|---|---|
| Invoice | 5779304 |
| Tax ID | 41-0244008 |

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

# Invoice Summary

| | |
|---|---|
| **Client** | Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al. |
| **Matter** | In re GigaMonster Networks, LLC et al. |
| **Matter ID** | 527983.000001 |

For professional services rendered and disbursements incurred through June 30, 2023

| | |
|---|---|
| Services | 23,510.00 |
| Disbursements | 440.55 |
| **Invoice Total** | **$    23,950.55** |

**Due and Payable Upon Receipt**
**Thank You**



faegredrinker.com

July 6, 2023

| Invoice | 5779304 |
|---|---|
| Tax ID | 41-0244008 |

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

# Invoice Detail

| | |
|---|---|
| **Client** | Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al. |
| **Matter** | In re GigaMonster Networks, LLC et al. |
| **Matter ID** | 527983.000001 |

For professional services rendered and disbursements incurred through June 30, 2023

## Professional Services

### Task: B110    Case Administration

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/05/23 | S. Carlson | 0.30 | Electronically file certificate of no objection with the bankruptcy court in connection with the pending second monthly fee application |
| 06/09/23 | S.N. Rosin | 1.30 | Public records/address search for 4 people for J Marasco |
| 06/13/23 | S. Carlson | 0.40 | Finalize and file certificates of no objection - no order required for the third monthly applications for compensation for FDBR and M3 Advisory |
| 06/21/23 | J. Conklin | 0.70 | Access Delaware Bankruptcy database regarding Fourth Monthly Fee Application |
| **Total  B110** | | **2.70** | |

### Task: B120    Asset Analysis and Recovery

| Date | Name | Hours | Description |
|---|---|---|---|
| 05/15/23 | P. A. Jackson | 0.10 | Review J. Marasco notes from review of Barings production |
| 05/23/23 | P. A. Jackson | 0.10 | Review J. Marasco summary of findings from review of Barings document production |
| 06/01/23 | J. Marasco | 1.10 | Participate in settlement discussions with Barings (0.7); follow up call with R. Bernard regarding same (0.2); correspondence with R. Winning regarding budget items in connection with potential settlements and review line items (0.2). |
| 06/01/23 | R. Bernard | 1.10 | Attend settlement call with Barings' counsel (.6); consider negotiation strategy and discuss with J. Marasco (.5). |
| 06/08/23 | R. Bernard | 0.40 | Call with Barings' counsel regarding settlement of issues. |

Official Committee of Unsecured Creditors of GigaMonster
Networks, LLC et al.
July 6, 2023
Page    2

Faegre Drinker Biddle & Reath LLP
Invoice  5779304

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/08/23 | J. Marasco | 2.30 | Participate in settlement discussion with R. Bernard and Barings counsel (0.5); correspondence with K. Kistinger regarding update on same and complaint review (0.1); coordinate paralegal coverage for commencement of adversary proceeding (0.1); draft summons, notice of ADR, certificate of service and email Chambers/correspondence with R. Bernard regarding request for pretrial conference (1.6) |
| 06/09/23 | J. Marasco | 3.70 | Update summons and related correspondence with Chambers (0.2); review K. Kistinger edits to complaint and update accordingly (2.4); call with R. Bernard regarding same (0.2); correspondence with Barings counsel regarding confidentiality considerations and service (0.2); coordinate filing and service of complaint and various correspondence with J. Gorman regarding same (0.5); review Judge Stickles pretrial procedures and calendar relevant deadlines (0.2). |
| 06/14/23 | J. Marasco | 0.20 | Call with R. Bernard regarding discovery requests in Barings adversary proceeding. |
| 06/14/23 | R. Bernard | 0.50 | Call with J. Marasco regarding discovery schedule and timeline. |
| 06/17/23 | J. Marasco | 2.20 | Draft discovery requests to Barings and email R. Bernard regarding same (2.1); call with B. Fallon regarding timing considerations for discovery requests (0.1). |
| 06/19/23 | J. Marasco | 0.30 | Correspondence with R. Bernard regarding discovery conference (0.2) and compose email to E. Brady and C. Bryant regarding same (0.1). |
| 06/20/23 | J. Marasco | 0.10 | Email Barings counsel regarding scheduling Rule 26(f) conference |
| 06/22/23 | J. Marasco | 0.10 | Correspondence with R. Bernard regarding Rule 26(f) conference and circulate calendar invite for same. |
| 06/23/23 | J. Marasco | 0.20 | Review correspondence from P. Van Tol regarding litigation matters and email R. Bernard regarding considerations as to same. |
| 06/23/23 | R. Bernard | 0.30 | Call with counsel for Barings regarding settlement. |
| 06/23/23 | J. Marasco | 0.30 | Participate in settlement/litigation call with R. Bernard and Barings' counsel. |
| 06/30/23 | J. Marasco | 0.10 | Correspondence with E. Brady regarding response extension and briefing stipulation. |
| **Total B120** | | **13.10** | |

