**Exhibit B**

**EXPENSE DETAIL**



faegredrinker.com

July 6, 2023

| | |
|---|---|
| Invoice | 5779304 |
| Tax ID | 41-0244008 |

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

## Invoice Summary

**Client**  Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.
**Matter**  In re GigaMonster Networks, LLC et al.
**Matter ID**  527983.000001

For professional services rendered and disbursements incurred through June 30, 2023

| | |
|---|---|
| Services | 23,510.00 |
| Disbursements | 440.55 |
| **Invoice Total** | **$ 23,950.55** |

**Due and Payable Upon Receipt**
**Thank You**

Official Committee of Unsecured Creditors of GigaMonster  
Networks, LLC et al.  
July 6, 2023  
Page    1

Faegre Drinker Biddle & Reath LLP  
Invoice   5779304

---

July 6, 2023

Invoice   5779304  
Tax ID    41-0244008

GigaMonster Networks, LLC et al.  
350 Franklin Gateway, Suite 300  
Marietta, GA 30067

## Invoice Detail

| | |
|---|---|
| **Client** | Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al. |
| **Matter** | In re GigaMonster Networks, LLC et al. |
| **Matter ID** | 527983.000001 |

For professional services rendered and disbursements incurred through June 30, 2023

### Disbursements

| Date | Description | $ Value | |
|---|---|---|---|
| 06/17/2023 | Westlaw (Online Legal Research) | 20.00 | |
| **Subtotal Westlaw (Online Legal Research)** | | | **20.00** |

| Date | Description | $ Value | |
|---|---|---|---|
| 05/30/2023 | Online Docket Search | 0.20 | |
| 05/30/2023 | Online Docket Search | 0.20 | |
| 05/30/2023 | Online Docket Search | 0.30 | |
| 06/13/2023 | Online Docket Search | 0.20 | |
| 06/13/2023 | Online Docket Search | 0.20 | |
| 06/13/2023 | Online Docket Search | 0.20 | |
| 06/21/2023 | Online Docket Search | 3.00 | |
| 06/21/2023 | Online Docket Search | 0.20 | |
| 06/21/2023 | Online Docket Search | 1.00 | |
| 06/21/2023 | Online Docket Search | 1.10 | |
| 06/21/2023 | Online Docket Search | 0.40 | |
| 06/21/2023 | Online Docket Search | 0.20 | |
| **Subtotal Online Docket Search** | | | **7.20** |

| Date | Description | $ Value | |
|---|---|---|---|
| 06/09/2023 | TransUnion | 5.00 | |
| 06/09/2023 | TransUnion | 5.00 | |
| 06/09/2023 | TransUnion | 5.00 | |
| 06/09/2023 | TransUnion | 5.00 | |
| 06/09/2023 | TransUnion | 5.00 | |
| 06/09/2023 | TransUnion | 5.00 | |
| 06/09/2023 | TransUnion | 5.00 | |
| **Subtotal TransUnion** | | | **35.00** |

| Date | Description | $ Value |
|---|---|---|

Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.
July 6, 2023
Page     2

Faegre Drinker Biddle & Reath LLP
Invoice   5779304

| Date | Description | $ Value | |
|---|---|---|---|
| 06/30/2023 | Tritura: Data Hosting - Active Review - | 203.85 | |
| | **Subtotal   Tritura: Data Hosting - Active Review** | | **203.85** |

| Date | Description | $ Value | |
|---|---|---|---|
| 06/30/2023 | Tritura: Data Hosting - Rev/Process/DataStorage - | 4.50 | |
| | **Subtotal   Tritura: Data Hosting - Rev/Process/DataStorage** | | **4.50** |

| Date | Description | $ Value | |
|---|---|---|---|
| 06/30/2023 | Tritura: Data Hosting - Review User Access - | 170.00 | |
| | **Subtotal   Tritura: Data Hosting - Review User Access** | | **170.00** |

**Total Disbursements**                                                                 **$       440.55**