IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*[1],<br><br>              Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered)<br><br>Hearing Date: August 17, 2023, at 10:00 a.m. (ET)<br>Obj. Deadline:  August 15, 2023, at 4:00 p.m. (ET) |

**NOTICE OF SECOND INTERIM FEE APPLICATIONS FOR THE PROFESSIONALS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2023 THROUGH AND INCLUDING JUNE 30, 2023**

       **PLEASE TAKE NOTICE** that in accordance with that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 122] (the "Interim Compensation Order"), the professionals retained by the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases (the "Committee") hereby apply for interim quarterly allowance of compensation and reimbursement of expenses (collectively, the "Interim Fee Requests") for all monthly fee applications covering the period from April 1, 2023, through and including June 30, 2023, and in the case of M3 Advisory Partners, March 1, 2023, through and including April 30, 2023 (collectively, the "Monthly Fee Requests").  Summaries of the fees and expenses subject to the Interim Fee Requests are annexed hereto and set forth in the Monthly Fee Requests previously filed with the Court.

       **PLEASE TAKE FURTHER NOTICE** that pursuant to the Interim Compensation Order, the above-captioned debtors and debtors in possession (collectively, the "Debtors") were previously authorized to pay, on an monthly basis, eighty percent (80%) of the amount of compensation requested, and one hundred percent (100%) of the amount of reimbursable expenses, requested in the Monthly Fee Requests without further order from the Court upon the expiration of the applicable objection period for the Monthly Fee Requests.

       **PLEASE TAKE FURTHER NOTICE** that pursuant to the Interim Compensation Order, objections, if any, to the Interim Fee Requests are required to be filed and served on the affected professional and the following parties on or before **August 15, 2023 at 4:00 p.m. (ET)**: (i) the Debtors, Pachulski Stang Ziehl & Jones LLP, **919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: Laura Davis Jones (ljones@pszjlaw.com), David M. Bertenthal (dbertenthal@pszjlaw.com), and Timothy P. Cairns (tcairns@pszjlaw.com); (ii) counsel to the DIP Agent and DIP Lenders: (a) Jones Day, 901 Lakeside Avenue, Cleveland, OH 44114, Attn: Thomas M. Wearsch**

---

[1]   The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

1

(twearsch@jonesday.com); (b) Jones Day, 100 High Street, Boston, MA 02110, Attn: John D. Casais (jcasais@jonesday.com); (c) Choate Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: Brian P. Lenihan (blenihan@choate.com); and (d) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Zachary Shapiro (shapiro@rlf.com); (iii) counsel to the Prepetition Agent, Hogan Lovells US LLP, 390 Madison Avenue, New York, NY 10017, Attn: Erin N. Brady (erin.brady@hoganlovells.com) and Chris Bryant (chris.bryant@hoganlovells.com); and (iv) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Timothy J. Fox (timothy.fox@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Interim Fee Requests will be held before the Honorable J. Kate Stickles in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, on **August 17, 2023, at 10:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE INTERIM FEE REQUESTS IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER AN ORDER APPROVING THE INTERIM FEE REQUESTS WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: July 25, 2023                                **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Jaclyn C. Marasco*
Patrick A. Jackson (Bar No. 4976)
Jaclyn C. Marasco (Bar No. 6477)
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Emails: patrick.jackson@faegredrinker.com
            jaclyn.marasco@faegredrinker.com

-and-

Richard J. Bernard (admitted *pro hac vice*)
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248-3263
Facsimile: (212) 248-3141
Email: richard.bernard@faegredrinker.com

*Counsel to the Official Committee of Unsecured Creditors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*[1], | Case No. 23-10051 (JKS) |
| | (Jointly Administered) |
| Debtors. | Hearing Date: August 17, 2023, at 10:00 a.m. (ET)<br>Obj. Deadline: August 15, 2023, at 4:00 p.m. (ET) |

## SECOND INTERIM FEE REQUEST OF
## <u>FAEGRE DRINKER BIDDLE & REATH LLP</u>

| | |
|---|---|
| Name of Applicant: | Faegre Drinker Biddle & Reath, LLP |
| Authorized to Provide Professional Services as: | Counsel to the Official Committee of Unsecured Creditors |
| Date of Retention: | March 10, 2023 (effective January 30, 2023) |
| Period for Which Compensation and Reimbursement is Sought: | April 1, 2023, through June 30, 2023 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 4/1/23 – 4/30/23<br>5/22/23<br>D.I. 369 | $58,973.50 | $9.20 | 6/13/23<br>D.I. 409 | $47,178.80 | $9.20 | $11,794.70 |
| 5/1/23 – 5/31/23<br>6/21/23<br>D.I. 418 | $77,788.00 | $657.35 | 7/13/23<br>D.I. 444 | $62,230.40 | $657.35 | $15,557.60 |
| 6/1/23 – 6/30/23<br>7/21/23<br>D.I. 452 | $23,510.00 | $440.55 | Obj. Deadline 8/11/23 | $18,808.00 | $440.55 | $4,702.00 |
| **TOTALS** | **$160,271.50** | **$1,107.10** | | **$128,217.20** | **$1,107.10** | **$32,054.30** |

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*[1], | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: August 17, 2023, at 10:00 a.m. (ET)** |
| | **Obj. Deadline:  August 15, 2023, at 4:00 p.m. (ET)** |

## SECOND INTERIM FEE REQUEST OF
## M3 ADVISORY PARTNERS

| Name of Applicant: | M3 Advisory Partners |
|---|---|
| Authorized to Provide Professional Services as: | Financial Advisor to the Official Committee of Unsecured Creditors |
| Date of Retention: | March 10, 2023 (effective January 30, 2023) |
| Period for Which Compensation and Reimbursement is Sought: | March 1, 2023, through April 30, 2023 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 3/1/23 – 3/31/23 5/12/23 D.I. 363 | $30,645.00 | $408.17 | 6/5/23 D.I. 399 | $24,516.00 | $408.17 | $6,129.00 |
| 4/1/23 – 4/30/23 5/22/23 D.I. 370 | $18,220.00 | $41.78 | 6/13/23 D.I. 410 | $14,576.00 | $41.78 | $3,644.00 |
| **TOTALS** | **$48,865.00** | **$449.95** | | **$39,092.00** | **$449.95** | **$9,773.00** |

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.