# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) | Case No. 23-10051 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF GIGAMONSTER NETWORKS, LLC, *et al.*, | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | Adv. Case No. 23-50404 (JKS) |
| | ) | |
| BARINGS ASSET-BASED INCOME FUND (US), L.P., BABIF GIGABLOCKER LLC, MATTHEW SANDOVAL, W.F. (ROONEY) DEBUTTS, NISANTH REDDY, and JULIE NIEDZWIECKI, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 17, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801**

**This hearing will be conducted in-person. All participants at an in-person hearing are required to attend in person, except that remote participation at an in-person hearing is permitted in the following circumstances: (i) counsel for a party or a *pro se* litigant that filed a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a *pro se* basis; or (iv) other**

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2] **Amended items are indicated in bold.**

> **extenuating circumstances that warrant remote participation as may be determined by the Court. Please register by August 16, 2023 at 4:00 p.m. (EST).**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
> **Please use the following link to register for this hearing**
>
> https://protect-us.mimecast.com/s/Lz7gC82902UwD6A7fne3KS
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

## I.     ADJOURNED MATTERS

1. Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of (X) Stalking Horse Assets and (Y) Other Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement for Stalking Horse Assets and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed: January 17, 2023) [Docket No. 12]

   **Response Deadline:** February 23, 2023 at 4:00 p.m. (prevailing Eastern Time). (Extended to February 24, 2023 for Kuenzli Rental Operation, LLC. and 1101 East Bayaud LLC; extended to February 27, 2023 for the Official Committee of Unsecured Creditors, Zayo Group, LLC, Equinix, Inc., and Crown Castle Fiber, LLC as to sale and assumption/cure objections.)

   **Cure Objections:**

   A. Objection of BREIT Steadfast MF Mansfield TX LP and BREIT MF Arbour Square LLC to Debtors' Notice of Potential Assumption of Executory Contracts and Proposed Cure Amounts (Filed: February 23, 2023) [Docket No. 194]

   B. Response and Objection of CRP/Pollack 72 Milton Townhome Owner, LLC, CRP/Pollack 72 Milton Venture, LLC, 1246 Allene Owner, LP, Greenville Dallas Owner, LP, CH Realty IX-Rangewater MF Charlotte University City, LP and 536 West Tremont Owner, LP Pursuant to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts (Filed:  February 24, 2023) [Docket No. 202]

   C. Objection of Kuenzli Rental Operation LLC, d/b/a Nevada Communications and Satellite to Assumption and Assignment of Contract and Proposed Cure Amount (Filed: February 24, 2023) [Docket No. 205]

      i. Notice of Withdrawal of Objection of Kuenzli Rental Operation LLC, d/b/a Nevada Communications and Satellite to Assumption and Assignment of

      Contract and Proposed Cure Amount (Filed: August 8, 2023) [Docket No. 481]

  D. Amended Objection of BREIT Steadfast MF Mansfield TX LP and BREIT MF Arbour Square LLC to Debtors' Notice of Potential Assumption of Executory Contracts and Proposed Cure Amounts (Filed: March 14, 2023) [Docket No. 265]

  **Related Documents:**

  A. Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts (Other Assets) (Filed: February 8. 2023) [Docket No. 117]

  B. Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts (Stalking Horse Assets) (Filed: February 8, 2023) [Docket No. 118]

  C. Order (I) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith; and (III) Granting Related Relief (Signed: March 3, 2023) [Docket No. 235]

**Status:** By consent of the parties, the remaining open cure objections are adjourned to a date to be determined.

2. Notice of Rejection of Certain Executory Contracts and Unexpired Leases, and Abandonment of Property in Connection Therewith (Filed: May 25, 2023) [Docket No. 380]

  **Response Deadline:** June 8, 2023 at 4:00 p.m. (prevailing Eastern Time)

  **Responses Received:**

  A. Limited Objection of East Cobb Senior Living Center, LLC to Notice of Rejection of Certain Executory Contracts and Unexpired Leases, and Abandonment of Property in Connection Therewith (Filed June 7, 2023) [Docket No. 401]

  **Related Documents:**

  A. Order: (I) Approving Procedures for Rejecting Executory Contracts and Unexpired Leases; and (II) Granting Related Relief (Signed April 18, 2023) [Docket No. 326]

  B. Notice of Hearing on Limited Objection of East Cobb Senior Living Center, LLC to Notice of Rejection of Certain Executory Contracts and Unexpired Leases, and Abandonment of Property in Connection Therewith (Filed June 8, 2023) [Docket No. 405]

**Status:** By consent of the parties, this matter has been adjourned to a date to be determined.

**II.    RESOLVED MATTERS**

3. Motion of Cobb Commerce Center LLC for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors (Filed: August 2, 2023) [Docket No. 472]

    **Response Deadline**: August 10, 2023 at 4:00 p.m. (prevailing Eastern Time) (Extended to August 14, 2023 at 4:00 p.m. (prevailing Eastern Time) for the Debtors)

    **Responses Received:**

    None.

    **Related Documents:**

    A. Certification of Counsel Regarding the Motion of Cobb Commerce Center LLC for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors (Filed: August 14, 2023) [Docket No. 488]

    B. **Order Granting Motion of Cobb Commerce Center LLC for Relief from the Automatic Stay to Permit the Exercise of Setoff Rights Against the Debtors (Signed:  August 16. 2023) [Docket No. 494]**

    **Status:   An order has been entered.**

**III.    INTERIM FEE APPLICATIONS**

4. Interim and Quarterly Fee Applications as listed on **Exhibit A** hereto.

    **Status:**  These matters are going forward to the extent the Court directs.  **The Committee has filed a CNO in connection with the Committee professionals' interim fee applications**.  **The Debtors have submitted an omnibus order approving the interim fee applications as modified in response to inquiries from the Court.**

**IV.    PRETRIAL CONFERENCE – ADVERSARY PROCEEDING NO. 23-50404 (JKS)**

5. Adversary Complaint (Filed June 9, 2023) [Adv. Docket No. 1]

    Related Documents:

    A. Summons and Notice of Pretrial Conference (Filed June 9, 2023) [Adv. Docket No. 3]

    B. Certification of Counsel Regarding Proposed Scheduling Order (Filed August 11, 2023) [Adv. Docket No. 22]

4

**Status:** The initial pretrial scheduling conference will go forward.

Dated:  August **16**, 2023          PACHULSKI STANG ZIEHL & JONES LLP

         */s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       tcairns@pszjlaw.com

*Counsel for the Debtors and Debtors in Possession*