Exhibit A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) Case No. 23-10051 (JKS) |
| Debtors. | ) (Jointly Administered) |

**AMENDED[2] INTERIM FEE HEARING BINDER INDEX**
**Hearing: August 17, 2023 at 10:00 a.m. (ET)**

1. First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from January 17, 2023 through March 31, 2023 [Filed July 13, 2023] (D.I. 441)

   Response Deadline: August 3, 2023 at 4:00 p.m. (ET).

   Responses Received: None.

   Related Documents:

   A. Certificate of No Objection (See item E below)

   B. First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from January 17 2023 through January 31, 2023 [Filed April 11, 2023] (D.I. 300)

      a. Certificate of No Objection – No Order Required [Filed May 3, 2023] (D.I. 354)

   C. Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from February 1, 2023 through February 28, 2023, 2023 [Filed April 18, 2023] (D.I. 318)

      a. Certificate of No Objection – No Order Required [Filed May 10, 2023] (D.I.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2] Amended items appear in **bold**.

358)

D. Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from March 1, 2023 through March 31, 2023 [Filed July 10, 2023] (D.I. 436)

   a. Certificate of No Objection – No Order Required [Filed August 2, 2023] (D.I. 474)

E. Certificate of No Objection to First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the period from January 17, 2023 to March 31, 2023 [Filed August 14, 2023] (D.I. 487)

2. Second Interim Fee Applications for the Professionals of the Official Committee of Unsecured Creditors for the Period From April 1, 2023 Through and Including June 30, 2023 [Filed July 25, 2023] (D.I. 457)

   Response Deadline: August 15, 2023 at 4:00 p.m. (ET).

   Responses Received:  **None filed**.

   Related Documents:

   A. Second Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from March 1, 2023, through March 31, 2023 [Filed May 12, 2023] (D.I. 363)

      a. Certificate of No Objection Regarding Docket No. 363 [Filed June 5, 2023] (D.I. 399)

   B. Third Monthly Application of Faegre Drinker Biddle & Reath LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Attorneys to the Official Committee of Unsecured Creditors for the Period from April 1, 2023, through April 30, 2023 [Filed May 22, 2023] (D.I. 369)

      a. Certificate of No Objection Regarding Docket No. 369 [Filed June 13, 2023] (D.I. 409)

   C. Third Monthly Application of M3 Advisory Partners, LP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from April 1, 2023, through April 30, 2023 [Filed May 22, 2023] (D.I. 370)

a. Certificate of No Objection Regarding Docket No. 370 [Filed June 13, 2023] (D.I. 410)

D. Fourth Monthly Application of Faegre Drinker Biddle & Reath LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Attorneys to the Official Committee of Unsecured Creditors for the Period from May 1, 2023, through May 31, 2023 2023 [Filed June 21, 2023] (D.I. 418)

a. Certificate of No Objection Regarding Docket No. 418 [Filed July 13, 2023] (D.I. 444)

E. Fifth Monthly Application of Faegre Drinker Biddle & Reath LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Attorneys to the Official Committee of Unsecured Creditors for the Period from June 1, 2023, through June 30, 2023 [Filed July 21, 2023] (D.I. 452)

a. Certificate of No Objection Regarding Docket No. 452 [Filed August 14, 2023] (D.I. 489)

F. **Certificate of No Objection Regarding Docket No. 457 [Filed August 16, 2023] (D.I. 495)**

Dated:  August **16**, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**
*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone:  302-652-4100
Facsimile:   302-652-4400
email:  ljones@pszjlaw.com
dbertenthal@pszjlaw.com
tcairns@pszjlaw.com

*Counsel for the Debtors and Debtors-in-Possession*