IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) ) ) | Case No. 23-10051 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**Ref. Docket Nos. 441, 457**

**OMNIBUS ORDER GRANTING: (I) FIRST QUARTERLY
APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP,
AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION,
FOR THE PERIOD FROM JANUARY 17, 2023 THROUGH MARCH 31, 2023;
AND (II) SECOND INTERIM FEE APPLICATIONS FOR THE PROFESSIONALS OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM APRIL 1, 2023 THROUGH AND INCLUDING JUNE 30, 2023**

Upon consideration of (i) the *First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from January 17, 2023 through March 31, 2023* [D.I. 441] (the "PSZJ Application") and (ii) the *Second Interim Fee Applications for the Professionals of the Official Committee of Unsecured Creditors for the Period From April 1, 2023 Through and Including June 30, 2023* [D.I. 457] (the "Committee Applications", together with the PSZJ Application, the "Applications"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and notice of the Applications, and any hearing on the Applications, having been adequate under the circumstances; and all persons with standing having been

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

afforded the opportunity to be heard on the Applications; and good cause appearing to grant the relief requested in the Applications, it is hereby

ORDERED that the Applications are GRANTED, on an interim basis; and it is further

ORDERED that the Debtors shall pay to Pachulski Stang Ziehl & Jones ("PSZJ") the sum of $2,229,904.75 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $31,651.72 for a total of $2,261,556.47 for services rendered and disbursements incurred by PSZ&J for the period January 17, 2023 through March 31, 2023, less any amounts previously paid in connection with the monthly fee applications; and it is further

ORDERED that the Debtors shall pay to Faegre Drinker Biddle & Reath LLP ("Faegre") the sum of $160,271.50 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $1,107.10 for a total of $161,378.60 for services rendered and disbursements incurred by Faegre for the period April 1, 2023 through June 30, 2023, less any amounts previously paid in connection with the monthly fee applications; and it is further

ORDERED that the Debtors shall pay to M3 Advisory Partners, LP ("M3") the sum of $48,865.00 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $449.95 for a total of $49,314.95 for services rendered and disbursements incurred by M3 for the period March 1, 2023 through April 30, 2023, less any amounts previously paid in connection with the monthly fee applications; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: August 17th, 2023
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:244274.2 31213/001                         3