# Claim Register
## In re GigaMonster Networks, LLC, et al.
## Case No. 23-10051

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| ACE Micro, LLC<br>605 East Pointe Court SW<br>Vero Beach, FL 32962 | 98 | 5/9/2023 | GigaMonster, LLC | $2,665.00 | | | | | $2,665.00 |
| ADI<br>275 Broadhollow Road, Suite 400<br>Melville, NY 11747-4863 | 3 | 1/17/2023 | GigaMonster Networks, LLC | $8,930.75 | | | | | $8,930.75 |
| Advanced Media Technologies, Inc<br>Attention To: Damarie Cortez<br>3150 SW 15th Street<br>Deerfield Beach, FL 33442 | 107 | 5/11/2023 | GigaMonster Networks, LLC | $14,587.89 | | | | | $14,587.89 |
| Advanced Media Technologies, Inc<br>Attn: Damarie Cortez<br>3150 SW 15th Street<br>Deerfield Beach, FL 33442 | 103 | 5/11/2023 | GigaMonster Networks, LLC | $14,587.89 | | | | | $14,587.89 |
| AIG Property Casualty, Inc<br>Attn: Kevin J. Larner, Esq.<br>28 Liberty Street, Floor 22<br>New York, NY 10005 | 159 | 5/31/2023 | GigaMonster Networks, LLC | $0.00 | | $0.00 | | $0.00 | $0.00 |
| Alabaster Consulting, LLC<br>918 Weslon Pl<br>Bremerton, WA 98312 | 135 | 5/29/2023 | GigaMonster Networks, LLC | $3,248.88 | | | | | $3,248.88 |
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>2520 W.W. THORNE BLVD. - LEGAL DEPT.<br>HOUSTON, TX 77073-3406 | 95 | 5/4/2023 | GigaMonster Networks, LLC | | | $332.06 | | | $332.06 |
| All In All Construction<br>c/o Kimberly A Bartley<br>Waldron & Schneider, PLLC<br>15150 Middlebrook Dr.<br>Houston, TX 77058 | 83 | 4/6/2023 | GigaMonster Networks, LLC | $166,185.88 | | | | | $166,185.88 |
| Allen ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N Stemmons Frwy Ste 1000<br>Dallas, TX 75207 | 51 | 2/23/2023 | GigaMonster, LLC | | | $521.58 | | | $521.58 |
| Allstream<br>Attn: Collections<br>14221 Golf Course Dr<br>Ste 100<br>Baxter, MN 56425 | 120 | 5/19/2023 | GigaMonster Networks, LLC | $1,034.77 | | | | | $1,034.77 |
| American Broadband Services, Inc.<br>PO Box 209<br>Broomfield, CO 80038 | 126 | 5/24/2023 | GigaMonster Networks, LLC | $2,519.00 | | | | | $2,519.00 |
| APX Net, Inc.<br>PO Box 842<br>Berwick, ME 03901-2124 | 187 | 6/7/2023 | GigaMonster Networks, LLC | $3,477.10 | | | | | $3,477.10 |
| ARIZONA DEPARTMENT OF REVENUE<br>Office of the Arizona Attorney General - BCE<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004 | 194 | 6/29/2023 | GigaMonster Networks, LLC | $200.22 | $0.23 | | | | $200.45 |

Claim Register
In re GigaMonster Networks, LLC, et al.
Case No. 23-10051

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Arizona Department of Revenue<br>Office of the Arizona Attorney General - BCE<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004 | 191 | 6/23/2023 | GigaMonster Networks, LLC | $200.04 | $7.18 | | | | $207.22 |
| Arizona Department of Revenue<br>Office of the Arizona Attorney General- BCE<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004 | 31 | 2/9/2023 | GigaMonster Networks, LLC | | $6,400.00 | | | | $6,400.00 |
| BABIF GIGA BLOCKER LLC, in its capacity as Lender<br>c/o Hogan Lovells US LLP<br>Christopher R. Bryant; Sara Posner<br>390 Madison Avenue<br>New York, NY 10017 | 148 | 5/30/2023 | GigaMonster, LLC | | | $48,876,357.97 | | | $48,876,357.97 |
| BABIF GIGA BLOCKER LLC, in its capacity as Lender<br>c/o Hogan Lovells US LLP<br>Christopher R. Bryant; Sara Posner<br>390 Madison Avenue<br>New York, NY 10017 | 149 | 5/30/2023 | GigaMonster Networks, LLC | | | $48,876,357.97 | | | $48,876,357.97 |
| BABIF GIGA BLOCKER LLC, in its capacity as Lender<br>c/o Hogan Lovells US LLP<br>Christopher R. Bryant; Sara Posner<br>390 Madison Avenue<br>New York, NY 10017 | 152 | 5/30/2023 | Fibersphere Communications LLC | | | $48,876,357.97 | | | $48,876,357.97 |
| BABIF GIGA BLOCKER LLC, in its capacity as Lender<br>c/o Hogan Lovells US LLP<br>Christopher R. Bryant; Sara Posner<br>390 Madison Avenue<br>New York, NY 10017 | 153 | 5/30/2023 | Gigasphere Holdings LLC | | | $48,876,357.97 | | | $48,876,357.97 |
| BABIF GIGA BLOCKER LLC, in its capacity as Lender<br>c/o Hogan Lovells US LLP<br>Christopher R. Bryant; Sara Posner<br>390 Madison Avenue<br>New York, NY 10017 | 154 | 5/30/2023 | Fibersphere Communications of California LLC | | | $48,876,357.97 | | | $48,876,357.97 |
| Barings Asset-Based Income Fund (US), LP, in its capacity as Collateral Agent<br>c/o Hogan Lovells US LLP<br>Christopher R. Bryant<br>390 Madison Avenue<br>New York, NY 10017 | 137 | 5/30/2023 | GigaMonster Networks, LLC | | | $48,876,357.97 | | | $48,876,357.97 |
| Barings Asset-Based Income Fund (US), LP, in its capacity as Collateral Agent<br>c/o Hogan Lovells US LLP<br>Christopher R. Bryant<br>390 Madison Avenue<br>New York, NY 10017 | 138 | 5/30/2023 | Gigasphere Holdings LLC | | | $48,876,357.97 | | | $48,876,357.97 |

