**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) Case No. 23-10051 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Related to Docket No. 507** |

**CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION SEEKING
ENTRY OF AN ORDER (I) AUTHORIZING THE REJECTION OF CERTAIN
EXECUTORY CONTRACTS, EACH EFFECTIVE AS OF THE REJECTION DATES,
AND (II) GRANTING RELATED RELIEF**

The undersigned counsel for GigaMonster Networks, LLC, *et al.*, (the "Debtors")

hereby certifies that:

1.    On August 22, 2023, the Debtors filed the *Debtors' Motion Seeking Entry
of an Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of
the Rejection Date, and (II) Granting Related Relief* [Docket No. 507] (the "Motion").

2.    Pursuant to the Notice filed with the Motion, objections to entry of an
order granting the Motion were due no later than September 6, 2023 at 4:00 p.m. (ET).

3.    The undersigned has caused the Court's docket in this case to be reviewed,
and no answer, objection or other responsive pleadings to the Motion appears thereon.
Additionally, no objections to the Motion have been received by the undersigned counsel.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster
Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications
LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350
Franklin Gateway, Suite 300, Marietta, GA 30067.

Accordingly, the Debtors request that the proposed order attached as Exhibit A to the Motion be entered at the Court's earliest convenience.

Dated:  September 11, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       tcairns@pszjlaw.com

*Counsel for the Debtors and Debtors in Possession*