# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 6, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**; (2) via overnight mail on the Lienholders Service List attached hereto as **Exhibit B**; and (3) via overnight mail on Equinix LLC, Inc. (ADRID: 28109932), Attn: President or General Counsel, One Lagoon Drive, 4th Floor, Redwood, CA, 94065:

- Notice of Sale of De Minimis Assets [Docket No. 522]

Dated: September 18, 2023

/s/ *Amy Castillo*
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 18, 2023, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number, are: GigaMonster Networks LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

SRF 72697

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL FOR COLLIN COUNTY TAX ASSESSOR/COLLECTOR | ABERNATHY, ROEDER, BOYD & HULLETT, PC | ATTN: PAUL M LOPEZ, LARRY R BOYD & EMILY HAHN<br>1700 REDBUD BLVD<br>STE 300<br>MCKINNEY TX 75069 | PLOPEZ@ABERNATHY-LAW.COM<br>BANKRUPTCY@ABERNATHY-LAW.COM<br>EHAHN@ABERNATHY-LAW.COM | Overnight Mail and Email |
| COUNSEL TO ALDINE INDEPENDENT SCHOOL DISTRICT | ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: PAMELA H WALTERS, PURVI V PATEL-BENITEZ<br>2520 W.W. THORNE DRIVE<br>HOUSTON TX 77073 | BNKATTY@ALDINEISD.ORG | Overnight Mail and Email |
| COUNSEL TO COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC | BALLARD SPAHR LLP | ATTN: MATTHEW G SUMMERS, MARGARET A VESPER<br>919 N MARKET STREET<br>11TH FLOOR<br>WILMINGTON DE 19801-3034 | SUMMERSM@BALLARDSPAHR.COM<br>VESPERM@BALLARDSPAHR.COM | Overnight Mail and Email |
| COUNSEL TO ORCALE AMERICA INC. ("ORACLE") | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 290<br>SAN FRANCISCO CA 94105-0900 | SCHRISTIANSON@BUCHALTER.COM | Overnight Mail and Email |
| COUSNEL TO REGIONS BANK | BURR & FORMAN LLP | ATTN: J CORY FALGOWSKI<br>222 DELAWARE AVENUE, SUITE 1030<br>WILMINGTON DE 19801 | JFALGOWSKI@BURR.COM | Overnight Mail and Email |
| COUNSEL TO COBB COMMERCE CENTER LLC | CHAMBERLAIN HRDLICKA WHITE WILLIAMS & AUGHTRY, PC | ATTN: JARROD B MARTIN & TARA T LEDAY<br>1200 SMITH STREET, SUITE 1400<br>HOUSTON TX 77002 | JARROD.MARTIN@CHAMBERLAINLAW.COM<br>TARA.LEDAY@CHAMBERLAINLAW.COM | Overnight Mail and Email |
| COUNSEL TO THE DIP AGENT AND DIP LENDER & CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | CHOATE HALL & STEWART LLP | ATTN: BRIAN P LENIHAN<br>TWO INTERNATIONAL PLACE<br>BOSTON MA 02110 | BLENIHAN@CHOATE.COM | Overnight Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | Overnight Mail |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: JACLYN C MARASCO, PATRICK A JACKSON, IAN J BAMBRICK, KATHARINA EARLE<br>222 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON DE 19801 | PATRICK.JACKSON@FAEGREDRINKER.COM<br>IAN.BAMBRICK@FAEGREDRINKER.COM<br>JACLYN.MARASCO@FAEGREDRINKER.COM<br>KATHARINA.EARLE@FAEGREDRINKER.COM | Overnight Mail and Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: RICHARD J BERNARD<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | RICHARD.BERNARD@FAEGREDRINKER.COM | Overnight Mail and Email |
| COUNSEL TO EAST COBB SENIOR LIVING CENTER, LLC | FERGUSON BRASWELL FRASER KUBASTA PC | ATTN: LEIGHTON AIKEN & RACHAEL L SMILEY<br>2500 DALLAS PARKWAY<br>SUITE 600<br>PLANO TX 75093 | LAIKEN@FBFK.LAW<br>RSMILEY@FBFK.LAW | Overnight Mail and Email |
| COUNSEL TO CANON FINANCIAL SERVICES, INC | FLEISCHER, FLEISCHER & SUGLIA, PC | ATTN: NICOLA G SUGLIA, ESQUIRE<br>FOUR GREEN TREE CENTRE<br>601 ROUTE 73 NORTH, SUITE 305<br>MARLTON NJ 08053 | NSUGLIA@FLEISCHERLAW.COM | Overnight Mail and Email |
| COUNSEL TO NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR | HILLSBOROUGH COUNTY TAX COLLECTOR | C/O NANCY C MILLAN, SENIOR ASSISTANT COUNTY ATTORNEY<br>ATTN: BRIAN T FITZGERALD, ESQ<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110 | FITZGERALDB@HILLSBOROUGHCOUNTY.ORG<br>STROUPJ@HILLSBOROUGHCOUNTY.ORG<br>CONNORSA@HILLSBOROUGHCOUNTY.ORG | Overnight Mail and Email |
| THE LENDERS UNDER THE DEBTORS' PREPETITION CREDIT FACILITIES & BARINGS ASSET-BASED INCOME FUND (US), LP AND BABIF GIGA BLOCKER LLC | HOGAN LOVELLS US LLP | ATTN: ERIN N BRADY & CHRISTOPHER R BRYANT<br>390 MADISON AVENUE<br>NEW YORK NY 10017 | ERIN.BRADY@HOGANLOVELLS.COM<br>CHRIS.BRYANT@HOGANLOVELLS.COM | Overnight Mail and Email |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>1111 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2541 | | Overnight Mail |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | Overnight Mail |
| COUNSEL TO STALBIRD PROPERTIES, LLC | JACK SHRUM, PA | ATTN: "J" JACKSON SHRUM<br>919 N MARKET ST<br>SUITE 1410<br>WILMINGTON DE 19801 | JSHRUM@JSHRUMLAW.COM | Overnight Mail and Email |
| COUNSEL TO THE DIP AGENT AND DIP LENDER & CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | JONES DAY | ATTN: JOHN D CASAIS<br>100 HIGH STREET<br>BOSTON MA 02110 | JCASAIS@JONESDAY.COM | Overnight Mail and Email |
| CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | JONES DAY | ATTN: NICHOLAS J MORIN<br>250 VESEY STREET<br>NEW YORK NY 10281-1047 | NMORIN@JONESDAY.COM | Overnight Mail and Email |

