**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered)<br><br>Obj. Deadline: October 11, 2023, at 4:00 p.m. (ET) |

## NOTICE OF MONTHLY FEE APPLICATION

TO:  (I) THE DEBTORS; (II) COUNSEL TO THE DIP AGENT AND DIP LENDERS; (III) COUNSEL TO THE PREPETITION AGENT; AND (IV) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE.

**PLEASE TAKE NOTICE** that the *Seventh Monthly Application of Faegre Drinker Biddle & Reath LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Attorneys to the Official Committee of Unsecured Creditors for the Period from August 1, 2023, through August 31, 2023* (the "Application") has been filed with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Application seeks allowance of monthly fees in the amount of $138,188.00 and monthly expenses in the amount of $614.85.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **October 11, 2023, at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. You must also serve any such objection so as to be received by the following on or before the Objection Deadline: (i) the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: Laura Davis Jones (ljones@pszjlaw.com), David M. Bertenthal (dbertenthal@pszjlaw.com), and Timothy P. Cairns (tcairns@pszjlaw.com); (ii) counsel to the DIP Agent and DIP Lenders: (a) Jones Day, 901 Lakeside Avenue, Cleveland, OH 44114, Attn: Thomas M. Wearsch (twearsch@jonesday.com); (b) Jones Day, 100 High Street, Boston, MA 02110, Attn: John D. Casais (jcasais@jonesday.com); (c) Choate Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: Brian P. Lenihan (blenihan@choate.com); and (d) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Zachary Shapiro (shapiro@rlf.com); (iii) counsel to the Prepetition Agent, Hogan Lovells US LLP, 390 Madison Avenue, New York, NY 10017, Attn: Erin N. Brady (erin.brady@hoganlovells.com) and Chris Bryant (chris.bryant@hoganlovells.com); and (iv) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Timothy J. Fox (timothy.fox@usdoj.gov).

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

**PLEASE TAKE FURTHER NOTICE** THAT, PURSUANT TO THE *ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS* [DOCKET NO. 122], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED MONTHLY FEES AND 100% OF REQUESTED MONTHLY EXPENSES, WITHOUT FURTHER ORDER OF THE COURT.

**PLEASE TAKE FURTHER NOTICE** THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES AND CANNOT BE CONSENSUALLY RESOLVED WILL A HEARING BE HELD ON THE APPLICATION.

| | |
|---|---|
| Dated: September 20, 2023 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | */s/ Jaclyn C. Marasco* |
| | Patrick A. Jackson (Bar No. 4976) |
| | Jaclyn C. Marasco (Bar No. 6477) |
| | 222 Delaware Avenue, Suite 1400 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 467-4200 |
| | Facsimile: (302) 467-4201 |
| | Emails: patrick.jackson@faegredrinker.com |
| | jaclyn.marasco@faegredrinker.com |
| | -and- |
| | Richard J. Bernard (admitted *pro hac vice*) |
| | 1177 Avenue of the Americas, 41st Floor |
| | New York, New York 10036 |
| | Telephone: (212) 248-3263 |
| | Facsimile: (212) 248-3141 |
| | Email: richard.bernard@faegredrinker.com |
| | *Counsel to the Official Committee of Unsecured Creditors* |

US.359656028.01