**Exhibit A**



faegredrinker.com

September 18, 2023

Invoice Num. 5805105
Tax ID 41-0244008

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

## Invoice Summary

**Client** Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.
**Matter** In re GigaMonster Networks, LLC et al.
**Matter ID** 527983.000001

For professional services rendered through August 31, 2023

| | Currency: USD |
|---|---|
| Professional Services | 138,188.00 |
| Disbursements | 614.85 |
| **Total Amount Due** | **$138,802.85** |



faegredrinker.com

September 18, 2023

Invoice Num. 5805105
Tax ID 41-0244008

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

## Invoice Detail

**Client** Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.
**Matter** In re GigaMonster Networks, LLC et al.
**Matter ID** 527983.000001

For professional services rendered through August 31, 2023

### Professional Services

**Task Code:** B110 - Case Administration

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/23 | C. Greer | Review docket and circulate relevant pleadings | 0.20 | 92.00 |
| 08/03/23 | C. Greer | Circulate June 2023 monthly operating reports | 0.50 | 230.00 |
| 08/04/23 | J. Marasco | Correspondence with C. Greer regarding critical dates. | 0.10 | 73.50 |
| 08/04/23 | C. Greer | Review docket and prepare critical dates calendar | 1.00 | 460.00 |
| 08/07/23 | C. Greer | Review docket for newly filed pleadings | 0.10 | 46.00 |
| 08/09/23 | C. Greer | Review docket and circulate to FDBR team | 0.10 | 46.00 |
| 08/10/23 | C. Greer | Update critical dates calendar | 0.20 | 92.00 |
| 08/10/23 | R. Bernard | Email with Debtors' counsel regarding status of certain matters in the chapter 11 case | 0.30 | 405.00 |
| 08/11/23 | C. Greer | Review docket and circulate pleadings | 0.10 | 46.00 |
| 08/12/23 | R. Bernard | Email with Debtors' counsel regarding various case matters and status | 0.40 | 540.00 |
| 08/14/23 | C. Greer | Review docket and circulate pleadings | 0.10 | 46.00 |
| 08/15/23 | C. Greer | Review docket and circulate pleadings | 0.20 | 92.00 |
| 08/16/23 | C. Greer | Review docket and circulate pleadings | 0.20 | 92.00 |
| 08/17/23 | C. Greer | Update critical dates calendar | 0.10 | 46.00 |
| 08/23/23 | C. Greer | Update critical dates calendar (.2); review docket and circulate pleadings (.1) | 0.30 | 138.00 |
| 08/25/23 | C. Greer | Update critical dates calendar (.1); review docket and circulate pleadings (.1) | 0.20 | 92.00 |
| 08/28/23 | C. Greer | Retrieve and circulate July 2023 monthly operating reports | 0.60 | 276.00 |
| 08/31/23 | C. Greer | Update critical dates calendar | 0.10 | 46.00 |
| **Task Total** | B110 - Case Administration | | **4.80** | **$2,858.50** |

