**<u>Exhibit B</u>**

Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.  Faegre Drinker Biddle & Reath LLP
September 18, 2023  Invoice Num. 5805105

## Cost Detail

| Description | Date | Quantity | Amount | |
|---|---|---:|---:|---:|
| Online Research / Databases | | 6.00 | 4.50 | |
| Tritura: Data Hosting - Active Review | | 13.59 | 203.85 | |
| Tritura: Data Hosting - Rev/Process/DataStorage | | 0.90 | 4.50 | |
| Tritura: Data Hosting - Review User Access | | 2.00 | 170.00 | |
| **Subtotal Summarized Disbursements** | | | | 382.85 |

| Description | Date | Quantity | Amount | |
|---|---|---:|---:|---:|
| Richard J. Bernard - Richard J. Bernard - Local Transportation - Amtrak from NYC to DE to attend 8/17/2023 hearing re GIGAMONSTER UCC, 08/15/2023 | 08/21/23 | 1.00 | 83.00 | |
| Richard J. Bernard - Richard J. Bernard - Local Transportation - Taxi to attend 8/17/2023 hearing in DE re GIGAMONSTER UCC, 08/17/2023 | 08/21/23 | 1.00 | 17.00 | |
| Richard J. Bernard - Richard J. Bernard - Local Transportation - Amtrak from DE to NYC to attend 8/17/2023 hearing re GIGAMONSTER UCC, 08/17/2023 | 08/21/23 | 1.00 | 132.00 | |
| **Subtotal** | | | | 232.00 |

| | | | | |
|---|---|---|---|---:|
| **Total Disbursements** | | | $ | 614.85 |