# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Humas Ali, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 7, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**; (2) via overnight mail on the Lienholders Service List attached hereto as **Exhibit B**; and (3) via overnight mail on the Contract Counterparties Service List attached hereto as **Exhibit C**:

- Fifth Notice of Rejection of Certain Executory Contracts and Unexpired Leases, and Abandonment of Property in Connection Therewith [Docket No. 526]

Dated: September 20, 2023

                                                                          */s/ Humas Ali*
                                                                          Humas Ali

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 20, 2023, by Humas Ali, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number, are: GigaMonster Networks LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

SRF 72721

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL FOR COLLIN COUNTY TAX ASSESSOR/COLLECTOR | ABERNATHY, ROEDER, BOYD & HULLETT, PC | ATTN: PAUL M LOPEZ, LARRY R BOYD & EMILY HAHN | PLOPEZ@ABERNATHY-LAW.COM<br>BANKRUPTCY@ABERNATHY-LAW.COM<br>EHAHN@ABERNATHY-LAW.COM | Email |
| COUNSEL TO ALDINE INDEPENDENT SCHOOL DISTRICT | ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: PAMELA H WALTERS, PURVI V PATEL-BENITEZ | BNKATTY@ALDINEISD.ORG | Email |
| COUNSEL TO COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC | BALLARD SPAHR LLP | ATTN: MATTHEW G SUMMERS, MARGARET A VESPER | SUMMERSM@BALLARDSPAHR.COM<br>VESPERM@BALLARDSPAHR.COM | Email |
| COUNSEL TO ORCALE AMERICA INC. ("ORACLE") | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | SCHRISTIANSON@BUCHALTER.COM | Email |
| COUSNEL TO REGIONS BANK | BURR & FORMAN LLP | ATTN: J CORY FALGOWSKI | JFALGOWSKI@BURR.COM | Email |
| COUNSEL TO COBB COMMERCE CENTER LLC | CHAMBERLAIN HRDLICKA WHITE WILLIAMS & AUGHTRY, PC | ATTN: JARROD B MARTIN & TARA T LEDAY | JARROD.MARTIN@CHAMBERLAINLAW.COM<br>TARA.LEDAY@CHAMBERLAINLAW.COM | Email |
| COUNSEL TO THE DIP AGENT AND DIP LENDER & CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | CHOATE HALL & STEWART LLP | ATTN: BRIAN P LENIHAN | BLENIHAN@CHOATE.COM | Email |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | Overnight Mail |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: JACLYN C MARASCO, PATRICK A JACKSON, IAN J BAMBRICK, KATHARINA EARLE | PATRICK.JACKSON@FAEGREDRINKER.COM<br>IAN.BAMBRICK@FAEGREDRINKER.COM<br>JACLYN.MARASCO@FAEGREDRINKER.COM<br>KATHARINA.EARLE@FAEGREDRINKER.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: RICHARD J BERNARD | RICHARD.BERNARD@FAEGREDRINKER.COM | Email |
| COUNSEL TO EAST COBB SENIOR LIVING CENTER, LLC | FERGUSON BRASWELL FRASER KUBASTA PC | ATTN: LEIGHTON AIKEN & RACHAEL L SMILEY | LAIKEN@FBFK.LAW<br>RSMILEY@FBFK.LAW | Email |
| COUNSEL TO CANON FINANCIAL SERVICES, INC | FLEISCHER, FLEISCHER & SUGLIA, PC | ATTN: NICOLA G SUGLIA, ESQUIRE | NSUGLIA@FLEISCHERLAW.COM | Email |
| COUNSEL TO NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR | HILLSBOROUGH COUNTY TAX COLLECTOR | C/O NANCY C MILLAN, SENIOR ASSISTANT COUNTY ATTORNEY | FITZGERALDB@HILLSBOROUGHCOUNTY.ORG<br>STROUPJ@HILLSBOROUGHCOUNTY.ORG<br>CONNORSA@HILLSBOROUGHCOUNTY.ORG | Email |
| THE LENDERS UNDER THE DEBTORS' PREPETITION CREDIT FACILITIES & BARINGS ASSET-BASED INCOME FUND (US), LP AND BABIF GIGA BLOCKER LLC | HOGAN LOVELLS US LLP | ATTN: ERIN N BRADY & CHRISTOPHER R BRYANT | ERIN.BRADY@HOGANLOVELLS.COM<br>CHRIS.BRYANT@HOGANLOVELLS.COM | Email |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>1111 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2541 | | Overnight Mail |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | Overnight Mail |
| COUNSEL TO STALBIRD PROPERTIES, LLC | JACK SHRUM, PA | ATTN: "J" JACKSON SHRUM | JSHRUM@JSHRUMLAW.COM | Email |
| COUNSEL TO THE DIP AGENT AND DIP LENDER & CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | JONES DAY | ATTN: JOHN D CASAIS | JCASAIS@JONESDAY.COM | Email |
| CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | JONES DAY | ATTN: NICHOLAS J MORIN | NMORIN@JONESDAY.COM | Email |
| COUNSEL TO THE DIP AGENT AND DIP LENDER & CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | JONES DAY | ATTN: THOMAS M WEARSCH & NICHOLAS BUCHTA | TWEARSCH@JONESDAY.COM<br>NBUCHTA@JONESDAY.COM | Email |
| COUSNEL TO SAN MARCOS CISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W SANDERS | AUSTIN.BANKRUPTCY@LGBS.COM | Email |
