IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 27, 2023, at my direction and under my supervision, employees of Kroll caused the following document to be served (1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**;

- Second Order Extending Exclusive Periods to File and Solicit a Plan [Docket No. 551]

Dated: October 5, 2023

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 5, 2023, by Nelson Crespin, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number, are: GigaMonster Networks LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

SRF 73191

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL FOR COLLIN COUNTY TAX ASSESSOR/COLLECTOR | ABERNATHY, ROEDER, BOYD & HULLETT, PC | ATTN: PAUL M LOPEZ, LARRY R BOYD & EMILY HAHN<br>1700 REDBUD BLVD<br>STE 300<br>MCKINNEY TX 75069 | PLOPEZ@ABERNATHY-LAW.COM<br>BANKRUPTCY@ABERNATHY-LAW.COM<br>EHAHN@ABERNATHY-LAW.COM | First Class Mail and Email |
| COUNSEL TO ALDINE INDEPENDENT SCHOOL DISTRICT | ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: PAMELA H WALTERS, PURVI V PATEL-BENITEZ<br>2520 W.W. THORNE DRIVE<br>HOUSTON TX 77073 | BNKATTY@ALDINEISD.ORG | First Class Mail and Email |
| COUNSEL TO COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC | BALLARD SPAHR LLP | ATTN: MATTHEW G SUMMERS, MARGARET A VESPER<br>919 N MARKET STREET<br>11TH FLOOR<br>WILMINGTON DE 19801-3034 | SUMMERSM@BALLARDSPAHR.COM<br>VESPERM@BALLARDSPAHR.COM | First Class Mail and Email |
| COUNSEL TO ORCALE AMERICA INC. ("ORACLE") | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 290<br>SAN FRANCISCO CA 94105-0900 | SCHRISTIANSON@BUCHALTER.COM | First Class Mail and Email |
| COUSNEL TO REGIONS BANK | BURR & FORMAN LLP | ATTN: J CORY FALGOWSKI<br>222 DELAWARE AVENUE, SUITE 1030<br>WILMINGTON DE 19801 | JFALGOWSKI@BURR.COM | First Class Mail and Email |
| COUNSEL TO COBB COMMERCE CENTER LLC | CHAMBERLAIN HRDLICKA WHITE WILLIAMS & AUGHTRY, PC | ATTN: JARROD B MARTIN & TARA T LEDAY<br>1200 SMITH STREET, SUITE 1400<br>HOUSTON TX 77002 | JARROD.MARTIN@CHAMBERLAINLAW.COM<br>TARA.LEDAY@CHAMBERLAINLAW.COM | First Class Mail and Email |
| COUNSEL TO THE DIP AGENT AND DIP LENDER & CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | CHOATE HALL & STEWART LLP | ATTN: BRIAN P LENIHAN<br>TWO INTERNATIONAL PLACE<br>BOSTON MA 02110 | BLENIHAN@CHOATE.COM | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | First Class Mail |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: JACLYN C MARASCO, PATRICK A JACKSON, IAN J BAMBRICK, KATHARINA EARLE<br>222 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON DE 19801 | PATRICK.JACKSON@FAEGREDRINKER.COM<br>IAN.BAMBRICK@FAEGREDRINKER.COM<br>JACLYN.MARASCO@FAEGREDRINKER.COM<br>KATHARINA.EARLE@FAEGREDRINKER.COM | First Class Mail and Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: RICHARD J BERNARD<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | RICHARD.BERNARD@FAEGREDRINKER.COM | First Class Mail and Email |
| COUNSEL TO EAST COBB SENIOR LIVING CENTER, LLC | FERGUSON BRASWELL FRASER KUBASTA PC | ATTN: LEIGHTON AIKEN & RACHAEL L SMILEY<br>2500 DALLAS PARKWAY<br>SUITE 600<br>PLANO TX 75093 | LAIKEN@FBFK.LAW<br>RSMILEY@FBFK.LAW | First Class Mail and Email |
