**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) Case No. 23-10051 (JKS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 19, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE J. KATE STICKLES IN THE U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801**

### AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELED WITH THE COURT'S PERMISSION

**I.   RESOLVED MATTERS**

1.  Notice of Rejection of Certain Executory Contracts and Unexpired Leases, and Abandonment of Property in Connection Therewith (Filed: May 25, 2023) [Docket No. 380]

    **Response Deadline:** June 8, 2023 at 4:00 p.m. (prevailing Eastern Time)

    **Responses Received:**

    A.  Limited Objection of East Cobb Senior Living Center, LLC to Notice of Rejection of Certain Executory Contracts and Unexpired Leases, and Abandonment of Property in Connection Therewith (Filed June 7, 2023) [Docket No. 401]

    **Related Documents:**

    A.  [Signed] Order: (I) Approving Procedures for Rejecting Executory Contracts and Unexpired Leases; and (II) Granting Related Relief (Signed April 18, 2023) [Docket No. 326]

    B.  Notice of Hearing on Limited Objection of East Cobb Senior Living Center, LLC to Notice of Rejection of Certain Executory Contracts and Unexpired Leases, and

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

      Abandonment of Property in Connection Therewith (Filed June 8, 2023) [Docket No. 405]

      **Status:**  This matter has been resolved by agreement of the parties. No hearing is necessary.

2. Debtors' Second Motion for an Order Extending the Exclusive Periods During Which Debtors May File a Plan and Disclosure Statement and Solicit Acceptances Thereof Pursuant to 11 U.S.C. § 1121(d) (Filed September 8, 2023) [Docket No. 527]

    **Response Deadline:**  September 22, 2023 at 4:00 p.m. (prevailing Eastern Time)

    **Responses Received:**  None

    A.   Certification of No Objection Regarding Debtors' Second Motion for an Order Extending the Exclusive Periods During Which Debtors May File a Plan and Disclosure Statement and Solicit Acceptances Thereof Pursuant to 11 U.S.C. § 1121(d) (Filed September 26, 2023) [Docket No. 550]

    B.   [Signed] Second Order Extending Exclusive to File and Solicit a Plan (Signed September 27, 2023) [Docket No. 551]

    **Status:**  An Order has been entered.

3. Debtors' Second Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts Each Effective as of the Rejection Dates, and (II) Granting Related Relief (Filed August 22, 2023) [Docket No. 552]

    **Response Deadline**:  October 12, 2023 at 4:00 p.m. (prevailing Eastern Time)

    **Responses Received:**

    None.

    **Related Documents:**

    A.   Certification of No Objection Regarding Debtors' Second Motion Seeking Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Rejection Dates, and (II) Granting Related Relief (Filed October 16, 2023) [Docket No. 568]

    B.   [Signed] Second Omnibus Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Rejection Dates, and (II) Granting Related Relief (Filed October 17, 2023) [Docket No. 570]

    **Status:**  An Order has been entered.

4.  Debtors' Second Motion to Enlarge the Period Within Which They May Remove Actions (Filed: October 3, 2023) [Docket No. 554]

    **Response Deadline**: October 12, 2023 at 4:00 p.m. (prevailing Eastern Time)

    **Responses Received:**

    None.

    **Related Documents:**

    A.  Certification of No Objection Regarding Debtors' Second Motion to Enlarge the Period Within With They May Remove Actions (Filed October 16, 2023) [Docket No. 567]

    B.  [Signed] Second Order Enlarging the Period Within Which the Debtors May Remove Actions (Filed October 17, 2023) [Docket No. 569]

    **Status:**  An Order has been entered.

## II. ADJOURNED MATTERS

5.  Motion of the Debtors for Entry of Orders: (I)(A) Approving Bidding Procedures for the Sale of (X) Stalking Horse Assets and (Y) Other Assets, (B) Authorizing the Debtors to Enter Into Stalking Horse Agreement for Stalking Horse Assets and to Provide Bid Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief (Filed: January 17, 2023) [Docket No. 12]

    **Response Deadline:** February 23, 2023 at 4:00 p.m. (prevailing Eastern Time). (Extended to February 24, 2023 for Kuenzli Rental Operation, LLC. and 1101 East Bayaud LLC; extended to February 27, 2023 for the Official Committee of Unsecured Creditors, Zayo Group, LLC, Equinix, Inc., and Crown Castle Fiber, LLC as to sale and assumption/cure objections.)

    **Cure Objections:**

    A.  Objection of BREIT Steadfast MF Mansfield TX LP and BREIT MF Arbour Square LLC to Debtors' Notice of Potential Assumption of Executory Contracts and Proposed Cure Amounts (Filed: February 23, 2023) [Docket No. 194]

    B.  Response and Objection of CRP/Pollack 72 Milton Townhome Owner, LLC, CRP/Pollack 72 Milton Venture, LLC, 1246 Allene Owner, LP, Greenville Dallas Owner, LP, CH Realty IX-Rangewater MF Charlotte University City, LP and 536 West Tremont Owner, LP Pursuant to Notice of Potential Assumption and

3

      Assignment of Executory Contracts or Unexpired Leases and Cure Amounts (Filed: February 24, 2023) [Docket No. 202]

C.    Objection of Kuenzli Rental Operation LLC, d/b/a Nevada Communications and Satellite to Assumption and Assignment of Contract and Proposed Cure Amount (Filed: February 24, 2023) [Docket No. 205]

    i.   Notice of Withdrawal of Objection of Kuenzli Rental Operation LLC, d/b/a Nevada Communications and Satellite to Assumption and Assignment of Contract and Proposed Cure Amount (Filed: August 8, 2023) [Docket No. 481]

D.    Amended Objection of BREIT Steadfast MF Mansfield TX LP and BREIT MF Arbour Square LLC to Debtors' Notice of Potential Assumption of Executory Contracts and Proposed Cure Amounts (Filed: March 14, 2023) [Docket No. 265]

**Related Documents:**

A.    Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts (Other Assets) (Filed: February 8. 2023) [Docket No. 117]

B.    Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts (Stalking Horse Assets) (Filed: February 8, 2023) [Docket No. 118]

C.    Order (I) Approving the Sale of Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (II) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith; and (III) Granting Related Relief (Signed: March 3, 2023) [Docket No. 235]

**Status:**   By consent of the parties, the remaining open cure objections are adjourned to the next to-be scheduled omnibus hearing date.

*[Remainder of Page Intentionally Left Blank]*

5

Dated:  October 17, 2023  PACHULSKI STANG ZIEHL & JONES LLP

 */s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          tcairns@pszjlaw.com

*Counsel for the Debtors and Debtors in Possession*