UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*[1] | ) ) ) | Case No. 23-10051 (JKS) (Jointly Administered) |
| Debtors. | ) ) ) ) | **Obj. Due: Dec. 4, 2023, 5:00 p.m. (ET)** **Hearing: TBD** |

## NOTICE OF APPLICATION OF VERIZON BUSINESS NETWORK SERVICES LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

TO: (i) counsel to the Debtors; (ii) the Office of the U.S. Trustee; (iii) counsel to the Official Committee of Unsecured Creditors; and (iv) all parties who filed a request for service of notices under Fed. R. Bankr. P. 2002(i).

**PLEASE TAKE NOTICE** that, on November 10, 2023, Verizon Business Network Services LLC ("Verizon Business") and by and through its undersigned counsel in the above-referenced case, filed its *Application for Allowance and Payment of Administrative Expense Claim* (the "Application"). In the Application, Verizon Business seeks entry of an order allowing the allowance and payment of its administrative expense claim arising after April 17, 2023 and before September 21, 2023 against the Debtors in the amount of $85,657.87. A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application must be filed on or before **December 4, 2023 at 5:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any response or objection upon the undersigned counsel to Verizon Business so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is timely filed, served, and received, and such objection is not otherwise timely resolved, a hearing with respect to the Application and such objection(s) will be held before the Honorable J. Kate Stickles, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 on a date to be determined.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

CORE/0048629.1336/185522028.1
ME1 46684560v.1

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 10, 2023

MCCARTER & ENGLISH, LLP

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar #2936)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Tel: 302-984-6300; Fax: 302-984-6399
wtaylor@mccarter.com

and

Darrell W. Clark
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel: 202-785-9100; Fax: 202-785-9163
darrell.clark@stinson.com

*Counsel for Verizon Business Network Services LLC*