## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| GIGAMONSTER NETWORKS, LLC, *et al.*[1] | ) | Case No. 23-10051 (JKS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | **Related Docket No.___** |

## ORDER GRANTING APPLICATION OF
## VERIZON BUSINESS NETWORK SERVICES LLC FOR
## ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

This matter came before the Court upon the Application for Allowance and Payment of Administrative Expense Claim (the "Application") filed by Verizon Business Network Services LLC ("Verizon Business"), seeking entry of an order allowing its administrative expense claim arising after April 17, 2023 and before September 21, 2023 against GigaMonster Networks, LLC, *et al*. (collectively, the "Debtors") in the amount of $85,657.87.  The Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and due and proper notice of the Application has been provided to the parties as set forth in the Certificate of Service filed by Verizon Business.  The Court has determined that the legal and factual basis set forth in the Application establish just cause for the relief granted herein.  Therefore, upon all of the proceedings before the Court and after due deliberation, it is hereby GRANTED as set forth herein; and it is

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

ORDERED that Verizon Business is granted an allowed administrative expense claim pursuant to 11 U.S.C. § 503(b)(1)(A) in the amount of $85,657.87, which is entitled to priority under 11 U.S.C. § 507(a)(2); and it is

FURTHER ORDERED that the Debtors shall pay the full amount of the allowed claim to Verizon Business within fourteen days of the date of this Order.


IT IS ORDERED, this _____day of _____, 2023.
Wilmington, Delaware


_____
Honorable J. Kate Stickles
United States Bankruptcy Judge

CORE/0048629.1336/185521646.1
ME1 46685308v.1