**EXHIBIT A**
**Verizon Business Network Services LLC**
**Statement of Accounts**

GigaMonster Networks, LLC, et al.
Case No. 23-10051 (JKS)
Bankr. D. Del.
Filed Chapter 11 on 01/16/2023

| Account No. | Invoice Date | Invoice No. | Invoice Amount | Payment Amount | Rejection Damages | Remaining Balance |
|---|---|---|---|---|---|---|
| '202M170065168 | 4/25/2023 | 'M17006516823115-DC | $822.57 | $0.00 | | $822.57 |
| '202M170065168 | 4/25/2023 | 'M17006516823115-MD | $2,979.87 | $0.00 | | $2,979.87 |
| '212M961243559 | 4/25/2023 | 'M96124355923115-VA | $1,099.34 | $0.00 | | $1,099.34 |
| '202M170065168 | 5/25/2023 | 'M17006516823145-DC | $827.66 | -$827.66 | | $0.00 |
| '202M170065168 | 5/25/2023 | 'M17006516823145-MD | $2,918.65 | -$814.31 | | $2,104.34 |
| '212M961243559 | 5/25/2023 | 'M96124355923145-VA | $1,099.34 | -$1,016.84 | | $82.50 |
| '571M170018255 | 5/25/2023 | 'M17001825523145-VA | $108,305.28 | $0.00 | -$75,600.00 | $32,705.28 |
| '212M961243559 | 6/25/2023 | 'M96124355923176-VA | $1,099.34 | $0.00 | | $1,099.34 |
| '571M170018255 | 6/25/2023 | 'M17001825523176-VA | $5,700.28 | $0.00 | | $5,700.28 |
| '202M170065168 | 6/25/2023 | 'M17006516823176-MD | $3,023.78 | $0.00 | | $3,023.78 |
| '202M170065168 | 6/25/2023 | 'M17006516823176-DC | $831.43 | $0.00 | | $831.43 |
| '202M170065168 | 7/25/2023 | 'M17006516823206-DC | $830.21 | -$808.23 | | $21.98 |
| '202M170065168 | 7/25/2023 | 'M17006516823206-MD | $2,979.92 | $0.00 | | $2,979.92 |
| '212M961243559 | 7/25/2023 | 'M96124355923206-VA | $1,101.04 | $0.00 | | $1,101.04 |
| '571M170018255 | 7/25/2023 | 'M17001825523206-VA | $6,826.31 | $0.00 | | $6,826.31 |
| '202M170065168 | 8/25/2023 | 'M17006516823237-DC | $840.28 | $0.00 | | $840.28 |
| '202M170065168 | 8/25/2023 | 'M17006516823237-MD | $3,096.52 | $0.00 | | $3,096.52 |
| '212M961243559 | 8/25/2023 | 'M96124355923237-VA | $1,101.04 | $0.00 | | $1,101.04 |
| '571M170018255 | 8/25/2023 | 'M17001825523237-VA | $7,009.01 | $0.00 | | $7,009.01 |
| '202M170065168 | 9/25/2023 | 'M17006516823268-DC | $841.58 | $0.00 | | $841.58 |
| '202M170065168 | 9/25/2023 | 'M17006516823268-MD | $3,140.12 | $0.00 | | $3,140.12 |
| '212M961243559 | 9/25/2023 | 'M96124355923268-VA | $1,160.47 | $0.00 | | $1,160.47 |
| '571M170018255 | 9/25/2023 | 'M17001825523268-VA | $7,090.87 | $0.00 | | $7,090.87 |
| | | | | | **TOTAL UNPAID BALANCE** | **$85,657.87** |