**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, et al., *et al.*[1] | ) Case No. 23-10051 (JKS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Objs due: Dec. 4, 2023, 5:00 p.m. (ET)** |
| | ) **Hearing: TBD** |

## CERTIFICATE OF SERVICE

I certify that on November 10, 2023, I served a copy of the Application of Verizon Business Network Services LLC for Allowance and Payment of Administrative Expense Claim electronically (i) via the Court's ECF system; (ii) by electronic mail to the following parties:

Laura Davis Jones, Esq.
David M Bertenthal, Esq.
Timothy P Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705
**Email: ljones@pszjlaw.com;**
**dbertenthal@pszjlaw.com;**
**tcairns@pszjlaw.com;**
**mcaloway@pszjlaw.com;**
**pkeane@pszjlaw.com**

*Counsel to Debtor*

Office of the United States Trustee
Attn: Timothy Jay Fox, Jr., Esq.
US Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
**Email: timothy.fox@usdoj.gov**

US Attorney for Delaware
Attn: David C Weiss C/O Ellen Slights
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046
**Email: usade.ecfbankruptcy@usdoj.gov**

Washington DC Attorney General
Attn: Bankruptcy Department
441 4th Street, NW
Washington, DC 20001
**Email: oag@dc.gov**

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

Paul M Lopez, Esq.
Larry R Boyd, Esq.
Emily Hahn, Esq.
Abernathy, Roeder, Boyd & Hullett, PC
1700 Redbud Boulevard, Suite 300
Mckinney, TX 75069
**Email: plopez@abernathy-law.com**
**bankruptcy@abernathy-law.com**
**ehahn@abernathy-law.com**

*Counsel for Collin County Tax Assessor/Collector*

Aldine Independent School District
Attn: Pamela H Walters, Purvi V Patel-Benitez
2520 W Thorne Drive
Houston, TX 77073
**Email: bnkatty@aldineisdorg**

Ballard Spahr LLP
Attn: Matthew G Summers, Margaret A Vesper
919 N Market Street, 11th Floor
Wilmington, DE 19801-3034
**Email: summersm@ballardspahr.com;**
**vesperm@ballardspahr.com**

*Counsel to Comcast Cable Communications Management, LLC*

Chamberlain Hrdlicka White Williams & Aughtry, PC
Attn: Jarrod B Martin & Tara T Leday
1200 Smith Street, Suite 1400
Houston, TX 77002
**Email:jarrod.martin@chamberlainlaw.com**
**tara.leday@chamberlainlaw.com**

*Counsel to Cobb Commerce Center LLC*

Attn: Brian P Lenihan
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
**Email: blenihan@choate.com**

*Counsel to the Dip Agent and Dip Lender & Co-Counsel to M/C Partners Viii, LP, As Administrative Agent (The "Dip Agent"), And Bel Air Internet LLC And Everywhere Wireless, LLC*

Attn: Jaclyn C Marasco, Esq.
Patrick A Jackson, Esq.
Ian J Bambrick, Esq.
Katharina Earle, Esq.
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
**Email: patrick.jackson@faegredrinker.com**
**ian.bambrick@faegredrinker.com**
**jaclyn.marasco@faegredrinker.com**
**katharina.earle@faegredrinker.com**

*Counsel to the Official Committee of Unsecured Creditors*

2

Burr & Forman LLP
Attn: J Cory Falgowski 222
Delaware Avenue, Suite 1030
Wilmington, DE 19801
**Email: jfalgowski@burr.com**

*Counsel to Regions Bank*

Jack Shrum, Pa
Attn: "J" Jackson Shrum
919 N Market St Suite 1410
Wilmington, DE 19801
**Email: jshrum@jshrumlaw.com**

*Counsel to Stalbird Properties, LLC*

John D Casais, Esq.
Jones Day
100 High Street Boston, MA 02110
**Email: jcasais@jonesday.com**

*Counsel to the Dip Agent And Dip Lender & Co-Counsel to M/C Partners VIII, LP, As Administrative Agent (The "Dip Agent"), And Bel Air Internet LLC And Everywhere Wireless, LLC*

Nicholas J Morin, Esq.
Jones Day
250 Vesey Street
New York, NY 10281-1047
**Email: nmorin@jonesday.com**

*Co-Counsel to M/C Partners VIII, LP, As Administrative Agent (The "Dip Agent"), and Bel Air Internet LLC And Everywhere Wireless, LLC*

