# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("**_Kroll_**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 30, 2023, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit A**:

- Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from July 1, 2023 through July 31, 2023 [Docket No. 583]

- Eighth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from August 1, 2023 through August 31, 2023 [Docket No. 584]

- Ninth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from September 1, 2023 through September 30, 2023. [Docket No. 585]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number, are: GigaMonster Networks LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

Dated: November 8, 2023

                                                                                                           */s/ Amy Castillo*  
                                                                                                           Amy Castillo

State of New York  
County of New York

Subscribed and sworn (or affirmed) to me on November 8, 2023, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*  
Notary Public, State of New York  
No. 01BI6339574  
Qualified in Queens County  
Commission Expires April 4, 2024

**<u>Exhibit A</u>**

Exhibit A
Fee Application Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE DIP AGENT AND DIP LENDER & CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | CHOATE HALL & STEWART LLP | ATTN: BRIAN P LENIHAN<br>TWO INTERNATIONAL PLACE<br>BOSTON MA 02110 | BLENIHAN@CHOATE.COM | First Class Mail and Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: JACLYN C MARASCO, PATRICK A JACKSON, IAN J BAMBRICK, KATHARINA EARLE<br>222 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON DE 19801 | PATRICK.JACKSON@FAEGREDRINKER.COM;<br>IAN.BAMBRICK@FAEGREDRINKER.COM;<br>JACLYN.MARASCO@FAEGREDRINKER.COM;<br>KATHARINA.EARLE@FAEGREDRINKER.COM | First Class Mail and Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: RICHARD J BERNARD<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 | RICHARD.BERNARD@FAEGREDRINKER.COM | First Class Mail and Email |
| THE LENDERS UNDER THE DEBTORS' PREPETITION CREDIT FACILITIES & BARINGS ASSET-BASED INCOME FUND (US), LP AND BABIF GIGA BLOCKER LLC | HOGAN LOVELLS US LLP | ATTN: ERIN N BRADY & CHRISTOPHER R BRYANT<br>390 MADISON AVENUE<br>NEW YORK NY 10017 | ERIN.BRADY@HOGANLOVELLS.COM<br>CHRIS.BRYANT@HOGANLOVELLS.COM | First Class Mail and Email |
| COUNSEL TO THE DIP AGENT AND DIP LENDER & CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | JONES DAY | ATTN: JOHN D CASAIS<br>100 HIGH STREET<br>BOSTON MA 02110 | JCASAIS@JONESDAY.COM | First Class Mail and Email |
| COUNSEL TO THE DIP AGENT AND DIP LENDER & CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | JONES DAY | ATTN: THOMAS M WEARSCH & NICHOLAS BUCHTA<br>901 LAKESIDE AVENUE<br>CLEVELAND OH 44114 | TWEARSCH@JONESDAY.COM<br>NBUCHTA@JONESDAY.COM | First Class Mail and Email |
| UNITED STATES TRUSTEE, DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIMOTHY JAY FOX, JR<br>US DEPARTMENT OF JUSTICE<br>844 KING STREET, SUITE 2207, LOCKBOX #35<br>WILMINGTON DE 19801 | TIMOTHY.FOX@USDOJ.GOV | First Class Mail and Email |
| COUNSEL TO DEBTOR | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, DAVID M BERTENTHAL & TIMOTHY P CAIRNS<br>919 NORTH MARKET STREET, 17TH FLOOR<br>PO BOX 8705<br>WILMINGTON DE 19899-8705 | LJONES@PSZJLAW.COM<br>DBERTENTHAL@PSZJLAW.COM<br>TCAIRNS@PSZJLAW.COM<br>MCALOWAY@PSZJLAW.COM<br>PKEANE@PSZJLAW.COM | Email |
| COUNSEL TO THE DIP LENDERS & CO-COUNSEL TO M/C PARTNERS VIII, LP, AS ADMINISTRATIVE AGENT (THE "DIP AGENT"), AND BEL AIR INTERNET LLC AND EVERYWHERE WIRELESS, LLC | RICHARDS, LAYTON & FINGER, PA | ATTN: ZACHARY SHAPIRO<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | SHAPIRO@RLF.COM | First Class Mail and Email |