IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) ) ) | Case No. 23-10051 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) **Re: Docket No. 467** |

### ORDER GRANTING SECOND QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM APRIL 1, 2023 THROUGH JUNE 30, 2023

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Debtors and Debtors in Possession (the "Debtors") in the above-captioned cases, filed its Second Quarterly Fee Application for Compensation and for Reimbursement of Expenses for the Period from April 1, 2023 through June 30, 2023 (the "Second Quarterly Fee Application"). The Court has reviewed the Second Quarterly Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Second Quarterly Fee Application, and any hearing on the Second Quarterly Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Second Quarterly Fee Application. Accordingly, it is hereby

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

ORDERED that the Second Quarterly Fee Application is GRANTED, on an interim basis. The Debtors in the above cases shall pay to PSZ&J the sum of $729,703.00 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $3,965.52 for a total of $733,668.52 for services rendered and disbursements incurred by PSZ&J for the period April 1, 2023 through June 30, 2023, less any amounts previously paid in connection with the monthly fee applications.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: November 15th, 2023**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

DE:4882-1821-1471.1 31213.001