IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 23-10051 (JKS)<br>)<br>) (Jointly Administered)<br>)<br>) Re: Docket No. 617<br>) |

### ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED, that the following omnibus hearing dates have been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| January 30, 2024<br>(Omnibus Hearing) | 10:00 a.m. prevailing Eastern Time |
| February 27, 2024<br>(Omnibus Hearing) | 10:00 a.m. prevailing Eastern Time |

**Dated: December 6th, 2023**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

DE:4876-5332-4686.2 31213.001