IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) ) ) | Case No. 23-10051 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) **Re: Docket No. 705** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH THE FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS (NO LIABILITY CLAIMS; REDUCE CLAIMS; RECLASSIFY CLAIMS)**

PLEASE TAKE NOTICE that on March 18, 2024, the above-captioned debtors and debtors in possession( the "Debtors"), filed the *Debtors' First Omnibus Objection (Substantive) to Certain Claims (No Liability Claims; Reduce Claims; Reclassify Claims)* (the "First Omnibus Objection") [Docket No. 705] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801 (the "Court"). A hearing on the First Omnibus Objection is scheduled for April 17, 2024 at 1:00 p.m. (prevailing Eastern Time).

PLEASE TAKE FURTHER NOTICE that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to the Chambers of the Honorable J. Kate Stickles (with all attachments) together with a copy of the First Omnibus Objection. Copies of any Proof of Claim may be requested from the undersigned counsel to the Debtors.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

DOCS_DE:244721.2 28311/001
DE:4884-6057-8991.1 31213.001

| | |
|---|---|
| Dated: April 3, 2024 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | /s/ Laura Davis Jones |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | |
| | *Counsel for the Debtors and Debtors in Possession* |