# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10051(JKS)<br><br>(Jointly Administered)<br><br>**Re. Docket No.: 763 & 884** |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF DAVID N. CRAPO, CONSUMER PRIVACY OMBUDSMAN, APPOINTED PURSUANT TO SECTION 332 OF THE BANKRUPTCY CODE, FOR ALLOWANCE AND FINAL APPROVAL OF <u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

Upon consideration of the *First and Final Application of David N. Crapo, Consumer Privacy Ombudsman, Appointed Pursuant to Section 332 of the Bankruptcy Code, for Allowance of and Final Approval of Compensation and Reimbursement of Expenses* [D.I. 763] (the "<u>Application</u>") and the *Supplement to First and Final Application of David N. Crapo, Consumer Privacy Ombudsman, Appointed Pursuant to Section 332 of the Bankruptcy Code, for Allowance of and Final Approval of Compensation and Reimbursement of Expenses* [D.I. 884]; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and notice of the Application, and any hearing on the Application, having been adequate under the circumstances; and all persons with standing having been afforded the opportunity to be heard on the Application; and good cause appearing to grant the relief requested in the Application,

**IT IS HEREBY ORDERED THAT:**

---

[1] The Debtors are: (i) GigaMonster Networks, LLC; (ii) Gigasphere Holdings, LLC; (iii) GigaMonster, LLC; (iv) Fibersphere Communications, LLC; and (v) Fibersphere Communications of CA, LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

.

1. The Application is **GRANTED** on a final basis.

2. The Debtors shall pay to David N. Crapo, in his capacity as Consumer Privacy Ombudsman ("**CPO**") in these jointly administered cases, the sum of $27,684.00 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $361.00 for a total of $28,045.00 for services rendered and disbursements incurred by the CPO for the period from February 16, 2023 through August 15, 2024.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: August 28th, 2024**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE