IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re Docket No. 889** |

**NOTICE OF (I) CONFIRMATION AND EFFECTIVE DATE OF THE COMBINED DISCLOSURE STATEMENT AND JOINT PLAN OF LIQUIDATION OF GIGAMONSTER NETWORKS, LLC AND ITS AFFILIATED DEBTORS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE AND (II) DEADLINE UNDER THE PLAN AND CONFIRMATION ORDER TO FILE ADMINISTRATIVE CLAIMS, PROFESSIONAL FEE CLAIMS, AND REJECTION CLAIMS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. **Entry of Confirmation Order**. On August 30, 2024, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. 889] (the "Confirmation Order") confirming the *Combined Disclosure Statement and Joint Plan of Liquidation of GigaMonster Networks LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* attached as Exhibit A to the Confirmation Order (together with all exhibits thereto, and as may be amended, modified or supplemented, the "Plan")[2] in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

2. **Effective Date of the Plan**. The Effective Date of the Plan was **September 16, 2024**.

3. **Substantial Consummation of Plan**. The Debtors hereby give notice that the Plan has been substantially consummated.

4. **Release, Exculpation, and Injunction**. Pursuant to the Confirmation Order, the release, injunction, and exculpation provisions in Article X.F of the Plan are now in full force and effect.

5. **Administrative Claim Bar Date**. As provided for in Article VIII.A.1 of the Plan and in the Confirmation Order, all requests for payment of an Administrative Claim arising on or after April 18, 2023 must be filed with the Bankruptcy Court **no later than October 15, 2024 (the date that is 30 days after the Effective Date);** *provided*, *however*, that Persons that asserted administrative claims with a timely filed Proof of Claim for prepetition Claims or Rejection Claims do not need to file additional requests for payment of such Administrative Claims.

6. **Deadline to File Professional Fee Claims**. As provided for in Article VIII.A.2 of the Plan and in the Confirmation Order, all final applications for payment of the Professional Fee Claims must be

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2] A capitalized term used but not defined herein shall have the meaning ascribed to it in the Plan.

filed with the Bankruptcy Court **no later than November 14, 2024 (the date that is 60 days after the Effective Date)**, unless otherwise ordered by this Court.

7. **Deadline to File Rejection Claims**. Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, if any, must be filed with the Bankruptcy Court **no later than October 15, 2024 (the date that is 30 days after the Effective Date)**.

8. **Inquiries by Interested Parties**. Copies of all pleadings (including the Confirmation Order, to which the Plan is attached as Exhibit A) may be examined free of charge at Debtors' website at https://cases.ra.kroll.com/GigaMonster/ or by calling (833) 238-7838 (Toll Free U.S. and Canada); or +1 (646) 440-4753 (International). The Confirmation Order is also on file with the Bankruptcy Court and may be viewed by accessing the Bankruptcy Court's website at www.deb.uscourts.gov.  To access documents on the Bankruptcy Court's website, you will need a PACER password and login, which can be obtained at www.pacer.psc.uscourts.gov.

Dated:  September 16, 2024          **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    302-652-4100
Facsimile:     302-652-4400
Email:  ljones@pszjlaw.com
            dbertenthal@pszjlaw.com
            tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*