IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING FINAL APPLICATION FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL
FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE
PERIOD FROM JANUARY 17, 2023 THROUGH SEPTEMBER 16, 2024**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel for the Debtors and

Debtors in Possession (the "Debtors") in the above-captioned cases, filed its Final Application

for Compensation and for Reimbursement of Expenses for the Period from January 17, 2023

through September 16, 2024 (the "Final Fee Application").  The Court has reviewed the Final

Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28

U.S.C. §§ 157 and 1334; (b) notice of the Final Fee Application, and any hearing on the Final

Fee Application, was adequate under the circumstances; and (c) all persons with standing have

been afforded the opportunity to be heard on the Final Fee Application.  Accordingly, it is hereby

ORDERED that the Final Fee Application is GRANTED, on a final basis.  The

Debtors in the above cases shall pay to PSZ&J the sum of $4,567,286.25 as compensation for

---

[1]  The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are:
GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere
Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business
address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

necessary professional services rendered, and actual and necessary expenses in the amount of

$47,044.00 for a total of $4,614,330.25 for services rendered and disbursements incurred by

PSZ&J for the period January 17, 2023 through September 16, 2024, are allowed on a final basis,

and an additional $5,000 for fees and costs estimated to be incurred in the preparation of the

Seventh Interim Fee Application, this Final Fee Application and related orders and in preparing

for and appearing at the hearing on this matter is allowed on a final basis, for a total final

allowance of fees and costs in the amount of $4,619,330.25.  The Debtors shall pay PSZ&J such

allowed amounts, minus any payments made pursuant to quarterly and monthly fee applications;

and it is further

ORDERED that PSZ&J may file one or more supplemental fee applications by

following the interim compensation procedures set forth in the Administrative Order and

submitting a certificate of no objection and order to the Court for final approval of such fees and

expenses as may be reflected in any such supplemental fee application.

ORDERED that this Court retains jurisdiction with respect to all matters arising

from or related to the implementation, interpretation, and enforcement of this Order.