# **EXHIBIT A**

**Customary and Comparable Compensation Disclosures with Fee Applications**

4860-2799-2310.1 31213.001

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(See Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE* | |
|---|---|---|
| | BILLED OR COLLECTED<br>Firm or offices for preceding year, excluding bankruptcy* | BILLED<br>In this fee application |
| Sr./Equity Partner/Shareholder | $1,600.00 | $1,402.90 |
| Of Counsel | $1,275.00 | $1,225.11 |
| Associates | $830.00 | $ 742.10 |
| Law Library Director | $645.00 | $ 0.00 |
| Paralegal | $585.00 | $ 556.67 |
| Case Management Assistants | $475.00 | $ 446.66 |
| All timekeepers aggregated** | $950.00** | $1,238.79 |

* Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For fiscal year ending 2023, non-estate work represented approximately 8-10% of the Firm's revenues. It is expected that non-estate work in 2024 will represent approximately 8-10% of the Firms' revenues.

**Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work.

Case Name:          GigaMonster Networks, LLC
Case Number:        23-10051 (JKS)
Applicant's Name:   Pachulski Stang Ziehl & Jones LLP
Date of Application: 11/11/2024
Interim or Final    Final

4860-2799-2310.1 31213.001