# EXHIBIT B

**Summary of Timekeepers Included in this Fee Application**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| David J. Barton | Partner | Bankruptcy | 1981 | 98.30 | $161,703.50 | $1,645.00 | $1,645.00 | 0 |
| David M. Bertenthal | Partner | Bankruptcy | 1993 | 139.00 | $221,705.00 | $1,595.00 | $1,450.00 | 1 |
| David M. Bertenthal | Partner | Bankruptcy | 1993 | 482.70 | $699,915.00 | $1,595.00 | $1,450.00 | 0 |
| David M. Bertenthal | Partner | Bankruptcy | 1993 | 12.60 | $9,135.00 | $1,595.00 | $1,450.00 | 1 |
| James E. O'Neill | Partner | Bankruptcy | 1985 | 87.50 | $122,062.50 | $1,395.00 | $0.00 | 1 |
| James E. O'Neill | Partner | Bankruptcy | 1985 | 14.80 | $18,870.00 | $1,275.00 | $0.00 | 0 |
| Joshua M. Fried | Partner | Bankruptcy | 1995 | 155.40 | $198,135.00 | $ 637.50 | $1,275.00 | 0 |
| Joshua M. Fried | Partner | Bankruptcy | 1995 | 14.10 | $8,988.75 | $1,275.00 | $1,275.00 | 0 |
| Laura Davis Jones | Partner | Bankruptcy | 1986 | 94.30 | $181,527.50 | $1,925.00 | $1,745.00 | 1 |
| Laura Davis Jones | Partner | Bankruptcy | 1986 | 254.90 | $444,800.50 | $1,745.00 | $1,745.00 | 0 |
| Maxim B. Litvak | Partner | Bankruptcy | 1997 | 45.80 | $66,181.00 | $1,445.00 | $1,445.00 | 0 |
| Nina L. Hong | Partner | Bankruptcy | 1996 | 142.30 | $152,972.50 | $1,075.00 | $1,075.00 | 0 |
| Timothy P. Cairns | Partner | Bankruptcy | 2002 | 76.20 | $95,250.00 | $1,250.00 | $1,125.00 | 1 |
| Timothy P. Cairns | Partner | Bankruptcy | 2002 | 402.00 | $452,462.50 | $1,125.00 | $1,125.00 | 0 |
| Cia H. Mackle | Of Counsel | Bankruptcy | 2006 | 1.40 | $ 1,295.00 | $ 925.00 | $0.00 | 0 |
| Karen B. Dine | Of Counsel | Bankruptcy | 1994 | 106.50 | $162,412.50 | $1,525.00 | $0.00 | 1 |
| Karen B. Dine | Of Counsel | Bankruptcy | 1994 | 53.70 | $74,911.50 | $1,395.00 | $0.00 | 0 |
| Mary F. Caloway | Of Counsel | Bankruptcy | 1990 | 118.10 | $176,559.50 | $1,495.00 | $1,350.00 | 1 |
| Mary F. Caloway | Of Counsel | Bankruptcy | 1990 | 117.20 | $158,220.00 | $1,350.00 | $1,350.00 | 0 |
| Peter J. Keane | Of Counsel | Bankruptcy | 2008 | 71.10 | $81,765.00 | $1,150.00 | $1,025.00 | 1 |
| Peter J. Keane | Of Counsel | Bankruptcy | 2008 | 547.10 | $560,777.50 | $1,025.00 | $1,025.00 | 0 |

Case Name: GigaMonster Networks, LLC

Case Number: 23-10051 (JKS)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 11/11/2024

Interim or Final: Final

---

[1] If applicable.

