# EXHIBIT C-1

**Budget**

4860-2799-2310.1 31213.001

**EXHIBIT C-1**
**BUDGET**

If the parties consent or the court so directs, a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance. See Guidelines ¶ C.8. for project category information.

| PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED |
|---|---|---|
| Asset Analysis/Recover | 0.00 | $ 0.00 |
| Asset Disposition | 1500.00 | $2,000,000.00 |
| Bankruptcy Litigation | 650.00 | $ 750,000.00 |
| Business Operations | 10.00 | $ 10,000.00 |
| Case Administration | 100.00 | $ 55,000.00 |
| Claims Administration and Objection | 200.00 | $ 235,000.00 |
| PSZJ Compensation | 150.00 | $ 120,000.00 |
| Other Professional Compensation | 30.00 | $ 30,000.00 |
| Employee Benefit and Pension | 30.00 | $ 30,000.00 |
| Contract and Lease Matters | 200.00 | $ 225,000.00 |
| Financial Filings | 50.00 | $ 50,000.00 |
| Financing/Cash Collateral/Cash Management | 50.00 | $ 70,000.00 |
| General Business Advice | 0.00 | $ 0.00 |
| General Creditors Committee | 0.00 | $ 0.00 |
| Insurance Coverage | 0.00 | $ 0.00 |
| Meeting of Creditors | 10.00 | $ 10,000.00 |
| Operations | 0.00 | $ 0.00 |
| Plan & Disclosure Statement | 600.00 | $ 900,000.00 |
| Plan Implementation | 10.00 | $ 10,000.00 |
| PSZJ Retention | 5.00 | $ 5,000.00 |
| Other Professional Retention | 50.00 | $ 55,000.00 |
| Stay Litigation | 25.00 | $ 25,000.00 |
| Tax Issues | 10.00 | $ 10,000.00 |
| Travel | 20.00 | $ 10,000.00 |
| **Total** | **3,700.00** | **$4,600,000.00** |

Case Name: GigaMonster Networks, LLC

Case Number: 23-10051 (JKS)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 11/11/2024

Interim or Final: Final

---

[1] If applicable.

4860-2799-2310.1 31213.001

# EXHIBIT C-2

**Staffing Plan**

**EXHIBIT C-2**

**STAFFING PLAN**

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees are sought in the fee application for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

| CATEGORY OF TIMEKEEPER [1] (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 8 | $1,402.90 |
| Of Counsel | 6 | $1,225.11 |
| Associates | 1 | $ 742.10 |
| Law Library Director | 0 | $ 0.00 |
| Paralegal/Assistant/Other | 7 | $ 556.67 |
| Case Management Assistants | 4 | $ 446.66 |

[1] As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category.

Case Name:            GigaMonster Networks, LLC
Case Number:          23-10051 (JKS)
Applicant's Name:     Pachulski Stang Ziehl & Jones LLP
Date of Application:  11/11/2024
Interim or Final      Final

4860-2799-2310.1 31213.001