# EXHIBIT D-1

**Summary of Compensation Requested by Project Category**

| PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Asset Analysis/Recover | 0.00 | $ 0.00 | 0.70 | $ 930.00 |
| Asset Disposition | 1500.00 | $2,000,000.00 | 1,403.30 | $1,830,298.50 |
| Bankruptcy Litigation | 650.00 | $ 750,000.00 | 638.30 | $ 747,960.50 |
| Business Operations | 10.00 | $ 10,000.00 | 2.70 | $ 2,852.50 |
| Case Administration | 100.00 | $ 55,000.00 | 90.50 | $ 52,196.00 |
| Claims Administration and Objection | 200.00 | $ 235,000.00 | 194.30 | $ 231,372.50 |
| PSZJ Compensation | 150.00 | $ 120,000.00 | 151.40 | $ 127,563.50 |
| Other Professional Compensation | 30.00 | $ 30,000.00 | 33.10 | $ 30,844.50 |
| Employee Benefit and Pension | 30.00 | $ 30,000.00 | 42.00 | $ 49,576.00 |
| Contract and Lease Matters | 200.00 | $ 225,000.00 | 192.50 | $ 220,769.50 |
| Financial Filings | 50.00 | $ 50,000.00 | 81.60 | $ 73,791.00 |
| Financing/Cash Collateral/Cash Management | 50.00 | $ 70,000.00 | 56.80 | $ 76,936.50 |
| General Business Advice | 0.00 | $ 0.00 | 0.90 | $ 445.50 |
| General Creditors Committee | 0.00 | $ 0.00 | 0.20 | $ 289.00 |
| Insurance Coverage | 0.00 | $ 0.00 | 1.90 | $ 2,269.00 |
| Meeting of Creditors | 10.00 | $ 10,000.00 | 9.30 | $ 11,627.00 |
| Operations | 0.00 | $ 0.00 | 1.10 | $ 831.50 |
| Plan & Disclosure Statement | 600.00 | $ 900,000.00 | 651.90 | $ 964,701.50 |
| Plan Implementation | 10.00 | $ 10,000.00 | 7.20 | $ 11,187.00 |
| PSZJ Retention | 5.00 | $ 5,000.00 | 8.30 | $ 8,777.50 |
| Other Professional Retention | 50.00 | $ 55,000.00 | 59.70 | $ 64,348.50 |
| Stay Litigation | 25.00 | $ 25,000.00 | 21.40 | $ 24,820.50 |
| Tax Issues | 10.00 | $ 10,000.00 | 11.10 | $ 14,774.50 |
| Travel | 20.00 | $ 10,000.00 | 26.70 | $ 18,123.75 |
| **Total** | **3,700.00** | **$4,600,000.00** | **3,686.90** | **$4,567,286.25** |

Case Name:           GigaMonster Networks, LLC

Case Number:         23-10051 (JKS)

Applicant's Name:    Pachulski Stang Ziehl & Jones LLP

Date of Application: 11/11/2024

Interim or Final     Final

---

[1] If applicable.

4860-2799-2310.1 31213.001

# EXHIBIT D-2

**Summary of Expense Reimbursement Requested by Category**

# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(*See* Guidelines C.8. for project category information.)

| Expense Category | Total Expenses |
|---|---|
| Air Fare | $5,496.60 |
| Airport Parking | $ 180.00 |
| Auto Travel Expense | $ 926.42 |
| Bloomberg | $ 20.00 |
| Working Meals | $ 432.74 |
| Conference Call | $ 457.15 |
| Delivery/Courier Service | $2,278.43 |
| Federal Express | $ 130.47 |
| Filing Fee | $8,928.00 |
| Hotel Expense | $2,631.20 |
| Lexis/Nexis – Legal Research | $ 889.86 |
| Litigation Support Vendors | $6,770.40 |
| Court Research - Pacer | $3,225.94 |
| Postage | $ 51.02 |
| Reproduction Expense | $2,319.12 |
| Reproduction/ Scan Copy | $5,518.10 |
| Research/ On-line Research | $2,596.00 |
| Travel Expense | $ 380.00 |
| Transcript | $5,142.35 |
| **Total:** | **$48,373.80** |

Case Name: GigaMonster Networks, LLC

Case Number: 23-10051 (JKS)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 11/11/2024

Interim or Final: Final

4860-2799-2310.1 31213.001