"

# EXHIBIT F

„"

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) | Case No. 23-10051 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**Objection Deadline:  April 15, 2024 at 4:00 p.m.**
**Hearing Date:  To be scheduled if necessary**

## THIRTEENTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of January 16, 2023 by order signed February 9, 2023 |
| Period for which Compensation and Reimbursement is Sought: | January 1, 2024 through January 31, 2024[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $39,703.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $    853.80 |

This is a:      ☒monthly      ☐ interim      ☐final application.

The total time expended for fee application preparation is approximately 3.0 hours

and the corresponding compensation requested is approximately $1,500.00.

---

[1]  The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2]  The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 04/11/23 | 01/17/23 – 01/31/23 | $304,014.00 | $11,622.17 | $304,014.00 | $ 11,622.17 |
| 04/18/23 | 02/01/23 – 02/28/23 | $991,725.50 | $11,753.08 | $991,725.50 | $10,423.28[3] |
| 07/10/23 | 03/01/23 – 03/31/23 | $934,165.25 | $ 9,606.27 | $934,165.25 | $ 9,606.27 |
| 07/21/23 | 04/01/23 – 04/30/23 | $361,963.50 | $ 1,600.06 | $361,963.50 | $ 1,600.06 |
| 07/25/23 | 05/01/23 – 05/31/23 | $257,859.50 | $ 1,350.96 | $257,859.50 | $ 1,350.96 |
| 07/26/23 | 06/01/23 – 06/30/23 | $109,880.00 | $ 1,014.50 | $109,880.00 | $ 1,014.50 |
| 10/30/23 | 07/01/23 – 07/31/23 | $ 72,162.00 | $ 1,092.76 | $ 72,162.00 | $ 1,092.76 |
| 10/30/23 | 08/01/23 – 08/31/23 | $ 98,661.50 | $ 1,207.39 | $ 98,661.50 | $ 1,207.39 |
| 10/30/23 | 09/01/23 – 09/30/23 | $ 41,119.00 | $ 893.70 | $ 41,119.00 | $ 893.70 |
| 12/11/23 | 10/01/23 – 10/31/23 | $ 89,959.50 | $ 898.30 | $ 71,967.60 | $ 898.30 |
| 01/30/24 | 11/01/23 – 11/30/23 | $ 90,705.00 | $ 1,028.35 | $ 72,564.00 | $ 1,028.35 |
| 02/27/24 | 12/01/23 – 12/31/23 | $ 47,070.00 | $ 950.87 | $ 37,656.00 | $ 950.87 |

---

[3] In the Court's Order approving the First Quarterly Fee Application, the Court approved $31,651.72 in expenses which reflects a reduction of $1,329.80. For the purposes of this application, we have noted the reduction in the last month of that period.

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Bertenthal | Partner 1999; Member of CA Bar since 1993 | $1,595.00 | 4.00 | $ 6,380.00 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $1,395.00 | 2.80 | $ 3,906.00 |
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,925.00 | 2.10 | $ 4,042.50 |
| Timothy P. Cairns | Partner 2012; Member of DE Bar 2002-2014; 2017-Present | $1,250.00 | 3.30 | $ 4,125.00 |
| Mary F. Caloway | Of Counsel 2020; Member of DE Bar since 1992 | $1,495.00 | 1.00 | $ 1,495.00 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE & NH Bars since 2010 | $1,150.00 | 10.90 | $12,535.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $1,075.00 | 0.70 | $    752.50 |
| Edward A. Corma | Associate 2022; Member of NJ Bar since 2018; Member of PA Bar since 2019; Member of DE Bar since 2020 | $   795.00 | 0.10 | $     79.50 |
| Cheryl A. Knotts | Paralegal | $   545.00 | 1.70 | $    926.50 |
| Melissa N. Flores | Paralegal | $   595.00 | 8.30 | $ 4,938.50 |
| Charles J. Bouzoukis | Case Management Assistant | $   475.00 | 1.10 | $    522.50 |

**Grand Total:**     **$39,703.00**
**Total Hours:**          **36.00**
**Blended Rate:**     **$1,102.86**

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Bankruptcy Litigation | 7.10 | $ 6,624.00 |
| Case Administration | 3.80 | $ 2,237.00 |
| Claims Admin./Objections | 6.40 | $ 9,115.00 |
| PSZJ Compensation | 5.00 | $ 4,204.00 |
| Other Professional Compensation | 0.30 | $ 448.50 |
| Contract and Lease Matters | 0.70 | $ 835.00 |
| Financial Filings | 0.80 | $ 1,000.00 |
| Financing/Cash Collateral/Cash Management | 0.20 | $ 319.00 |
| Plan & Disclosure Statement | 1.70 | $ 2,876.50 |
| Stay Litigation | 10.00 | $12,044.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[4] (if applicable) | Total Expenses |
|---|---|---|
| Litigation Support Vendors | Everlaw | $792.00 |
| Pacer - Court Research | | $ 61.50 |
| Reproduction Expense | | $ 0.30 |

---

[4] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) | Case No. 23-10051 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**Objection Deadline:  April 15, 2024 at 4:00 p.m.**
**Hearing Date:  To be scheduled if necessary**

**THIRTEENTH MONTHLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL
FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR
THE PERIOD FROM JANUARY 1, 2024 THROUGH JANUARY 31, 2024**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules") and the Court's "Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals," signed on or about February 9, 2023 (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel for the debtors and debtors in possession ("Debtors"), hereby submits its Thirteenth Monthly Application for Compensation and for Reimbursement of Expenses for the Period from January 1, 2024 through January 31, 2024 (the "Application").

