"

# GZJ KDKV'I

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: May 6, 2024 at 4:00 p.m.**
**Hearing Date: To be scheduled if necessary**

## FOURTEENTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of January 16, 2023 by order signed February 9, 2023 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2024 through February 29, 2024[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $98,423.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $   925.70 |

This is a:     ☒ monthly     ☐ interim     ☐ final application.

The total time expended for fee application preparation is approximately 3.0 hours

and the corresponding compensation requested is approximately $1,500.00.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 04/11/23 | 01/17/23 – 01/31/23 | $304,014.00 | $11,622.17 | $304,014.00 | $ 11,622.17 |
| 04/18/23 | 02/01/23 – 02/28/23 | $991,725.50 | $11,753.08 | $991,725.50 | $10,423.28[3] |
| 07/10/23 | 03/01/23 – 03/31/23 | $934,165.25 | $ 9,606.27 | $934,165.25 | $ 9,606.27 |
| 07/21/23 | 04/01/23 – 04/30/23 | $361,963.50 | $ 1,600.06 | $361,963.50 | $ 1,600.06 |
| 07/25/23 | 05/01/23 – 05/31/23 | $257,859.50 | $ 1,350.96 | $257,859.50 | $ 1,350.96 |
| 07/26/23 | 06/01/23 – 06/30/23 | $109,880.00 | $ 1,014.50 | $109,880.00 | $ 1,014.50 |
| 10/30/23 | 07/01/23 – 07/31/23 | $ 72,162.00 | $ 1,092.76 | $ 72,162.00 | $ 1,092.76 |
| 10/30/23 | 08/01/23 – 08/31/23 | $ 98,661.50 | $ 1,207.39 | $ 98,661.50 | $ 1,207.39 |
| 10/30/23 | 09/01/23 – 09/30/23 | $ 41,119.00 | $ 893.70 | $ 41,119.00 | $ 893.70 |
| 12/11/23 | 10/01/23 – 10/31/23 | $ 89,959.50 | $ 898.30 | $ 89,959.50 | $ 898.30 |
| 01/30/24 | 11/01/23 – 11/30/23 | $ 90,705.00 | $ 1,028.35 | $ 90,705.00 | $ 1,028.35 |
| 02/27/24 | 12/01/23 – 12/31/23 | $ 47,070.00 | $ 950.87 | $ 47,070.00 | $ 950.87 |
| 03/25/24 | 01/01/24 – 01/31/24 | $ 39,703.00 | $ 853.80 | Pending | Pending |

---

[3] In the Court's Order approving the First Quarterly Fee Application, the Court approved $31,651.72 in expenses which reflects a reduction of $1,329.80. For the purposes of this application, we have noted the reduction in the last month of that period.

## **PSZ&J PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Bertenthal | Partner 1999; Member of CA Bar since 1993 | $1,595.00 | 12.70 | $20,256.50 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $1,395.00 | 13.00 | $18,135.00 |
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,925.00 | 4.10 | $ 7,892.50 |
| Timothy P. Cairns | Partner 2012; Member of DE Bar 2002-2014; 2017-Present | $1,250.00 | 1.30 | $ 1,625.00 |
| Karen B. Dine | Of Counsel 2020; Member of NY Bar since 1994 | $1,525.00 | 10.50 | $16,012.50 |
| Mary F. Caloway | Of Counsel 2020; Member of DE Bar since 1992 | $1,495.00 | 2.10 | $ 3,139.50 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE & NH Bars since 2010 | $1,150.00 | 11.00 | $12,650.00 |
| Richard J. Gruber | Of Counsel 2008; Member of CA Bar since 1982 | $1,675.00 | 0.70 | $ 1,172.50 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $1,075.00 | 4.40 | $ 4,730.00 |
| Edward A. Corma | Associate 2022; Member of NJ Bar since 2018; Member of PA Bar since 2019; Member of DE Bar since 2020 | $  795.00 | 3.00 | $ 2,385.00 |
| Cheryl A. Knotts | Paralegal | $  545.00 | 5.70 | $ 3,106.50 |
| Melissa N. Flores | Paralegal | $  595.00 | 10.70 | $ 6,366.50 |
| Patricia E. Cuniff | Paralegal | $  595.00 | 1.20 | $    714.00 |
| Charles J. Bouzoukis | Case Management Assistant | $  475.00 | 0.50 | $    237.50 |

**Grand Total:**     **$98,423.00**
**Total Hours:**        **80.90**
**Blended Rate:**      **$1,216.60**

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Bankruptcy Litigation | 14.50 | $15,863.00 |
| Case Administration | 4.00 | $ 2,380.00 |
| Claims Admin./Objections | 11.40 | $14,201.50 |
| PSZJ Compensation | 13.60 | $11,390.00 |
| Other Professional Compensation | 1.10 | $   744.50 |
| Contract and Lease Matters | 0.40 | $   500.00 |
| Financial Filings | 0.50 | $   625.00 |
| Financing/Cash Collateral/Cash Management | 0.20 | $   319.00 |
| Plan & Disclosure Statement | 31.70 | $48,652.50 |
| Stay Litigation | 3.50 | $ 3,747.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[4] (if applicable) | Total Expenses |
|---|---|---|
| Litigation Support Vendors | | $792.00 |
| Pacer - Court Research | | $ 65.40 |
| Reproduction Expense | | $ 68.30 |

---

[4] PSZ&J may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |

**Objection Deadline:  May 6, 2024 at 4:00 p.m.**
**Hearing Date:  To be scheduled if necessary**

### FOURTEENTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE <u>PERIOD FROM FEBRUARY 1, 2024 THROUGH FEBRUARY 29, 2024</u>

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules") and the Court's "Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals," signed on or about February 9, 2023 (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel for the debtors and debtors in possession ("Debtors"), hereby submits its Fourteenth Monthly Application for Compensation and for Reimbursement of Expenses for the Period from February 1, 2024 through February 29, 2024 (the "Application").