**Task:  B150    Meetings of and Communications with Creditors**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/31/23 | P. A. Jackson | 0.30 | Attend committee meeting with R. Bernard, J. Marasco, R. Winning |
| 06/01/23 | R. Bernard | 0.70 | Email to the Committee regarding update on settlement discussions and settlement strategy |
| 06/01/23 | J. Marasco | 0.10 | Review R. Bernard update to Committee members regarding settlement negotiations with Barings. |
| 06/06/23 | J. Marasco | 0.30 | Draft email to Committee regarding topics of discussion for June 7 Committee meeting and related correspondence with R. Bernard and R. Winning (0.2); correspondence with R. Bernard and E. Frejka regarding quorum for meeting (0.1). |
| 06/07/23 | J. Marasco | 0.30 | Attend Committee meeting. |
| 06/07/23 | R. Bernard | 0.40 | Prepare for (.1) and attend Committee meeting (.3). |
| 06/08/23 | R. Bernard | 0.20 | Update committee on settlement discussions. |
| 06/08/23 | J. Marasco | 0.10 | Review R. Bernard Committee update regarding Barings settlement discussions. |

Official Committee of Unsecured Creditors of GigaMonster
Networks, LLC et al.
July 6, 2023
Page    3

Faegre Drinker Biddle & Reath LLP
Invoice   5779304

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/13/23 | J. Marasco | 0.20 | Draft agenda for June 14 Committee meeting and related correspondence with R. Bernard and R. Winning. |
| 06/13/23 | R. Bernard | 0.30 | Email agenda and attachments to Committee for meeting. |
| 06/14/23 | J. Marasco | 0.50 | Attend Committee meeting. |
| 06/14/23 | R. Bernard | 0.60 | Review materials for Committee meeting (.1); attend Committee meeting (.5). |
| 06/19/23 | J. Marasco | 0.10 | Email R. Bernard regarding upcoming Committee meeting and litigation status. |
| 06/20/23 | J. Marasco | 0.10 | Review R. Bernard Committee update regarding adversary proceeding. |
| 06/20/23 | R. Bernard | 0.10 | Email committee litigation update. |
| 06/26/23 | J. Marasco | 0.10 | Prepare agenda for June 28 Committee meeting and correspondence with R. Bernard and R. Winning regarding same. |
| 06/28/23 | R. Bernard | 0.30 | Attend Committee meeting regarding status. |
| 06/28/23 | J. Marasco | 0.40 | Correspondence with R. Bernard regarding agenda for Committee meeting (0.1); attend Committee meeting (0.3). |