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Barings Asset-Based Income Fund (US), LP, in its capacity as Collateral Agent<br>c/o Hogan Lovells US LLP<br>Christopher R. Bryant<br>390 Madison Avenue<br>New York, NY 10017 | 139 | 5/30/2023 | GigaMonster, LLC | | | $48,876,357.97 | | | $48,876,357.97 |
| Barings Asset-Based Income Fund (US), LP, in its capacity as Collateral Agent<br>c/o Hogan Lovells US LLP<br>Christopher R. Bryant<br>390 Madison Avenue<br>New York, NY 10017 | 140 | 5/30/2023 | Fibersphere Communications LLC | | | $48,876,357.97 | | | $48,876,357.97 |
| Barings Asset-Based Income Fund (US), LP, in its capacity as Collateral Agent<br>c/o Hogan Lovells US LLP<br>Christopher R. Bryant<br>390 Madison Avenue<br>New York, NY 10017 | 141 | 5/30/2023 | Fibersphere Communications of California LLC | | | $48,876,357.97 | | | $48,876,357.97 |
| Barings Asset-Based Income Fund (US), LP, in its capacity as Lender<br>c/o Hogan Lovells US LLP<br>Christopher R. Bryant<br>390 Madison Avenue<br>New York, NY 10017 | 142 | 5/30/2023 | GigaMonster Networks, LLC | | | $48,876,357.97 | | | $48,876,357.97 |
| Barings Asset-Based Income Fund (US), LP, in its capacity as Lender<br>c/o Hogan Lovells US LLP<br>Christopher R. Bryant<br>390 Madison Avenue<br>New York, NY 10017 | 143 | 5/30/2023 | Gigasphere Holdings LLC | | | $48,876,357.97 | | | $48,876,357.97 |
| Barings Asset-Based Income Fund (US), LP, in its capacity as Lender<br>c/o Hogan Lovells US LLP<br>Christopher R. Bryant<br>390 Madison Avenue<br>New York, NY 10017 | 145 | 5/30/2023 | GigaMonster, LLC | | | $48,876,357.97 | | | $48,876,357.97 |
| Barings Asset-Based Income Fund (US), LP, in its capacity as Lender<br>c/o Hogan Lovells US LLP<br>Christopher R. Bryant<br>390 Madison Avenue<br>New York, NY 10017 | 147 | 5/30/2023 | Fibersphere Communications LLC | | | $48,876,357.97 | | | $48,876,357.97 |
| Barings Asset-Based Income Fund (US), LP, in its capacity as Lender<br>c/o Hogan Lovells US LLP<br>Christopher R. Bryant<br>390 Madison Avenue<br>New York, NY 10017 | 150 | 5/30/2023 | Fibersphere Communications of California LLC | | | $48,876,357.97 | | | $48,876,357.97 |

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| BCORE MF Breckinridge LP<br>c/o Darek S. Bushnaq<br>Venable LLP<br>750 E. Pratt Street, Suite 900<br>Baltimore, MD 21202 | 158 | 5/31/2023 | GigaMonster Networks, LLC | $0.00 | | | $0.00 | $0.00 | $0.00 |
| BCORE MF Briargate LLC<br>c/o Darek S. Bushnaq<br>Venable LLP<br>750 E. Pratt Street, Suite 900<br>Baltimore , MD 21202 | 161 | 5/31/2023 | GigaMonster Networks, LLC | $256,424.00 | | | $0.00 | $0.00 | $256,424.00 |
| BCORE MF Notting Hills, LLC<br>c/o Darek S. Bushnaq<br>Venable LLP<br>750 E. Pratt Street, Suite 900<br>Baltimore, MD 21202 | 164 | 5/31/2023 | GigaMonster Networks, LLC | | | | $0.00 | $5,228.00 | $5,228.00 |
| BDO USA, LLP<br>Attn: Jared Schierbaum<br>4250 Lancaster Pike, Suite 120<br>Wilmington, DE 19805 | 15 | 2/7/2023 | GigaMonster Networks, LLC | $21,498.50 | | | | | $21,498.50 |
| Bellon, Curtis<br>675 Cambridge Dr.<br>Marietta, GA 30066 | 115 | 5/19/2023 | GigaMonster Networks, LLC | $15,106.00 | | | | | $15,106.00 |
| Binkley, Michael<br>4822 Old Field Drive Northeast<br>Kennesaw , GA 30144 | 134 | 5/29/2023 | GigaMonster Networks, LLC | $1,743.39 | | | | | $1,743.39 |
| BREIT MF Arbour Square LLC<br>c/o Darek S. Bushnaq<br>Venable LLP<br>750 E. Pratt Street, Suite 900<br>Baltimore, MD 21784 | 168 | 5/31/2023 | GigaMonster Networks, LLC | $0.00 | | | $0.00 | $0.00 | $0.00 |
| BREIT MF Haven LLC<br>c/o Darek S. Bushnaq<br>Venable LLP<br>750 E. Pratt Street, Suite 900<br>Baltimore, MD 21202 | 162 | 5/31/2023 | GigaMonster Networks, LLC | $468,323.00 | | | $0.00 | $0.00 | $468,323.00 |
| BREIT MF Lake Vista LLC<br>Venable LLP<br>c/o Darek S. Bushnaq<br>750 E. Pratt Street, Suite 900<br>Baltimore, MD 21202 | 157 | 5/31/2023 | GigaMonster Networks, LLC | | | | $0.00 | | $0.00 |
| BREIT MF Park Ave LLC<br>c/o Darek S. Bushnaq<br>Venable LLP<br>750 E. Pratt Street, Sutie 900<br>Baltimore, MD 21202 | 180 | 5/31/2023 | GigaMonster Networks, LLC | $0.00 | | | $0.00 | $0.00 | $0.00 |
| BREIT MF Sea Harbor LLC<br>c/o Darek S. Bushnaq<br>Venable LLP<br>750 E. Pratt Street, Suite 900<br>Baltimore, MD 21202 | 163 | 5/31/2023 | GigaMonster Networks, LLC | | | | $0.00 | $0.00 | $0.00 |