In re: GigaMonster Networks, LLC, et al.
Case No. 23-10051 (JKS)

Page 1 of 5

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE DIP AGENT AND DIP LENDER & CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | JONES DAY | ATTN: THOMAS M WEARSCH & NICHOLAS BUCHTA 901 LAKESIDE AVENUE CLEVELAND OH 44114 | TWEARSCH@JONESDAY.COM NBUCHTA@JONESDAY.COM | Overnight Mail and Email |
| COUSNEL TO SAN MARCOS CISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W SANDERS PO BOX 17428 AUSTIN TX 78760-7428 | AUSTIN.BANKRUPTCY@LGBS.COM | Overnight Mail and Email |
| COUSNEL TO GREGG COUNTY, TARRANT COUNTY, DALLAS COUNTY, & CITY OF PROSPER | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER 2777 N STEMMONS FREEWAY SUITE 1000 DALLAS TX 75207 | DALLAS.BANKRUPTCY@LGBS.COM | Overnight Mail and Email |
| COUNSEL TO HARRIS COUNTY, MONTGOMERY COUNTY, & FORT BEND COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA GRUNDEMEIER PO BOX 3064 HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM | Overnight Mail and Email |
| COUNTY OF BRAZOS, TEXAS, COUNTY OF DENTON, TEXAS, COUNTY OF HAYS, TEXAS, COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, PC | ATTN: JULIE ANNE PARSONS 700 JEFFREY WAY SUITE 100 ROUND ROCK TX 78665 | JPARSONS@MVBALAW.COM | Overnight Mail and Email |
| COUNTY OF BRAZOS, TEXAS, COUNTY OF DENTON, TEXAS, COUNTY OF HAYS, TEXAS, COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, PC | ATTN: JULIE ANNE PARSONS PO BOX 1269 ROUND ROCK TX 78680-1269 | JPARSONS@MVBALAW.COM | Overnight Mail and Email |
| COUNSEL TO DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE | ATTN: STEVEN A GINTHER BANKRUPTCY UNIT PO BOX 475 JEFFERSON CITY MO 65105-0475 | | Overnight Mail |
| COUNSEL TO BARINGS ASSET-BASED INCOME FUND (US), LP AND BABIF GIGA BLOCKER LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: SOPHIE ROGERS CHURCHILL, ANDREW R REMMING 1201 N MARKET STREET, 16TH FLOOR PO BOX 1347 WILMINGTON DE 19899-1347 | AREMMING@MORRISNICHOLS.COM SRCHURCHILL@MORRISNICHOLS.COM | Overnight Mail and Email |
| COUNSEL TO UPTOWN AT PLUM CREEK PHASE 1A LLC | MUNSCH HARDT KOPF & HARR, PC | ATTN: DEBORAH M PERRY 500 N AKARD STREET, SUITE 3800 DALLAS TX 75201-6659 | DPERRY@MUNSCH.COM | Overnight Mail and Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY 1850 M ST, NW 12TH FLOOR WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| FINANCIAL ADVISOR TO DEBTOR | NOVO ADVISORS LLC | ATTN: CLAUDIA SPRINGER 1310 MEETINGHOUSE ROAD PO BOX 448 GWYNEDD PA 19436 | CSPRINGER@NOVO-ADVISORS.COM | Email |
| UNITED STATES TRUSTEE, DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIMOTHY JAY FOX, JR US DEPARTMENT OF JUSTICE 844 KING STREET, SUITE 2207, LOCKBOX #35 WILMINGTON DE 19801 | TIMOTHY.FOX@USDOJ.GOV | Overnight Mail and Email |
| COUNSEL TO DEBTOR | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, DAVID M BERTENTHAL & TIMOTHY P CAIRNS 919 NORTH MARKET STREET, 17TH FLOOR PO BOX 8705 WILMINGTON DE 19899-8705 | LJONES@PSZJLAW.COM DBERTENTHAL@PSZJLAW.COM TCAIRNS@PSZJLAW.COM MCALOWAY@PSZJLAW.COM PKEANE@PSZJLAW.COM | Email |
| COUNSEL TO RICHARDSON ISD, EAGLE MOUNTAIN-SAGINAW ISD, CROWLEY ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: EBONEY COBB 500 E BORDER STREET SUITE 640 ARLINGTON TX 76010 | EMCCAIN@PBFCM.COM | Overnight Mail and Email |
| COUNSEL TO HOCKLEY COUNTY TAX OFFICE | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: LAURA J MONROE PO BOX 817 LUBBOCK TX 79408 | LMBKR@PBFCM.COM | Overnight Mail and Email |
| COUNSEL TO PLANO ISD, FRISCO ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: LINDA D REEECE 1919 S SHILOH RD SUITE 640, LB 40 GARLAND TX 75042 | LREECE@PBFCM.COM | Overnight Mail and Email |