**Task Code:** B120 - Asset Analysis and Recovery

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/23 | L. Perunovich | Meet with J. Peterson to strategize drafting opposition brief to Barings' Motion to Dismiss | 0.30 | 171.00 |
| 08/01/23 | J. Marasco | Review R. Bernard comments to initial disclosures, scheduling order, and notes regarding draft answering brief in opposition to motion to dismiss. | 0.20 | 147.00 |
| 08/01/23 | L. Perunovich | Research recharacterization and equitable subordination cases and develop outline | 8.10 | 4,617.00 |
| 08/01/23 | J. Peterson | Draft and revise outline for opposition to motion to dismiss | 2.10 | 1,669.50 |
| 08/01/23 | A. Mitchell | Research cases related to debt recharacterization and equitable subordination | 0.20 | 109.00 |
| 08/01/23 | R. Bernard | Review case management stipulation (.5); review Rule 26 disclosures (.5); email with J. Marasco with comments and issues with motion to dismiss (.8). | 1.80 | 2,430.00 |
| 08/02/23 | L. Perunovich | Teleconference with J. Peterson and J. Marasco to strategize brief opposing motion to dismiss | 0.90 | 513.00 |
| 08/02/23 | J. Marasco | Prepare notice of service of initial disclosures (0.1); review federal/local rules and compose email to counsel to Barings regarding draft proposed scheduling order and stipulation of dismissal of certain claims (0.4); review and analyze draft answering brief in opposition to motion to dismiss and related correspondence with L. Perunovich (1.3); call with L. Perunovich and J. Peterson regarding motion to dismiss (0.8). | 2.60 | 1,911.00 |
| 08/02/23 | J. Peterson | Review, analyze, and revise outline for opposition to motion to dismiss (2.4); analyze arguments with J. Marasco and L. Perunovich (.9) | 3.30 | 2,623.50 |
| 08/02/23 | R. Bernard | Review de minimis sale orders. | 0.20 | 270.00 |
| 08/02/23 | L. Perunovich | Draft memorandum in opposition to Barings' motion to dismiss | 6.60 | 3,762.00 |
| 08/03/23 | J. Marasco | Research in connection with answering brief to motion to dismiss. | 0.60 | 441.00 |
| 08/03/23 | J. Marasco | Correspondence with P. Van Tol regarding scheduling order, stipulation, and mediation matters. | 0.10 | 73.50 |
| 08/03/23 | L. Perunovich | Research and analyze case law analyzing and weighing recharacterization factors | 2.30 | 1,311.00 |
| 08/03/23 | L. Perunovich | Revise recharacterization arguments in opposition memo | 1.60 | 912.00 |
| 08/03/23 | A. Mitchell | Research cases related to debt recharacterization and equitable subordination | 0.90 | 490.50 |
| 08/04/23 | A. Mitchell | Research cases related to identity of interest factor in support of recharacterization of debt as equity | 3.60 | 1,962.00 |
| 08/04/23 | J. Marasco | Draft certification of counsel, proposed order, and stipulation of dismissal of claims against individual defendants and email R. Bernard regarding same. | 2.00 | 1,470.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/04/23 | J. Peterson | Analyze and revise outline and draft | 0.60 | 477.00 |
| 08/04/23 | L. Perunovich | Analyze and distinguish case law cited in Barings' motion to dismiss | 3.50 | 1,995.00 |
| 08/05/23 | L. Perunovich | Draft memorandum opposing Barings' motion to dismiss (2.8); Research and analyze avoidance of post-petition transfers authorized under a DIP order subject to challenges (4.8) | 7.60 | 4,332.00 |
| 08/06/23 | L. Perunovich | Research avoidance claims and draft argument for opposition brief | 2.40 | 1,368.00 |
| 08/07/23 | J. Marasco | Finalize initial disclosures (0.4); correspondence with C. Greer regarding notice of service of same (0.1); correspondence with L. Perunovich regarding answering brief in opposition to motion to dismiss (0.1). | 0.60 | 441.00 |
| 08/07/23 | J. Peterson | Draft and revise brief in opposition to motion to dismiss | 2.60 | 2,067.00 |
| 08/07/23 | L. Perunovich | Draft and revise brief in opposition to Barings' motion to dismiss | 7.70 | 4,389.00 |
| 08/08/23 | C. Greer | File notice of service regarding Plaintiff's initial disclosures | 0.20 | 92.00 |
| 08/08/23 | L. Perunovich | Revise brief in opposition to Barings' motion to dismiss | 0.50 | 285.00 |
| 08/08/23 | J. Marasco | Serve initial disclosures and coordinate filing of notice of service of same (0.2); correspondence with R. Bernard regarding draft stipulation of dismissal and answering brief in opposition to motion to dismiss (0.1); email P. Van Tol regarding scheduling order (0.1). | 0.40 | 294.00 |