| COUSNEL TO GREGG COUNTY, TARRANT COUNTY, DALLAS COUNTY, & CITY OF PROSPER | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO HARRIS COUNTY, MONTGOMERY COUNTY, & FORT BEND COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA GRUNDEMEIER | HOUSTON_BANKRUPTCY@LGBS.COM | Email |
| COUNTY OF BRAZOS, TEXAS, COUNTY OF DENTON, TEXAS, COUNTY OF HAYS, TEXAS, COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, PC | ATTN: JULIE ANNE PARSONS | JPARSONS@MVBALAW.COM | Email |
| COUNTY OF BRAZOS, TEXAS, COUNTY OF DENTON, TEXAS, COUNTY OF HAYS, TEXAS, COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, PC | ATTN: JULIE ANNE PARSONS | JPARSONS@MVBALAW.COM | Email |
| COUNSEL TO DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE | ATTN: STEVEN A GINTHER<br>BANKRUPTCY UNIT<br>PO BOX 475<br>JEFFERSON CITY MO 65105-0475 | | Overnight Mail |
| COUNSEL TO BARINGS ASSET-BASED INCOME FUND (US), LP AND BABIF GIGA BLOCKER LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: SOPHIE ROGERS CHURCHILL, ANDREW R REMMING | AREMMING@MORRISNICHOLS.COM<br>SRCHURCHILL@MORRISNICHOLS.COM | Email |
| COUNSEL TO UPTOWN AT PLUM CREEK PHASE 1A LLC | MUNSCH HARDT KOPF & HARR, PC | ATTN: DEBORAH M PERRY | DPERRY@MUNSCH.COM | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY | KCORDRY@NAAG.ORG | Email |
| FINANCIAL ADVISOR TO DEBTOR | NOVO ADVISORS LLC | ATTN: CLAUDIA SPRINGER | CSPRINGER@NOVO-ADVISORS.COM | Email |
| UNITED STATES TRUSTEE, DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIMOTHY JAY FOX, JR | TIMOTHY.FOX@USDOJ.GOV | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| Name | Firm | Attention / Address | Email | Method |
|---|---|---|---|---|
| COUNSEL TO DEBTOR | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, DAVID M BERTENTHAL & TIMOTHY P CAIRNS | LJONES@PSZJLAW.COM; DBERTENTHAL@PSZJLAW.COM; TCAIRNS@PSZJLAW.COM; MCALOWAY@PSZJLAW.COM; PKEANE@PSZJLAW.COM | Email |
| COUNSEL TO RICHARDSON ISD, EAGLE MOUNTAIN-SAGINAW ISD, CROWLEY ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: EBONEY COBB | EMCCAIN@PBFCM.COM | Email |
| COUNSEL TO HOCKLEY COUNTY TAX OFFICE | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: LAURA J MONROE | LMBKR@PBFCM.COM | Email |
| COUNSEL TO PLANO ISD, FRISCO ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: LINDA D REEECE | LREECE@PBFCM.COM | Email |
| COUNSEL TO SPRING BRANCH INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: MELISSA E VALDEZ | MVALDEZ@PBFCM.COM | Email |
| PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR | PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR | ATTN: LAURA HECKMAN; 2976 RICHARDSON DRIVE; AUBURN CA 95603 | | Overnight Mail |
| COUNSEL TO SKYWIRE HOLDINGS, INC | POLSINELLI PC | ATTN: CHRISTOPHER A WARD, SHANTI M KATONA, MICHAEL V DIPIETRO | CWARD@POLSINELLI.COM; SKATONA@POLSINELLI.COM; MDIPIETRO@POLSINELLI.COM | Email |
| COUNSEL TO THE DIP LENDERS & CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | RICHARDS, LAYTON & FINGER, PA | ATTN: ZACHARY SHAPIRO & EMILY R MATHEWS | SHAPIRO@RLF.COM | Email |
| COUNSEL TO EAST COBB SENIOR LIVING CENTER, LLC | SAUL EWING LLP | ATTN: JOHN D DEMMY | JOHN.DEMMY@SAUL.COM | Email |
| COUNSEL TO EQUINIX, INC | SAUL EWING LLP | ATTN: LUCIAN B MURLEY | LUKE.MURLEY@SAUL.COM | Email |
| COUNSEL TO PPF AMLI 45 WYNWOOD, LLC & AMLI NE 2ND AVENUE, LLC | SEYFARTH SHAW LLP | ATTN: WILLIAM J HANLON | WHANLON@SEYFARTH.COM | Email |
| STATE OF ALABAMA ATTORNEY GENERAL'S OFFICE | STATE OF ALABAMA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL; 501 WASHINGTON AVE; PO BOX 300152; MONTGOMERY AL 36130-0152 | | Overnight Mail |
| STATE OF ARIZONA ATTORNEY GENERAL'S OFFICE | STATE OF ARIZONA ATTORNEY GENERAL'S | ATTN: ATTORNEY GENERAL | | Overnight Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL'S OFFICE | STATE OF CALIFORNIA ATTORNEY | ATTN: ATTORNEY GENERAL | | Overnight Mail |
| STATE OF COLORADO ATTORNEY GENERAL'S OFFICE | STATE OF COLORADO ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL; RALPH L CARR COLORADO JUDICIAL CENTER; 1300 BROADWAY, 10TH FLOOR; DENVER CO 80203 | | Overnight Mail |
| STATE OF FLORIDA ATTORNEY GENERAL'S OFFICE | STATE OF FLORIDA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL; THE CAPITOL, PL 01; TALLAHASSEE FL 32399-1050 | | Overnight Mail |
| STATE OF GEORGIA ATTORNEY GENERAL'S OFFICE | STATE OF GEORGIA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL; 40 CAPITOL SQUARE, SW; ATLANTA GA 30334-1300 | | Overnight Mail |
| STATE OF INDIANA ATTORNEY GENERAL'S OFFICE | STATE OF INDIANA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL; INDIANA GOVT CTR SOUTH - 5TH FL; 302 W WASHINGTON ST; INDIANAPOLIS IN 46204 | | Overnight Mail |