| COUNSEL TO CANON FINANCIAL SERVICES, INC | FLEISCHER, FLEISCHER & SUGLIA, PC | ATTN: NICOLA G SUGLIA, ESQUIRE<br>FOUR GREEN TREE CENTRE<br>601 ROUTE 73 NORTH, SUITE 305<br>MARLTON NJ 08053 | NSUGLIA@FLEISCHERLAW.COM | First Class Mail and Email |
| COUNSEL TO NANCY C MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR | HILLSBOROUGH COUNTY TAX COLLECTOR | C/O NANCY C MILLAN, SENIOR ASSISTANT COUNTY ATTORNEY<br>ATTN: BRIAN T FITZGERALD, ESQ<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110 | FITZGERALDB@HILLSBOROUGHCOUNTY.ORG<br>STROUPJ@HILLSBOROUGHCOUNTY.ORG<br>CONNORSA@HILLSBOROUGHCOUNTY.ORG | First Class Mail and Email |
| THE LENDERS UNDER THE DEBTORS' PREPETITION CREDIT FACILITIES & BARINGS ASSET-BASED INCOME FUND (US), LP AND BABIF GIGA BLOCKER LLC | HOGAN LOVELLS US LLP | ATTN: ERIN N BRADY & CHRISTOPHER R BRYANT<br>390 MADISON AVENUE<br>NEW YORK NY 10017 | ERIN.BRADY@HOGANLOVELLS.COM<br>CHRIS.BRYANT@HOGANLOVELLS.COM | First Class Mail and Email |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>1111 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2541 | | First Class Mail |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO STALBIRD PROPERTIES, LLC | JACK SHRUM, PA | ATTN: "J" JACKSON SHRUM<br>919 N MARKET ST<br>SUITE 1410<br>WILMINGTON DE 19801 | JSHRUM@JSHRUMLAW.COM | First Class Mail and Email |
| COUNSEL TO THE DIP AGENT AND DIP LENDER & CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | JONES DAY | ATTN: JOHN D CASAIS<br>100 HIGH STREET<br>BOSTON MA 02110 | JCASAIS@JONESDAY.COM | First Class Mail and Email |
| CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | JONES DAY | ATTN: NICHOLAS J MORIN<br>250 VESEY STREET<br>NEW YORK NY 10281-1047 | NMORIN@JONESDAY.COM | First Class Mail and Email |
| COUNSEL TO THE DIP AGENT AND DIP LENDER & CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | JONES DAY | ATTN: THOMAS M WEARSCH & NICHOLAS BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114 | TWEARSCH@JONESDAY.COM<br>NBUCHTA@JONESDAY.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| COUSNEL TO SAN MARCOS CISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | AUSTIN.BANKRUPTCY@LGBS.COM | First Class Mail and Email |
| COUSNEL TO GREGG COUNTY, TARRANT COUNTY, DALLAS COUNTY, & CITY OF PROSPER | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER<br>2777 N STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS TX 75207 | DALLAS.BANKRUPTCY@LGBS.COM | First Class Mail and Email |
| COUNSEL TO HARRIS COUNTY, MONTGOMERY COUNTY, & FORT BEND COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA GRUNDEMEIER<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM | First Class Mail and Email |
| COUNTY OF BRAZOS, TEXAS, COUNTY OF DENTON, TEXAS, COUNTY OF HAYS, TEXAS, COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, PC | ATTN: JULIE ANNE PARSONS<br>700 JEFFREY WAY<br>SUITE 100<br>ROUND ROCK TX 78665 | JPARSONS@MVBALAW.COM | First Class Mail and Email |
| COUNTY OF BRAZOS, TEXAS, COUNTY OF DENTON, TEXAS, COUNTY OF HAYS, TEXAS, COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, PC | ATTN: JULIE ANNE PARSONS<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | JPARSONS@MVBALAW.COM | First Class Mail and Email |