Richard J Bernard, Esq.
Faegre Drinker Biddle & Reath LLP
1177 Avenue Of The Americas New York, NY 10036
**Email:richard.bernard@faegredrinker.com**

*Counsel to the Official Committee Of Unsecured Creditors*

Ferguson Braswell Fraser Kubasta PC
Leighton Aiken, Esq.
Rachael L Smiley, Esq.
2500 Dallas Parkway, Suite 600
Plano, TX 75093
**Email: laiken@fbfk.law rsmiley@fbfk.law**

*Counsel to East Cobb Senior Living Center, LLC*

Nicola G Suglia, Esq.
Fleischer, Fleischer & Suglia, PC
Four Green Tree Centre
601 Route 73 North, Suite 305
Marlton, NJ 08053
**Email: nsuglia@fleischerlaw.com**

*Counsel to Canon Financial Services, Inc.*

Hillsborough County Tax Collector
C/O Nancy C Millan, Senior Assistant County Attorney
Attn: Brian T Fitzgerald, Esq.
Post Office Box 1110
Tampa, FL 33601-1110
**Email: fitzgeraldb@hillsboroughcounty.org**
**stroupj@hillsboroughcounty.org**
**connorsa@hillsboroughcounty.org**

Thomas M Wearsch, Esq.
Nicholas Buchta, Esq.
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
**Email: twearsch@jonesday.com**
**nbuchta@jonesday.com**

*Counsel to the Dip Agent And Dip Lender & Co-Counsel to M/C Partners VIII, LP, As Administrative Agent (The "Dip Agent"), And Bel Air Internet LLC And Everywhere Wireless, LLC*

Sophie Rogers Churchill, Esq.
Andrew R Remming, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N Market Street, 16th Floor
PO Box 1347
Wilmington, DE 19899-1347
**Email: aremming@morrisnichols.com**
**srchurchill@morrisnichols.com**

*Counsel to Barings Asset-Based Income Fund (US), LP And Babif Giga Blocker LLC*

Deborah M Perry, Esq.
Munsch Hardt Kopf & Harr, Pc
500 N Akard Street, Suite 3800
Dallas, TX 75201-6659
**Email: dperry@munsch.com**

*Counsel to Uptown At Plum Creek Phase 1A LLC*

Eboney Cobb, Esq.
Perdue, Brandon, Fielder, Collins & Mott, LLP
500 E Border Street, Suite 640
Arlington, TX 76010
**Email: emccain@pbfcm.com**

*Counsel to Richardson ISD, Eagle Mountain-Saginaw ISD, Crowley ISD*

Diane W Sanders, Esq.
Linebarger Goggan Blair & Sampson, LLP
PO Box 17428
Austin, TX
78760-7428
**Email: austin.bankruptcy@lgbs.com**

*Counsel to San Marcos CISD*

John Kendrick Turner, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway, Suite 1000
Dallas, TX 75207
**Email:  dallas.bankruptcy@lgbs.com**

*Counsel to Gregg County, Tarrant County, Dallas County, & City of Prosper*

Tara Grundemeier, Esq.
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253-3064
**Email: houston_bankruptcy@lgbs.com**

*Counsel to Harris County, Montgomery County, & Fort Bend County*

4

Julie Anne Parsons, Esq.
McCreary, Veselka, Bragg, & Allen, PC
700 Jeffrey Way, Suite 100
PO Box 1269 (Zip 78680-1269)
Round Rock, TX 78665
**Email: jparsons@mvbalaw.com**

*County Of Brazos, Texas, County Of Denton, Texas, County Of Hays, Texas, County Of Williamson, Texas*

Linda D Reece, Esq.
Perdue, Brandon, Fielder, Collins & Mott, LLP
1919 S Shiloh Road, Suite 640, LB 40 Garland, TX 75042
**Email: lreece@pbfcm.com**

*Counsel to Plano ISD, Frisco ISD*

Melissa E Valdez, Esq.
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 N Loop West, Suite 600
Houston, TX 77008
**Email: mvaldez@pbfcm.com**

*Counsel to Spring Branch Independent School District*

Christopher A Ward, Esq.
Shanti M Katona, Esq.
Michael V Dipietro, Esq.
Polsinelli PC 222
Delaware Avenue, Suite 1101
Wilmington, DE 19801
**Email: cward@polsinelli.com;
skatona@polsinelli.com;
mdipietro@polsinelli.com**