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[2] | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | HOURLY RATE BILLED | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Richard J. Gruber | Of Counsel | Bankruptcy | 1982 | 0.70 | $1,172.50 | $1,675.00 | $1,525.00 | 1 |
| Richard J. Gruber | Of Counsel | Bankruptcy | 1982 | 123.60 | $188,490.00 | $1,525.00 | $1,525.00 | 0 |
| William L. Ramseyer | Of Counsel | Bankruptcy | 1980 | 15.90 | $17,092.50 | $1,075.00 | $0.00 | 1 |
| William L. Ramseyer | Of Counsel | Bankruptcy | 1980 | 29.30 | $28,567.50 | $ 975.00 | $0.00 | 0 |
| Edward A. Corma | Of Counsel | Bankruptcy | 2018 | 25.30 | $20,113.50 | $ 795.00 | $ 725.00 | 1 |
| Edward A. Corma | Of Counsel | Bankruptcy | 2018 | 78.30 | $56,767.50 | $ 725.00 | $ 725.00 | 0 |
| Cheryl A. Knotts | Paralegal | Bankruptcy | N/A | 22.80 | $12,426.00 | $ 545.00 | $ 495.00 | 1 |
| Cheryl A. Knotts | Paralegal | Bankruptcy | N/A | 26.90 | $13,315.50 | $ 495.00 | $ 495.00 | 0 |
| Ian Densmore | Paralegal | Bankruptcy | N/A | 97.60 | $53,192.00 | $ 545.00 | $ 545.00 | 0 |
| Karina K. Yee | Paralegal | Bankruptcy | N/A | 2.50 | $1,487.50 | $ 595.00 | $0.00 | 1 |
| Karina K. Yee | Paralegal | Bankruptcy | N/A | 1.70 | $926.50 | $ 545.00 | $0.00 | 0 |
| Melissa N. Flores | Paralegal | Bankruptcy | N/A | 102.50 | $60,987.50 | $ 595.00 | $0.00 | 1 |
| Melissa N. Flores | Paralegal | Bankruptcy | N/A | 32.20 | $17,549.00 | $ 545.00 | $0.00 | 0 |
| Mike A. Matteo | Paralegal | Bankruptcy | N/A | 2.40 | $1,188.00 | $ 495.00 | $ 495.00 | 0 |
| Patricia E. Cuniff | Paralegal | Bankruptcy | N/A | 1.20 | $714.00 | $ 595.00 | $ 545.00 | 1 |
| Patricia E. Cuniff | Paralegal | Bankruptcy | N/A | 0.80 | $436.00 | $ 545.00 | $ 545.00 | 0 |
| Patricia J. Jeffries | Paralegal | Bankruptcy | N/A | 38.80 | $21,146.00 | $ 545.00 | $ 545.00 | 0 |
| Andrea R. Paul | Case Mgmt. Assist | Bankruptcy | N/A | 3.80 | $1,805.00 | $ 475.00 | $ 425.00 | 1 |
| Andrea R. Paul | Case Mgmt. Assist | Bankruptcy | N/A | 3.90 | $1,657.50 | $ 425.00 | $ 425.00 | 0 |
| Charles J. Bouzoukis | Case Mgmt. Assist | Bankruptcy | N/A | 12.50 | $5,937.50 | $ 475.00 | $ 425.00 | 1 |
| Charles J. Bouzoukis | Case Mgmt. Assist | Bankruptcy | N/A | 7.90 | $3,357.50 | $ 425.00 | $ 425.00 | 0 |
| Chris Duffy | Case Mgmt. Assist | Bankruptcy | N/A | 5.10 | $2,422.50 | $ 475.00 | $0.00 | 0 |
| Karen S. Neil | Case Mgmt. Assist | Bankruptcy | N/A | 16.20 | $6,885.00 | $ 425.00 | $ 425.00 | 0 |
| Total: | | | | 3,686.90 | $4,567,286.25 | | | |

Case Name:         GigaMonster Networks, LLC

Case Number:       23-10051 (JKS)

Applicant's Name:  Pachulski Stang Ziehl & Jones LLP

Date of Application: 11/11/2024

Interim or Final    Final

---

[2] If applicable.