By this Application PSZ&J seeks a monthly interim allowance of compensation in the amount of $39,703.00 and actual and necessary expenses in the amount of $853.80 for a

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

total allowance of $40,556.80 and payment of $31,762.40 (80% of the allowed fees) and

reimbursement of $853.80 (100% of the allowed expenses) for a total payment of

$32,616.20178,634.85 for the period January 1, 2024 through January 31, 2024 (the "Fee

Period"):

<u>**Background**</u>

1.      On January 16, 2023, the Debtors commenced these cases by filing

voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue in

possession of their property and continue to operate and manage their businesses as debtors in

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or

examiner has been appointed in the Debtors' chapter 11 cases.  An official committee of

unsecured creditors (the "Committee") was appointed in these cases on or about January 30,

2023.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about February 9, 2023, the Court signed the Administrative Order,

authorizing certain professionals ("Professionals") to submit applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications.  If no objections are made within twenty-one (21) days after service of the

monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%)

of the requested fees and one hundred percent (100%) of the requested expenses.  Beginning

with the period ending March 31, 2023, and at three-month intervals or such other intervals convenient to the Court, each of the Professionals may file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

4.      The retention of PSZ&J, as counsel for the Debtors, was approved effective as of January 16, 2023 by this Court's "Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date," signed on or about February 9, 2023 (the "Retention Order").  The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### <u>Compensation Paid and Its Source</u>

5.      All services for which PSZ&J requests compensation were performed for or on behalf of the Debtors, and not on behalf of any committee, creditor or other person.

6.      PSZ&J, and any partner, of counsel, or associate thereof, have received no payment and no promises for payment from any source other than from the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between PSZ&J and any other person other than among the partners, of counsel, or associates of PSZ&J for the sharing of compensation to be received for services rendered in these cases.  PSZ&J has received payments from the Debtors during the year prior to the Petition Date in the amount of $850,000 in

connection with the preparation of initial documents and its prepetition representation of the

Debtors.  There was no retainer remaining as of the petition date.  The Firm wrote off all

remaining balance and was current as of the petition date.

       7.    The professional services and related expenses for which PSZ&J requests

interim allowance of compensation and reimbursement of expenses were rendered and incurred

in connection with these cases in the discharge of PSZ&J's professional responsibilities as

attorneys for the Debtors in these chapter 11 cases.  PSZ&J's services have been necessary and

beneficial to the Debtors and their estates, creditors and other parties in interest.

### Fee Statements

       8.    The fee statements for the Fee Period are attached hereto as Exhibit A.

These statements contain daily time logs describing the time spent by each attorney and

paraprofessional during the Fee Period.  To the best of PSZ&J's knowledge, this Application

complies with sections 330 and 331 of the Bankruptcy Code and the Bankruptcy Rules.

PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the

described services.  The time reports are organized on a daily basis.  PSZ&J is particularly

sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of

different matters for a particular client, separate time entries are set forth in the time reports.

PSZ&J's charges for its professional services are based upon the time, nature, extent and value

of such services and the cost of comparable services other than in a case under the Bankruptcy

Code.  PSZ&J has reduced its charges related to any non-working "travel time" to fifty percent

(50%) of PSZ&J's standard hourly rate.  To the extent it is feasible, PSZ&J professionals attempt to work during travel.

<u>**Actual and Necessary Expenses**</u>

9.      A summary of actual and necessary expenses incurred by PSZ&J for the Fee Period is attached hereto as part of Exhibit A.  PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as this one, arising in Delaware.  PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

10.     PSZ&J charges $0.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Debtors for the receipt of faxes in these cases.

11.     With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research.  PSZ&J bills its clients the actual amounts charged by such services, with no premium.  Any volume discount received by PSZ&J is passed on to the client.

12.     PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, PSZ&J believes that such charges are

in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the

ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and

other charges.

## Summary of Services Rendered

13.     The names of the partners and associates of PSZ&J who have rendered

professional services in these cases during the Fee Period, and the paralegals and case

management assistants of PSZ&J who provided services to these attorneys during the Fee Period,

are set forth in the attached Exhibit A.