By this Application PSZ&J seeks a monthly interim allowance of compensation in the amount of $98,423.00 and actual and necessary expenses in the amount of $925.70 for a

---

[1]  The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

total allowance of $99,348.70 and payment of $78,738.40 (80% of the allowed fees) and

reimbursement of $925.70 (100% of the allowed expenses) for a total payment of

$79,664.10178,634.85 for the period February 1, 2024 through February 29, 2024 (the "Fee

Period"):

**Background**

1.      On January 16, 2023, the Debtors commenced these cases by filing

voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue in

possession of their property and continue to operate and manage their businesses as debtors in

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or

examiner has been appointed in the Debtors' chapter 11 cases.  An official committee of

unsecured creditors (the "Committee") was appointed in these cases on or about January 30,

2023.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about February 9, 2023, the Court signed the Administrative Order,

authorizing certain professionals ("Professionals") to submit applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications.  If no objections are made within twenty-one (21) days after service of the

monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%)

of the requested fees and one hundred percent (100%) of the requested expenses.  Beginning

with the period ending March 31, 2023, and at three-month intervals or such other intervals

convenient to the Court, each of the Professionals may file and serve an interim application for

allowance of the amounts sought in its monthly fee applications for that period.  All fees and

expenses paid are on an interim basis until final allowance by the Court.

      4.     The retention of PSZ&J, as counsel for the Debtors, was approved

effective as of January 16, 2023 by this Court's "Order Authorizing the Employment and

Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the

Petition Date," signed on or about February 9, 2023 (the "Retention Order").  The Retention

Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual

and necessary out-of-pocket expenses.

### PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

#### Compensation Paid and Its Source

      5.     All services for which PSZ&J requests compensation were performed for

or on behalf of the Debtors, and not on behalf of any committee, creditor or other person.

      6.     PSZ&J, and any partner, of counsel, or associate thereof, have received no

payment and no promises for payment from any source other than from the Debtors for services

rendered or to be rendered in any capacity whatsoever in connection with the matters covered by

this Application.  There is no agreement or understanding between PSZ&J and any other person

other than among the partners, of counsel, or associates of PSZ&J for the sharing of

compensation to be received for services rendered in these cases.  PSZ&J has received payments

from the Debtors during the year prior to the Petition Date in the amount of $850,000 in

connection with the preparation of initial documents and its prepetition representation of the

Debtors.  There was no retainer remaining as of the petition date.  The Firm wrote off all

remaining balance and was current as of the petition date.

       7.     The professional services and related expenses for which PSZ&J requests

interim allowance of compensation and reimbursement of expenses were rendered and incurred

in connection with these cases in the discharge of PSZ&J's professional responsibilities as

attorneys for the Debtors in these chapter 11 cases.  PSZ&J's services have been necessary and

beneficial to the Debtors and their estates, creditors and other parties in interest.

**Fee Statements**

       8.     The fee statements for the Fee Period are attached hereto as Exhibit A.

These statements contain daily time logs describing the time spent by each attorney and

paraprofessional during the Fee Period.  To the best of PSZ&J's knowledge, this Application

complies with sections 330 and 331 of the Bankruptcy Code and the Bankruptcy Rules.

PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the

described services.  The time reports are organized on a daily basis.  PSZ&J is particularly

sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of

different matters for a particular client, separate time entries are set forth in the time reports.

PSZ&J's charges for its professional services are based upon the time, nature, extent and value

of such services and the cost of comparable services other than in a case under the Bankruptcy

Code.  PSZ&J has reduced its charges related to any non-working "travel time" to fifty percent

(50%) of PSZ&J's standard hourly rate.  To the extent it is feasible, PSZ&J professionals attempt to work during travel.

### Actual and Necessary Expenses

9.      A summary of actual and necessary expenses incurred by PSZ&J for the Fee Period is attached hereto as part of Exhibit A.  PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as this one, arising in Delaware.  PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

10.      PSZ&J charges $0.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Debtors for the receipt of faxes in these cases.

11.      With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research.  PSZ&J bills its clients the actual amounts charged by such services, with no premium.  Any volume discount received by PSZ&J is passed on to the client.

12.      PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, PSZ&J believes that such charges are

in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the

ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and

other charges.

**Summary of Services Rendered**

13.     The names of the partners and associates of PSZ&J who have rendered

professional services in these cases during the Fee Period, and the paralegals and case

management assistants of PSZ&J who provided services to these attorneys during the Fee Period,

are set forth in the attached Exhibit A.

14.     PSZ&J, by and through such persons, has prepared and assisted in the

preparation of various motions and orders submitted to the Court for consideration, advised the

Debtors on a regular basis with respect to various matters in connection with the Debtors'

bankruptcy cases, and performed all necessary professional services which are described and

narrated in detail below.  PSZ&J's efforts have been extensive due to the size and complexity of

the Debtors' bankruptcy cases.

**Summary of Services by Project**

15.     The services rendered by PSZ&J during the Fee Period can be grouped

into the categories set forth below.  PSZ&J attempted to place the services provided in the

category that best relates to such services.  However, because certain services may relate to one

or more categories, services pertaining to one category may in fact be included in another

category.  These services performed, by categories, are generally described below, with a more

detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit

A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

### A.    Bankruptcy Litigation

16.    This category relates to work regarding motions or adversary proceedings in the Bankruptcy Court.  During the Fee Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding critical dates; (2) performed work regarding Agenda Notices and Hearing Binders; (3) performed work regarding a stipulation with Conerly; (4) attended to scheduling issues; (5) performed work regarding an Omnibus Hearing Date order; (6) reviewed and analyzed insurance issues regarding the Conerly stipulation; (7) reviewed and analyzed issues regarding the Barings matter; (8) reviewed and analyzed issues regarding a dispute relating to a Transition Service Agreement; and (9) conferred and corresponded regarding bankruptcy litigation issues.

Fees:  $15,863.00;    Hours:  14.50

### B.    Case Administration

17.    This category relates to work regarding administration of these cases. During the Fee Period, the Firm, among other things, maintained a memorandum of critical dates, and maintained document control.

Fees:  $2,380.00;    Hours:  4.00

### C.    Claims Administration and Objections

18.     This category relates to work regarding claims administration and claims objections.  During the Fee Period, the Firm, among other things:  (1) reviewed and analyzed claims and performed work regarding a claims analysis; (2) reviewed and responded to inquiries from creditors; (3) performed work regarding a notice of satisfaction of claims; (4) performed work regarding First and Second Omnibus Claims Objections; and (5) corresponded regarding claim issues.

Fees:  $14,201.50;     Hours:  11.40

**D.     PSZJ Compensation**

19.     This category relates to issues regarding the compensation of the Firm.  During the Fee Period, the Firm, among other things:  (1) performed work regarding its December 2023 and January 2024 monthly fee applications; (2) performed work regarding its Fourth and Fifth quarterly fee applications; and (3) corresponded regarding fee issues.

Fees:  $11,390.00;     Hours:  13.60

**E.     Other Professional Compensation**

20.     This category relates to issues regarding the compensation of professionals, other than the Firm.   During the Fee Period, the Firm, among other things, reviewed and analyzed interim fee application hearing issues and performed work regarding a fee application Hearing Binder.