**Total B150** **5.10**

### Task:  B160    Fee/Employment Applications

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/12/23 | P. A. Jackson | 0.10 | Emails with J. Marasco re: FDBR fee application |
| 06/01/23 | J. Marasco | 0.10 | Attention to filing logistics for CNO on M3 second monthly fee application for June 5. |
| 06/05/23 | J. Marasco | 0.20 | Correspondence with E. Glenn regarding exhibit for monthly fee application (0.1); email R. Winning regarding CNO on M3 second monthly fee application and request for invoice (0.1). |
| 06/07/23 | R. Bernard | 0.70 | Review May 2023 invoice. |
| 06/08/23 | J. Marasco | 0.50 | Various correspondence with E. Glenn and R. Bernard regarding exhibit to Faegre Drinker fourth monthly fee application (0.2); prepare CNOs for Faegre Drinker and M3 third monthly fee applications (0.3). |
| 06/09/23 | J. Marasco | 0.30 | Various correspondence with E. Glenn regarding exhibit to Faegre Drinker fourth monthly fee application (0.1); correspondence with Debtors regarding interim fee hearing and review interim comp order in connection with same (0.2). |
| 06/12/23 | J. Marasco | 1.00 | Finalize and coordinate filing of CNOs on Faegre Drinker and M3 third monthly fee applications (0.2); review exhibit to Faegre Drinker fourth monthly fee application and related correspondence with E. Glenn (0.3); prepare Faegre Drinker and M3 fourth monthly fee applications (0.5) |
| 06/13/23 | J. Marasco | 0.10 | Email R. Winning regarding update on filing of CNOs on third monthly fee applications and request for May invoice. |
| 06/14/23 | J. Marasco | 0.10 | Correspondence regarding invoice for Faegre Drinker fourth monthly fee application. |
| 06/15/23 | J. Marasco | 1.00 | Prepare Faegre Drinker fourth monthly fee application and related exhibits. |
| 06/19/23 | J. Marasco | 0.50 | Coordinate filing of Faegre Drinker fourth monthly fee application and various related correspondence with R. Bernard and J. Conklin. |
| 06/21/23 | J. Marasco | 0.30 | Correspondence with J. Conklin regarding Faegre Drinker fourth monthly fee application (0.1); review final DIP Order and email R. Bernard regarding fee application considerations (0.2). |

Official Committee of Unsecured Creditors of GigaMonster
Networks, LLC et al.
July 6, 2023
Page    4

Faegre Drinker Biddle & Reath LLP
Invoice  5779304

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/22/23 | J. Marasco | 0.10 | Correspondence with E. Glenn regarding Faegre Drinker fifth monthly fee application. |
| **Total B160** | | **5.00** | |

### Task:  B185   Assumption/Rejection of Leases and Contracts

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/09/23 | R. Bernard | 0.30 | Review draft notice of contract rejection. |
| 06/12/23 | J. Marasco | 0.10 | Review second rejection notice from debtors and related correspondence. |
| 06/13/23 | R. Bernard | 0.40 | Email with R. Winning regarding second rejection motion and follow up questions for the Debtors. |
| 06/29/23 | J. Marasco | 0.10 | Review letter from A. McGlothlin regarding request for extension of rejection date of Amtech/Marshall Tenant license agreement. |
| **Total B185** | | **0.90** | |

### Task:  B190   Other Contested Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/09/23 | J.L. Gorman | 0.30 | Revise Summons and electronically file same |
| 06/09/23 | J.L. Gorman | 0.40 | Finalize and electronically file Complaint |
| 06/09/23 | J.L. Gorman | 0.10 | Review summons regarding Gigamonster complaint |
| 06/09/23 | J.L. Gorman | 0.20 | Revise COS of Summons and complaint and electronically file same |
| 06/29/23 | J. Marasco | 0.10 | Review objection to Zayo Group motion for administrative claim. |
| **Total B190** | | **1.10** | |

| **Total Services** | | | $    23,510.00 |
|---|---|---|---|

## Disbursements

| Date | Description | $ | Value |
|------|-------------|---|-------|
| 06/17/2023 | Westlaw (Online Legal Research) | | 20.00 |
| **Subtotal  Westlaw (Online Legal Research)** | | | **20.00** |