Claim Register
In re GigaMonster Networks, LLC, et al.
Case No. 23-10051

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| BREIT MF The Greens LLC<br>c/o Darek S. Bushnaq<br>Venable LLP<br>750 E. Pratt Street, Suite 900<br>Baltimore, MD 21202 | 169 | 5/31/2023 | GigaMonster Networks, LLC | $0.00 | | | $0.00 | $0.00 | $0.00 |
| BREIT Steadfast MF Mansfield TX LP<br>Venable LLP<br>c/o Darek S. Bushnaq<br>750 E. Pratt Street, Suite 900<br>Baltimore, MD 21202 | 165 | 5/31/2023 | GigaMonster Networks, LLC | $435,645.91 | | | $0.00 | $0.00 | $435,645.91 |
| California Public Utilities Commission<br>c/o Jonathan Koltz<br>505 Van Ness Avenue<br>San Francisco, CA 94102 | 203 | 7/17/2023 | GigaMonster Networks, LLC | $261.07 | | | | | $261.07 |
| CallTek, Inc<br>2640 Main Street<br>Irvine, CA 92614 | 189 | 6/19/2023 | GigaMonster, LLC | $21,253.54 | | | | | $21,253.54 |
| Campbell, Margaret A.<br>1350 Ridenour Blvd<br>Unit 1110<br>Kennesaw, GA 30152 | 124 | 5/18/2023 | GigaMonster Networks, LLC | $0.00 | | | | | $0.00 |
| Canon Financial Services, Inc.<br>c/o Fleischer, Fleischer & Suglia, P.C.<br>601 Route 73 N., Suite 305<br>Marlton, NJ 08053 | 86 | 4/7/2023 | GigaMonster Networks, LLC | $32,392.44 | | $1,500.00 | | | $33,892.44 |
| Canon Financial Services, Inc.<br>c/o Fleischer, Fleischer & Suglia, P.C.<br>601 Route 73 North, Suite 305<br>Marlton, NJ 08053 | 87 | 4/7/2023 | GigaMonster, LLC | $32,392.44 | | $1,500.00 | | | $33,892.44 |
| City of Allen<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N Stemmons Frwy Ste 1000<br>Dallas, TX 75207 | 52 | 2/23/2023 | GigaMonster, LLC | | | $165.12 | | | $165.12 |
| City of Frisco<br>c/o John K. Turner<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207 | 53 | 2/23/2023 | GigaMonster, LLC | | | $229.30 | | | $229.30 |
| City of Houston<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 | 67 | 3/3/2023 | GigaMonster Networks, LLC | | | $5,881.93 | | | $5,881.93 |
| City of Katy<br>Attn: Melissa E. Valdez<br>1235 North Loop West Suite 600<br>Houston, TX 77008 | 81 | 4/4/2023 | GigaMonster Networks, LLC | | | $362.75 | | | $362.75 |
| City of Murfreesboro<br>Attn: Legal Department<br>111 West Vine Street<br>Murfreesboro, TN 37130 | 55 | 2/23/2023 | GigaMonster Networks, LLC | | $83.00 | | | | $83.00 |

Claim Register
In re GigaMonster Networks, LLC, et al.
Case No. 23-10051

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Clackamas County Tax Collector<br>150 Beavercreek Rd Ste 135<br>Oregon City, OR 97045 | 195 | 6/29/2023 | GigaMonster Networks, LLC | | | $55.13 | | | $55.13 |
| Clear Creek Independent School District<br>Attn: Melissa E Valdez<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 | 66 | 3/3/2023 | GigaMonster Networks, LLC | | | $357.87 | | | $357.87 |
| Cogent Communications, Inc.<br>P.O. Box 791087<br>Baltimore, MD 21279-1087 | 125 | 5/18/2023 | GigaMonster, LLC | $170,373.33 | | | | | $170,373.33 |
| Collin County Tax Assessor/Collector<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney, TX 75069 | 1 | 1/17/2023 | GigaMonster Networks, LLC | | | $1,192.85 | | | $1,192.85 |
| Comcast Cable Communications Management, LLC<br>c/o Ballard Spahr LLP<br>Attn: Matthew G. Summers<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801 | 179 | 5/31/2023 | GigaMonster Networks, LLC | $96,864.05 | | | | | $96,864.05 |
| Comptroller Of Treasury<br>301 W Preston Street Room #409<br>Baltimore, MD 21201 | 35 | 2/16/2023 | GigaMonster Networks, LLC | $393.00 | $3,630.00 | | | | $4,023.00 |
| Cora, Eric<br>25776 Margarita Street<br>Moreno Valley, CA 92553 | 96 | 5/8/2023 | GigaMonster Networks, LLC | $1,033.51 | | | | | $1,033.51 |
| County of Orange Treasurer-Tax Collector<br>PO Box 4515<br>Santa Ana, CA 92702-4515 | 190 | 6/20/2023 | GigaMonster Networks, LLC | | $3,352.79 | | | | $3,352.79 |
| Coutinho, Sabastian<br>10129 Country Way<br>Sacramento, CA 95827 | 97 | 5/9/2023 | GigaMonster Networks, LLC | $2,076.60 | | | | | $2,076.60 |
| Croom, Lamont<br>13098 Sweetfern St<br>Moreno Valley, CA 92553 | 105 | 5/11/2023 | GigaMonster Networks, LLC | $1,620.00 | | | | | $1,620.00 |
| CROWLEY INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER ET AL<br>EBONEY COBB<br>500 EAST BORDER ST<br>SUITE 640<br>ARLINGTON, TX 76010 | 60 | 2/27/2023 | GigaMonster Networks, LLC | | | $730.59 | | | $730.59 |
| Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | 9 | 1/27/2023 | GigaMonster Networks, LLC | | | $5,887.62 | | | $5,887.62 |
| Data Foundry, LLC<br>7135 S. Decatur Blvd<br>Las Vegas, NV 89118 | 32 | 2/14/2023 | GigaMonster Networks, LLC | $2,689.19 | | | $2,133.87 | | $4,823.06 |
| Department of Treasury - Internal Revenue Services<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 38 | 2/17/2023 | Gigasphere Holdings LLC | $10,000.00 | | | | | $10,000.00 |