| COUNSEL TO SPRING BRANCH INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: MELISSA E VALDEZ 1235 NORTH LOOP WEST SUITE 600 HOUSTON TX 77008 | MVALDEZ@PBFCM.COM | Overnight Mail and Email |
| PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR | PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR | ATTN: LAURA HECKMAN 2976 RICHARDSON DRIVE AUBURN CA 95603 | | Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO SKYWIRE HOLDINGS, INC | POLSINELLI PC | ATTN: CHRISTOPHER A WARD, SHANTI M KATONA, MICHAEL V DIPIETRO<br>222 DELAWARE AVENUE<br>SUITE 1101<br>WILMINGTON DE 19801 | CWARD@POLSINELLI.COM<br>SKATONA@POLSINELLI.COM<br>MDIPIETRO@POLSINELLI.COM | Overnight Mail and Email |
| COUNSEL TO THE DIP LENDERS & CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | RICHARDS, LAYTON & FINGER, PA | ATTN: ZACHARY SHAPIRO & EMILY R MATHEWS<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | SHAPIRO@RLF.COM | Overnight Mail and Email |
| COUNSEL TO EAST COBB SENIOR LIVING CENTER, LLC | SAUL EWING LLP | ATTN: JOHN D DEMMY<br>1201 N MARKET STREET, SUITE 2300<br>PO BOX 1266<br>WILMINGTON DE 19899 | JOHN.DEMMY@SAUL.COM | Overnight Mail and Email |
| COUNSEL TO EQUINIX, INC | SAUL EWING LLP | ATTN: LUCIAN B MURLEY<br>1201 N MARKET STREET, SUITE 2300<br>PO BOX 1266<br>WILMINGTON DE 19899-1266 | LUKE.MURLEY@SAUL.COM | Overnight Mail and Email |
| COUNSEL TO PPF AMLI 45 WYNWOOD, LLC & AMLI NE 2ND AVENUE, LLC | SEYFARTH SHAW LLP | ATTN: WILLIAM J HANLON<br>SEAPORT EAST SUITE 1200<br>TWO SEAPORT LANE<br>BOSTON MA 02210 | WHANLON@SEYFARTH.COM | Overnight Mail and Email |
| STATE OF ALABAMA ATTORNEY GENERAL'S OFFICE | STATE OF ALABAMA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>501 WASHINGTON AVE<br>PO BOX 300152<br>MONTGOMERY AL 36130-0152 | | Overnight Mail |
| STATE OF ARIZONA ATTORNEY GENERAL'S OFFICE | STATE OF ARIZONA ATTORNEY GENERAL'S | ATTN: ATTORNEY GENERAL | | Overnight Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL'S OFFICE | STATE OF CALIFORNIA ATTORNEY | ATTN: ATTORNEY GENERAL | | Overnight Mail |
| STATE OF COLORADO ATTORNEY GENERAL'S OFFICE | STATE OF COLORADO ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>RALPH L CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | | Overnight Mail |
| STATE OF FLORIDA ATTORNEY GENERAL'S OFFICE | STATE OF FLORIDA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | Overnight Mail |
| STATE OF GEORGIA ATTORNEY GENERAL'S OFFICE | STATE OF GEORGIA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>40 CAPITOL SQUARE, SW<br>ATLANTA GA 30334-1300 | | Overnight Mail |
| STATE OF INDIANA ATTORNEY GENERAL'S OFFICE | STATE OF INDIANA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>INDIANA GOVT CTR SOUTH - 5TH FL<br>302 W WASHINGTON ST<br>INDIANAPOLIS IN 46204 | | Overnight Mail |
| STATE OF KENTUCKY ATTORNEY GENERAL'S OFFICE | STATE OF KENTUCKY ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>STATE CAPITOL, SUITE 118<br>700 CAPITOL AVE<br>FRANKFORT KY 40601 | | Overnight Mail |
| STATE OF LOUISIANA ATTORNEY GENERAL'S OFFICE | STATE OF LOUISIANA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>PO BOX 94095<br>BATON ROUGE LA 70804-4095 | | Overnight Mail |
| STATE OF MARYLAND ATTORNEY GENERAL'S OFFICE | STATE OF MARYLAND ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>200 ST PAUL PLACE<br>BALTIMORE MD 21202-2202 | | Overnight Mail |
| STATE OF MASSACHUSETTS ATTORNEY GENREAL'S OFFICE | STATE OF MASSACHUSETTS ATTORNEY GENREAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>1 ASHBURTON PLACE<br>BOSTON MA 02108-1698 | | Overnight Mail |
| STATE OF MINNESOTA ATTORNEY GENERAL'S OFFICE | STATE OF MINNESOTA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>STATE CAPITOL<br>STE 102<br>ST PAUL MN 55155 | | Overnight Mail |
| STATE OF MISSISSIPPI ATTORNEY GENERAL'S OFFICE | STATE OF MISSISSIPPI ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>PO BOX 220<br>JACKSON MS 39205-0220 | | Overnight Mail |