| 08/08/23 | R. Bernard | Review draft stipulation of dismissal of counts and revise (.4); review Committee's disclosures (.3); review Barings' disclosures (.5) | 1.20 | 1,620.00 |
| 08/09/23 | J. Marasco | Confer with R. Bernard and R. Winning regarding litigation strategy (0.5); follow-up discussion with R. Bernard and attention to document review notes (0.2). | 0.70 | 514.50 |
| 08/09/23 | J. Marasco | Review and incorporate R. Bernard comments to stipulation of dismissal (1.1); review Barings counsel comments to proposed scheduling order and correspondence with R. Bernard regarding same (0.2); review and revise answering brief in opposition to motion to dismiss (2.8); call with R. Bernard regarding same and stipulations (0.2). | 4.30 | 3,160.50 |
| 08/10/23 | R. Bernard | Review and revise case scheduling order and stipulation of dismissal; review draft response | 3.70 | 4,995.00 |
| 08/10/23 | J. Marasco | Correspondence with R. Bernard regarding stipulation of dismissal and scheduling order (0.1); review and incorporate R. Bernard comments to same and related correspondence (0.5); correspondence with counsel to Barings regarding stipulation of dismissal and scheduling order (0.1); review and revise answering brief in opposition to motion to dismiss (4.6); call with P. Jackson regarding same (0.5) | 5.80 | 4,263.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/10/23 | P. Jackson | Call with J. Marasco re: Barings motion to dismiss adversary complaint | 0.50 | 530.00 |
| 08/10/23 | P. Jackson | Emails with J. Marasco re: answering brief in opposition to Barings motion to dismiss | 0.20 | 212.00 |
| 08/10/23 | P. Jackson | Review and analyze GigaMonster LLC agreement pre-emptive rights provisions in light of Barings arguments in opening brief in support of motion to dismiss | 0.30 | 318.00 |
| 08/11/23 | J. Marasco | Review and revise answering brief in opposition to motion to dismiss (10.1); correspondence with P. Van Tol regarding scheduling order and coordinate filing of same (0.2). | 10.30 | 7,570.50 |
| 08/11/23 | C. Greer | File certification of counsel regarding scheduling order (.2); upload order (.2) | 0.40 | 184.00 |
| 08/11/23 | R. Bernard | Identify hot documents for motion to dismiss | 2.60 | 3,510.00 |
| 08/12/23 | J. Marasco | Review and revise answering brief in opposition to motion to dismiss. | 10.50 | 7,717.50 |
| 08/12/23 | R. Bernard | Review hot documents (1.8) and work on response to motion to dismiss (2.4) | 4.20 | 5,670.00 |
| 08/13/23 | P. Jackson | Emails with J. Marasco, I. Bambrick re: pretrial conference in Barings adversary | 0.10 | 106.00 |
| 08/13/23 | P. Jackson | Review and analyze UCC 9-315 argument in Barings opening brief in support of motion to dismiss (.3); emails with J. Marasco, R. Bernard re: response to same (.3) | 0.60 | 636.00 |
| 08/13/23 | R. Bernard | Review and work on response to motion to dismiss | 2.60 | 3,510.00 |
| 08/13/23 | J. Marasco | Attention to document diligence per R. Bernard (0.7); correspondence with P. Jackson regarding answering brief and revise same accordingly (4.2); correspondence with P. Jackson and R. Bernard and circulate answering brief to Committee (0.1). | 5.00 | 3,675.00 |
| 08/14/23 | P. Jackson | Call with J. Marasco re: answering brief in opposition to Barings motion to dismiss | 0.30 | 318.00 |
| 08/14/23 | C. Greer | File plaintiff's answering brief in opposition to Barings defendants' motion to dismiss | 0.20 | 92.00 |
| 08/14/23 | R. Bernard | Review and work on response to motion to dismiss | 5.10 | 6,885.00 |
| 08/14/23 | J. Marasco | Review and incorporate R. Bernard comments to answering brief in opposition to motion to dismiss (4.2); calls with P. Jackson (0.4) and R. Bernard (0.3) regarding answering brief; review TOC and TOA and finalize brief for filing (0.6); correspondence with C. Greer regarding filing and service of answering brief/review local rules (0.2); draft request for oral argument (0.2). | 5.90 | 4,336.50 |
| 08/14/23 | P. Jackson | Emails with J. Marasco re: draft answering brief in opposition to Barings motion to dismiss | 0.20 | 212.00 |
| 08/16/23 | C. Greer | Circulate scheduling order (.2); serve by email (.1); prepare certificate of service (.1); file same (.2) | 0.60 | 276.00 |