| STATE OF KENTUCKY ATTORNEY GENERAL'S OFFICE | STATE OF KENTUCKY ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL; STATE CAPITOL, SUITE 118; 700 CAPITOL AVE; FRANKFORT KY 40601 | | Overnight Mail |
| STATE OF LOUISIANA ATTORNEY GENERAL'S OFFICE | STATE OF LOUISIANA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL; PO BOX 94095; BATON ROUGE LA 70804-4095 | | Overnight Mail |
| STATE OF MARYLAND ATTORNEY GENERAL'S OFFICE | STATE OF MARYLAND ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL; 200 ST PAUL PLACE; BALTIMORE MD 21202-2202 | | Overnight Mail |
| STATE OF MASSACHUSETTS ATTORNEY GENREAL'S OFFICE | STATE OF MASSACHUSETTS ATTORNEY GENREAL'S OFFICE | ATTN: ATTORNEY GENERAL; 1 ASHBURTON PLACE; BOSTON MA 02108-1698 | | Overnight Mail |
| STATE OF MINNESOTA ATTORNEY GENERAL'S OFFICE | STATE OF MINNESOTA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL; STATE CAPITOL; STE 102; ST PAUL MN 55155 | | Overnight Mail |
| STATE OF MISSISSIPPI ATTORNEY GENERAL'S OFFICE | STATE OF MISSISSIPPI ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL; DEPARTMENT OF JUSTICE; PO BOX 220; JACKSON MS 39205-0220 | | Overnight Mail |
| STATE OF MISSOURI ATTORNEY GENERAL'S OFFICE | STATE OF MISSOURI ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL; SUPREME CT BLDG; 207 W HIGH ST; JEFFERSON CITY MO 65101 | | Overnight Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| STATE OF NEVADA ATTORNEY GENERAL'S OFFICE | STATE OF NEVADA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701 | | Overnight Mail |
| STATE OF NEW JERSEY ATTORNEY GENERAL'S OFFICE | STATE OF NEW JERSEY ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>RICHARD J HUGHES JUSTIC COMPLEX<br>25 MARKET ST, PO BOX 080<br>TRENTON NJ 08625-0080 | | Overnight Mail |
| STATE OF NEW YORK ATTORNEY GENERAL'S OFFICE | STATE OF NEW YORK ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>DEPT OF LAW<br>THE CAPITOL, 2ND FL<br>ALBANY NY 12224 | | Overnight Mail |
| STATE OF NORTH CAROLINA ATTORNEY GEN OFFICE | STATE OF NORTH CAROLINA ATTORNEY GEN OFFICE | ATTN: ATTORNEY GENERAL<br>DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | | Overnight Mail |
| STATE OF OHIO ATTORNEY GENERAL'S OFFICE | STATE OF OHIO ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>STATE OFFICE TOWER<br>30 E BROAD ST<br>COLUMBUS OH 43266-0410 | | Overnight Mail |
| STATE OF OREGON ATTORNEY GENERAL'S OFFICE | STATE OF OREGON ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>JUSTICE BLDG<br>1162 COURT ST, NE<br>SALEM OR 97301 | | Overnight Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL'S OFFICE | STATE OF SOUTH CAROLINA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>REMBERT C DENNIS OFFICE BLDG<br>PO BOX 11549<br>COLUMBIA SC 29211-1549 | | Overnight Mail |
| STATE OF TENNESSEE ATTORNEY GENERAL'S OFFICE | STATE OF TENNESSEE ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>425 5TH AVENUE NORTH<br>NASHVILLE TN 37243 | | Overnight Mail |
| STATE OF TEXAS ATTORNEY GENERAL'S OFFICE | STATE OF TEXAS ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | | Overnight Mail |
| STATE OF VIRGINIA ATTORNEY GENERAL'S OFFICE | STATE OF VIRGINIA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>900 E MAIN ST<br>RICHMOND VA 23219 | | Overnight Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL'S OFFICE | STATE OF WASHINGTON ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 | | Overnight Mail |
| STATE OF WISCONSIN ATTORNEY GENERAL'S OFFICE | STATE OF WISCONSIN ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>WISCONSIN DEPARTMENT OF JUSTICE,<br>STATE CAPITOL, RM 114 EAST, PO BOX 7857<br>MADISON WI 53707-7857 | | Overnight Mail |
| COUNSEL TO COBB COMMERCE CENTER LLC ("COBB") | SULLIVAN · HAZELTINE · ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ. | WHAZELTINE@SHA-LLC.COM | Email |
| COUNSEL TO TRAVIS COUNTY | TRAVIS COUNTY | ATTN: DELIA GARZA, JASON A STARKS | JASON.STARKS@TRAVISCOUNTYTX.GOV | Email |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | Overnight Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C WEISS C/O ELLEN SLIGHTS | USADE.ECFBANKRUPTCY@USDOJ.GOV | Email |
| COUNSEL TO ALL IN ALL CONSTRUCTION, LLC | WALDRON & SCHNEIDER, PLLC | ATTN: KIMBERLY A BARTLEY | KBARTLEY@WS-LAW.COM | Email |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | OAG@DC.GOV | Email |
| COUNSEL TO KUENZLI RENTAL OPERATION LLC, D/B/A NEVADA COMMUNICATION AND SATELLITE ("NCS") | WHITEFORD, TAYLOR & PRESTON LLC | ATTN: RICHARD W RILEY | RRILEY@WTPLAW.COM | Email |