| COUNSEL TO DEPARTMENT OF REVENUE | MISSOURI DEPARTMENT OF REVENUE | ATTN: STEVEN A GINTHER<br>BANKRUPTCY UNIT<br>PO BOX 475<br>JEFFERSON CITY MO 65105-0475 | | First Class Mail |
| COUNSEL TO BARINGS ASSET-BASED INCOME FUND (US), LP AND BABIF GIGA BLOCKER LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: SOPHIE ROGERS CHURCHILL, ANDREW R REMMING<br>1201 N MARKET STREET, 16TH FLOOR<br>PO BOX 1347<br>WILMINGTON DE 19899-1347 | AREMMING@MORRISNICHOLS.COM<br>SRCHURCHILL@MORRISNICHOLS.COM | First Class Mail and Email |
| COUNSEL TO UPTOWN AT PLUM CREEK PHASE 1A LLC | MUNSCH HARDT KOPF & HARR, PC | ATTN: DEBORAH M PERRY<br>500 N AKARD STREET, SUITE 3800<br>DALLAS TX 75201-6659 | DPERRY@MUNSCH.COM | First Class Mail and Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST, NW 12TH FLOOR<br>WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| FINANCIAL ADVISOR TO DEBTOR | NOVO ADVISORS LLC | ATTN: CLAUDIA SPRINGER<br>1310 MEETINGHOUSE ROAD<br>PO BOX 448<br>GWYNEDD PA 19436 | CSPRINGER@NOVO-ADVISORS.COM | Email |
| UNITED STATES TRUSTEE, DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIMOTHY JAY FOX, JR<br>US DEPARTMENT OF JUSTICE<br>844 KING STREET, SUITE 2207, LOCKBOX #35<br>WILMINGTON DE 19801 | TIMOTHY.FOX@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO DEBTOR | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, DAVID M BERTENTHAL & TIMOTHY P CAIRNS<br>919 NORTH MARKET STREET, 17TH FLOOR<br>PO BOX 8705<br>WILMINGTON DE 19899-8705 | LJONES@PSZJLAW.COM<br>DBERTENTHAL@PSZJLAW.COM<br>TCAIRNS@PSZJLAW.COM<br>MCALOWAY@PSZJLAW.COM<br>PKEANE@PSZJLAW.COM | Email |
| COUNSEL TO RICHARDSON ISD, EAGLE MOUNTAIN-SAGINAW ISD, CROWLEY ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: EBONEY COBB<br>500 E BORDER STREET<br>SUITE 640<br>ARLINGTON TX 76010 | EMCCAIN@PBFCM.COM | First Class Mail and Email |
| COUNSEL TO HOCKLEY COUNTY TAX OFFICE | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: LAURA J MONROE<br>PO BOX 817<br>LUBBOCK TX 79408 | LMBKR@PBFCM.COM | First Class Mail and Email |
| COUNSEL TO PLANO ISD, FRISCO ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: LINDA D REEECE<br>1919 S SHILOH RD<br>SUITE 640, LB 40<br>GARLAND TX 75042 | LREECE@PBFCM.COM | First Class Mail and Email |
| COUNSEL TO SPRING BRANCH INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: MELISSA E VALDEZ<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | MVALDEZ@PBFCM.COM | First Class Mail and Email |
| PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR | PLACER COUNTY OFFICE OF THE TREASURER-TAX COLLECTOR | ATTN: LAURA HECKMAN<br>2976 RICHARDSON DRIVE<br>AUBURN CA 95603 | | First Class Mail |
| COUNSEL TO SKYWIRE HOLDINGS, INC | POLSINELLI PC | ATTN: CHRISTOPHER A WARD, SHANTI M KATONA, MICHAEL V DIPIETRO<br>222 DELAWARE AVENUE<br>SUITE 1101<br>WILMINGTON DE 19801 | CWARD@POLSINELLI.COM<br>SKATONA@POLSINELLI.COM<br>MDIPIETRO@POLSINELLI.COM | First Class Mail and Email |
| COUNSEL TO THE DIP LENDERS & CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | RICHARDS, LAYTON & FINGER, PA | ATTN: ZACHARY SHAPIRO & EMILY R MATHEWS<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | SHAPIRO@RLF.COM | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| COUNSEL TO EAST COBB SENIOR LIVING CENTER, LLC | SAUL EWING LLP | ATTN: JOHN D DEMMY<br>1201 N MARKET STREET, SUITE 2300<br>PO BOX 1266<br>WILMINGTON DE 19899 | JOHN.DEMMY@SAUL.COM | First Class Mail and Email |