*Counsel to Skywire Holdings, Inc.*

Laura J Monroe, Esq.
Perdue, Brandon, Fielder, Collins & Mott, LLP
PO Box 817
Lubbock, TX 79408
**Email: lmbkr@pbfcm.com**

*Counsel to Hockley County Tax Office*

John D Demmy, Esq.
Saul Ewing LLP
1201 N Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899
**Email: john.demmy@saul.com**

*Counsel to East Cobb Senior Living Center, LLC*

Lucian B Murley, Esq.
Saul Ewing LLP
1201 N Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899-1266
**Email: luke.murley@saul.com**

*Counsel to Equinix, Inc.*

William J Hanlon, Esq.
Seyfarth Shaw LLP
Seaport East Suite 1200
Two Seaport Lane
Boston, MA 02210
**Email: whanlon@seyfarth.com**

*Counsel to PPF AMLI 45 Wynwood, LLC & AMLI NE 2nd Avenue, LLC*

| | |
|---|---|
| Zachary Shapiro, Esq.<br>Emily R Mathews, Esq.<br>Richards, Layton & Finger, PA<br>One Rodney Square 920<br>North King Street<br>Wilmington, De 19801<br>**Email: Shapiro@Rlf.Com**<br><br>*Counsel To The Dip Lenders & Co-Counsel To M/C Partners VIII, LP, As Administrative Agent (The "Dip Agent"), And Bel Air Internet LLC and Everywhere Wireless, LLC* | Kimberly A Bartley, Esq.<br>Waldron & Schneider, PLLC<br>15150 Middlebrook Drive<br>Houston, TX 77058<br>**Email: kbartley@ws-law.com**<br><br>*Counsel to All In All Construction, LLC* |
| Richard W Riley, Esq.<br>Whiteford, Taylor & Preston LLC<br>600 N King Street, Suite 300<br>Wilmington, DE 19801<br>**Email: rriley@wtplaw.com**<br><br>*Counsel to Kuenzli Rental Operation LLC, D/B/A Nevada Communication and Satellite ("NCS")* | Erin N Brady, Esq.<br>Christopher R Bryant, Esq.<br>Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, NY 10017<br>**Email: erin.brady@hoganlovells.com**<br>**chris.bryant@hoganlovells.com** |
| Novo Advisors LLC<br>Attn: Claudia Springer<br>1310 Meetinghouse Road<br>PO Box 448<br>Gwynedd, PA 19436<br>**Email: cspringer@novo-advisors.com** | Travis County<br>Attn: Delia Garza, Jason A. Starks<br>PO Box 1748<br>Austin, TX 78767<br>**Email: jason.starks@traviscountytx.gov** |
| Buchalter, A Professional Corporation<br>ATTN: Shawn M. Christianson, Esq.<br>425 Market Street, Suite 290<br>San Francisco, CA 94105-0900<br>**Email:schristianson@buchalter.com** | Kroll Restructuring Administration LLC<br>Attn: Oleg Bitman<br>55 East 52nd Street 17 FL<br>New York, NY 10055<br>**Email: gigamonsterteam@ra.kroll.com**<br>**serviceqa@ra.kroll.com** |
| National Association of Attorneys General<br>Attn: Karen Cordry<br>1850 M St, NW 12th Floor<br>Washington DC 20036<br>**Email: kcordry@naag.org** | Sullivan Hazeltine Allinson LLC<br>Attn: William A. Hazeltine, Esq.<br>919 North Market Street<br>Suit 420<br>Wilmington DE 19801<br>**Email: whazeltine@sha-llc.com** |

and (iii) via first class mail, postage prepaid, to the following parties:

| | |
|---|---|
| United States of America Attorney General<br>Attn: Bankruptcy Department<br>US Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | GigaMonster Networks, LLC<br>Attn: President or General Counsel<br>350 Franklin Gateway, Suite 300<br>Marietta, GA 30067 |
| Placer County Office of the Treasurer-Tax Collector<br>Attn: Laura Heckman<br>2976 Richardson Drive<br>Auburn, CA 95603 | Environmental Protection Agency Office of General Counsel 2310A<br>1200 Pennsylvania Ave NW, 2310A<br>Washington, DC 20460 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>1111 Pennsylvania Ave NW<br>Washington, DC 20004-2541 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO BOX 7346<br>Philadelphia PA 19101-7346 |
| Missouri Department of Revenue<br>Attn: Steven A Ginther<br>Bankruptcy Unit<br>PO BOX 475<br>Jefferson City, MO 65105-0475 | State of Alabama Attorney General's Office<br>Attn: Attorney General<br>501 Washington Ave<br>PO BOX 300152<br>Montgomery AL 36130-0152 |
| State of Arizona Attorney General's Office<br>Attn: Attorney General<br>1275 W Washington St<br>Phoenix AZ 85007 | State of California Attorney General's Office<br>Attn: Attorney General<br>1300 I ST<br>STE 1740<br>Sacramento CA 95814 |
| State of Colorado Attorney General's Office<br>Attn: Attorney General<br>Ralph L Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver CO 80203 | State of Florida Attorney General's Office<br>Attn: Attorney General<br>The Capitol, PL 01<br>Tallahassee FL 32399-1050 |
| State of Georgia Attorney General's Office<br>Attn: Attorney General<br>40 Capitol Square, SW<br>Atlanta GA 30334-1300 | State of Indiana Attorney General's Office<br>Attn: Attorney General<br>Indiana Govt CTR<br>South-5th FL<br>302 W Washington ST<br>Indianapolis IN 46204 |

ME1 46685102v.1

| | |
|---|---|
| State of Kentucky Attorney General's Office<br>Attn: Attorney General<br>State Capitol Suite 118<br>700 Capitol, Suite 118<br>700 Capitol Ave<br>Frankfort KY 40601 | State of Louisiana Attorney General's Office<br>Attn: Attorney General<br>PO BOX 94095<br>Baton Rouge LA 70804-4095 |
| State of Maryland Attorney General's Office<br>Attn: Attorney General<br>200 ST Paul Place<br>Baltimore MD 21202-2202 | State of Massachusetts Attorney General's Office<br>Attn: Attorney General<br>1 Ashburton Place<br>Boston MA 02108-1698 |
| State of Minnesota Attorney General's Office<br>Attn: Attorney General<br>State Capitol<br>Ste 102<br>St Paul MN 55155 | State of Mississippi Attorney General's Office<br>Attn: Attorney General<br>Department of Justice<br>PO BOX 220<br>Jackson MS 39205-0220 |
| State of Missouri Attorney General's Office<br>Attn: Attorney General<br>Supreme CT Bldg<br>207 W High St<br>Jefferson City MO 65101 | State of Nevada Attorney General's Office<br>Attn: Attorney General<br>Old Supreme CT Bldg<br>100 N Carson St<br>Carson City NV 89701 |
| State of New Jersey Attorney General's Office<br>Attn: Attorney General<br>Richard J Hughes Justic Complex<br>25 Market St, PO BOX 080<br>Trenton NJ 08625-0080 | State of New York Attorney General's Office<br>Attn: Attorney General<br>Dept of Law<br>The Capitol, 2nd FL<br>Albany NY 12224 |
| State of North Carolina Attorney General's Office<br>Attn: Attorney General<br>Dept of Justice<br>PO BOX 629<br>Raleigh NC 27602-0629 | State of Ohio Attorney General's Office<br>Attn: Attorney General<br>State Office of Tower<br>30 E Broad ST<br>Columbus OH 43266-0410 |

ME1 46685102v.1

| | |
|---|---|
| State of Oregon Attorney General's Office<br>Attn: Attorney General<br>Justice Bldg<br>1162 Court St, NE<br>Salem OR 97301 | State of South Carolina Attorney General's Office<br>Attn: Attorney General<br>Rembert C Dennis Office Bldg<br>PO BOX 11549<br>Columbia SC 29211-1549 |
| State of Tennessee Attorney General's Office<br>Attn: Attorney General<br>425 5th Avenue North<br>Nashville TN 37243 | State of Virginia Attorney General's Office<br>Attn: Attorney General<br>900 E Main St<br>Richmond VA 23219 |
| State of Washington Attorney General's Office<br>Attn: Attorney General<br>1125 Washington St SE<br>PO BOX 40100<br>Olympia WA 98504-0100 | State of Wisconsin Attorney General's Office<br>Attn: Attorney General<br>Wisconsin Department of Justice<br>State Capitol, RM 114 East, PO BOX 7857<br>Madison WI 53707-7857 |
| State of Texas Attorney General's Office<br>Attn: Attorney General<br>Capitol Station<br>PO BOX 12548<br>Austin, TX 78711-2548 | |

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE Bar #2936)