14.     PSZ&J, by and through such persons, has prepared and assisted in the

preparation of various motions and orders submitted to the Court for consideration, advised the

Debtors on a regular basis with respect to various matters in connection with the Debtors'

bankruptcy cases, and performed all necessary professional services which are described and

narrated in detail below.  PSZ&J's efforts have been extensive due to the size and complexity of

the Debtors' bankruptcy cases.

## Summary of Services by Project

15.     The services rendered by PSZ&J during the Fee Period can be grouped

into the categories set forth below.  PSZ&J attempted to place the services provided in the

category that best relates to such services.  However, because certain services may relate to one

or more categories, services pertaining to one category may in fact be included in another

category.  These services performed, by categories, are generally described below, with a more

detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit

A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

### A. Bankruptcy Litigation

16.    This category relates to work regarding motions or adversary proceedings in the Bankruptcy Court.  During the Fee Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding critical dates; (2) performed work regarding Agenda Notices and Hearing Binders; (3) attended to scheduling issues; (4) performed work regarding a notice of rescheduled hearing; (5) reviewed and analyzed issues regarding the Barings matter; and (6) corresponded regarding bankruptcy litigation issues.

Fees:  $6,624.00;      Hours:  7.10

### B. Case Administration

17.    This category relates to work regarding administration of these cases. During the Fee Period, the Firm, among other things, maintained a memorandum of critical dates, and maintained document control.

Fees:  $2,237.00;      Hours:  3.80

### C. Claims Administration and Objections

18.    This category relates to work regarding claims administration and claims objections.  During the Fee Period, the Firm, among other things:  (1) reviewed and analyzed administrative claim issues; (2) reviewed and analyzed issues regarding the Verizon claim;

(3) reviewed and analyzed a motion to file late claim; (4) reviewed and analyzed filed claims regarding potential objections; and (5) corresponded regarding claim issues.

Fees:  $9,115.00;        Hours:  6.40

**D.      PSZJ Compensation**

19.      This category relates to issues regarding the compensation of the Firm. During the Fee Period, the Firm, among other things:  (1) performed work regarding its October and November 2023 monthly fee applications; (2) performed work regarding its Fifth quarterly fee application; and (3) corresponded regarding fee issues.

Fees:  $4,204.00;        Hours:  5.00

**E.      Other Professional Compensation**

20.      This category relates to issues regarding the compensation of professionals, other than the Firm.   During the Fee Period, the Firm, among other things, reviewed and analyzed interim fee application hearing issues.

Fees:  $448.50;        Hours:  0.30

**F.      Contract and Lease Matters**

21.      This category relates to issues regarding executory contracts and unexpired leases of real property.  During the Fee Period, the Firm, among other things: (1) reviewed and analyzed cure payment issues; (2) reviewed and analyzed issues regarding the Alianza rejection letter; and (3) corresponded regarding contract and lease issues.

Fees:  $835.00;        Hours:  0.70

**G.      Financial Filings**

22.     This category relates to work regarding compliance with reporting requirements.  During the Fee Period, the Firm, among other things, performed work regarding Monthly Operating Reports.

Fees:  $1,000.00;     Hours:  0.80

**H.     Financing/Cash Collateral/Cash Management**

23.     This category relates to work regarding Debtor in Possession financing and use of cash collateral, and cash management issues.  During the Fee Period, the Firm, among other things, reviewed and analyzed issues regarding lender fees.

Fees:  $319.00;     Hours:  0.20

**I.     Plan and Disclosure Statement**

24.     This category relates to work regarding Plan of Reorganization ("Plan") and Disclosure Statement issues.   During the Fee Period, the Firm, among other things, corresponded and conferred regarding Plan issues.

Fees:  $2,876.50;     Hours:  1.70

**J.     Stay Litigation**

25.     This category relates to work regarding the automatic stay and relief from stay motions.   During the Fee Period, the Firm, among other things:  (1) reviewed and analyzed Conerly relief from stay motion issues; (2) performed research; (3) reviewed and analyzed issues regarding insurance policies; (4) performed work regarding a stipulation in the Conerly matter; (5) reviewed and analyzed time extension issues; and (6) corresponded and conferred regarding stay litigation issues.

Fees:  $12,044.00;     Hours:  10.00

## **Valuation of Services**

26.     Attorneys and paraprofessionals of PSZ&J expended a total 36.00 hours in

connection with their representation of the Debtors during the Fee Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Bertenthal | Partner 1999; Member of CA Bar since 1993 | $1,595.00 | 4.00 | $  6,380.00 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $1,395.00 | 2.80 | $  3,906.00 |
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,925.00 | 2.10 | $  4,042.50 |
| Timothy P. Cairns | Partner 2012; Member of DE Bar 2002-2014; 2017-Present | $1,250.00 | 3.30 | $  4,125.00 |
| Mary F. Caloway | Of Counsel 2020; Member of DE Bar since 1992 | $1,495.00 | 1.00 | $  1,495.00 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE & NH Bars since 2010 | $1,150.00 | 10.90 | $12,535.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $1,075.00 | 0.70 | $      752.50 |
| Edward A. Corma | Associate 2022; Member of NJ Bar since 2018; Member of PA Bar since 2019; Member of DE Bar since 2020 | $   795.00 | 0.10 | $        79.50 |
| Cheryl A. Knotts | Paralegal | $   545.00 | 1.70 | $      926.50 |
| Melissa N. Flores | Paralegal | $   595.00 | 8.30 | $  4,938.50 |
| Charles J. Bouzoukis | Case Management Assistant | $   475.00 | 1.10 | $      522.50 |