Fees:  $744.50;       Hours:  1.10

**F.     Contract and Lease Matters**

21.     This category relates to issues regarding executory contracts and unexpired leases of real property.  During the Fee Period, the Firm, among other things, reviewed and analyzed cure issues.

Fees:  $500.00;          Hours:  0.40

**G.      Financial Filings**

22.     This category relates to work regarding compliance with reporting requirements.  During the Fee Period, the Firm, among other things, performed work regarding Monthly Operating Reports.

Fees:  $625.00;          Hours:  0.50

**H.      Financing/Cash Collateral/Cash Management**

23.     This category relates to work regarding Debtor in Possession financing and use of cash collateral, and cash management issues.  During the Fee Period, the Firm, among other things, reviewed and analyzed budget issues.

Fees:  $319.00;          Hours:  0.20

**I.      Plan and Disclosure Statement**

24.     This category relates to work regarding Plan of Reorganization ("Plan") and Disclosure Statement issues.   During the Fee Period, the Firm, among other things: (1) performed work regarding a Plan term sheet; (2) performed work regarding a joint Plan and Disclosure Statement; (3) reviewed and analyzed a settlement agreement; (4) performed work regarding a side letter concerning Plan terms: (5) performed work regarding a Fourth motion to extend the exclusivity periods; (6) performed work regarding a Plan-related claims analysis; and (7) conferred and corresponded regarding Plan and Disclosure Statement issues.

Fees:  $48,652.50;      Hours:  31.70

**J.      Stay Litigation**

25.      This category relates to work regarding the automatic stay and relief from stay motions.   During the Fee Period, the Firm, among other things:  (1) performed work regarding a stipulation in the Conerly matter; and (2) corresponded regarding stay litigation issues.

Fees:  $3,747.50;      Hours:  3.50

**Valuation of Services**

26.      Attorneys and paraprofessionals of PSZ&J expended a total 80.90 hours in connection with their representation of the Debtors during the Fee Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Bertenthal | Partner 1999; Member of CA Bar since 1993 | $1,595.00 | 12.70 | $20,256.50 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $1,395.00 | 13.00 | $18,135.00 |
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,925.00 | 4.10 | $ 7,892.50 |
| Timothy P. Cairns | Partner 2012; Member of DE Bar 2002-2014; 2017-Present | $1,250.00 | 1.30 | $ 1,625.00 |
| Karen B. Dine | Of Counsel 2020; Member of NY Bar since 1994 | $1,525.00 | 10.50 | $16,012.50 |
| Mary F. Caloway | Of Counsel 2020; Member of DE Bar since 1992 | $1,495.00 | 2.10 | $ 3,139.50 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE & NH Bars since 2010 | $1,150.00 | 11.00 | $12,650.00 |
| Richard J. Gruber | Of Counsel 2008; Member of CA Bar since 1982 | $1,675.00 | 0.70 | $ 1,172.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $1,075.00 | 4.40 | $ 4,730.00 |
| Edward A. Corma | Associate 2022; Member of NJ Bar since 2018; Member of PA Bar since 2019; Member of DE Bar since 2020 | $ 795.00 | 3.00 | $ 2,385.00 |
| Cheryl A. Knotts | Paralegal | $ 545.00 | 5.70 | $ 3,106.50 |
| Melissa N. Flores | Paralegal | $ 595.00 | 10.70 | $ 6,366.50 |
| Patricia E. Cuniff | Paralegal | $ 595.00 | 1.20 | $ 714.00 |
| Charles J. Bouzoukis | Case Management Assistant | $ 475.00 | 0.50 | $ 237.50 |

**Grand Total:**  **$98,423.00**
**Total Hours:**  **80.90**
**Blended Rate:**  **$1,216.60**

27.     The nature of work performed by these persons is fully set forth in Exhibit

A attached hereto.  These are PSZ&J's normal hourly rates for work of this character.  The

reasonable value of the services rendered by PSZ&J for the Debtors during the Fee Period is

$98,423.00.

28.     In accordance with the factors enumerated in section 330 of the

Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and

reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the

requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this

Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order providing that, for the period of February 1, 2024 through February 29, 2024, an interim allowance be made to PSZ&J for compensation in the amount of $98,423.00 and actual and necessary expenses in the amount of $925.70 for a total allowance of $99,348.70 and payment of $78,738.40 (80% of the allowed fees) and reimbursement of $925.70 (100% of the allowed expenses) be authorized for a total payment of $79,664.10; and for such other and further relief as this Court deems proper.

Dated:  April 15, 2024          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          tcairns@pszjlaw.com

*Counsel for the Debtors and Debtors in Possession*

## **DECLARATION**

STATE OF DELAWARE     :
                                   :
COUNTY OF NEW CASTLE  :

Laura Davis Jones, after being duly sworn according to law, deposes and says:

a)      I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b)      I am familiar with the work performed on behalf of the debtors and debtors in possession by the lawyers and paraprofessionals of PSZ&J.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about February 9, 2023 and submit that the Application substantially complies with such Rule and Order.

*/s/ Laura Davis Jones*
Laura Davis Jones

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) | Case No. 23-10051 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Objection Deadline: May 6, 2024 at 4:00 p.m.** |
|  | ) | **Hearing Date: To be scheduled if necessary** |
|  | ) |  |

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that on April 15, 2024, Pachulski Stang Ziehl &
Jones, LLP ("PSZ&J"), counsel for the above-captioned debtors and debtors in possession, filed
its *Fourteenth Monthly Application for Compensation and Reimbursement of Expenses of
Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for
the Period from February 1, 2024 through February 29, 2024* (the "Application") seeking fees in
the amount of $98,423.00 and reimbursement of actual and necessary expenses in the amount of
$925.70 for the period from February 1, 2024 through February 29, 2024.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the
Application must be made in writing and be filed with the United States Bankruptcy Court for
the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington,
Delaware 19801, on or before **May 6, 2024 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster
Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications
LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350
Franklin Gateway, Suite 300, Marietta, GA 30067.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, by email upon the following: (i) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801 (Attn:  Laura Davis Jones, Esq. (ljones@pszjlaw.com), David M. Bertenthal, Esq. (dbertenthal@pszjlaw.com), and Timothy P. Cairns, Esq. (tcairns@pszjlaw.com)); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Timothy J. Fox (timothy.fox@usdoj.gov); (iii) counsel to the Official Committee of Unsecured Creditors, Faegre Drinker Biddle & Reath LLP, 222 Delaware Avenue, Suite 1400, Wilmington, Delaware 19801 (Attn:  Patrick A. Jackson (patrick.jackson@faegredrinker.com), Jaclyn C. Marasco (jaclyn.marasco@faegredrinker.com), and Richard J. Bernard (richard.bernard@faegredrinker.com)); and (iv) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that on February 9, 2023, the Bankruptcy Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "<u>Order</u>") [Docket No. 122].  Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing with the Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses without further notice or hearing.  All fees and expenses paid to the professionals are subject to final approval by the Court.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN
ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF
REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 15, 2024