| Date | Description | $ | Value |
|------|-------------|---|-------|
| 05/30/2023 | Online Docket Search | | 0.20 |
| 05/30/2023 | Online Docket Search | | 0.20 |
| 05/30/2023 | Online Docket Search | | 0.30 |
| 06/13/2023 | Online Docket Search | | 0.20 |
| 06/13/2023 | Online Docket Search | | 0.20 |
| 06/13/2023 | Online Docket Search | | 0.20 |
| 06/21/2023 | Online Docket Search | | 3.00 |
| 06/21/2023 | Online Docket Search | | 0.20 |
| 06/21/2023 | Online Docket Search | | 1.00 |
| 06/21/2023 | Online Docket Search | | 1.10 |
| 06/21/2023 | Online Docket Search | | 0.40 |
| 06/21/2023 | Online Docket Search | | 0.20 |

Official Committee of Unsecured Creditors of GigaMonster
Networks, LLC et al.
July 6, 2023
Page    5

Faegre Drinker Biddle & Reath LLP
Invoice   5779304

**Subtotal   Online Docket Search**        **7.20**

| Date | Description | $ Value |
|------|-------------|---------|
| 06/09/2023 | TransUnion | 5.00 |
| 06/09/2023 | TransUnion | 5.00 |
| 06/09/2023 | TransUnion | 5.00 |
| 06/09/2023 | TransUnion | 5.00 |
| 06/09/2023 | TransUnion | 5.00 |
| 06/09/2023 | TransUnion | 5.00 |
| 06/09/2023 | TransUnion | 5.00 |

**Subtotal   TransUnion**        **35.00**

| Date | Description | $ Value |
|------|-------------|---------|
| 06/30/2023 | Tritura: Data Hosting - Active Review - | 203.85 |

**Subtotal   Tritura: Data Hosting - Active Review**        **203.85**

| Date | Description | $ Value |
|------|-------------|---------|
| 06/30/2023 | Tritura: Data Hosting - Rev/Process/DataStorage - | 4.50 |

**Subtotal   Tritura: Data Hosting - Rev/Process/DataStorage**        **4.50**

| Date | Description | $ Value |
|------|-------------|---------|
| 06/30/2023 | Tritura: Data Hosting - Review User Access - | 170.00 |

**Subtotal   Tritura: Data Hosting - Review User Access**        **170.00**

**Total Disbursements**        **$   440.55**

**Invoice Total**        **$   23,950.55**

## Services Summary by Task

| Task Code | Description | Hours | $ Value |
|-----------|-------------|-------|---------|
| B110 | Case Administration | 2.70 | 1,193.50 |
| B120 | Asset Analysis and Recovery | 13.10 | 11,108.00 |
| B150 | Meetings of and Communications with Creditors | 5.10 | 5,445.00 |
| B160 | Fee/Employment Applications | 5.00 | 4,138.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 0.90 | 1,092.00 |
| B190 | Other Contested Matters | 1.10 | 533.50 |
| **Total** | | **27.90** | **23,510.00** |

Official Committee of Unsecured Creditors of GigaMonster
Networks, LLC et al.
July 6, 2023
Page    6

Faegre Drinker Biddle & Reath LLP
Invoice   5779304

## Services Summary by Professional

| Name | Hours | $ Rate | $ Value |
|------|-------|--------|---------|
| P. A. Jackson | 0.60 | | 636.00 |
| R. Bernard | 6.30 | | 8,505.00 |
| J. Marasco | 17.30 | | 12,715.50 |
| J. Conklin | 0.70 | | 280.00 |
| J.L. Gorman | 1.00 | | 460.00 |
| S. Carlson | 0.70 | | 322.00 |
| S.N. Rosin | 1.30 | | 591.50 |
| **TOTAL** | **27.90** | | **23,510.00** |