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Department of Treasury - Internal Revenue Services<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 75 | 3/21/2023 | GigaMonster Networks, LLC | | $199,809.00 | | | | $199,809.00 |
| Dodd, William K.<br>5545 Timber Ridge Rd<br>Marietta, GA 30068 | 155 | 5/31/2023 | GigaMonster Networks, LLC | | $15,150.00 | | | | $15,150.00 |
| Dodd, William K.<br>5545 Timber Ridge Rd<br>Marietta, GA 30068-1545 | 160 | 5/31/2023 | GigaMonster Networks, LLC | | $15,150.00 | | | | $15,150.00 |
| Durham County<br>201 E. Main Street, 3rd Floor<br>Administration Bldg. II<br>Durham, NC 27701 | 109 | 5/12/2023 | GigaMonster Networks, LLC | | $342.95 | | | | $342.95 |
| EAGLE MOUNTAIN-SAGINAW INDEPENDENT SCHOOL DISTRICT<br>C/O PERDUE BRANDON FIELDER ET AL<br>EBONEY COBB<br>500 EAST BORDER ST<br>SUITE 640<br>ARLINGTON, TX 76010 | 58 | 2/27/2023 | GigaMonster Networks, LLC | | | $11.30 | | | $11.30 |
| Equinix, Inc<br>One Lagoon Drive<br>Redwood City, CA 94065 | 74 | 3/22/2023 | GigaMonster Networks, LLC | $25,221.92 | | | | | $25,221.92 |
| Euler Hermes agent for FS.Com Inc<br>800 Red Brook Blvd Ste 400C<br>Owings Mills, MD 21117 | 102 | 5/11/2023 | GigaMonster Networks, LLC | $16,198.42 | | | | | $16,198.42 |
| Euler Hermes agent for Winncom Technologies Corp.<br>(clus007086)<br>800 Red Brook Blvd., 400 C<br>Owings Mills , MD 21117 | 14 | 2/2/2023 | GigaMonster Networks, LLC | $31,552.90 | | | | | $31,552.90 |
| FiberLight, LLC<br>3000 Summit Place<br>Suite 200<br>Alpharetta, GA 30009 | 182 | 5/31/2023 | GigaMonster, LLC | $173,686.60 | | | | | $173,686.60 |
| Flexential Corp<br>600 Forest Point Circle<br>Ste 100<br>Charlotte , NC 28273 | 99 | 5/9/2023 | GigaMonster Networks, LLC | $7,183.00 | | | | | $7,183.00 |
| FORT BEND COUNTY<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253 | 41 | 2/21/2023 | GigaMonster Networks, LLC | | | $1,378.80 | | | $1,378.80 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | 193 | 6/27/2023 | Gigasphere Holdings LLC | | $800.00 | | | | $800.00 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | 202 | 7/13/2023 | Fibersphere Communications of California LLC | | $800.00 | | | | $800.00 |

Claim Register
In re GigaMonster Networks, LLC, et al.
Case No. 23-10051

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Frisco Independent School District c/o Perdue Brandon Fielder et al Linda D. Reece 1919 S. Shiloh Road, Suite 640, LB 40 Garland, TX 75042 | 61 | 2/27/2023 | GigaMonster Networks, LLC | | $0.00 | $653.90 | | | $653.90 |
| Fulton County Tax Commissioner 141 Pryor St Ste 1106 Atlanta, GA 30303 | 36 | 2/14/2023 | GigaMonster Networks, LLC | | | $95.35 | | | $95.35 |
| Fulton County Tax Commissioner 141 Pryor St Ste 1106 Atlanta, GA 30303 | 73 | 3/22/2023 | GigaMonster Networks, LLC | | | $12,675.20 | | | $12,675.20 |
| Gardiner, Jason 15 Vickwood Ct. Marietta, GA 30068 | 112 | 5/15/2023 | GigaMonster Networks, LLC | $53,600.00 | $15,150.00 | | | | $68,750.00 |
| Godwin, Chrystal 140 Springstead Ct Marietta, GA 30060 | 117 | 5/23/2023 | GigaMonster Networks, LLC | $1,209.69 | | | | | $1,209.69 |
| Greenwood Country Tax Collector 528 Moument St Rm 101 Greenwood, SC 29646-2643 | 113 | 5/15/2023 | GigaMonster Networks, LLC | | $32.61 | | | | $32.61 |
| Gregg County Linebarger Goggan Blair & Sampson, LLP c/o John K. Turner 2777 N. Stemmons Frwy Ste 1000 Dallas, TX 75207 | 64 | 2/23/2023 | GigaMonster, LLC | | | $1,036.98 | | | $1,036.98 |
| Gwinnett County Tax Commissioner PO Box 372 Lawrenceville, GA 30046 | 197 | 7/3/2023 | GigaMonster Networks, LLC | | $368.56 | | | | $368.56 |
| Gwinnett County Tax Commissioner PO Box 372 Lawrenceville, GA 30046 | 198 | 7/3/2023 | GigaMonster Networks, LLC | | $305.52 | | | | $305.52 |
| Gwinnett County Tax Commissioner PO Box 372 Lawrenceville, GA 30046 | 199 | 7/3/2023 | GigaMonster Networks, LLC | | $175.00 | | | | $175.00 |
| Gwinnett County Tax Commissioner PO Box 372 Lawrenceville, GA 30046 | 200 | 7/3/2023 | GigaMonster Networks, LLC | | $92.12 | | | | $92.12 |
| H5 Fund VIII, LLC 9320 Wilshire Blvd Ste 300 Beverly Hills, CA 90212 | 166 | 5/31/2023 | Fibersphere Communications LLC | $13,885.25 | | | | | $13,885.25 |
| H5 Fund VIII, LLC 9320 Wilshire Blvd., Ste 300 Beverly Hills, CA 90212 | 170 | 5/31/2023 | Fibersphere Communications LLC | $13,885.25 | | | | | $13,885.25 |
| H5 Fund VIII, LLC 9320 Wilshire Blvd., Ste 300 Beverly Hills, CA 90212 | 171 | 5/31/2023 | GigaMonster, LLC | $13,885.25 | | | | | $13,885.25 |
| H5 Fund VIII, LLC 9320 Wilshire Blvd., Ste 300 Beverly Hills, CA 90212 | 172 | 5/31/2023 | GigaMonster Networks, LLC | $13,885.25 | | | | | $13,885.25 |