| STATE OF MISSOURI ATTORNEY GENERAL'S OFFICE | STATE OF MISSOURI ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>SUPREME CT BLDG<br>207 W HIGH ST<br>JEFFERSON CITY MO 65101 | | Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF NEVADA ATTORNEY GENERAL'S OFFICE | STATE OF NEVADA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701 | | Overnight Mail |
| STATE OF NEW JERSEY ATTORNEY GENERAL'S OFFICE | STATE OF NEW JERSEY ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>RICHARD J HUGHES JUSTIC COMPLEX<br>25 MARKET ST, PO BOX 080<br>TRENTON NJ 08625-0080 | | Overnight Mail |
| STATE OF NEW YORK ATTORNEY GENERAL'S OFFICE | STATE OF NEW YORK ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>DEPT OF LAW<br>THE CAPITOL, 2ND FL<br>ALBANY NY 12224 | | Overnight Mail |
| STATE OF NORTH CAROLINA ATTORNEY GEN OFFICE | STATE OF NORTH CAROLINA ATTORNEY GEN OFFICE | ATTN: ATTORNEY GENERAL<br>DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | | Overnight Mail |
| STATE OF OHIO ATTORNEY GENERAL'S OFFICE | STATE OF OHIO ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>STATE OFFICE TOWER<br>30 E BROAD ST<br>COLUMBUS OH 43266-0410 | | Overnight Mail |
| STATE OF OREGON ATTORNEY GENERAL'S OFFICE | STATE OF OREGON ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>JUSTICE BLDG<br>1162 COURT ST, NE<br>SALEM OR 97301 | | Overnight Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL'S OFFICE | STATE OF SOUTH CAROLINA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>REMBERT C DENNIS OFFICE BLDG<br>PO BOX 11549<br>COLUMBIA SC 29211-1549 | | Overnight Mail |
| STATE OF TENNESSEE ATTORNEY GENERAL'S OFFICE | STATE OF TENNESSEE ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>425 5TH AVENUE NORTH<br>NASHVILLE TN 37243 | | Overnight Mail |
| STATE OF TEXAS ATTORNEY GENERAL'S OFFICE | STATE OF TEXAS ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | | Overnight Mail |
| STATE OF VIRGINIA ATTORNEY GENERAL'S OFFICE | STATE OF VIRGINIA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>900 E MAIN ST<br>RICHMOND VA 23219 | | Overnight Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL'S OFFICE | STATE OF WASHINGTON ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 | | Overnight Mail |
| STATE OF WISCONSIN ATTORNEY GENERAL'S OFFICE | STATE OF WISCONSIN ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>WISCONSIN DEPARTMENT OF JUSTICE,<br>STATE CAPITOL, RM 114 EAST, PO BOX 7857<br>MADISON WI 53707-7857 | | Overnight Mail |
| COUNSEL TO COBB COMMERCE CENTER LLC ("COBB") | SULLIVAN · HAZELTINE · ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ.<br>919 NORTH MARKET STREET<br>SUITE 420<br>WILMINGTON DE 19801 | WHAZELTINE@SHA-LLC.COM | Overnight Mail and Email |
| COUNSEL TO TRAVIS COUNTY | TRAVIS COUNTY | ATTN: DELIA GARZA, JASON A STARKS<br>TRAVIS COUNTY ATTORNEY<br>PO BOX 1748<br>AUSTIN TX 78767 | JASON.STARKS@TRAVISCOUNTYTX.GOV | Overnight Mail and Email |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | Overnight Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C WEISS C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | Overnight Mail and Email |
| COUNSEL TO ALL IN ALL CONSTRUCTION, LLC | WALDRON & SCHNEIDER, PLLC | ATTN: KIMBERLY A BARTLEY<br>15150 MIDDLEBROOK DR<br>HOUSTON TX 77058 | KBARTLEY@WS-LAW.COM | Overnight Mail and Email |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | OAG@DC.GOV | Overnight Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO KUENZLI RENTAL OPERATION LLC, D/B/A NEVADA COMMUNICATION AND SATELLITE ("NCS") | WHITEFORD, TAYLOR & PRESTON LLC | ATTN: RICHARD W RILEY<br>600 NORTH KING STREET, SUITE 300<br>WILMINGTON DE 19801 | RRILEY@WTPLAW.COM | Overnight Mail and Email |