| 08/16/23 | J. Marasco | Correspondence with R. Bernard regarding attendance at | 0.70 | 514.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | pretrial conference (0.1); correspondence with P. Van Tol regarding same and follow-up on stipulation of dismissal (0.1); review Barings' comments to stipulation of dismissal and related correspondence with R. Bernard (0.2); revise stipulation accordingly (0.3). | | |
| 08/17/23 | J. Marasco | Correspondence with R. Bernard, P. Jackson, and C. Greer regarding update on pretrial conference and preparation of mediation order (0.2); correspondence with R. Bernard regarding stipulation of dismissal (0.1). | 0.30 | 220.50 |
| 08/17/23 | R. Bernard | Attend hearing and pretrial conference. | 0.80 | 1,080.00 |
| 08/18/23 | J. Marasco | Incorporate R. Bernard comments to stipulation of dismissal and related correspondence (0.5); draft mediation order (1.5). | 2.00 | 1,470.00 |
| 08/22/23 | J. Marasco | Correspondence with counsel to Barings regarding mediation. | 0.10 | 73.50 |
| 08/23/23 | R. Bernard | Review and provide comments to the draft mediation order. | 0.30 | 405.00 |
| 08/23/23 | J. Marasco | Confer with P. Jackson regarding update from pretrial conference and listen to audio of same (0.3); correspondence with R. Bernard regarding draft mediation order and incorporate comments to same (0.7); correspondence with P. Van Tol regarding extension of discovery deadlines and potential mediators (0.2). | 1.20 | 882.00 |
| 08/24/23 | J. Marasco | Various correspondence with counsel to Barings regarding mediator selection and mediation scheduling (0.2); correspondence with potential mediator regarding same, conflicts review, and initial call scheduling (0.3). | 0.50 | 367.50 |
| 08/24/23 | R. Bernard | Emails with K. Gross and Barings' counsel regarding mediation. | 0.40 | 540.00 |
| 08/25/23 | J. Marasco | Introductory mediation call with Judge Gross, R. Bernard, P. Van Tol, and E. Brady (0.3); email R. Bernard, P. Van Tol, and E. Brady regarding deliverables in connection with same (0.1). | 0.40 | 294.00 |
| 08/25/23 | R. Bernard | Call with Barings' counsel and K. Gross regarding mediation (.3); email with Barings' counsel regarding mediation (.1) | 0.40 | 540.00 |
| 08/29/23 | C. Greer | File certification of counsel regarding stipulation of dismissal (.2); upload order (.2); file certification of counsel regarding agreed mediation order (.2); upload order (.2) | 0.80 | 368.00 |
| 08/29/23 | J. Marasco | Review and analyze Barings' reply in support of motion to dismiss (1.0); review correspondence with mediator regarding submission of briefs in connection with mediation and correspondence with R. Bernard regarding same (0.1); update mediation order and correspondence with counsel to Barings and R. Bernard regarding same and stipulation of dismissal (0.3); review E. Brady comments to stipulation of dismissal and various | 2.60 | 1,911.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | correspondence regarding same (0.6); draft mediation position letter (0.2); finalize and coordinate filing of stipulation of dismissal and mediation order and related correspondence with C. Greer (0.4). | | |
| 08/29/23 | R. Bernard | B120 Review revised stipulation and order of dismissal of claims (.3); email with J. Marasco regarding additional revisions (.1); email with J. Marasco regarding mediation order (.1); email with mediator regarding debtor parties for engagement letter (.1) | 0.60 | 810.00 |
| 08/30/23 | C. Greer | Circulate order approving stipulation of dismissal (.2); circulate order appointing mediator (.2) | 0.40 | 184.00 |
| 08/30/23 | J. Marasco | Draft confidential mediation position statement and related correspondence with R. Bernard (2.1). | 2.10 | 1,543.50 |
| 08/30/23 | R. Bernard | Review reply regarding motion to dismiss | 0.80 | 1,080.00 |
| 08/31/23 | J. Marasco | Correspondence with C. Greer regarding mediation logistics and deadlines (0.2); call with R. Bernard regarding draft confidential settlement position statement (0.5); review documents and pleadings and draft settlement position statement (3.3) | 4.00 | 2,940.00 |
| 08/31/23 | R. Bernard | Call with J. Marasco regarding mediation statement and theory of case; review hot documents | 2.60 | 3,510.00 |
| **Task Total** | B120 - Asset Analysis and Recovery | | **149.80** | **$119,668.00** |