**Exhibit B**

Exhibit B
Lienholders Service List
Served via overnight mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 27418534 | AT&T CAPITAL SERVICES INC | ATTN PRESIDENT OR GENERAL COUNSEL | 36 S FAIRVIEW AVENUE | 1ST FLOOR SUITE C | PARK RIDGE | IL | 60068 |
| 27417153 | BAI CONNECT PNW LLC | ATTN PRESIDENT OR GENERAL COUNSEL | 53 STATE STREET SUITE 2602 | | BOSTON | MA | 02109- |
| 27417155 | BARINGS ASSET BASED INCOME FUND | ATTN PRESIDENT OR GENERAL COUNSEL | AS COLLATERAL AGENT | 340 MADISON AVE FLR 18 | NEW YORK | NY | 10173 |
| 27534302 | CANON FINANCIAL SERVICES INC | ATTN PRESIDENT OR GENERAL COUNSEL | 158 GAITHER DRIVE | | MOUNT LAUREL | NJ | 08054- |
| 27417476 | ENTERPRISE FLEET SERVICES | ATTN: ENTERPRISE FLEET MGMT CUSTOMER BILLING | PO BOX 800089 | | KANSAS CITY | MO | 64180-0089 |
| 27418533 | RADIUS BANK | ATTN PRESIDENT OR GENERAL COUNSEL | 595 MARKET STREET SUITE 200 | | SAN FRANCISCO | CA | 94105 |
| 27534109 | RADIUS BANK | ATTN PRESIDENT OR GENERAL COUNSEL | 500 BOYLSTON ST | SUITE 1200 | BOSTON | MA | 02116- |
| 27417160 | WAV, LLC | ATTN PRESIDENT OR GENERAL COUNSEL | 2380A PROSPECT DRIVE | | AURORA | IL | 60502 |