| COUNSEL TO EQUINIX, INC | SAUL EWING LLP | ATTN: LUCIAN B MURLEY<br>1201 N MARKET STREET, SUITE 2300<br>PO BOX 1266<br>WILMINGTON DE 19899-1266 | LUKE.MURLEY@SAUL.COM | First Class Mail and Email |
| COUNSEL TO PPF AMLI 45 WYNWOOD, LLC & AMLI NE 2ND AVENUE, LLC | SEYFARTH SHAW LLP | ATTN: WILLIAM J HANLON<br>SEAPORT EAST SUITE 1200<br>TWO SEAPORT LANE<br>BOSTON MA 02210 | WHANLON@SEYFARTH.COM | First Class Mail and Email |
| STATE OF ALABAMA ATTORNEY GENERAL'S OFFICE | STATE OF ALABAMA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>501 WASHINGTON AVE<br>PO BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| STATE OF ARIZONA ATTORNEY GENERAL'S OFFICE | STATE OF ARIZONA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>1275 W WASHINGTON ST<br>PHOENIX AZ 85007 | | First Class Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL'S OFFICE | STATE OF CALIFORNIA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | | First Class Mail |
| STATE OF COLORADO ATTORNEY GENERAL'S OFFICE | STATE OF COLORADO ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>RALPH L CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | | First Class Mail |
| STATE OF FLORIDA ATTORNEY GENERAL'S OFFICE | STATE OF FLORIDA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | First Class Mail |
| STATE OF GEORGIA ATTORNEY GENERAL'S OFFICE | STATE OF GEORGIA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>40 CAPITOL SQUARE, SW<br>ATLANTA GA 30334-1300 | | First Class Mail |
| STATE OF INDIANA ATTORNEY GENERAL'S OFFICE | STATE OF INDIANA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>INDIANA GOVT CTR SOUTH - 5TH FL<br>302 W WASHINGTON ST<br>INDIANAPOLIS IN 46204 | | First Class Mail |
| STATE OF KENTUCKY ATTORNEY GENERAL'S OFFICE | STATE OF KENTUCKY ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>STATE CAPITOL, SUITE 118<br>700 CAPITOL AVE<br>FRANKFORT KY 40601 | | First Class Mail |
| STATE OF LOUISIANA ATTORNEY GENERAL'S OFFICE | STATE OF LOUISIANA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>PO BOX 94095<br>BATON ROUGE LA 70804-4095 | | First Class Mail |
| STATE OF MARYLAND ATTORNEY GENERAL'S OFFICE | STATE OF MARYLAND ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>200 ST PAUL PLACE<br>BALTIMORE MD 21202-2202 | | First Class Mail |
| STATE OF MASSACHUSETTS ATTORNEY GENREAL'S OFFICE | STATE OF MASSACHUSETTS ATTORNEY GENREAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>1 ASHBURTON PLACE<br>BOSTON MA 02108-1698 | | First Class Mail |
| STATE OF MINNESOTA ATTORNEY GENERAL'S OFFICE | STATE OF MINNESOTA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>STATE CAPITOL<br>STE 102<br>ST PAUL MN 55155 | | First Class Mail |
| STATE OF MISSISSIPPI ATTORNEY GENERAL'S OFFICE | STATE OF MISSISSIPPI ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>PO BOX 220<br>JACKSON MS 39205-0220 | | First Class Mail |
| STATE OF MISSOURI ATTORNEY GENERAL'S OFFICE | STATE OF MISSOURI ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>SUPREME CT BLDG<br>207 W HIGH ST<br>JEFFERSON CITY MO 65101 | | First Class Mail |
| STATE OF NEVADA ATTORNEY GENERAL'S OFFICE | STATE OF NEVADA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| | | | | |