Grand Total:      **$39,703.00**
Total Hours:             **36.00**
Blended Rate:      **$1,102.86**

27.     The nature of work performed by these persons is fully set forth in Exhibit

A attached hereto.  These are PSZ&J's normal hourly rates for work of this character.  The

reasonable value of the services rendered by PSZ&J for the Debtors during the Fee Period is $39,703.00.

28.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order providing that, for the period of January 1, 2024 through January 31, 2024, an interim allowance be made to PSZ&J for compensation in the amount of $39,703.00 and actual and necessary expenses in the amount of $853.80 for a total allowance of $40,556.80 and payment of $31,762.40 (80% of the allowed fees) and reimbursement of $853.80 (100% of the allowed expenses) be authorized for a total payment of $32,616.20; and for such other and further relief as this Court deems proper.

Dated:  March 25, 2024          PACHULSKI STANG ZIEHL & JONES LLP

                                */s/ Laura Davis Jones*
                                Laura Davis Jones (DE Bar No. 2436)
                                David M. Bertenthal (CA Bar No. 167624)
                                Timothy P. Cairns (DE Bar No. 4228)
                                919 North Market Street, 17th Floor
                                P.O. Box 8705
                                Wilmington, Delaware  19899 (Courier 19801)
                                Telephone:  (302) 652-4100
                                Facsimile:   (302) 652-4400

Email:  ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        tcairns@pszjlaw.com

*Counsel for the Debtors and Debtors in Possession*

## <u>DECLARATION</u>

STATE OF DELAWARE      :
                                 :
COUNTY OF NEW CASTLE  :

      Laura Davis Jones, after being duly sworn according to law, deposes and says:

      a)      I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

      b)      I am familiar with the work performed on behalf of the debtors and debtors in possession by the lawyers and paraprofessionals of PSZ&J.

      c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about February 9, 2023 and submit that the Application substantially complies with such Rule and Order.

                                  */s/ Laura Davis Jones*_____
                                  Laura Davis Jones

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: April 15, 2024 at 4:00 p.m.** |
| | **Hearing Date: To be scheduled if necessary** |

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that on March 25, 2024, Pachulski Stang Ziehl & Jones, LLP ("PSZ&J"), counsel for the above-captioned debtors and debtors in possession, filed its *Thirteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from January 1, 2024 through January 31, 2024* (the "Application") seeking fees in the amount of $39,703.00 and reimbursement of actual and necessary expenses in the amount of $853.80 for the period from January 1, 2024 through January 31, 2024.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **April 15, 2024 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, by email upon the following: (i) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801 (Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com), David M. Bertenthal, Esq. (dbertenthal@pszjlaw.com), and Timothy P. Cairns, Esq. (tcairns@pszjlaw.com)); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Timothy J. Fox (timothy.fox@usdoj.gov); (iii) counsel to the Official Committee of Unsecured Creditors, Faegre Drinker Biddle & Reath LLP, 222 Delaware Avenue, Suite 1400, Wilmington, Delaware 19801 (Attn: Patrick A. Jackson (patrick.jackson@faegredrinker.com), Jaclyn C. Marasco (jaclyn.marasco@faegredrinker.com), and Richard J. Bernard (richard.bernard@faegredrinker.com)); and (iv) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that on February 9, 2023, the Bankruptcy Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order") [Docket No. 122]. Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing with the Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses without further notice or hearing. All fees and expenses paid to the professionals are subject to final approval by the Court.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN

ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF

REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 25, 2024                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:  302-652-4400
email:  ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       tcairns@pszjlaw.com

*Counsel for the Debtors and Debtors-in-Possession*

# EXHIBIT A



919 North Market Street
17th Floor
Wilmington, DE 19801

GigaMonster Networks LLC
Rian Branning
GigaMonster Networks, LLC
350 Franklin Gateway SE ste. 300
Marietta , GA 30067

March 1, 2024
Invoice    138107
Client    31213.00001

RE:   Debtor Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2024

| | |
|---|---:|
| FEES | $39,703.00 |
| EXPENSES | $853.80 |
| **TOTAL CURRENT CHARGES** | **$40,556.80** |
| **BALANCE FORWARD** | **$157,751.12** |
| **LAST PAYMENT** | **-$73,592.35** |
| **TOTAL BALANCE DUE** | **$124,715.57** |