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
email:  ljones@pszjlaw.com
            dbertenthal@pszjlaw.com
            tcairns@pszjlaw.com

*Counsel for the Debtors and Debtors-in-Possession*

# EXHIBIT A



**PACHULSKI STANG ZIEHL & JONES**

919 North Market Street
17th Floor
Wilmington, DE 19801

GigaMonster Networks LLC
Rian Branning
GigaMonster Networks, LLC
350 Franklin Gateway SE ste. 300
Marietta , GA 30067

March 29, 2024

Invoice    138713

Client    31213.00001

RE:  Debtor Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 02/29/2024

| | |
|---|---:|
| FEES | $98,423.00 |
| EXPENSES | $925.70 |
| **TOTAL CURRENT CHARGES** | **$99,348.70** |
| **BALANCE FORWARD** | **$124,715.57** |
| **LAST PAYMENT** | **-$85,488.57** |
| **TOTAL BALANCE DUE** | **$138,575.70** |

Pachulski Stang Ziehl & Jones LLP

GigaMonster Networks LLC

Client 31213.00001

---

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| DMB | Bertenthal, David M. | Partner | 1,595.00 | 12.70 | $20,256.50 |
| JEO | O'Neill, James E. | Partner | 1,395.00 | 13.00 | $18,135.00 |
| LDJ | Jones, Laura Davis | Partner | 1,925.00 | 4.10 | $7,892.50 |
| TPC | Cairns, Timothy P. | Partner | 1,250.00 | 1.30 | $1,625.00 |
| KBD | Dine, Karen B. | Counsel | 1,525.00 | 10.50 | $16,012.50 |
| MFC | Caloway, Mary F. | Counsel | 1,495.00 | 2.10 | $3,139.50 |
| PJK | Keane, Peter J. | Counsel | 1,150.00 | 11.00 | $12,650.00 |
| RJG | Gruber, Richard J. | Counsel | 1,675.00 | 0.70 | $1,172.50 |
| WLR | Ramseyer, William L. | Counsel | 1,075.00 | 4.40 | $4,730.00 |
| ECO | Corma, Edward A. | Associate | 795.00 | 3.00 | $2,385.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 545.00 | 5.70 | $3,106.50 |
| MNF | Flores, Melissa N. | Paralegal | 595.00 | 10.70 | $6,366.50 |
| PEC | Cuniff, Patricia E. | Paralegal | 595.00 | 1.20 | $714.00 |
| CJB | Bouzoukis, Charles J. | Case Management Assistant | 475.00 | 0.50 | $237.50 |
| | | | | 80.90 | $98,423.00 |

Pachulski Stang Ziehl & Jones LLP

Page: 3

GigaMonster Networks LLC

Invoice 138713

Client 31213.00001

March 29, 2024

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation | 14.50 | $15,863.00 |
| CA | Case Administration | 4.00 | $2,380.00 |
| CO | Claims Administration and Objections | 11.40 | $14,201.50 |
| CP | PSZJ Compensation | 13.60 | $11,390.00 |
| CPO | Other Professional Compensation | 1.10 | $744.50 |
| EC | Contract and Lease Matters | 0.40 | $500.00 |
| FF | Financial Filings | 0.50 | $625.00 |
| FN | Financing/Cash Collateral/Cash Management | 0.20 | $319.00 |
| PD | Plan and Disclosure Statement | 31.70 | $48,652.50 |
| SL | Stay Litigation | 3.50 | $3,747.50 |
| | | 80.90 | $98,423.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     4

GigaMonster Networks LLC

Invoice 138713

Client 31213.00001

March 29, 2024

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Litigation Support Vendors | $792.00 |
| Pacer - Court Research | $65.40 |
| Reproduction Expense | $68.30 |
| | $925.70 |

Pachulski Stang Ziehl & Jones LLP                                Page:     5
GigaMonster Networks LLC                                          Invoice 138713
Client 31213.00001                                               March 29, 2024