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| H5 Fund VIII, LLC<br>9320 Wilshire Blvd., Ste 300<br>Beverly Hills, CA 90212 | 173 | 5/31/2023 | GigaMonster Networks, LLC | $13,885.25 | | | | | $13,885.25 |
| H5 Fund VIII, LLC<br>9320 Wilshire Blvd., Ste 300<br>Beverly Hills, CA 90212 | 174 | 5/31/2023 | GigaMonster Networks, LLC | $13,885.25 | | | | | $13,885.25 |
| H5 Fund VIII, LLC<br>9320 Wilshire Blvd., Ste 300<br>Beverly Hills, CA 90212 | 175 | 5/31/2023 | Gigasphere Holdings LLC | $13,885.25 | | | | | $13,885.25 |
| H5 Fund VIII, LLC<br>9320 Wilshire Blvd., Ste 300<br>Beverly Hills, CA 90212 | 176 | 5/31/2023 | Fibersphere Communications of California LLC | $13,885.25 | | | | | $13,885.25 |
| H5 Fund VIII, LLC<br>9320 Wilshire Blvd., Ste 300<br>Beverly Hills, CA 90212 | 177 | 5/31/2023 | Gigasphere Holdings LLC | $13,885.25 | | | | | $13,885.25 |
| H5 Fund VIII, LLC<br>9320 Wilshire Blvd., Ste 300<br>Beverly Hills, CA 90212 | 178 | 5/31/2023 | GigaMonster, LLC | $13,885.25 | | | | | $13,885.25 |
| HARRIS COUNTY, ET AL<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 45 | 2/21/2023 | GigaMonster Networks, LLC | | | $24,062.48 | | | $24,062.48 |
| Hillsborough County Tax Collector<br>Nancy C. Millan Tax Collector<br>P.O. Box 30012<br>Tampa, FL 33630-3012 | 22 | 2/14/2023 | GigaMonster Networks, LLC | | | $10,550.75 | | | $10,550.75 |
| Hillsborough County Tax Collector<br>Nancy C. Millan Tax Collector<br>P.O. Box 30012<br>Tampa , FL 33630-3012 | 23 | 2/14/2023 | GigaMonster Networks, LLC | | | $10,550.75 | | | $10,550.75 |
| Hockley County Tax Office<br>Laura J. Monroe<br>P.O. Box 817<br>Lubbock, TX 79408 | 6 | 1/26/2023 | Gigasphere Holdings LLC | | | $1,407.40 | | | $1,407.40 |
| Ingram Micro Inc.<br>1759 Wehrle Dr.<br>Williamsville, NY 14221 | 7 | 1/25/2023 | GigaMonster Networks, LLC | $87,180.16 | | | | | $87,180.16 |
| InsureTek, Inc.<br>c/o Bass, Berry & Sims PLC<br>Attn: Paul G. Jennings<br>150 Third Ave. S., Suite 2800<br>Nashville, TN 37201 | 114 | 5/16/2023 | GigaMonster, LLC | $90,528.97 | | | | | $90,528.97 |
| Kentucky Department of Revenue<br>Jennifer L. Howard<br>P.O. Box 5222<br>Frankfort, KY 40602 | 76 | 3/27/2023 | GigaMonster Networks, LLC | | $0.00 | | | | $0.00 |
| Kuenzli Rental Operations, LLC<br>Care of: Louis M. Bubala III, Kaempfer Crowell,<br>50 W. Liberty Street, Suite 700<br>Reno, NV 89501-1949 | 181 | 5/31/2023 | GigaMonster, LLC | $379,730.00 | | | | | $379,730.00 |

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Level 3 Communications, LLC a CenturyLink Company<br>1025 El Dorado Blvd (Attn: Legal-BKY)<br>Broomfield, CO 80021 | 43 | 2/22/2023 | GigaMonster Networks, LLC | $115,394.80 | | | | | $115,394.80 |
| Linton, Rashan<br>12512 Darvish Lane<br>Alpharetta, GA 30005 | 16 | 2/8/2023 | GigaMonster Networks, LLC | $32,500.00 | | | | | $32,500.00 |
| Linton, Rashan<br>12512 Darvish Lane<br>Alpharetta, GA 30005 | 123 | 5/23/2023 | GigaMonster Networks, LLC | | $32,508.00 | | | | $32,508.00 |
| Lithonia Leased Housing Associates I, LLLP<br>2905 Northwest Blvd<br>Suite 150<br>Plymouth, MN 55441 | 192 | 6/27/2023 | GigaMonster Networks, LLC | $2,404.44 | | | | | $2,404.44 |
| Logix Fiber Networks<br>2950 N Loop West<br>10th Floor<br>Houston, TX 77092 | 90 | 4/20/2023 | GigaMonster Networks, LLC | $62,526.57 | | | | | $62,526.57 |
| Logix Fiber Networks<br>2950 N Loop West<br>10th Floor<br>Houston, TX 77092 | 93 | 4/25/2023 | GigaMonster Networks, LLC | $4,621.13 | | | | | $4,621.13 |
| Louisiana Department of Revenue<br>Bankruptcy Section<br>P.O. Box 66658<br>Baton Rouge, LA 70896 | 100 | 5/10/2023 | GigaMonster Networks, LLC | $55.00 | $1,104.47 | | | | $1,159.47 |
| Macgill, Richard Douglas<br>2089 Mckinley Rd Nw<br>Atlanta, GA 30318-1705 | 56 | 2/23/2023 | GigaMonster Networks, LLC | | | | $0.00 | | $0.00 |
| Marietta Power<br>Attn: Jennifer Simpson<br>326 Roswell Street<br>Suite 100<br>Marietta, GA 30060 | 144 | 5/30/2023 | GigaMonster, LLC | $2,143.57 | | | | | $2,143.57 |
| MarketSphere Consulting, LLC<br>14301 FNB Pkwy<br>Suite 305<br>Omaha, NE 68154 | 118 | 5/22/2023 | GigaMonster Networks, LLC | $2,389.60 | | | | | $2,389.60 |
| MarketSphere Consulting, LLC<br>14301 FNB Pkwy, Suite 305<br>Omaha, NE 68154 | 185 | 6/5/2023 | GigaMonster Networks, LLC | $192.75 | | | | | $192.75 |
| Mason, Jonathon<br>462 Firetower Rd<br>Elizabeth City, NC 27909 | 57 | 2/23/2023 | GigaMonster Networks, LLC | $1,900.00 | | | | | $1,900.00 |
| Mayfield, Michael Shane<br>2568 Morgan Lake Drive NE<br>Marietta, GA 30066 | 131 | 5/25/2023 | GigaMonster Networks, LLC | $1,666.56 | | | | | $1,666.56 |
| McCormick, Dionne Y<br>5523 Swan Dr<br>Richmond, VA 23234 | 101 | 5/11/2023 | GigaMonster Networks, LLC | $908.65 | | | | | $908.65 |