**Exhibit B**

Exhibit B

Lienholders Service List

Served via Overnight Mail

| AddressID | Name | Address1 | Address2 | City | State | PostalCode | Country |
|---|---|---|---|---|---|---|---|
| 27418534 | AT&T CAPITAL SERVICES, INC. | 36 S. FAIRVIEW AVENUE | 1ST FLOOR, SUITE C | PARK RIDGE | IL | 60068 | |
| 27417153 | BAI CONNECT PNW, LLC | 53 STATE STREET, SUITE 2602 | | BOSTON | MA | 02109 | |
| 27417155 | BARINGS ASSET-BASED INCOME FUND (US BARINGS LLC) | AS COLLATERAL AGENT | 340 MADISON AVE., FLR. 18 | NEW YORK | NY | 10173 | |
| 27534302 | CANON FINANCIAL SERVICES, INC. | 158 GAITHER DRIVE | | MOUNT LAUREL | NJ | 08054-0000 | |
| 27417476 | ENTERPRISE FLEET SERVICES | ENTERPRISE FLEET MGMT CUSTOMER BILLING | PO BOX 800089 | KANSAS CITY | MO | 64180-0089 | |
| 27534109 | RADIUS BANK | 500 BOYLSTON ST. | SUITE 1200 | BOSTON | MA | 02116-0000 | |
| 27418533 | RADIUS BANK | 595 MARKET STREET, SUITE 200 | | SAN FRANCISCO | CA | 94105 | |
| 27417160 | WAV, LLC | 2380A PROSPECT DRIVE | | AURORA | IL | 60502 | |

In re: GigaMonster Networks, LLC, et al.
Case No. 23-10051 (JKS)

Page 1 of 1