**Task Code:** B140 - Relief from Stay/Adequate Protection Proceedings

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/02/23 | C. Greer | Circulate Cobb Commerce Center motion to relief from automatic stay to permit exercise of setoff rights against Debtor | 0.20 | 92.00 |
| 08/02/23 | R. Bernard | Review Cobb's motion to modify stay. | 0.50 | 675.00 |
| 08/11/23 | R. Bernard | Email with P. Keane regarding response to Cobb stay relief motion (.2); review form of order being negotiated in respect of stay relief (.2) | 0.50 | 675.00 |
| 08/14/23 | J. Marasco | Correspondence with debtors regarding Cobb lift stay matter and request for call to discuss case status. | 0.10 | 73.50 |
| **Task Total** | B140 - Relief from Stay/Adequate Protection Proceedings | | **1.30** | **$1,515.50** |

**Task Code:** B150 - Meetings of and Communications with Creditors

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/07/23 | J. Marasco | Draft agenda for August 9 Committee meeting and related correspondence with R. Bernard. | 0.20 | 147.00 |
| 08/09/23 | J. Marasco | Participate in Committee meeting. | 0.50 | 367.50 |
| 08/09/23 | R. Bernard | Circulate agenda (.1); attend committee meeting (.5); | 1.10 | 1,485.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | meet with J. Marasco and R. Willing regarding after committee meeting for follow up (.5) | | |
| 08/14/23 | J. Marasco | Draft agenda for August 16 Committee meeting and email R. Bernard and R. Winning regarding same. | 0.10 | 73.50 |
| 08/15/23 | R. Bernard | Circulate agenda for committee meeting (.1); attend committee meeting (.3) | 0.40 | 540.00 |
| 08/16/23 | J. Marasco | Participate in Committee meeting. | 0.30 | 220.50 |
| 08/21/23 | J. Marasco | Review Committee update regarding pretrial conference and rejection notice. | 0.10 | 73.50 |
| 08/23/23 | R. Bernard | Email committee agenda for meeting (.1); attend meeting with committee (.4); call with creditor regarding status of case (.4) | 0.90 | 1,215.00 |
| 08/23/23 | J. Marasco | Prepare agenda for Committee meeting (0.1); attend Committee meeting (0.5). | 0.60 | 441.00 |
| 08/24/23 | J. Marasco | Review Committee update regarding mediator selection and mediation scheduling. | 0.10 | 73.50 |
| 08/24/23 | R. Bernard | Update committee as to status of mediation. | 0.10 | 135.00 |
| 08/29/23 | J. Marasco | Draft agenda for Committee meeting and email R. Bernard and R. Winning regarding same. | 0.20 | 147.00 |
| 08/30/23 | J. Marasco | Circulate agenda for Committee meeting and prepare for same (0.2); attend Committee meeting (0.3); update R. Bernard regarding same (0.1). | 0.60 | 441.00 |
| 08/30/23 | R. Bernard | Email with J. Marasco regarding UCC meeting | 0.20 | 270.00 |
| **Task Total** | B150 - Meetings of and Communications with Creditors | | **5.40** | **$5,629.50** |

**Task Code:** B155 - Court Hearings

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/14/23 | J. Marasco | Draft email to Chambers regarding appearances at August 17 pretrial conference and fee hearing. | 0.20 | 147.00 |
| 08/15/23 | C. Greer | Submit zoom registration for P. Jackson for 8/17/23 hearing | 0.10 | 46.00 |
| 08/15/23 | J. Marasco | Review hearing agenda for August 17 hearing (0.1) and call with C. Greer/email debtors' counsel regarding same (0.2); correspondence with C. Greer and M. Caloway regarding revisions to hearing agenda (0.2); compose email to Chambers regarding pretrial conference (0.2). | 0.70 | 514.50 |
| 08/16/23 | C. Greer | Submit zoom registration for R. Winning for 8/17/23 hearing (.1); prepare hearing binder for 8/17/23 hearing (.8); circulate second amended agenda for 8/17/23 hearing (.2); update hearing binder (.2) | 1.30 | 598.00 |
| 08/17/23 | P. Jackson | Attend pretrial conference in Barings adversary proceeding | 0.30 | 318.00 |
| **Task Total** | B155 - Court Hearings | | **2.60** | **$1,623.50** |