**<u>Exhibit C</u>**

Exhibit C
Contract Counterparties Service List
Served via overnight mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 28110313 | 365 DATA CENTERS SERVICE LLC | ATTN PRESIDENT OR GENERAL COUNSEL | 200 CONNECTICUT AVENUE | | NORWALK | CT | 06854- |
| 28110312 | CONTERRA ULTRA BROADBAND LLC | ATTN LEGAL DEPARTMENT | DBA CONTERRA NETWORKS OR AFFILIATES | 5301 77 CENTER DRIVE | CHARLOTTE | NC | 28217 |
| 28110292 | CORESITE LLC | ATTN GENERAL COUNSEL | 1001 17TH STREET SUITE 500 | | DENVER | CO | 80202 |
| 28110297 | FLEXENTIAL CORP | ATTN PRESIDENT OR GENERAL COUNSEL | 8809 LENOX POINTE DRIVE SUITE G | | CHARLOTTE | NC | 28273 |
| 28110298 | H5 FUND VIII LLC | CO H5 DATA CENTERS | SUCCESSOR IN INTEREST TO VXCHNGE | 9320 WILSHIRE BLVD SUITE 300 | BEVERLY HILLS | CA | 90212 |
| 28110309 | LUMOS NETWORKS INC ET AL | ATTN PRESIDENT OR GENERAL COUNSEL | 1500 HAMPTON STREET | | COLUMBIA | SC | 29201 |
| 28110305 | METR GOVT OF NASHVILLE&DAVIDSON CTY | ATTN PRESIDENT & CEO AND NES LEGAL | NASHVILLE ELECTRIC SERVICE | 1214 CHURCH STREET | NASHVILLE | TN | 37246 |
| 28110311 | NORTHWEST ACCESS EXCHANGE INC | ATTN PRESIDENT OR GENERAL COUNSEL | 11575 SW PACIFIC HWY 280 | | TIGARD | OR | 97223 |
| 28110288 | PORTLAND GENERAL ELECTRIC COMPANY | ATTN PRESIDENT OR GENERAL COUNSEL | 121 SW SALMON STREET | | PORTLAND | OR | 97204 |
| 28110291 | PORTLAND NAP INC | CO 1547 CSRPITTOCK BLOCK LLC | 921 SW WASHINGTON SUITE 100 | | PORTLAND | OR | 97205 |
| 28110306 | SHENTEL COMMUNICATIONS LLC | ATTN PRESIDENT OR GENERAL COUNSEL | 500 SHENTEL WAY | | EDINBURG | VA | 22824 |
| 28110308 | SUMMIT BROADBAND | ATTN PRESIDENT OR GENERAL COUNSEL | 4558 35TH STREET | | ORLANDO | FL | 32811 |
| 28110307 | TIERPOINT HOSTED SOLUTIONS LLC | ATTN PRESIDENT OR GENERAL COUNSEL | FKA WINDSTREAM HOSTED SOLUTIONS LLC | 12444 POWERSCOURT DRIVE SUITE 450 | ST LOUIS | MO | 63131 |
| 28110310 | UNITI FIBER LLC | ATTN PRESIDENT OR GENERAL COUNSEL | 107 ST FRANCIS STREET SUITE 1800 | | MOBILE | AL | 36602 |
| 28110302 | VERIZON BUSINESS NETWORK SERVICES | ATTN PRESIDENT OR GENERAL COUNSEL | VPS CONTRACT MANAGEMENT | 6929 NORTH LAKEWOOD AVE MD 512048 | TULSA | OK | 74117 |
| 28110304 | VERIZON BUSINESS NETWORK SERVICES | ATTN VERIZON LEGAL WHOLESALE | 1330 I STREET NW | 5TH FLOOR | WASHINGTON | DC | 20005 |
| 28110296 | WAVE WHOLESALE | ATTN LEGAL DEPARTMENT | NKA ASTOUND BUSINESS SOLUTIONS LLC | 650 COLLEGE ROAD EAST SUITE 3100 | PRINCETON | NJ | 08540- |