|---|---|---|---|---|
| STATE OF NEW JERSEY ATTORNEY GENERAL'S OFFICE | STATE OF NEW JERSEY ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>RICHARD J HUGHES JUSTIC COMPLEX<br>25 MARKET ST, PO BOX 080<br>TRENTON NJ 08625-0080 | | First Class Mail |
| STATE OF NEW YORK ATTORNEY GENERAL'S OFFICE | STATE OF NEW YORK ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>DEPT OF LAW<br>THE CAPITOL, 2ND FL<br>ALBANY NY 12224 | | First Class Mail |
| STATE OF NORTH CAROLINA ATTORNEY GEN OFFICE | STATE OF NORTH CAROLINA ATTORNEY GEN OFFICE | ATTN: ATTORNEY GENERAL<br>DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | | First Class Mail |
| STATE OF OHIO ATTORNEY GENERAL'S OFFICE | STATE OF OHIO ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>STATE OFFICE TOWER<br>30 E BROAD ST<br>COLUMBUS OH 43266-0410 | | First Class Mail |
| STATE OF OREGON ATTORNEY GENERAL'S OFFICE | STATE OF OREGON ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>JUSTICE BLDG<br>1162 COURT ST, NE<br>SALEM OR 97301 | | First Class Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL'S OFFICE | STATE OF SOUTH CAROLINA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>REMBERT C DENNIS OFFICE BLDG<br>PO BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |
| STATE OF TENNESSEE ATTORNEY GENERAL'S OFFICE | STATE OF TENNESSEE ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>425 5TH AVENUE NORTH<br>NASHVILLE TN 37243 | | First Class Mail |
| STATE OF TEXAS ATTORNEY GENERAL'S OFFICE | STATE OF TEXAS ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | | First Class Mail |
| STATE OF VIRGINIA ATTORNEY GENERAL'S OFFICE | STATE OF VIRGINIA ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>900 E MAIN ST<br>RICHMOND VA 23219 | | First Class Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL'S OFFICE | STATE OF WASHINGTON ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| STATE OF WISCONSIN ATTORNEY GENERAL'S OFFICE | STATE OF WISCONSIN ATTORNEY GENERAL'S OFFICE | ATTN: ATTORNEY GENERAL<br>WISCONSIN DEPARTMENT OF JUSTICE,<br>STATE CAPITOL, RM 114 EAST, PO BOX 7857<br>MADISON WI 53707-7857 | | First Class Mail |
| COUNSEL TO COBB COMMERCE CENTER LLC ("COBB") | SULLIVAN · HAZELTINE · ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ.<br>919 NORTH MARKET STREET<br>SUITE 420<br>WILMINGTON DE 19801 | WHAZELTINE@SHA-LLC.COM | First Class Mail and Email |
| COUNSEL TO TRAVIS COUNTY | TRAVIS COUNTY | ATTN: DELIA GARZA, JASON A STARKS<br>TRAVIS COUNTY ATTORNEY<br>PO BOX 1748<br>AUSTIN TX 78767 | JASON.STARKS@TRAVISCOUNTYTX.GOV | First Class Mail and Email |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C WEISS C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO ALL IN ALL CONSTRUCTION, LLC | WALDRON & SCHNEIDER, PLLC | ATTN: KIMBERLY A BARTLEY<br>15150 MIDDLEBROOK DR<br>HOUSTON TX 77058 | KBARTLEY@WS-LAW.COM | First Class Mail and Email |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | OAG@DC.GOV | First Class Mail and Email |
| COUNSEL TO KUENZLI RENTAL OPERATION LLC, D/B/A NEVADA COMMUNICATION AND SATELLITE ("NCS") | WHITEFORD, TAYLOR & PRESTON LLC | ATTN: RICHARD W RILEY<br>600 NORTH KING STREET, SUITE 300<br>WILMINGTON DE 19801 | RRILEY@WTPLAW.COM | First Class Mail and Email |