Pachulski Stang Ziehl & Jones LLP

GigaMonster Networks LLC

Client 31213.00001

Page:    2

Invoice 138107

March 1, 2024

## **Summary of Services by Professional**

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| DMB | Bertenthal, David M. | Partner | 1,595.00 | 4.00 | $6,380.00 |
| JEO | O'Neill, James E. | Partner | 1,395.00 | 2.80 | $3,906.00 |
| LDJ | Jones, Laura Davis | Partner | 1,925.00 | 2.10 | $4,042.50 |
| TPC | Cairns, Timothy P. | Partner | 1,250.00 | 3.30 | $4,125.00 |
| MFC | Caloway, Mary F. | Counsel | 1,495.00 | 1.00 | $1,495.00 |
| PJK | Keane, Peter J. | Counsel | 1,150.00 | 10.90 | $12,535.00 |
| WLR | Ramseyer, William L. | Counsel | 1,075.00 | 0.70 | $752.50 |
| ECO | Corma, Edward A. | Associate | 795.00 | 0.10 | $79.50 |
| CAK | Knotts, Cheryl A. | Paralegal | 545.00 | 1.70 | $926.50 |
| MNF | Flores, Melissa N. | Paralegal | 595.00 | 8.30 | $4,938.50 |
| CJB | Bouzoukis, Charles J. | Case Management Assistant | 475.00 | 1.10 | $522.50 |
| | | | | 36.00 | $39,703.00 |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:  3
Invoice 138107
March 1, 2024

---

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation | 7.10 | $6,624.00 |
| CA | Case Administration | 3.80 | $2,237.00 |
| CO | Claims Administration and Objections | 6.40 | $9,115.00 |
| CP | PSZJ Compensation | 5.00 | $4,204.00 |
| CPO | Other Professional Compensation | 0.30 | $448.50 |
| EC | Contract and Lease Matters | 0.70 | $835.00 |
| FF | Financial Filings | 0.80 | $1,000.00 |
| FN | Financing/Cash Collateral/Cash Management | 0.20 | $319.00 |
| PD | Plan and Disclosure Statement | 1.70 | $2,876.50 |
| SL | Stay Litigation | 10.00 | $12,044.00 |
| | | 36.00 | $39,703.00 |

Pachulski Stang Ziehl & Jones LLP

GigaMonster Networks LLC

Client 31213.00001

Page:    4

Invoice 138107

March 1, 2024

---

## **<u>Summary of Expenses</u>**

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Litigation Support Vendors | $792.00 |
| Pacer - Court Research | $61.50 |
| Reproduction Expense | $0.30 |
| | $853.80 |

Pachulski Stang Ziehl & Jones LLP                                   Page:     5
GigaMonster Networks LLC                                            Invoice 138107
Client 31213.00001                                                 March 1, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation** | | | | | | |
| 01/01/2024 | PJK | BL | Review critical dates memo | 0.20 | 1,150.00 | $230.00 |
| 01/04/2024 | PJK | BL | Review draft 1/9 agenda (.2), review critical dates memo (.2), review docket re recent filings (.2), emails with M Flores re agenda (.2) | 0.80 | 1,150.00 | $920.00 |
| 01/05/2024 | LDJ | BL | Correspondence with PSZJ re: scheduling | 0.10 | 1,925.00 | $192.50 |
| 01/05/2024 | MFC | BL | Emails with chambers and team re rescheduling of 1/30 hearing. | 0.10 | 1,495.00 | $149.50 |
| 01/05/2024 | MNF | BL | Prepare Notice of Rescheduled Hearing for 2/7 | 0.40 | 595.00 | $238.00 |
| 01/05/2024 | MNF | BL | E-file and coordinate service of Notice of Rescheduled Hearing | 0.40 | 595.00 | $238.00 |
| 01/05/2024 | PJK | BL | Review 1/9 agenda | 0.20 | 1,150.00 | $230.00 |
| 01/05/2024 | TPC | BL | Work with court and team re: rescheduling of hearing | 0.30 | 1,250.00 | $375.00 |
| 01/07/2024 | LDJ | BL | Review docket, critical dates memo | 0.20 | 1,925.00 | $385.00 |
| 01/12/2024 | PJK | BL | Review critical dates memo | 0.20 | 1,150.00 | $230.00 |
| 01/14/2024 | LDJ | BL | Review docket, scheduling | 0.20 | 1,925.00 | $385.00 |
| 01/16/2024 | PJK | BL | Review adversary docket re UCC v. Barings | 0.20 | 1,150.00 | $230.00 |
| 01/18/2024 | MFC | BL | Emails re upcoming deadlines. | 0.10 | 1,495.00 | $149.50 |
| 01/18/2024 | MNF | BL | Review docket and prepare agenda for 2/7 hearing | 1.00 | 595.00 | $595.00 |
| 01/19/2024 | MNF | BL | Update agenda for 2/7 hearing | 0.50 | 595.00 | $297.50 |
| 01/21/2024 | LDJ | BL | Review pending issues, plan status, critical dates memo | 0.20 | 1,925.00 | $385.00 |
| 01/29/2024 | MFC | BL | EMails with MFLores re upcoming deadlines. | 0.10 | 1,495.00 | $149.50 |
| 01/29/2024 | MNF | BL | Update agenda for 2/7 hearing | 0.30 | 595.00 | $178.50 |
| 01/29/2024 | PJK | BL | Review critical dates memo | 0.20 | 1,150.00 | $230.00 |
| 01/30/2024 | CJB | BL | Prepare hearing binders for hearing on 2/7/24. | 0.90 | 475.00 | $427.50 |
| 01/30/2024 | MNF | BL | Update agenda for 2/7 hearing | 0.30 | 595.00 | $178.50 |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:    6
Invoice 138107
March 1, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/30/2024 | PJK | BL | Review 2/7 agenda, emails with M Flores re same | 0.20 | 1,150.00 | $230.00 |
|  |  |  |  | 7.10 |  | $6,624.00 |