---

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation** | | | | | | |
| 02/01/2024 | CJB | BL | Prepare hearing binders for hearing on 2/7/24. | 0.50 | 475.00 | $237.50 |
| 02/01/2024 | PJK | BL | Review critical dates memo | 0.20 | 1,150.00 | $230.00 |
| 02/02/2024 | MFC | BL | Emails with team re status of matters scheduled for 2/7 hearing. | 0.20 | 1,495.00 | $299.00 |
| 02/02/2024 | PJK | BL | Review 2/7 agenda, emails with M Flores re same (.2), emails with Conerly counsel re status and stipulation (.2), review draft stipulation and research issues re same (.3) | 0.70 | 1,150.00 | $805.00 |
| 02/02/2024 | TPC | BL | Correspond with court re: scheduling issues | 0.10 | 1,250.00 | $125.00 |
| 02/03/2024 | LDJ | BL | Review case status, docket, critical dates memo | 0.30 | 1,925.00 | $577.50 |
| 02/05/2024 | LDJ | BL | Review matters scheduled for 2/7 hearing | 0.20 | 1,925.00 | $385.00 |
| 02/05/2024 | MFC | BL | Emails with group re omni and interim fee hearings. | 0.10 | 1,495.00 | $149.50 |
| 02/05/2024 | MFC | BL | Emails with team re agenda and hearing issues. | 0.10 | 1,495.00 | $149.50 |
| 02/05/2024 | MNF | BL | Update agenda for 2/7 hearing | 0.30 | 595.00 | $178.50 |
| 02/05/2024 | MNF | BL | E-file and serve Agenda for 2/7 hearing | 0.50 | 595.00 | $297.50 |
| 02/05/2024 | MNF | BL | Review hearing binders; coordinate same to chambers | 0.50 | 595.00 | $297.50 |
| 02/05/2024 | PJK | BL | Review draft 2/7 agenda (.2), emails with M Flores re updates to same (.2), emails with B Conaway re Conerly matter status (.2), review status re other pending matters for agenda (.2), emails with JKS chambers re filed agenda (.2) | 1.00 | 1,150.00 | $1,150.00 |
| 02/05/2024 | PJK | BL | Emails with E Brady re 2/7 hearing status | 0.20 | 1,150.00 | $230.00 |
| 02/05/2024 | PJK | BL | Further emails with M Flores re amended agenda (.2), emails with B Conaway re Conerly matter (.2), additional emails with JKS chambers re same (.2) | 0.60 | 1,150.00 | $690.00 |
| 02/05/2024 | PJK | BL | Emails with D. Bertenthal re 2/7 hearing | 0.20 | 1,150.00 | $230.00 |
| 02/06/2024 | MNF | BL | Prepare amended agenda for 2/7 hearing | 0.30 | 595.00 | $178.50 |
| 02/06/2024 | MNF | BL | E-file and serve amended agenda for 2/7 hearing | 0.60 | 595.00 | $357.00 |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:    6
Invoice 138713
March 29, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2024 | MNF | BL | Prepare COC re: Omnibus hearing date | 0.30 | 595.00 | $178.50 |
| 02/06/2024 | PJK | BL | Emails with M Flores re omni date, review COC re same (.2), emails with JKS chambers re same (.2), review and edit 2/7 amended agenda (.2) | 0.60 | 1,150.00 | $690.00 |
| 02/07/2024 | MFC | BL | Emails with P. Keane re omni hearing issues. | 0.10 | 1,495.00 | $149.50 |
| 02/07/2024 | MNF | BL | E-file COC re: Order re: Omnibus Hearing Date; Upload order re: same; Coordinate service of same | 0.50 | 595.00 | $297.50 |
| 02/07/2024 | PJK | BL | Emails with Kroll re omni hrg order, review docket | 0.20 | 1,150.00 | $230.00 |
| 02/07/2024 | PJK | BL | Review and edit COC re omni hrg order (.2), emails with M Flores re same, emails with M Caloway re same (.2) | 0.40 | 1,150.00 | $460.00 |
| 02/11/2024 | LDJ | BL | Review work in process, critical dates memo | 0.20 | 1,925.00 | $385.00 |
| 02/13/2024 | PJK | BL | Review Telex email re stip, emails with D. Bertenthal re same | 0.20 | 1,150.00 | $230.00 |
| 02/13/2024 | PJK | BL | Review insurance policies re Conerly stip (.3), emails with B Conaway re same (.2) | 0.50 | 1,150.00 | $575.00 |
| 02/13/2024 | PJK | BL | Emails with client re Telx inquiry | 0.20 | 1,150.00 | $230.00 |
| 02/15/2024 | DMB | BL | call with client re TSA issues (.3); follow up call with R. Gruber (.1) | 0.40 | 1,595.00 | $638.00 |
| 02/15/2024 | MFC | BL | Conference with T. Cairns re coverage and upcoming deadlines/matters. | 0.10 | 1,495.00 | $149.50 |
| 02/15/2024 | PJK | BL | Emails with D. Bertenthal re Switch stip | 0.20 | 1,150.00 | $230.00 |
| 02/15/2024 | PJK | BL | Review critical dates memo (.2), email with M Flores re updates on same (.2) | 0.40 | 1,150.00 | $460.00 |
| 02/15/2024 | RJG | BL | Review file to prepare for team call regarding TSA amounts in dispute with GigStream. | 0.30 | 1,675.00 | $502.50 |
| 02/15/2024 | RJG | BL | Join team call regarding remaining dispute with GigStream regarding TSA. | 0.30 | 1,675.00 | $502.50 |
| 02/15/2024 | RJG | BL | Conference with D. Bertenthal remaiming TSA dispute with GigStream. | 0.10 | 1,675.00 | $167.50 |
| 02/17/2024 | PJK | BL | Email from R Bernard re settlement stip re UCC v. Barings, review same | 0.40 | 1,150.00 | $460.00 |

Pachulski Stang Ziehl & Jones LLP

Page:   7

GigaMonster Networks LLC

Invoice 138713

Client 31213.00001

March 29, 2024

---

| Date | | | | Hours | Rate | Amount |
|------|------|------|------|-------|------|--------|
| 02/18/2024 | LDJ | BL | Review docket, critical dates memo, scheduling | 0.20 | 1,925.00 | $385.00 |
| 02/20/2024 | MFC | BL | EMails with group re agenda and cancellation of 3/27 hearing. | 0.20 | 1,495.00 | $299.00 |
| 02/20/2024 | MNF | BL | Prepare agenda for 2/27 hearing | 0.30 | 595.00 | $178.50 |
| 02/22/2024 | MFC | BL | Emails with chambers re cancellation of 2/27 hearing. | 0.10 | 1,495.00 | $149.50 |
| 02/22/2024 | MFC | BL | Emails with MFlores re 3/27 hearing and agenda. | 0.10 | 1,495.00 | $149.50 |
| 02/22/2024 | MNF | BL | Update agenda for 2/27 hearing | 0.30 | 595.00 | $178.50 |
| 02/23/2024 | MFC | BL | Conference with MFlores re filing and service of final agenda. | 0.10 | 1,495.00 | $149.50 |
| 02/23/2024 | MNF | BL | E-file and serve agenda for 2/27 hearing | 0.60 | 595.00 | $357.00 |
| 02/24/2024 | MFC | BL | Review and edit updated critical dates memo. | 0.20 | 1,495.00 | $299.00 |
| 02/25/2024 | LDJ | BL | Review work in process, critical dates memo | 0.20 | 1,925.00 | $385.00 |
| 02/29/2024 | PJK | BL | Email to Kroll re Conerly stip and POC | 0.20 | 1,150.00 | $230.00 |
| | | | | **14.50** | | **$15,863.00** |

**Case Administration**

| | | | | | | |
|------|------|------|------|-------|------|--------|
| 02/01/2024 | MNF | CA | Critical Dates | 0.30 | 595.00 | $178.50 |
| 02/06/2024 | MNF | CA | Review docket; Critical Dates | 0.40 | 595.00 | $238.00 |
| 02/07/2024 | MNF | CA | Review docket; Critical Dates | 0.30 | 595.00 | $178.50 |
| 02/09/2024 | MNF | CA | Review docket; Critical Dates | 0.30 | 595.00 | $178.50 |
| 02/12/2024 | MNF | CA | Critical dates | 0.30 | 595.00 | $178.50 |
| 02/14/2024 | MNF | CA | Critical dates | 0.30 | 595.00 | $178.50 |
| 02/15/2024 | MNF | CA | Review docket; Critical dates | 0.30 | 595.00 | $178.50 |
| 02/20/2024 | MNF | CA | Critical dates | 0.20 | 595.00 | $119.00 |
| 02/21/2024 | MNF | CA | Review docket; Critical dates | 0.30 | 595.00 | $178.50 |
| 02/22/2024 | MNF | CA | Review docket; critical dates | 0.30 | 595.00 | $178.50 |
| 02/23/2024 | MNF | CA | Critical dates | 0.30 | 595.00 | $178.50 |
| 02/26/2024 | MNF | CA | Review docket; Critical dates | 0.30 | 595.00 | $178.50 |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:     8
Invoice 138713
March 29, 2024