Claim Register
In re GigaMonster Networks, LLC, et al.
Case No. 23-10051

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Mecklenburg County Office of the Tax Collector<br>Attention: C. Ashley Lamm<br>3205 Freedom Drive<br>Suite 3000<br>Charlotte, NC 28208 | 188 | 6/7/2023 | GigaMonster Networks, LLC | | $2,171.33 | | | | $2,171.33 |
| Mecklenburg County Office of the Tax Collector<br>Care of : C. Ashley Lamm<br>3205 Freedom Drive<br>Suite 3000<br>Charlotte, NC 28208 | 30 | 2/8/2023 | GigaMonster Networks, LLC | $2,171.33 | | | | | $2,171.33 |
| Metropolitan Government of Nashville & Davidson County Tennessee<br>Legal Dept.<br>Post Office Box 196300<br>Nashville , TN  37219 | 21 | 2/13/2023 | GigaMonster Networks, LLC | | | $1,223.05 | | | $1,223.05 |
| Miami-Dade Office of the Tax Collector<br>200 NW 2nd Avenue<br>Suite #430<br>Miami, FL 33128 | 40 | 2/16/2023 | GigaMonster, LLC | | | $12,541.58 | | | $12,541.58 |
| Miami-Dade Office of the Tax Collector<br>Suite #430<br>200 NW 2nd Avenue<br>Miami, FL 33128 | 37 | 2/16/2023 | GigaMonster Networks, LLC | | | $13,308.94 | | | $13,308.94 |
| Mississippi Department of Revenue<br>Attn: Bankruptcy Section<br>P. O. Box 22808<br>Jackson, MS 39225-2808 | 25 | 2/7/2023 | Gigasphere Holdings LLC | | $0.00 | | | | $0.00 |
| Mississippi Department of Revenue<br>Attn: Bankruptcy Section<br>P. O. Box 22808<br>Jackson, MS 39225-2808 | 49 | 2/22/2023 | GigaMonster Networks, LLC | $109.69 | $1,558.79 | | | | $1,668.48 |
| MONTGOMERY COUNTY<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 47 | 2/21/2023 | GigaMonster Networks, LLC | | | $94.87 | | | $94.87 |
| Multnomah County-Dart<br>PO Box 2716<br>Portland, OR 97208 | 72 | 3/13/2023 | GigaMonster Networks, LLC | | | $27,487.49 | | | $27,487.49 |
| New York State Department of Taxation and Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | 4 | 1/23/2023 | GigaMonster Networks, LLC | $50.00 | | | | | $50.00 |
| New York State Department of Taxation and Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | 8 | 1/27/2023 | GigaMonster Networks, LLC | $600.00 | $30.62 | | | | $630.62 |
| Nieto, Rodrigo<br>16896 White Daisy Loop<br>Moseley, VA 23120 | 122 | 5/23/2023 | GigaMonster Networks, LLC | $22,195.09 | | | | | $22,195.09 |
| Northwest Access Exchange, Inc.<br>11575 SW Pacific Hwy #280<br>Portland, OR 97223 | 88 | 4/12/2023 | GigaMonster Networks, LLC | $1,750.00 | | | | | $1,750.00 |

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Northwest Fiber, LLC<br>Ziply Fiber<br>P.O. Box 1127<br>Everett, WA 98206 | 12 | 1/26/2023 | GigaMonster Networks, LLC | $24,108.41 | | | | | $24,108.41 |
| NW Natural<br>Attn: Bankruptcy<br>PO Box 3288<br>Portland, OR 97208 | 106 | 5/12/2023 | Fibersphere Communications LLC | $1,015.11 | | | | | $1,015.11 |
| Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus , OH 43216 | 26 | 2/8/2023 | GigaMonster Networks, LLC | $4,443.45 | $7,089.51 | | | | $11,532.96 |
| PG&E<br>c/o Bankruptcy Dept<br>PO Box 8329<br>Stockton, CA 95208 | 46 | 2/22/2023 | GigaMonster Networks, LLC | $338.02 | | | | | $338.02 |
| Pierce County Finance Department<br>Attn: Jason Thiessen<br>950 Fawcett Ave, Suite 100<br>Tacoma, WA 98402 | 34 | 2/16/2023 | GigaMonster Networks, LLC | | | $234.81 | | | $234.81 |
| Pinellas County Tax Collector<br>Attn: Geoff Giaquinto, CFCA, CPM, Branch Manager<br>Post Office Box 6340<br>Clearwater, FL 33758-3409 | 39 | 2/14/2023 | GigaMonster Networks, LLC | | | $0.00 | | | $0.00 |
| Pinellas County Tax Collector<br>Attn: Geoff Giaquinto, CFCA, CPM, Branch Manager<br>Post Office Box 6340<br>Clearwater, FL 33758-6340 | 24 | 2/7/2023 | GigaMonster Networks, LLC | | | $864.28 | | | $864.28 |
| Placer County Tax Collector<br>2976 Richardson Drive<br>Auburn, CA 95603 | 68 | 3/7/2023 | GigaMonster Networks, LLC | | | $3,990.39 | | | $3,990.39 |
| Placer County Tax Collector<br>2976 Richardson Drive<br>Auburn, CA 95603 | 69 | 3/6/2023 | GigaMonster Networks, LLC | | | $0.00 | | | $0.00 |
| Plano Independent School District<br>Linda D. Reece<br>c/o Perdue Brandon Fielder Et Al<br>1919 S. Shiloh Road, Suite 640, LB 40<br>Garland, TX 75042 | 63 | 2/27/2023 | GigaMonster Networks, LLC | | | $618.49 | | | $618.49 |
| Portland General Electric (PGE)<br>7895 SW Mohawk St. / ERC<br>Tualatin, OR 97062 | 13 | 2/2/2023 | GigaMonster Networks, LLC | $1,413.97 | | | | | $1,413.97 |
| Positron Access Solutions Corp.<br>5101 Buchan Street<br>Suite 220<br>Montreal, QC H4P 2R9<br>Canada | 42 | 2/17/2023 | GigaMonster Networks, LLC | $7,679.20 | | | | | $7,679.20 |
| Qwest Corporation dba Century Link QC<br>Centurylink Communications, LLC-Bankruptcy<br>Attn: Legal-BKY<br>1025 El Dorado Blvd<br>Broomfield, CO 80021 | 44 | 2/22/2023 | GigaMonster Networks, LLC | $31,384.11 | | | | | $31,384.11 |