**Task Code:** B160 - Fee/Employment Applications

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/02/23 | R. Bernard | Review professionals' interim and monthly fee applications. | 0.60 | 810.00 |
| 08/07/23 | J. Marasco | Various correspondence with E. Glenn regarding July pro forma and correspondence with C. Greer regarding preparation of Faegre Drinker sixth monthly fee application. | 0.30 | 220.50 |
| 08/07/23 | R. Bernard | Review July 2023 invoice | 0.30 | 405.00 |
| 08/14/23 | C. Greer | Review docket and prepare certificate of no objection regarding FDBR fifth monthly fee application (.2); file same and circulate (.2) | 0.40 | 184.00 |
| 08/14/23 | J. Marasco | Review and authorize for filing CNO on Faegre Drinker fifth monthly fee application and correspondence with C. Greer regarding status of second interim fee application and Faegre Drinker sixth monthly fee application. | 0.20 | 147.00 |
| 08/16/23 | J. Marasco | Review invoice and correspondence regarding preparation of Faegre Drinker sixth monthly fee application (0.2); correspondence with R. Winning regarding M3 monthly fee applications (0.1); review and authorize filing of CNO on Committee Professionals second interim fee application (0.2); prepare exhibits for Faegre Drinker sixth monthly fee application (0.4); review omnibus fee order and related correspondence with M. Caloway (0.2). | 1.10 | 808.50 |
| 08/17/23 | C. Greer | Circulate omnibus interim fee order | 0.20 | 92.00 |
| 08/18/23 | C. Greer | Prepare FDBR July monthly fee application | 1.10 | 506.00 |
| 08/18/23 | J. Marasco | Correspondence with C. Greer regarding sixth monthly fee application. | 0.10 | 73.50 |
| 08/22/23 | C. Greer | Update FDBR sixth monthly fee application (.1); file same (.2); circulate and serve by email (.2) | 0.50 | 230.00 |
| 08/22/23 | J. Marasco | Review and finalize for filing Faegre Drinker sixth monthly fee application and related correspondence with C. Greer. | 0.40 | 294.00 |
| **Task Total** | B160 - Fee/Employment Applications | | **5.20** | **$3,770.50** |

**Task Code:** B170 - Fee/Employment Objections

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/16/23 | C. Greer | Review Committee's professionals monthly fee applications and prepare certificate of no objection regarding second interim fee applications of Committee's professionals (.4); file same (.2); circulate and email to Debtors' counsel (.2) | 0.80 | 368.00 |
| **Task Total** | B170 - Fee/Employment Objections | | **0.80** | **$368.00** |

**Task Code:** B185 - Assumption/Rejection of Leases and Contracts

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/02/23 | R. Bernard | Review order rejecting contracts. | 0.20 | 270.00 |
| 08/17/23 | C. Greer | Circulate fourth notice of rejection of executory contracts and unexpired leases | 0.20 | 92.00 |
| 08/21/23 | J. Marasco | Correspondence with R. Winning and R. Bernard regarding update on MC contract rejections. | 0.10 | 73.50 |
| 08/22/23 | R. Bernard | Email with P. Keane regarding rejection of additional contracts. | 0.50 | 675.00 |
| **Task Total** | B185 - Assumption/Rejection of Leases and Contracts | | **1.00** | **$1,110.50** |

**Task Code:** B195 - Non-Working Travel

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/17/23 | R. Bernard | Roundtrip non-working travel to Wilmington, DE to attend hearing for 2 hours of travel time. | 1.00 | 1,350.00 |
| **Task Total** | B195 - Non-Working Travel | | **1.00** | **$1,350.00** |

**Task Code:** B320 - Plan and Disclosure Statement

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/15/23 | J. Marasco | Call with R. Bernard, D. Bertenthal, and P. Keane regarding case status and plan process. | 0.40 | 294.00 |
| **Task Total** | B320 - Plan and Disclosure Statement | | **0.40** | **$294.00** |

| | | | | |
|---|---|---|---|---|
| **Total** | | | **172.30** | **$138,188.00** |

**Invoice Total** **$138,802.85**

## Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Bernard, Richard J. | Partner | 34.30 | 1,350.00 | 46,305.00 |
| Jackson, Patrick A. | Partner | 2.50 | 1,060.00 | 2,650.00 |
| Marasco, Jaclyn | Associate | 69.30 | 735.00 | 50,935.50 |
| Mitchell, Allison J. | Associate | 4.70 | 545.00 | 2,561.50 |
| Perunovich, Lisa J. | Associate | 41.50 | 570.00 | 23,655.00 |
| Peterson, Joshua T. | Associate | 8.60 | 795.00 | 6,837.00 |
| Greer, Cathy M. | Paralegal | 11.40 | 460.00 | 5,244.00 |
| **Total** | | **172.30** | | **$138,188.00** |