**Case Administration**

|  |  |  |  | | | |
|---|---|---|---|---|---|---|
| 01/03/2024 | MNF | CA | Review docket; Critical dates | 0.30 | 595.00 | $178.50 |
| 01/04/2024 | MNF | CA | Critical Dates | 0.20 | 595.00 | $119.00 |
| 01/05/2024 | MNF | CA | Critical Dates | 0.20 | 595.00 | $119.00 |
| 01/10/2024 | MNF | CA | Critical dates | 0.20 | 595.00 | $119.00 |
| 01/11/2024 | MNF | CA | Critical Dates | 0.30 | 595.00 | $178.50 |
| 01/16/2024 | MNF | CA | Critical dates | 0.30 | 595.00 | $178.50 |
| 01/17/2024 | MNF | CA | Critical Dates | 0.30 | 595.00 | $178.50 |
| 01/19/2024 | MNF | CA | Critical dates | 0.30 | 595.00 | $178.50 |
| 01/23/2024 | MNF | CA | Critical Dates | 0.30 | 595.00 | $178.50 |
| 01/25/2024 | MNF | CA | Critical dates | 0.30 | 595.00 | $178.50 |
| 01/26/2024 | MNF | CA | Critical Dates | 0.30 | 595.00 | $178.50 |
| 01/29/2024 | CJB | CA | Maintain document control. | 0.20 | 475.00 | $95.00 |
| 01/29/2024 | MNF | CA | Critical Dates | 0.30 | 595.00 | $178.50 |
| 01/30/2024 | MNF | CA | Critical Dates | 0.30 | 595.00 | $178.50 |
|  |  |  |  | 3.80 |  | $2,237.00 |

**Claims Administration and Objections**

|  |  |  |  | | | |
|---|---|---|---|---|---|---|
| 01/04/2024 | JEO | CO | Emails with counsel for Verizon re admin claims | 0.60 | 1,395.00 | $837.00 |
| 01/05/2024 | JEO | CO | Review status of Verizon Claim | 0.50 | 1,395.00 | $697.50 |
| 01/09/2024 | LDJ | CO | Review pending claims issues | 0.30 | 1,925.00 | $577.50 |
| 01/10/2024 | DMB | CO | review materials re late claim | 0.30 | 1,595.00 | $478.50 |
| 01/10/2024 | DMB | CO | corr from UCC counsel and internal corr re late claim motion | 0.20 | 1,595.00 | $319.00 |
| 01/12/2024 | JEO | CO | Review  status of Verizon admin claim | 0.80 | 1,395.00 | $1,116.00 |
| 01/16/2024 | DMB | CO | review materials re claims status | 0.20 | 1,595.00 | $319.00 |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:    7
Invoice 138107
March 1, 2024

| Date | | | | Hours | Rate | Amount |
|------|---|---|------|------:|-----:|-------:|
| 01/16/2024 | TPC | CO | Review motion to file late claim/stay relief from PI plaintiff (0.5) and correspond with team re: same (0.1) | 0.60 | 1,250.00 | $750.00 |
| 01/23/2024 | DMB | CO | internal corr re claims | 0.20 | 1,595.00 | $319.00 |
| 01/23/2024 | TPC | CO | Review claims filed against the estate and evaluate for potential objections | 1.00 | 1,250.00 | $1,250.00 |
| 01/25/2024 | DMB | CO | corr with J. O'Neill re claims issues | 0.10 | 1,595.00 | $159.50 |
| 01/25/2024 | DMB | CO | review materials re claims issues | 0.40 | 1,595.00 | $638.00 |
| 01/25/2024 | ECO | CO | E-mails with James O'Neill re update on claim objections/notice of satisfied claims. | 0.10 | 795.00 | $79.50 |
| 01/25/2024 | JEO | CO | Review GigaMonster claim objections | 0.90 | 1,395.00 | $1,255.50 |
| 01/30/2024 | DMB | CO | corr with client re tax issues | 0.20 | 1,595.00 | $319.00 |
| | | | | **6.40** | | **$9,115.00** |