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/28/2024 | MNF | CA | Review docket; critical dates | 0.40 | 595.00 | $238.00 |
|  |  |  | | 4.00 |  | **$2,380.00** |

**Claims Administration and Objections**

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/13/2024 | DMB | CO | internal corr re claims issues | 0.20 | 1,595.00 | $319.00 |
| 02/13/2024 | PJK | CO | Emails with D. Bertenthal re UCC settlement (.2), research re same (.2) | 0.40 | 1,150.00 | $460.00 |
| 02/19/2024 | JEO | CO | Review Claims | 3.00 | 1,395.00 | $4,185.00 |
| 02/21/2024 | TPC | CO | Respond to various inquiries from creditors | 0.30 | 1,250.00 | $375.00 |
| 02/23/2024 | DMB | CO | corr to J. O'Neill re claims issues | 0.10 | 1,595.00 | $159.50 |
| 02/23/2024 | JEO | CO | Work on claims analysis | 2.00 | 1,395.00 | $2,790.00 |
| 02/25/2024 | DMB | CO | corr to J. O'Neill re claims | 0.10 | 1,595.00 | $159.50 |
| 02/26/2024 | DMB | CO | review claims materials and corr with J. O'Neill | 0.40 | 1,595.00 | $638.00 |
| 02/26/2024 | ECO | CO | E-mails with James O'Neill re update on claims objections and related issues. | 0.20 | 795.00 | $159.00 |
| 02/26/2024 | ECO | CO | Review and revise notice of satisfaction of claims. | 0.60 | 795.00 | $477.00 |
| 02/26/2024 | ECO | CO | Review first omnibus claim objection and exhibits/make revisions per comments received. | 0.90 | 795.00 | $715.50 |
| 02/26/2024 | ECO | CO | Review second omnibus claim objection/exhibits and make revisions. | 1.10 | 795.00 | $874.50 |
| 02/26/2024 | ECO | CO | Prepare e-mail to James O'Neill re updated claims objections/notice of satisfaction and changes made to same. | 0.20 | 795.00 | $159.00 |
| 02/28/2024 | DMB | CO | internal corr re claims issues | 0.20 | 1,595.00 | $319.00 |
| 02/29/2024 | DMB | CO | internal corr re claims | 0.20 | 1,595.00 | $319.00 |
| 02/29/2024 | JEO | CO | Review claims issues | 1.50 | 1,395.00 | $2,092.50 |
|  |  |  | | 11.40 |  | **$14,201.50** |

**PSZJ Compensation**

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2024 | CAK | CP | Review and edit December 2023 bill | 0.70 | 545.00 | $381.50 |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:    9
Invoice 138713
March 29, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/08/2024 | MFC | CP | Emails with Laura Davis Jones re PSZJ interim fee app. | 0.10 | 1,495.00 | $149.50 |
| 02/09/2024 | WLR | CP | Draft December 2023 fee application. | 1.00 | 1,075.00 | $1,075.00 |
| 02/10/2024 | WLR | CP | Review and revise December 2023 fee application. | 0.60 | 1,075.00 | $645.00 |
| 02/21/2024 | CAK | CP | Email prebill through December 31, 2023 | 0.20 | 545.00 | $109.00 |
| 02/21/2024 | MFC | CP | Call with LDH re interim fee app. | 0.10 | 1,495.00 | $149.50 |
| 02/21/2024 | MFC | CP | Review and edit draft CNO for PSJZ MFA and emails with MFlores re same. | 0.10 | 1,495.00 | $149.50 |
| 02/21/2024 | MNF | CP | Review docket; Prepare CNO re: 11th monthly fee app of PSZJ | 0.50 | 595.00 | $297.50 |
| 02/21/2024 | MNF | CP | E-file CNO re: 11th monthly fee app of PSZJ; Coordinate service of same | 0.50 | 595.00 | $297.50 |
| 02/26/2024 | MFC | CP | EMails with Laura Davis Jones re interim fee app and hearing. | 0.10 | 1,495.00 | $149.50 |
| 02/27/2024 | CAK | CP | Review and edit reselected December 2023 bill | 0.50 | 545.00 | $272.50 |
| 02/27/2024 | CAK | CP | Review and update December 2023 fee application | 0.80 | 545.00 | $436.00 |
| 02/27/2024 | CAK | CP | Edit December 2023 fee application | 0.20 | 545.00 | $109.00 |
| 02/27/2024 | CAK | CP | Coordinate posting, filing and service re: December 2023 fee application | 0.30 | 545.00 | $163.50 |
| 02/27/2024 | CAK | CP | Update spreadsheet in preparation of 4th Quarterly fee application | 0.70 | 545.00 | $381.50 |
| 02/27/2024 | CAK | CP | Review and update 4th Quarterly fee application; draft UST exhibits to same; further prepare exhibits to same. | 1.30 | 545.00 | $708.50 |
| 02/27/2024 | CAK | CP | Edit 4th Quarterly fee application | 0.30 | 545.00 | $163.50 |
| 02/27/2024 | CAK | CP | Coordinate filing and service re: 4th Quarterly fee application | 0.20 | 545.00 | $109.00 |
| 02/27/2024 | CAK | CP | Coordinate obtaining ledes re: December 2023 fee application | 0.10 | 545.00 | $54.50 |
| 02/27/2024 | LDJ | CP | Review and finalize interim fee app (Dec 2023) | 0.30 | 1,925.00 | $577.50 |
| 02/27/2024 | LDJ | CP | Review and finalize fourth quarterly fee app | 0.40 | 1,925.00 | $770.00 |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:    10
Invoice 138713
March 29, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/27/2024 | MFC | CP | Review PSZJ December fee app for filing and emails re same. | 0.20 | 1,495.00 | $299.00 |
| 02/27/2024 | PEC | CP | Draft Notice of PSZ&J December 2023 Monthly Fee Application (.3); Prepare same for filing and service (.3) | 0.60 | 595.00 | $357.00 |
| 02/27/2024 | PEC | CP | Draft Notice of PSZ&J Fourth Quarterly Fee Application (.3); Prepare same for filing and service (.3) | 0.60 | 595.00 | $357.00 |
| 02/28/2024 | CAK | CP | Email to UST re: ledes for December 2023 fee application | 0.10 | 545.00 | $54.50 |
| 02/28/2024 | CAK | CP | Review and edit January 2023 bill | 0.30 | 545.00 | $163.50 |
| 02/28/2024 | WLR | CP | Prepare January 2024 fee application. | 0.40 | 1,075.00 | $430.00 |
| 02/28/2024 | WLR | CP | Draft January 2024 fee application. | 1.20 | 1,075.00 | $1,290.00 |
| 02/28/2024 | WLR | CP | Review and revise January 2024 fee application. | 0.50 | 1,075.00 | $537.50 |
| 02/29/2024 | WLR | CP | Draft 5th quarterly fee application. | 0.70 | 1,075.00 | $752.50 |
|  |  |  |  | **13.60** |  | **$11,390.00** |