Claim Register
In re GigaMonster Networks, LLC, et al.
Case No. 23-10051

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Regions Bank<br>c/o J. Cory Falgowski, ESquire<br>Burr & Forman LLP<br>222 Delaware Avenue<br>Suite 1030<br>Wilmington, DE 19801 | 146 | 5/30/2023 | GigaMonster Networks, LLC | | | $13,057.70 | | $13,057.70 | $26,115.40 |
| Remee Products Corp<br>1751 New York 17A STE1<br>Florida, NY 10921 | 130 | 5/25/2023 | GigaMonster Networks, LLC | $17,675.00 | | | | | $17,675.00 |
| Remee Products Corp<br>1751 New York 17A<br>Suite 1<br>Florida, NY 10921 | 82 | 3/28/2023 | GigaMonster Networks, LLC | $20,260.00 | | | | | $20,260.00 |
| Richardson Independent School District<br>c/o Perdue Brandon Fielder Et Al<br>Eboney Cobb<br>500 East Border St, Suite 640<br>Arlington , TX 76010 | 59 | 2/27/2023 | GigaMonster Networks, LLC | | | $6,131.19 | | | $6,131.19 |
| RIVER CITY COMMUNICATIONS<br>7311 OSBORNE TNPK<br>HENRICO, VA 23231 | 183 | 5/26/2023 | GigaMonster Networks, LLC | $16,000.00 | | | | | $16,000.00 |
| River City Communications<br>7311 Osborne Tnpk<br>Henrico, VA 23231 | 184 | 6/1/2023 | GigaMonster Networks, LLC | $16,000.00 | | | | | $16,000.00 |
| RM Communications<br>3028 Wayland Ave<br>Dayton, OH 45420 | 186 | 6/6/2023 | Gigasphere Holdings LLC | | $2,945.00 | | | | $2,945.00 |
| Rockwall CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John K. Turner<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207 | 54 | 2/23/2023 | GigaMonster, LLC | | | $768.08 | | | $768.08 |
| Salesforce, INC<br>c/o Bialson, Bergen & Schwab<br>Attn: Lawrence Schwab/Gaye Heck<br>830 Menlo Ave., Suite 201<br>Menlo Park, CA 94551 | 111 | 5/15/2023 | GigaMonster Networks, LLC | $10,610.18 | | | | $118,480.32 | $129,090.50 |
| San Bernardino County<br>Office of the Tax Collector<br>268 West Hospitality Lane, 1st Floor<br>San Bernardino, CA 92415 | 62 | 2/28/2023 | GigaMonster Networks, LLC | $271.79 | | | | | $271.79 |
| San Marcos CISD<br>Linebarger Goggan Blair & Sampson, LLP<br>Po Box 17428<br>Austin, TX 78760-7428 | 11 | 1/27/2023 | GigaMonster Networks, LLC | | | $1,220.78 | | | $1,220.78 |
| Sims, Lakessica B<br>6444 Oakhurst Place<br>Fairburn, GA 30213 | 132 | 5/26/2023 | GigaMonster Networks, LLC | $2,299.85 | | | | | $2,299.85 |

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Smart City Telecommunications, LLC dba Smart City Telecom<br>Smart City Telecom<br>Attn: Contracts Department<br>PO Box 22555<br>Lake Buena Vista, FL 32830 | 70 | 3/9/2023 | GigaMonster Networks, LLC | $3,971.88 | | | $2,118.34 | | $6,090.22 |
| Spectrum<br>1600 Dublin Road<br>Columbus, OH 43215 | 19 | 2/6/2023 | GigaMonster Networks, LLC | $131,113.50 | | | | | $131,113.50 |
| Spectrum<br>1600 Dublin Road<br>Columbus, OH 43215 | 133 | 5/25/2023 | Fibersphere Communications LLC | $26,388.23 | | | | | $26,388.23 |
| Spring Branch Independent School District<br>Attention: Owen M. Sonik<br>1235 North Loop West, Suite 600<br>Houston, TX 77008 | 65 | 3/3/2023 | GigaMonster Networks, LLC | | | $1,029.60 | | | $1,029.60 |
| Stalbird Properties, LLC<br>"J" Jackson Shrum, Esq.<br>919 N. Market St., Ste 1410<br>Wilmington, DE 19801 | 5 | 1/25/2023 | GigaMonster Networks, LLC | $31,218.79 | | | | | $31,218.79 |
| Staples, Inc.<br>7 Technology Circle<br>Columbia, SC 29203 | 2 | 1/17/2023 | GigaMonster Networks, LLC | $256.97 | | | | | $256.97 |
| State of Alabama, Department of Revenue<br>Legal Division<br>PO Box 320001<br>Montgomery, AL 36132-0001 | 33 | 2/15/2023 | GigaMonster Networks, LLC | | $223.94 | | | | $223.94 |
| State of Florida - Department of Revenue<br>Frederick F. Rudzik, Esq<br>P.O. Box 6668<br>Tallahassee, FL 32314 | 20 | 2/13/2023 | GigaMonster, LLC | $239.12 | $47.65 | | | | $286.77 |
| STATE OF FLORIDA -DEPARTMENT OF REVENUE<br>P.O. BOX 6668<br>TALLAHASSEE, FL 32314-6668 | 89 | 4/14/2023 | GigaMonster, LLC | $0.00 | | | | | $0.00 |
| State of New Jersey Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695 | 84 | 4/6/2023 | GigaMonster Networks, LLC | | $3,500.00 | | | | $3,500.00 |
| State of New Jersey Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695 | 85 | 4/6/2023 | Gigasphere Holdings LLC | | $3,000.00 | | | | $3,000.00 |
| Stauffer, Charles J<br>9051 Holden Drive<br>Fort Myers, FL 33967 | 50 | 2/22/2023 | GigaMonster Networks, LLC | $0.00 | | | | | $0.00 |
| Steagall, Jordan Lee<br>2848 NE Moda Way APT 1427<br>Hillsboro, OR 97124 | 110 | 5/13/2023 | GigaMonster Networks, LLC | $763.84 | | | $0.00 | | $763.84 |
| Summit Broadband, Inc.<br>4558 35th Street<br>Orlando, FL 32811 | 151 | 5/30/2023 | GigaMonster Networks, LLC | $2,314.58 | | | | | $2,314.58 |