### PSZJ Compensation

| Date | | | | Hours | Rate | Amount |
|------|---|---|------|------:|-----:|-------:|
| 01/03/2024 | MNF | CP | Prepare CNO re: 10th monthly fee app of PSZJ | 0.30 | 595.00 | $178.50 |
| 01/11/2024 | MNF | CP | Prepare Notice of Rate change of PSZJ | 0.30 | 595.00 | $178.50 |
| 01/12/2024 | LDJ | CP | Review and comment on rate change schedule and notice | 0.20 | 1,925.00 | $385.00 |
| 01/12/2024 | MNF | CP | E-file Notice of rate change of PSZJ | 0.30 | 595.00 | $178.50 |
| 01/14/2024 | WLR | CP | Draft Fifth quarterly fee application. | 0.70 | 1,075.00 | $752.50 |
| 01/27/2024 | LDJ | CP | Correspondence with Mary Caloway re: interim fee application | 0.10 | 1,925.00 | $192.50 |
| 01/30/2024 | CAK | CP | Review and update November 2023 fee application | 0.60 | 545.00 | $327.00 |
| 01/30/2024 | CAK | CP | Edit November 2023 bill | 0.20 | 545.00 | $109.00 |
| 01/30/2024 | CAK | CP | Edit November 2023 fee application | 0.40 | 545.00 | $218.00 |
| 01/30/2024 | CAK | CP | Coordinate posting, filing and service of November 2023 fee application | 0.30 | 545.00 | $163.50 |
| 01/30/2024 | CAK | CP | Coordinate obtaining ledes re: November 2023 fee application | 0.10 | 545.00 | $54.50 |
| 01/30/2024 | LDJ | CP | Review and finalize interim fee application (Nov 2023) | 0.30 | 1,925.00 | $577.50 |

Pachulski Stang Ziehl & Jones LLP

GigaMonster Networks LLC

Client 31213.00001

Page:     8

Invoice 138107

March 1, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/30/2024 | MFC | CP | EMails re PSZJ fee apps for filing. | 0.20 | 1,495.00 | $299.00 |
| 01/30/2024 | MNF | CP | Prepare Notice re: 11th monthly fee app of PSZJ | 0.30 | 595.00 | $178.50 |
| 01/30/2024 | MNF | CP | Finalize/E-file 11th monthly fee app of PSZJ; Coordinate service of same | 0.60 | 595.00 | $357.00 |
| 01/31/2024 | CAK | CP | Email ledes to UST re: November 2023 fee application | 0.10 | 545.00 | $54.50 |
| | | | | **5.00** | | **$4,204.00** |

**Other Professional Compensation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/27/2024 | MFC | CPO | EMails with Committee counsel and PSZJ team re interim fee app hearing issues. | 0.30 | 1,495.00 | $448.50 |
| | | | | **0.30** | | **$448.50** |

**Contract and Lease Matters**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/02/2024 | TPC | EC | Correspond with team and claimants re: payment of cures | 0.30 | 1,250.00 | $375.00 |
| 01/18/2024 | PJK | EC | Review Alianza rejection letter (.3), emails with client re same (.1) | 0.40 | 1,150.00 | $460.00 |
| | | | | **0.70** | | **$835.00** |

**Financial Filings**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/24/2024 | TPC | FF | Review and file MORs | 0.80 | 1,250.00 | $1,000.00 |
| | | | | **0.80** | | **$1,000.00** |

**Financing/Cash Collateral/Cash Management**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/30/2024 | DMB | FN | corr with M. Litvak, client re lender fees | 0.20 | 1,595.00 | $319.00 |
| | | | | **0.20** | | **$319.00** |

**Plan and Disclosure Statement**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2024 | DMB | PD | corr from client re plan | 0.10 | 1,595.00 | $159.50 |
| 01/11/2024 | LDJ | PD | Review plan status, open issues | 0.20 | 1,925.00 | $385.00 |
| 01/22/2024 | DMB | PD | corr to client re plan | 0.10 | 1,595.00 | $159.50 |
| 01/25/2024 | DMB | PD | corr with client, UCC counsel, E Brady | 0.20 | 1,595.00 | $319.00 |

Pachulski Stang Ziehl & Jones LLP                          Page:     9
GigaMonster Networks LLC                                    Invoice 138107
Client 31213.00001                                         March 1, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/26/2024 | DMB | PD | call with UCC, lender re plan issues (.4); follow up calls with Laura Davis Jones (.1) and R Branning (.1) | 0.60 | 1,595.00 | $957.00 |
| 01/26/2024 | LDJ | PD | Review plan issues | 0.30 | 1,925.00 | $577.50 |
| 01/29/2024 | DMB | PD | internal call re plan, claims issues | 0.20 | 1,595.00 | $319.00 |
|  |  |  |  | **1.70** |  | **$2,876.50** |