**Other Professional Compensation**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2024 | MFC | CPO | Emails with Committee counsel re interim fee hearing. | 0.10 | 1,495.00 | $149.50 |
| 02/29/2024 | MNF | CPO | Prepare fee app binder index for 3/27 hearing | 1.00 | 595.00 | $595.00 |
|  |  |  |  | **1.10** |  | **$744.50** |

**Contract and Lease Matters**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/02/2024 | TPC | EC | Correspond with team re: cure issues | 0.20 | 1,250.00 | $250.00 |
| 02/13/2024 | TPC | EC | Correspond with buyer re: cure issues | 0.20 | 1,250.00 | $250.00 |
|  |  |  |  | **0.40** |  | **$500.00** |

**Financial Filings**

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/22/2024 | TPC | FF | Review and file MORs | 0.50 | 1,250.00 | $625.00 |
|  |  |  |  | **0.50** |  | **$625.00** |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:    11
Invoice 138713
March 29, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Financing/Cash Collateral/Cash Management** |  |  |  |  |  |  |
| 02/06/2024 | DMB | FN | corr with client, internal team re budget | 0.20 | 1,595.00 | $319.00 |
|  |  |  |  | **0.20** |  | **$319.00** |
| **Plan and Disclosure Statement** |  |  |  |  |  |  |
| 02/01/2024 | DMB | PD | initial review/analysis re plan term sheet (.6) and corr with K. Dine (.1) | 0.70 | 1,595.00 | $1,116.50 |
| 02/03/2024 | DMB | PD | internal corr re plan term sheet | 0.30 | 1,595.00 | $478.50 |
| 02/04/2024 | DMB | PD | corr with K. Dine re plan issues (.2) and review/analysis re term sheet (.4) | 0.60 | 1,595.00 | $957.00 |
| 02/04/2024 | KBD | PD | Analyze provisions of draft plan term sheet against draft plan. | 0.70 | 1,525.00 | $1,067.50 |
| 02/04/2024 | LDJ | PD | Review plan issues | 1.10 | 1,925.00 | $2,117.50 |
| 02/05/2024 | DMB | PD | call with E Brady | 0.20 | 1,595.00 | $319.00 |
| 02/05/2024 | KBD | PD | Analyze proposed settlement agreement. | 0.30 | 1,525.00 | $457.50 |
| 02/09/2024 | DMB | PD | corr with client, K. Dine re plan | 0.20 | 1,595.00 | $319.00 |
| 02/09/2024 | DMB | PD | initial review re updated plan term sheet | 0.40 | 1,595.00 | $638.00 |
| 02/11/2024 | KBD | PD | Revise plan/disclosure statement based on revised agreement. | 1.70 | 1,525.00 | $2,592.50 |
| 02/12/2024 | DMB | PD | corr with ucc, K. Dine re settlement, plan | 0.30 | 1,595.00 | $478.50 |
| 02/12/2024 | DMB | PD | review materials re settlement/plan | 0.50 | 1,595.00 | $797.50 |
| 02/14/2024 | DMB | PD | calls to K. Dine, R Branning re plan issues | 0.20 | 1,595.00 | $319.00 |
| 02/14/2024 | DMB | PD | review materials re plan issues | 0.60 | 1,595.00 | $957.00 |
| 02/14/2024 | DMB | PD | corr with UCC re plan | 0.10 | 1,595.00 | $159.50 |
| 02/14/2024 | KBD | PD | Telephone call with D. Bertenthal regarding drafting plan. | 0.10 | 1,525.00 | $152.50 |
| 02/14/2024 | KBD | PD | Draft disclosure statement/plan. | 1.30 | 1,525.00 | $1,982.50 |
| 02/15/2024 | DMB | PD | call with K. Dine re plan | 0.10 | 1,595.00 | $159.50 |
| 02/15/2024 | KBD | PD | Telephone call with D. Bertenthal regarding disclosure statement/plan. | 0.10 | 1,525.00 | $152.50 |
| 02/15/2024 | KBD | PD | Analyze settlement agreement in connection with revision to plan. | 0.30 | 1,525.00 | $457.50 |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:    12
Invoice 138713
March 29, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/17/2024 | KBD | PD | Revisions to joint disclosure statement and plan. | 0.50 | 1,525.00 | $762.50 |
| 02/18/2024 | DMB | PD | Review/comment re revised plan. | 1.20 | 1,595.00 | $1,914.00 |
| 02/18/2024 | DMB | PD | calls with E Brady (.2) and K. Dine (.3) re plan issues | 0.50 | 1,595.00 | $797.50 |
| 02/18/2024 | DMB | PD | review/comment re plan corr to lender | 0.30 | 1,595.00 | $478.50 |
| 02/18/2024 | KBD | PD | Revisions to joint disclosure statement and plan. | 1.40 | 1,525.00 | $2,135.00 |
| 02/18/2024 | KBD | PD | Telephone call with D. Bertenthal regarding disclosure statement/plan issues. | 0.30 | 1,525.00 | $457.50 |
| 02/18/2024 | KBD | PD | Telephone call with D. Bertenthal regarding side letter. | 0.10 | 1,525.00 | $152.50 |
| 02/18/2024 | KBD | PD | Draft/revise side letter regarding plan terms. | 2.20 | 1,525.00 | $3,355.00 |
| 02/18/2024 | LDJ | PD | Review open plan issues, strategy | 0.60 | 1,925.00 | $1,155.00 |
| 02/19/2024 | DMB | PD | corr with E Brady, K. Dine re plan | 0.20 | 1,595.00 | $319.00 |
| 02/19/2024 | DMB | PD | corr with client re plan issues | 0.20 | 1,595.00 | $319.00 |
| 02/19/2024 | DMB | PD | call with K. Dine re plan issue | 0.30 | 1,595.00 | $478.50 |
| 02/19/2024 | KBD | PD | Revisions to draft side letter. | 0.30 | 1,525.00 | $457.50 |
| 02/19/2024 | KBD | PD | Revisions to disclosure statement/plan. | 0.40 | 1,525.00 | $610.00 |
| 02/19/2024 | KBD | PD | Telephone call with D. Bertenthal regarding plan issues. | 0.30 | 1,525.00 | $457.50 |
| 02/19/2024 | PJK | PD | Draft 4th exclusivity extension motion (.8), email to PSZJ team re same (.1) | 0.90 | 1,150.00 | $1,035.00 |
| 02/20/2024 | DMB | PD | review further plan revisions | 0.60 | 1,595.00 | $957.00 |
| 02/21/2024 | DMB | PD | corr with K dine re plan | 0.10 | 1,595.00 | $159.50 |
| 02/21/2024 | DMB | PD | initial review re revised plan | 0.90 | 1,595.00 | $1,435.50 |
| 02/21/2024 | JEO | PD | Work on claims analysis | 2.80 | 1,395.00 | $3,906.00 |
| 02/21/2024 | LDJ | PD | Review plan issues | 0.60 | 1,925.00 | $1,155.00 |
| 02/22/2024 | DMB | PD | attention to open plan items | 0.60 | 1,595.00 | $957.00 |
| 02/23/2024 | DMB | PD | corr with E Brady re plan | 0.10 | 1,595.00 | $159.50 |
| 02/26/2024 | DMB | PD | corr with E Brady | 0.10 | 1,595.00 | $159.50 |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:    13
Invoice 138713
March 29, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/26/2024 | JEO | PD | Review claims analysis for plan estimates | 1.20 | 1,395.00 | $1,674.00 |
| 02/27/2024 | DMB | PD | calls with E Gray, K. Dine re plan issues | 0.30 | 1,595.00 | $478.50 |
| 02/27/2024 | DMB | PD | review exclusivity motion | 0.30 | 1,595.00 | $478.50 |
| 02/27/2024 | PJK | PD | Review 4th plan exclusivity motion (.3), emails with client re same (.2) | 0.50 | 1,150.00 | $575.00 |
| 02/28/2024 | DMB | PD | review exclusivity motion | 0.30 | 1,595.00 | $478.50 |
| 02/28/2024 | DMB | PD | corr from internal team re solicitation materials | 0.20 | 1,595.00 | $319.00 |
| 02/28/2024 | JEO | PD | Review claim estimates for distribution purposes | 2.50 | 1,395.00 | $3,487.50 |
| 02/28/2024 | KBD | PD | Correspondence relating to claims matters for plan/disclosure. | 0.20 | 1,525.00 | $305.00 |
| 02/29/2024 | DMB | PD | review and comment re Barings letter and corr with K. Dine | 0.30 | 1,595.00 | $478.50 |
| 02/29/2024 | DMB | PD | corr re exclusivity | 0.20 | 1,595.00 | $319.00 |
| 02/29/2024 | KBD | PD | Revisions to side letter. | 0.30 | 1,525.00 | $457.50 |
| 02/29/2024 | MFC | PD | EMails re exclusivity motion. | 0.10 | 1,495.00 | $149.50 |
| | | | | **31.70** | | **$48,652.50** |