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | 10 | 1/27/2023 | GigaMonster, LLC | | | $12,412.18 | | | $12,412.18 |
| Technet Partners, INC<br>6116 Innovation Way<br>Carlsbad, CA 92009-1728 | 121 | 5/23/2023 | GigaMonster Networks, LLC | | | $44,048.20 | | | $44,048.20 |
| TEKsystems Global Services, LLC<br>Megan Bloom<br>7437 Race Road<br>Hanover, MD 21076 | 77 | 3/27/2023 | GigaMonster Networks, LLC | $32,000.00 | | | | | $32,000.00 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | 17 | 2/6/2023 | Gigasphere Holdings LLC | $1,341.76 | $13,191.74 | | | | $14,533.50 |
| Tennessee Department of Revenue<br>c/o Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | 18 | 2/6/2023 | GigaMonster Networks, LLC | | $9,410.00 | | | | $9,410.00 |
| Texas Workforce Commission<br>Office of Attorney General-Bankruptcy & Collections<br>PO BOX 12548, MC-008<br>Austin, TX 78711 | 80 | 3/28/2023 | GigaMonster Networks, LLC | | $94.85 | | | | $94.85 |
| The County of Brazos, Texas<br>c/o McCreary, Veselka, Bragg & Allen PC<br>Attn: Julie Parsons<br>PO Box 1269<br>Round Rock, TX 78680-1269 | 28 | 2/8/2023 | GigaMonster Networks, LLC | | | $1,211.71 | | | $1,211.71 |
| The County of Brazos, Texas<br>c/o McCreary, Veselka, Bragg & Allen, PC<br>Attn: Julie Parsons<br>PO Box 1269<br>Round Rock, TX 78680-1269 | 104 | 5/11/2023 | GigaMonster Networks, LLC | | | $634.71 | | | $634.71 |
| The County of Denton, Texas<br>c/o Mccreary, Veselka, Bragg & Allen PC<br>Attn: Julie Parsons<br>PO Box 1269<br>Round Rock, TX 78680-1269 | 29 | 2/8/2023 | GigaMonster, LLC | | | $379.47 | | | $379.47 |
| The County of Hays, Texas<br>c/o Mccreary, Veselka, Bragg & Allen PC<br>Attn: Julie Parsons<br>PO Box 1269<br>Round Rock, TX 78680-1269 | 27 | 2/8/2023 | GigaMonster Networks, LLC | | | $1,107.51 | | | $1,107.51 |
| The County of Hays, Texas<br>c/o McCreary, Veselka, Bragg & Allen, PC<br>Attn: Julie Parsons<br>PO Box 1269<br>Round Rock, TX 78680-1269 | 108 | 5/12/2023 | GigaMonster Networks, LLC | | | $580.13 | | | $580.13 |
| TLC Solutions LLC<br>4508 Roundup Dr<br>Polk City, FL 33868 | 128 | 5/25/2023 | GigaMonster Networks, LLC | $27,786.00 | | | | | $27,786.00 |

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| TNDOR c/o Attorney General<br>PO Box 20207<br>Nashville, TN 37202-0207 | 196 | 6/29/2023 | GigaMonster Networks, LLC | | $7,513.00 | | | | $7,513.00 |
| Travis County<br>Care of Jason A. Starks<br>P.O. Box 1748<br>Austin, TX 78767 | 48 | 2/22/2023 | GigaMonster Networks, LLC | | | $433.29 | | | $433.29 |
| Universal Media Group, Inc.<br>173 Center Point Road S<br>Hendersonville, TN 37075 | 127 | 5/25/2023 | GigaMonster, LLC | $367,584.00 | | | | | $367,584.00 |
| Universal Media Group, Inc.<br>173 Center Point Road S.<br>Hendersonville, TN 37075 | 129 | 5/25/2023 | GigaMonster Networks, LLC | $367,584.00 | | | | | $367,584.00 |
| Universal Service Administrative Company<br>700 12th NW Street<br>Washington , DC 20005 | 91 | 4/21/2023 | GigaMonster Networks, LLC | | | $0.00 | | | $0.00 |
| Universal Service Administrative Company<br>700 12th NW Street<br>Washington, DC 20005 | 92 | 4/24/2023 | GigaMonster, LLC | | | $0.00 | | | $0.00 |
| Verizon Business Network Services LLC<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147 | 94 | 5/3/2023 | GigaMonster Networks, LLC | $12,964.32 | | | | | $12,964.32 |
| Walsh, Peter Martin<br>5656 Stillwater Ct.<br>Stone Mountain, GA 30087 | 119 | 5/23/2023 | GigaMonster Networks, LLC | $852.04 | | | | | $852.04 |
| Washoe County Treasurer<br>PO Box 30039<br>Reno, NV 89520 | 71 | 3/9/2023 | Gigasphere Holdings LLC | | $2,509.01 | | | | $2,509.01 |
| WAV, LLC.<br>2380A PROSPECT DR<br>AURORA, IL 60502 | 116 | 5/22/2023 | GigaMonster Networks, LLC | $3,615.40 | | | | | $3,615.40 |
| West Harris County Municipal Utili<br>Attn: Melissa E. Valdez<br>1235 North Loop West Suite 600<br>Houston, TX 77008 | 78 | 4/4/2023 | GigaMonster Networks, LLC | | | $209.29 | | | $209.29 |
| West Virginia State Treasurer's Office<br>322 70th Street SE<br>Charleston, WV 25304 | 201 | 7/13/2023 | GigaMonster Networks, LLC | $0.00 | | | | | $0.00 |
| Whitehurst, Lindsay<br>5410 Burdette Road SE<br>Mableton, GA 30126 | 156 | 5/31/2023 | GigaMonster Networks, LLC | | $15,150.00 | | | | $15,150.00 |
| Whitehurst, Lindsay<br>5410 Burdette Road SE<br>Mableton, GA 30126 | 167 | 5/31/2023 | GigaMonster Networks, LLC | | $15,150.00 | | | | $15,150.00 |
| Zaltech LLC DBA Raisecom<br>101 Dale Drive<br>McKinney, TX 75071 | 79 | 3/28/2023 | GigaMonster Networks, LLC | $237,409.66 | $53,385.04 | | | | $290,794.70 |

Claim Register
In re GigaMonster Networks, LLC, et al.
Case No. 23-10051

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Zayo Group, LLC<br>Attn: Brittany McNamara<br>1401 Wynkoop Street<br>Suite 500<br>Denver, CO 80202 | 136 | 5/30/2023 | GigaMonster Networks, LLC | $369,048.09 | | | | | $369,048.09 |