**Stay Litigation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/07/2024 | MFC | SL | Review Conerly RFS motion. | 0.20 | 1,495.00 | $299.00 |
| 01/10/2024 | PJK | SL | Review Conerly motions and analyze same (.8), email to PSZJ team re motions (.2) | 1.00 | 1,150.00 | $1,150.00 |
| 01/11/2024 | PJK | SL | Review Conerly motions and research issues re same (.6), emails with client re same (.2) | 0.80 | 1,150.00 | $920.00 |
| 01/12/2024 | DMB | SL | internal corr re stay relief issues | 0.20 | 1,595.00 | $319.00 |
| 01/14/2024 | PJK | SL | Email from R Branning re insurance policies re Conerly motions, review same | 0.30 | 1,150.00 | $345.00 |
| 01/15/2024 | DMB | SL | corr re Conerly motion | 0.10 | 1,595.00 | $159.50 |
| 01/15/2024 | PJK | SL | Research re Conerly issues (.4), emails with R Branning re same (.2) | 0.60 | 1,150.00 | $690.00 |
| 01/16/2024 | DMB | SL | internal corr re Conerly motion | 0.20 | 1,595.00 | $319.00 |
| 01/16/2024 | PJK | SL | Emails with T. Cairns re Conerly motions | 0.20 | 1,150.00 | $230.00 |
| 01/16/2024 | PJK | SL | Draft Conerly stipulation, review motions re same (.7), email to client re draft stip (.2) | 0.90 | 1,150.00 | $1,035.00 |
| 01/16/2024 | PJK | SL | Review Ozburn edits on stip, email to lender counsel re same | 0.20 | 1,150.00 | $230.00 |
| 01/17/2024 | TPC | SL | Correspond with team re: issues related to granting stay relief to PI claimant | 0.30 | 1,250.00 | $375.00 |
| 01/18/2024 | DMB | SL | review stay papers and corr with P. Keane | 0.40 | 1,595.00 | $638.00 |
| 01/18/2024 | PJK | SL | Emails and call with T. Cairns re Conerly motions (.2), draft stip re same (1.2) | 1.40 | 1,150.00 | $1,610.00 |
| 01/18/2024 | PJK | SL | Emails with UCC counsel re Conerly motion (.2), emails with movant counsel re same (.2) | 0.40 | 1,150.00 | $460.00 |
| 01/22/2024 | DMB | SL | corr from P. Keane re stay stipulation | 0.10 | 1,595.00 | $159.50 |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:   10
Invoice 138107
March 1, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/22/2024 | PJK | SL | Emails with movant counsel and T. Cairns re Conerly stip (.2), review draft stipulation (.2) | 0.40 | 1,150.00 | $460.00 |
| 01/24/2024 | PJK | SL | Review policies (.2), emails with Conerly re same (.2) | 0.40 | 1,150.00 | $460.00 |
| 01/25/2024 | PJK | SL | Email with M Jolly re info re Conerly motions (.2), emails with Conerly counsel (.2), attention to issues re stay relief motions (.4), emails with M Flores re same (.2), review critical dates memo (.2) | 1.20 | 1,150.00 | $1,380.00 |
| 01/25/2024 | PJK | SL | Additional emails with Conerly counsel re extension and stipulation, review issues re same | 0.30 | 1,150.00 | $345.00 |
| 01/29/2024 | PJK | SL | Review critical dates memo (.2), email with M Flores re Conerly motions (.2) | 0.40 | 1,150.00 | $460.00 |
| | | | | **10.00** | | **$12,044.00** |

**TOTAL SERVICES FOR THIS MATTER:**                                    **$39,703.00**

Pachulski Stang Ziehl & Jones LLP        Page:    11

GigaMonster Networks LLC        Invoice 138107

Client 31213.00001        March 1, 2024

---

**Expenses**

| | | | |
|---|---|---|---:|
| 01/30/2024 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 01/30/2024 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 01/30/2024 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 01/31/2024 | OS | Everlaw, Inv. 103816 | 792.00 |
| 01/31/2024 | PAC | Pacer - Court Research | 61.50 |

**Total Expenses for this Matter**        **$853.80**

Pachulski Stang Ziehl & Jones LLP

GigaMonster Networks LLC

Client 31213.00001

Page:    12

Invoice 138107

March 1, 2024

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  01/31/2024**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 135773 | 10/31/2023 | $17,996.90 | $0.00 | $17,996.90 |
| 137439 | 12/31/2023 | $47,070.00 | $950.87 | $48,020.87 |
| 135792 | 11/30/2023 | $18,141.00 | $0.00 | $18,141.00 |

**Total Amount Due on Current and Prior Invoices:**                    **$124,715.57**