**Stay Litigation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/01/2024 | PJK | SL | Review policies re Conerly matters (.2), emails with Conerly counsel re same (.2) | 0.40 | 1,150.00 | $460.00 |
| 02/13/2024 | PJK | SL | Email to client re update on Lax stay relief motion | 0.20 | 1,150.00 | $230.00 |
| 02/22/2024 | PJK | SL | Emails with J. O'Neill re Conerly stipulation | 0.20 | 1,150.00 | $230.00 |
| 02/22/2024 | PJK | SL | Review Conerly comments re stay relief stip (.2), emails with R Branning re same (.2) | 0.40 | 1,150.00 | $460.00 |
| 02/22/2024 | PJK | SL | Emails with Conerly counsel re stip edits | 0.20 | 1,150.00 | $230.00 |
| 02/22/2024 | PJK | SL | Email Conerly stip to UCC counsel (.2), emails with R Branning and Conerly counsel re same (.2) | 0.40 | 1,150.00 | $460.00 |
| 02/26/2024 | PJK | SL | Emails with Conerly counsel re stipulation issues | 0.20 | 1,150.00 | $230.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     14

GigaMonster Networks LLC

Invoice 138713

Client 31213.00001

March 29, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/28/2024 | MNF | SL | E-file COC of Stipulation re: Stay Relief Motion of Conerly; Upload Order re: same | 0.50 | 595.00 | $297.50 |
| 02/28/2024 | PJK | SL | Review Conerly stip issues re UCC edits (.2), emails with Conerly counsel re same (.2) | 0.40 | 1,150.00 | $460.00 |
| 02/28/2024 | PJK | SL | Emails with Conerly counsel re stip (.2), finalize stip (.2), emails with M Flores re same (.2) | 0.60 | 1,150.00 | $690.00 |
|  |  |  |  | **3.50** |  | **$3,747.50** |

**TOTAL SERVICES FOR THIS MATTER:**                    **$98,423.00**

Pachulski Stang Ziehl & Jones LLP

GigaMonster Networks LLC

Client 31213.00001

Page:     15

Invoice 138713

March 29, 2024

---

**Expenses**

| | | | |
|---|---|---|---|
| 02/23/2024 | RE | SCAN/COPY ( 222 @0.10 PER PG) | 22.20 |
| 02/23/2024 | RE | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 02/23/2024 | RE | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 02/23/2024 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/23/2024 | RE | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 02/23/2024 | RE | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 02/26/2024 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 02/28/2024 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/28/2024 | RE | SCAN/COPY ( 278 @0.10 PER PG) | 27.80 |
| 02/28/2024 | RE | SCAN/COPY ( 74 @0.10 PER PG) | 7.40 |
| 02/29/2024 | OS | Everlaw, Inv. 108254 | 792.00 |
| 02/29/2024 | PAC | Pacer - Court Research | 65.40 |

**Total Expenses for this Matter**          **$925.70**

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:     16
Invoice 138713
March 29, 2024

<hr>

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  02/29/2024**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 138107 | 01/31/2024 | $39,227.00 | $0.00 | $39,227.00 |

**Total Amount Due on Current and Prior Invoices:**          **$138,575.70**