"

# EXHIBIT J

‚‟

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |

**Objection Deadline:  July 29, 2024 at 4:00 p.m.**
**Hearing Date:  To be scheduled if necessary**

### SEVENTEENTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM MAY 1, 2024 THROUGH MAY 31, 2024

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of January 16, 2023 by order signed February 9, 2023 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2024 through May 31, 2024[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $72,968.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $   316.40 |

This is a:      ☒ monthly      ☐ interim      ☐ final application.

The total time expended for fee application preparation is approximately 3.0 hours

and the corresponding compensation requested is approximately $2,000.00.

---

[1]  The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2]  The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 04/11/23 | 01/17/23 – 01/31/23 | $304,014.00 | $11,622.17 | $304,014.00 | $ 11,622.17 |
| 04/18/23 | 02/01/23 – 02/28/23 | $991,725.50 | $11,753.08 | $991,725.50 | $10,423.28[3] |
| 07/10/23 | 03/01/23 – 03/31/23 | $934,165.25 | $ 9,606.27 | $934,165.25 | $ 9,606.27 |
| 07/21/23 | 04/01/23 – 04/30/23 | $361,963.50 | $ 1,600.06 | $361,963.50 | $ 1,600.06 |
| 07/25/23 | 05/01/23 – 05/31/23 | $257,859.50 | $ 1,350.96 | $257,859.50 | $ 1,350.96 |
| 07/26/23 | 06/01/23 – 06/30/23 | $109,880.00 | $ 1,014.50 | $109,880.00 | $ 1,014.50 |
| 10/30/23 | 07/01/23 – 07/31/23 | $ 72,162.00 | $ 1,092.76 | $ 72,162.00 | $ 1,092.76 |
| 10/30/23 | 08/01/23 – 08/31/23 | $ 98,661.50 | $ 1,207.39 | $ 98,661.50 | $ 1,207.39 |
| 10/30/23 | 09/01/23 – 09/30/23 | $ 41,119.00 | $ 893.70 | $ 41,119.00 | $ 893.70 |
| 12/11/23 | 10/01/23 – 10/31/23 | $ 89,959.50 | $ 898.30 | $ 89,959.50 | $ 898.30 |
| 01/30/24 | 11/01/23 – 11/30/23 | $ 90,705.00 | $ 1,028.35 | $ 90,705.00 | $ 1,028.35 |
| 02/27/24 | 12/01/23 – 12/31/23 | $ 47,070.00 | $ 950.87 | $ 47,070.00 | $ 950.87 |
| 03/25/24 | 01/01/24 – 01/31/24 | $ 39,703.00 | $ 853.80 | $ 31,762.40 | $ 853.80 |
| 04/14/24 | 02/01/24 – 02/29/24 | $ 98,423.00 | $ 925.70 | $ 78,738.40 | $ 925.70 |
| 05/13/24 | 03/01/24 – 03/31/24 | $ 99,346.50 | $ 562.42 | $ 79,477.20 | $ 562.42 |
| 05/20/24 | 04/01/24 – 04/30/24 | $106,906.50 | $ 402.84 | Pending | Pending |

---

[3] In the Court's Order approving the First Quarterly Fee Application, the Court approved $31,651.72 in expenses which reflects a reduction of $1,329.80. For the purposes of this application, we have noted the reduction in the last month of that period.

## **PSZ&J PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Bertenthal | Partner 1999; Member of CA Bar since 1993 | $1,595.00 | 12.70 | $20,256.50 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $1,395.00 | 9.70 | $13,531.50 |
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,925.00 | 3.90 | $ 7,507.50 |
| Timothy P. Cairns | Partner 2012; Member of DE Bar 2002-2014; 2017-Present | $1,250.00 | 1.30 | $ 1,625.00 |
| Karen B. Dine | Of Counsel 2020; Member of NY Bar since 1994 | $1,525.00 | 5.30 | $ 8,082.50 |
| Mary F. Caloway | Of Counsel 2020; Member of DE Bar since 1992 | $1,495.00 | 1.20 | $ 1,794.00 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE & NH Bars since 2010 | $1,150.00 | 7.60 | $ 8,740.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $1,075.00 | 1.60 | $ 1,720.00 |
| Edward A. Corma | Associate 2022; Member of NJ Bar since 2018; Member of PA Bar since 2019; Member of DE Bar since 2020 | $  795.00 | 1.30 | $ 1,033.50 |
| Cheryl A. Knotts | Paralegal | $  545.00 | 5.90 | $ 3,215.50 |
| Melissa N. Flores | Paralegal | $  595.00 | 9.10 | $ 5,414.50 |
| Charles J. Bouzoukis | Case Management Assistant | $  475.00 | 0.10 | $      47.50 |

**Grand Total:**     **$72,968.00**
**Total Hours:**            **59.70**
**Blended Rate:**     **$1,222.24**

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 0.70 | $ 1,027.50 |
| Bankruptcy Litigation | 5.60 | $ 6,005.00 |
| Case Administration | 3.60 | $ 2,130.00 |
| Claims Admin./Objections | 7.50 | $ 9,853.50 |
| PSZJ Compensation | 12.30 | $ 9,258.50 |
| Other Professional Compensation | 0.20 | $ 299.00 |
| Financial Filings | 1.40 | $ 1,553.50 |
| Plan & Disclosure Statement | 23.30 | $35,888.00 |
| Tax Issues | 5.10 | $ 6,953.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[4] (if applicable) | Total Expenses |
|---|---|---|
| Delivery/Courier Service | Advita | $ 7.50 |
| Pacer - Court Research | | $ 59.80 |
| Reproduction Expense | | $ 74.90 |
| Transcript | Reliable Companies | $174.20 |

---

[4] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) | Case No. 23-10051 (JKS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**Objection Deadline: July 29, 2024 at 4:00 p.m.**
**Hearing Date: To be scheduled if necessary**

**SEVENTEENTH MONTHLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL
FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR
THE PERIOD FROM MAY 1, 2024 THROUGH MAY 31, 2024**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the

"Bankruptcy Rules") and the Court's "Order Establishing Procedures for Interim Compensation

and Reimbursement of Expenses of Professionals," signed on or about February 9, 2023 (the

"Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel

for the debtors and debtors in possession ("Debtors"), hereby submits its Seventeenth Monthly

Application for Compensation and for Reimbursement of Expenses for the Period from May 1,

2024 through May 31, 2024 (the "Application").

By this Application PSZ&J seeks a monthly interim allowance of compensation

in the amount of $72,968.00 and actual and necessary expenses in the amount of $316.40 for a

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are:
GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere
Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business
address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

total allowance of $73,284.40 and payment of $58,374.40 (80% of the allowed fees) and

reimbursement of $316.40 (100% of the allowed expenses) for a total payment of

$58,690.80178,634.85 for the period May 1, 2024 through May 31, 2024 (the "Fee Period"):

**<u>Background</u>**

1.      On January 16, 2023, the Debtors commenced these cases by filing

voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue in

possession of their property and continue to operate and manage their businesses as debtors in

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or

examiner has been appointed in the Debtors' chapter 11 cases.  An official committee of

unsecured creditors (the "Committee") was appointed in these cases on or about January 30,

2023.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about February 9, 2023, the Court signed the Administrative Order,

authorizing certain professionals ("Professionals") to submit applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications.  If no objections are made within twenty-one (21) days after service of the

monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%)

of the requested fees and one hundred percent (100%) of the requested expenses.  Beginning

with the period ending March 31, 2023, and at three-month intervals or such other intervals

convenient to the Court, each of the Professionals may file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4.   The retention of PSZ&J, as counsel for the Debtors, was approved effective as of January 16, 2023 by this Court's "Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date," signed on or about February 9, 2023 (the "Retention Order"). The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## PSZ&J's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5.   All services for which PSZ&J requests compensation were performed for or on behalf of the Debtors, and not on behalf of any committee, creditor or other person.

6.   PSZ&J, and any partner, of counsel, or associate thereof, have received no payment and no promises for payment from any source other than from the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between PSZ&J and any other person other than among the partners, of counsel, or associates of PSZ&J for the sharing of compensation to be received for services rendered in these cases. PSZ&J has received payments from the Debtors during the year prior to the Petition Date in the amount of $850,000 in connection with the preparation of initial documents and its prepetition representation of the

Debtors. There was no retainer remaining as of the petition date. The Firm wrote off all remaining balance and was current as of the petition date.

7.      The professional services and related expenses for which PSZ&J requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of PSZ&J's professional responsibilities as attorneys for the Debtors in these chapter 11 cases. PSZ&J's services have been necessary and beneficial to the Debtors and their estates, creditors and other parties in interest.

<u>**Fee Statements**</u>

8.      The fee statements for the Fee Period are attached hereto as Exhibit A. These statements contain daily time logs describing the time spent by each attorney and paraprofessional during the Fee Period. To the best of PSZ&J's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code and the Bankruptcy Rules. PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the described services. The time reports are organized on a daily basis. PSZ&J is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports. PSZ&J's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code. PSZ&J has reduced its charges related to any non-working "travel time" to fifty percent (50%) of PSZ&J's standard hourly rate. To the extent it is feasible, PSZ&J professionals attempt to work during travel.

## Actual and Necessary Expenses

9.      A summary of actual and necessary expenses incurred by PSZ&J for the

Fee Period is attached hereto as part of Exhibit A.  PSZ&J customarily charges $0.10 per page

for photocopying expenses related to cases, such as this one, arising in Delaware.  PSZ&J's

photocopying machines automatically record the number of copies made when the person that is

doing the copying enters the client's account number into a device attached to the photocopier.

PSZ&J summarizes each client's photocopying charges on a daily basis.

10.      PSZ&J charges $0.25 per page for out-going facsimile transmissions.

There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing

facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for

the machines, supplies and extra labor expenses associated with sending telecopies and is

reasonable in relation to the amount charged by outside vendors who provide similar services.

PSZ&J does not charge the Debtors for the receipt of faxes in these cases.

11.      With respect to providers of on-line legal research services (e.g., LEXIS

and WESTLAW), PSZ&J charges the standard usage rates these providers charge for

computerized legal research.  PSZ&J bills its clients the actual amounts charged by such

services, with no premium.  Any volume discount received by PSZ&J is passed on to the client.

12.      PSZ&J believes the foregoing rates are the market rates that the majority

of law firms charge clients for such services.  In addition, PSZ&J believes that such charges are

in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the

ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

13.     The names of the partners and associates of PSZ&J who have rendered professional services in these cases during the Fee Period, and the paralegals and case management assistants of PSZ&J who provided services to these attorneys during the Fee Period, are set forth in the attached Exhibit A.

14.     PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

### Summary of Services by Project

15.     The services rendered by PSZ&J during the Fee Period can be grouped into the categories set forth below.  PSZ&J attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category,

along with the number of hours for each individual and the total compensation sought for each category.

### A.  Asset Disposition

16.  This category relates to work regarding motions or adversary proceedings in the Bankruptcy Court.  During the Fee Period, the Firm, among other things, reviewed and analyzed post-closing and assignment issues.

Fees:  $1,027.50;     Hours:  0.70

### B.  Bankruptcy Litigation

17.  This category relates to work regarding motions or adversary proceedings in the Bankruptcy Court.  During the Fee Period, the Firm, among other things:  (1) reviewed and analyzed critical date issues; (2) performed work regarding a stipulation and order related to Switch LTD; and (3) corresponded regarding bankruptcy litigation issues.

Fees:  $6,005.00;     Hours:  5.60

### C.  Case Administration

18.  This category relates to work regarding administration of these cases. During the Fee Period, the Firm, among other things, maintained document control and maintained a memorandum of critical dates.

Fees:  $2,130.00;     Hours:  3.60

### D.  Claims Administration and Objections

19.  This category relates to work regarding claims administration and claims objections.  During the Fee Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding responses to claims objections; (2) performed work regarding a proposed order

on the First Omnibus claim objection; (3) reviewed and analyzed claims settlement issues;

(4) performed work regarding a stipulation relating to the Verizon administrative claim;

(5) reviewed and analyzed issues regarding the William Richard claim; and (6) corresponded

regarding claim issues.

Fees:  $9,853.50;        Hours:  7.50

**E.      PSZJ Compensation**

20.     This category relates to issues regarding the compensation of the Firm.

During the Fee Period, the Firm, among other things:  (1) performed work regarding its March

and April 2024 monthly fee applications; (2) performed work regarding its Fifth quarterly fee

application; and (3) corresponded regarding fee issues.

Fees:  $9,258.50;        Hours:  12.30

**F.      Other Professional Compensation**

21.     This category relates to issues regarding the compensation of professionals

other than the Firm.   During the Fee Period, the Firm, among other things, reviewed and

analyzed a consumer ombudsman fee application.

Fees:  $299.00;        Hours:  0.20

**G.      Financial Filings**

22.     This category relates to work regarding compliance with reporting

requirements.  During the Fee Period, the Firm, among other things, performed work regarding

Monthly Operating Reports.

Fees:  $1,553.50;        Hours:  1.40

### H.    Plan and Disclosure Statement

23.    This category relates to work regarding Plan of Reorganization ("Plan")
and Disclosure Statement issues.   During the Fee Period, the Firm, among other things:
(1) performed work regarding a Plan and Disclosure Statement; (2) performed work regarding a
Fifth motion to extend the exclusivity periods; (3) performed work regarding a solicitation
motion; (4) performed work regarding a Plan-related claims analysis; (5) performed work
regarding a conditional approval motion; (6) performed work regarding a side letter;
(7) performed work regarding a liquidating trust agreement; and (8) conferred and corresponded
regarding Plan and Disclosure Statement issues.

Fees:  $35,888.00;     Hours:23.30

### I.    Tax Issues

24.    This category relates to work regarding tax issues.  During the Fee Period,
the Firm, among other things:  (1) reviewed and responded to an IRS inquiry; (2) reviewed and
analyzed tax-related materials; and (3) corresponded and conferred regarding tax issues.

Fees:  $6,953.00;     Hours:  5.10

### Valuation of Services

25.    Attorneys and paraprofessionals of PSZ&J expended a total 59.70 hours in
connection with their representation of the Debtors during the Fee Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Bertenthal | Partner 1999; Member of CA Bar since 1993 | $1,595.00 | 12.70 | $20,256.50 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $1,395.00 | 9.70 | $13,531.50 |
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,925.00 | 3.90 | $ 7,507.50 |
| Timothy P. Cairns | Partner 2012; Member of DE Bar 2002-2014; 2017-Present | $1,250.00 | 1.30 | $ 1,625.00 |
| Karen B. Dine | Of Counsel 2020; Member of NY Bar since 1994 | $1,525.00 | 5.30 | $ 8,082.50 |
| Mary F. Caloway | Of Counsel 2020; Member of DE Bar since 1992 | $1,495.00 | 1.20 | $ 1,794.00 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE & NH Bars since 2010 | $1,150.00 | 7.60 | $ 8,740.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $1,075.00 | 1.60 | $ 1,720.00 |
| Edward A. Corma | Associate 2022; Member of NJ Bar since 2018; Member of PA Bar since 2019; Member of DE Bar since 2020 | $  795.00 | 1.30 | $ 1,033.50 |
| Cheryl A. Knotts | Paralegal | $  545.00 | 5.90 | $ 3,215.50 |
| Melissa N. Flores | Paralegal | $  595.00 | 9.10 | $ 5,414.50 |
| Charles J. Bouzoukis | Case Management Assistant | $  475.00 | 0.10 | $     47.50 |

**Grand Total:**   **$72,968.00**
**Total Hours:**     **59.70**
**Blended Rate:**   **$1,222.24**

26. The nature of work performed by these persons is fully set forth in Exhibit A attached hereto. These are PSZ&J's normal hourly rates for work of this character. The reasonable value of the services rendered by PSZ&J for the Debtors during the Fee Period is $72,968.00.

27.     In accordance with the factors enumerated in section 330 of the

Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and

reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the

requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this

Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order

providing that, for the period of May 1, 2024 through May 31, 2024, an interim allowance be

made to PSZ&J for compensation in the amount of $72,968.00 and actual and necessary

expenses in the amount of $316.40 for a total allowance of $73,284.40 and payment of

$58,374.40 (80% of the allowed fees) and reimbursement of $316.40 (100% of the allowed

expenses) be authorized for a total payment of $58,690.80; and for such other and further relief

as this Court deems proper.

Dated:  July 8, 2024                    PACHULSKI STANG ZIEHL & JONES LLP

                                        /s/ Laura Davis Jones
                                        Laura Davis Jones (DE Bar No. 2436)
                                        David M. Bertenthal (CA Bar No. 167624)
                                        Timothy P. Cairns (DE Bar No. 4228)
                                        919 North Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, Delaware  19899 (Courier 19801)
                                        Telephone:  (302) 652-4100
                                        Facsimile:  (302) 652-4400
                                        Email: ljones@pszjlaw.com
                                               dbertenthal@pszjlaw.com
                                               tcairns@pszjlaw.com

                                        *Counsel for the Debtors and Debtors in Possession*

## **DECLARATION**

STATE OF DELAWARE         :
                                             :
COUNTY OF NEW CASTLE  :

     Laura Davis Jones, after being duly sworn according to law, deposes and says:

     a)     I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

     b)     I am familiar with the work performed on behalf of the debtors and debtors in possession by the lawyers and paraprofessionals of PSZ&J.

     c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about February 9, 2023 and submit that the Application substantially complies with such Rule and Order.

                             */s/ Laura Davis Jones*            
                              Laura Davis Jones

# EXHIBIT A



919 North Market Street
17th Floor
Wilmington, DE 19801

GigaMonster Networks LLC
Rian Branning
GigaMonster Networks, LLC
350 Franklin Gateway SE ste. 300
Marietta , GA 30067

June 11, 2024
Invoice    139734
Client    31213.00001

RE: Debtor Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2024

| | |
|---|---|
| FEES | $72,968.00 |
| EXPENSES | $316.40 |
| **TOTAL CURRENT CHARGES** | **$73,284.40** |
| **BALANCE FORWARD** | **$233,513.66** |
| **LAST PAYMENT** | **-$80,039.62** |
| **TOTAL BALANCE DUE** | **$226,758.44** |

Pachulski Stang Ziehl & Jones LLP

GigaMonster Networks LLC

Client 31213.00001

Page:    2

Invoice 139734

June 11, 2024

---

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| DMB | Bertenthal, David M. | Partner | 1,595.00 | 12.70 | $20,256.50 |
| JEO | O'Neill, James E. | Partner | 1,395.00 | 9.70 | $13,531.50 |
| LDJ | Jones, Laura Davis | Partner | 1,925.00 | 3.90 | $7,507.50 |
| TPC | Cairns, Timothy P. | Partner | 1,250.00 | 1.30 | $1,625.00 |
| KBD | Dine, Karen B. | Counsel | 1,525.00 | 5.30 | $8,082.50 |
| MFC | Caloway, Mary F. | Counsel | 1,495.00 | 1.20 | $1,794.00 |
| PJK | Keane, Peter J. | Counsel | 1,150.00 | 7.60 | $8,740.00 |
| WLR | Ramseyer, William L. | Counsel | 1,075.00 | 1.60 | $1,720.00 |
| ECO | Corma, Edward A. | Associate | 795.00 | 1.30 | $1,033.50 |
| CAK | Knotts, Cheryl A. | Paralegal | 545.00 | 5.90 | $3,215.50 |
| MNF | Flores, Melissa N. | Paralegal | 595.00 | 9.10 | $5,414.50 |
| CJB | Bouzoukis, Charles J. | Case Management Assistant | 475.00 | 0.10 | $47.50 |
| | | | | 59.70 | $72,968.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:     3
GigaMonster Networks LLC                                             Invoice 139734
Client 31213.00001                                                  June 11, 2024

---

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition | 0.70 | $1,027.50 |
| BL | Bankruptcy Litigation | 5.60 | $6,005.00 |
| CA | Case Administration | 3.60 | $2,130.00 |
| CO | Claims Administration and Objections | 7.50 | $9,853.50 |
| CP | PSZJ Compensation | 12.30 | $9,258.50 |
| CPO | Other Professional Compensation | 0.20 | $299.00 |
| FF | Financial Filings | 1.40 | $1,553.50 |
| PD | Plan and Disclosure Statement | 23.30 | $35,888.00 |
| TI | Tax Issues | 5.10 | $6,953.00 |
| | | 59.70 | $72,968.00 |

Pachulski Stang Ziehl & Jones LLP                          Page:    4
GigaMonster Networks LLC                                   Invoice 139734
Client 31213.00001                                        June 11, 2024

---

## Summary of Expenses

| Description | Amount |
| --- | ---: |
| Delivery/Courier Service | $7.50 |
| Pacer - Court Research | $59.80 |
| Reproduction Expense | $74.90 |
| Transcript | $174.20 |
| | $316.40 |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page: 5
Invoice 139734
June 11, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 05/06/2024 | DMB | AD | corr from client re post closing issues | 0.10 | 1,595.00 | $159.50 |
| 05/06/2024 | DMB | AD | review materials re assignment issue | 0.20 | 1,595.00 | $319.00 |
| 05/20/2024 | DMB | AD | corr to P. Keane re Gigstream | 0.10 | 1,595.00 | $159.50 |
| 05/21/2024 | DMB | AD | corr with P. Keane re circuit issues | 0.10 | 1,595.00 | $159.50 |
| 05/27/2024 | PJK | AD | Emails with D. Bertenthal and client re Nitel assignment | 0.20 | 1,150.00 | $230.00 |
| | | | | **0.70** | | **$1,027.50** |
| **Bankruptcy Litigation** | | | | | | |
| 04/01/2024 | PJK | BL | Draft removal extension motion | 0.50 | 1,150.00 | $575.00 |
| 04/11/2024 | MNF | BL | Update agenda for 4-17 hearing | 0.40 | 595.00 | $238.00 |
| 04/11/2024 | MNF | BL | E-file and coordinate service of CNO re: Third Removal Motion/Upload Order re: same | 0.50 | 595.00 | $297.50 |
| 05/01/2024 | PJK | BL | Review critical dates memo | 0.20 | 1,150.00 | $230.00 |
| 05/03/2024 | DMB | BL | corr with P. Keane re UCC issues | 0.20 | 1,595.00 | $319.00 |
| 05/09/2024 | MFC | BL | Review and edit updated critical dates memo (.2); emails with T. Cairns re same (.1). | 0.30 | 1,495.00 | $448.50 |
| 05/19/2024 | MFC | BL | Review and edit update critical dates memo. | 0.20 | 1,495.00 | $299.00 |
| 05/21/2024 | PJK | BL | Review solicitation procedures motion, emails with PSZJ team re same | 0.60 | 1,150.00 | $690.00 |
| 05/22/2024 | DMB | BL | corr re Switch stip and review same | 0.20 | 1,595.00 | $319.00 |
| 05/22/2024 | PJK | BL | Email to client re Switch stip | 0.20 | 1,150.00 | $230.00 |
| 05/24/2024 | PJK | BL | Emails with Kroll re service question | 0.20 | 1,150.00 | $230.00 |
| 05/30/2024 | DMB | BL | corr from P. Keane, UCC re setoff stip | 0.20 | 1,595.00 | $319.00 |
| 05/30/2024 | MFC | BL | Review and edit updated critical dates memo. | 0.20 | 1,495.00 | $299.00 |
| 05/30/2024 | PJK | BL | Review draft Switch setoff stip (.2), emails with UCC counsel re same (.2) | 0.40 | 1,150.00 | $460.00 |
| 05/31/2024 | MNF | BL | Finalize, Efile, and upload Order re: Stipulation re: Setoff of Switch LTD; Upload Order re: same | 0.80 | 595.00 | $476.00 |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/31/2024 | PJK | BL | Finalize Switch stip (.2), emails with UCC re same, emails with A Hunt re same, emails with M Flores re same (.3) | 0.50 | 1,150.00 | $575.00 |
| | | | | **5.60** | | **$6,005.00** |

**Case Administration**

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/03/2024 | MNF | CA | Critical dates | 0.40 | 595.00 | $238.00 |
| 05/07/2024 | MNF | CA | Update Critical dates | 0.40 | 595.00 | $238.00 |
| 05/08/2024 | MNF | CA | Update Critical Dates | 0.30 | 595.00 | $178.50 |
| 05/09/2024 | MNF | CA | Update Critical dates | 0.40 | 595.00 | $238.00 |
| 05/13/2024 | MNF | CA | Update Critical Dates | 0.30 | 595.00 | $178.50 |
| 05/15/2024 | MNF | CA | Update Critical dates | 0.30 | 595.00 | $178.50 |
| 05/17/2024 | MNF | CA | Update Critical dates | 0.20 | 595.00 | $119.00 |
| 05/20/2024 | MNF | CA | Update Critical dates | 0.20 | 595.00 | $119.00 |
| 05/21/2024 | MNF | CA | Update Critical dates | 0.50 | 595.00 | $297.50 |
| 05/24/2024 | CJB | CA | Maintain document control. | 0.10 | 475.00 | $47.50 |
| 05/30/2024 | MNF | CA | Update Critical dates memo | 0.50 | 595.00 | $297.50 |
| | | | | **3.60** | | **$2,130.00** |

**Claims Administration and Objections**

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/12/2024 | JEO | CO | Work on revised order for second omnibus claim objection | 0.70 | 1,395.00 | $976.50 |
| 05/14/2024 | ECO | CO | E-mails with James O'Neill re status of claim objections/discussions with claimants. | 0.10 | 795.00 | $79.50 |
| 05/14/2024 | ECO | CO | Review information on claims/responses received. | 0.30 | 795.00 | $238.50 |
| 05/14/2024 | ECO | CO | Revise certification of counsel and proposed order on first omnibus claim objection. | 0.80 | 795.00 | $636.00 |
| 05/14/2024 | ECO | CO | Prepare e-mail to James O'Neill re updates on first omnibus claim objection and information needed. | 0.10 | 795.00 | $79.50 |
| 05/15/2024 | DMB | CO | internal corr re claims settlement | 0.10 | 1,595.00 | $159.50 |
| 05/16/2024 | DMB | CO | corr with J. O'Neill re claims | 0.10 | 1,595.00 | $159.50 |

Pachulski Stang Ziehl & Jones LLP

Page:   7

GigaMonster Networks LLC

Invoice 139734

Client 31213.00001

June 11, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/16/2024 | DMB | CO | internal corr re claims | 0.10 | 1,595.00 | $159.50 |
| 05/16/2024 | DMB | CO | further internal corr re tax, claim issues | 0.20 | 1,595.00 | $319.00 |
| 05/16/2024 | PJK | CO | Emails with J. O'Neill re claims reconciliation status | 0.20 | 1,150.00 | $230.00 |
| 05/17/2024 | DMB | CO | internal corr re claims settlement | 0.10 | 1,595.00 | $159.50 |
| 05/23/2024 | DMB | CO | corr with internal team re claims, plan issues | 0.30 | 1,595.00 | $478.50 |
| 05/24/2024 | JEO | CO | Review and finalize stipulation for Verizon admin claim | 1.20 | 1,395.00 | $1,674.00 |
| 05/24/2024 | JEO | CO | Review and update claims analysis for plan | 2.00 | 1,395.00 | $2,790.00 |
| 05/28/2024 | DMB | CO | corr from creditor | 0.10 | 1,595.00 | $159.50 |
| 05/30/2024 | JEO | CO | Review status of William Richard's claim and respond to claimant | 1.00 | 1,395.00 | $1,395.00 |
| 05/31/2024 | DMB | CO | corr from J. O'Neill re claims issue | 0.10 | 1,595.00 | $159.50 |
| | | | | 7.50 | | $9,853.50 |

**PSZJ Compensation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/07/2024 | MFC | CP | Review draft CNO for PSZJ fee app and emails with MFlores re same. | 0.10 | 1,495.00 | $149.50 |
| 05/07/2024 | MNF | CP | Review docket re: objections to 14th monthly fee app of PSZJ (.1); Prepare CNO re: same (.4) | 0.50 | 595.00 | $297.50 |
| 05/07/2024 | MNF | CP | E-file CNO re: 14th monthly fee app of PSZJ | 0.20 | 595.00 | $119.00 |
| 05/13/2024 | CAK | CP | Review and edit reselected March 2024 bill | 0.30 | 545.00 | $163.50 |
| 05/13/2024 | CAK | CP | Review and update March 2024 fee application | 0.60 | 545.00 | $327.00 |
| 05/13/2024 | CAK | CP | Edit March fee application; coordinate posting, filing and service of same. | 0.40 | 545.00 | $218.00 |
| 05/13/2024 | CAK | CP | Coordinate obtaining ledes re: March 2024 fee application | 0.10 | 545.00 | $54.50 |
| 05/13/2024 | LDJ | CP | Review and finalize interim fee app (March 2024) | 0.30 | 1,925.00 | $577.50 |
| 05/13/2024 | MFC | CP | Review and edit draft notice for 15th fee app; emails with MFlores re same. | 0.10 | 1,495.00 | $149.50 |

Pachulski Stang Ziehl & Jones LLP

Page:     8

GigaMonster Networks LLC

Invoice 139734

Client 31213.00001

June 11, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/13/2024 | MNF | CP | Prepare Notice re: 15th monthly fee app of PSZJ | 0.50 | 595.00 | $297.50 |
| 05/13/2024 | MNF | CP | E-file and serve 15th monthly fee app of PSZJ | 0.80 | 595.00 | $476.00 |
| 05/14/2024 | CAK | CP | Email ledes to UST re: March 2024 fee application | 0.10 | 545.00 | $54.50 |
| 05/14/2024 | CAK | CP | Review and update 5th Quarterly fee application and draft UST exhibits to same. | 1.90 | 545.00 | $1,035.50 |
| 05/15/2024 | CAK | CP | Edit 5th Quarterly fee application | 0.30 | 545.00 | $163.50 |
| 05/15/2024 | CAK | CP | Further edit 5th Quarterly fee application; coordinate filing and service of same. | 0.30 | 545.00 | $163.50 |
| 05/15/2024 | LDJ | CP | Review and finalize 5th quarterly fee app | 0.30 | 1,925.00 | $577.50 |
| 05/15/2024 | MFC | CP | Review and edit draft notice re PSZJ interim fee app and emails with MFlores re same. | 0.10 | 1,495.00 | $149.50 |
| 05/15/2024 | MNF | CP | Prepare Notice re: 5th quarterly fee app of PSZJ | 0.50 | 595.00 | $297.50 |
| 05/15/2024 | MNF | CP | E-file and serve 5th Quarterly fee app of PSZJ | 0.60 | 595.00 | $357.00 |
| 05/16/2024 | CAK | CP | Review and edit April 2024 bill | 0.40 | 545.00 | $218.00 |
| 05/16/2024 | WLR | CP | Prepare April 2024 fee application. | 0.20 | 1,075.00 | $215.00 |
| 05/17/2024 | WLR | CP | Draft April 2024 fee application. | 0.50 | 1,075.00 | $537.50 |
| 05/18/2024 | WLR | CP | Review and revise April 2024 fee application. | 0.90 | 1,075.00 | $967.50 |
| 05/20/2024 | CAK | CP | Review and edit reselected April 2024 bill | 0.40 | 545.00 | $218.00 |
| 05/20/2024 | CAK | CP | Review and update April 2024 fee application | 0.50 | 545.00 | $272.50 |
| 05/20/2024 | CAK | CP | Edit April 2024 fee application; coordinate posting, filing and service of same. | 0.40 | 545.00 | $218.00 |
| 05/20/2024 | CAK | CP | Coordinate obtaining ledes re: April 2024 fee application | 0.10 | 545.00 | $54.50 |
| 05/20/2024 | LDJ | CP | Review and finalize interim fee app (April 2024) | 0.30 | 1,925.00 | $577.50 |
| 05/20/2024 | MNF | CP | Prepare Notice re: 16th monthly fee app of PSZJ | 0.50 | 595.00 | $297.50 |
| 05/21/2024 | CAK | CP | Email ledes to UST re: April 2024 fee application | 0.10 | 545.00 | $54.50 |
| | | | | 12.30 | | $9,258.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:     9
GigaMonster Networks LLC                                             Invoice 139734
Client 31213.00001                                                  June 11, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Other Professional Compensation** | | | | | | |
| 05/19/2024 | MFC | CPO | Review consumer ombudsman fee application. | 0.20 | 1,495.00 | $299.00 |
| | | | | **0.20** | | **$299.00** |
| **Financial Filings** | | | | | | |
| 04/11/2024 | TPC | FF | Review and file MORs | 0.40 | 1,250.00 | $500.00 |
| 05/15/2024 | TPC | FF | Review and file MORs | 0.70 | 1,250.00 | $875.00 |
| 05/16/2024 | MNF | FF | Finalizing MOR's; after filed | 0.30 | 595.00 | $178.50 |
| | | | | **1.40** | | **$1,553.50** |
| **Plan and Disclosure Statement** | | | | | | |
| 05/01/2024 | DMB | PD | corr with K Dine re plan issues (.2) and review plan draft (.4) | 0.60 | 1,595.00 | $957.00 |
| 05/01/2024 | DMB | PD | corr from client, K. Dine re plan issues and review plan revisions | 0.50 | 1,595.00 | $797.50 |
| 05/01/2024 | KBD | PD | Revisions to plan and disclosure statement. | 0.30 | 1,525.00 | $457.50 |
| 05/01/2024 | KBD | PD | Prepare correspondence to parties regarding the plan and disclosure statement. | 0.10 | 1,525.00 | $152.50 |
| 05/01/2024 | LDJ | PD | Review plan issues, pending tasks | 1.00 | 1,925.00 | $1,925.00 |
| 05/08/2024 | DMB | PD | internal corr re exclusivity | 0.20 | 1,595.00 | $319.00 |
| 05/09/2024 | DMB | PD | corr from UCC, K. Dine re plan | 0.20 | 1,595.00 | $319.00 |
| 05/09/2024 | DMB | PD | review plan per UCC question | 0.20 | 1,595.00 | $319.00 |
| 05/09/2024 | LDJ | PD | Review plan issues | 0.50 | 1,925.00 | $962.50 |
| 05/13/2024 | DMB | PD | corr with K Dine, to E Brady re plan | 0.20 | 1,595.00 | $319.00 |
| 05/13/2024 | DMB | PD | review updated exclusivity motion | 0.30 | 1,595.00 | $478.50 |
| 05/13/2024 | KBD | PD | Analyze correspondence relating to plan and disclosure statement. | 0.10 | 1,525.00 | $152.50 |
| 05/13/2024 | KBD | PD | Analyze draft exclusivity motion. | 0.20 | 1,525.00 | $305.00 |
| 05/13/2024 | PJK | PD | Draft 5th exclusivity extension motion (.5), emails with PSZJ team re same (.2), review critical dates memo (.2) | 0.90 | 1,150.00 | $1,035.00 |
| 05/14/2024 | DMB | PD | review plan updates (.3) and internal corr re updates (.2) | 0.50 | 1,595.00 | $797.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    10
GigaMonster Networks LLC                                             Invoice 139734
Client 31213.00001                                                  June 11, 2024

|            |     |    |                                                           | Hours | Rate     | Amount     |
|------------|-----|----|-----------------------------------------------------------|-------|----------|------------|
| 05/15/2024 | DMB | PD | review materials re plan, claim issues                    | 0.50  | 1,595.00 | $797.50    |
| 05/15/2024 | LDJ | PD | Review plan issues, open tasks                            | 0.70  | 1,925.00 | $1,347.50  |
| 05/16/2024 | DMB | PD | initial review re conditional approval motion            | 0.60  | 1,595.00 | $957.00    |
| 05/16/2024 | KBD | PD | Revisions to draft solicitation motion.                   | 0.30  | 1,525.00 | $457.50    |
| 05/19/2024 | DMB | PD | internal corr re plan                                     | 0.10  | 1,595.00 | $159.50    |
| 05/21/2024 | DMB | PD | corr with K. Dine re plan                                 | 0.10  | 1,595.00 | $159.50    |
| 05/21/2024 | DMB | PD | review revisions re approval motion                       | 0.50  | 1,595.00 | $797.50    |
| 05/22/2024 | DMB | PD | corr with client                                          | 0.10  | 1,595.00 | $159.50    |
| 05/22/2024 | DMB | PD | initial review re Barings plan comments                   | 0.50  | 1,595.00 | $797.50    |
| 05/23/2024 | DMB | PD | review further revised plan materials                     | 0.50  | 1,595.00 | $797.50    |
| 05/23/2024 | DMB | PD | corr from R Bernard  re plan revisions and review plan    | 0.30  | 1,595.00 | $478.50    |
| 05/23/2024 | JEO | PD | Work on claims analysis for plan                          | 2.00  | 1,395.00 | $2,790.00  |
| 05/23/2024 | KBD | PD | Analyze proposed changes to Combined plan and disclosure statement. | 0.40  | 1,525.00 | $610.00    |
| 05/23/2024 | KBD | PD | Revise combined plan and disclosure statement.            | 1.70  | 1,525.00 | $2,592.50  |
| 05/23/2024 | KBD | PD | Revise conditional approval motion.                       | 0.20  | 1,525.00 | $305.00    |
| 05/24/2024 | DMB | PD | corr from E Brady re plan                                 | 0.10  | 1,595.00 | $159.50    |
| 05/24/2024 | DMB | PD | corr with UCC, internal team re plan                      | 0.20  | 1,595.00 | $319.00    |
| 05/24/2024 | JEO | PD | Emails with committee counsel re plan and claim amounts   | 0.80  | 1,395.00 | $1,116.00  |
| 05/24/2024 | JEO | PD | Work on claims analysis for plan and emails with Novo team re same | 2.00  | 1,395.00 | $2,790.00  |
| 05/24/2024 | KBD | PD | Analyze correspondence regarding combined disclosure statement and plan. | 0.20  | 1,525.00 | $305.00    |
| 05/25/2024 | LDJ | PD | Review plan revisions                                     | 0.50  | 1,925.00 | $962.50    |
| 05/27/2024 | DMB | PD | corr with K Dine re plan                                  | 0.20  | 1,595.00 | $319.00    |
| 05/27/2024 | DMB | PD | review plan, interim approval revisions                   | 0.80  | 1,595.00 | $1,276.00  |
| 05/27/2024 | KBD | PD | Revise combined disclosure statement and plan.            | 0.50  | 1,525.00 | $762.50    |

Pachulski Stang Ziehl & Jones LLP

GigaMonster Networks LLC

Client 31213.00001

Invoice 139734

June 11, 2024

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/27/2024 | KBD | PD | Revise draft conditional approval motion. | 0.60 | 1,525.00 | $915.00 |
| 05/27/2024 | PJK | PD | Review draft solicitation motion | 0.40 | 1,150.00 | $460.00 |
| 05/28/2024 | DMB | PD | corr from client, K. Dine re plan | 0.10 | 1,595.00 | $159.50 |
| 05/29/2024 | DMB | PD | review materials re plan question | 0.30 | 1,595.00 | $478.50 |
| 05/30/2024 | DMB | PD | corr with K. Dine re plan | 0.10 | 1,595.00 | $159.50 |
| 05/30/2024 | DMB | PD | corr from UCC re plan | 0.10 | 1,595.00 | $159.50 |
| 05/30/2024 | LDJ | PD | Emails with PSZJ re: plan | 0.30 | 1,925.00 | $577.50 |
| 05/31/2024 | DMB | PD | corr to E Brady, K. Dine re plan status | 0.20 | 1,595.00 | $319.00 |
| 05/31/2024 | DMB | PD | follow up corr with K. Dine re plan | 0.10 | 1,595.00 | $159.50 |
| 05/31/2024 | KBD | PD | Revise draft side letter. | 0.20 | 1,525.00 | $305.00 |
| 05/31/2024 | KBD | PD | Correspondence with Kroll regarding Combined Disclosure Statement and Plan. | 0.10 | 1,525.00 | $152.50 |
| 05/31/2024 | KBD | PD | Work on liquidating trust agreement based on changed plan terms. | 0.40 | 1,525.00 | $610.00 |
| 05/31/2024 | PJK | PD | Emails with K Dine re confirmation/plan issues (.2), review draft DS/plan (.4), research issues re same (.2) | 0.80 | 1,150.00 | $920.00 |
|  |  |  |  | **23.30** |  | **$35,888.00** |

**Tax Issues**

|  |  |  | | | | |
|---|---|---|---|---|---|---|
| 04/16/2024 | TPC | TI | Review and respond to IRS inquiry re: tax forms | 0.20 | 1,250.00 | $250.00 |
| 05/02/2024 | DMB | TI | corr to P. Keane re tax issues | 0.10 | 1,595.00 | $159.50 |
| 05/03/2024 | DMB | TI | further review materials re tax issue | 0.30 | 1,595.00 | $478.50 |
| 05/03/2024 | PJK | TI | Emails with D. Bertenthal re investor taxes questions | 0.20 | 1,150.00 | $230.00 |
| 05/09/2024 | DMB | TI | corr with P. Keane | 0.10 | 1,595.00 | $159.50 |
| 05/09/2024 | DMB | TI | follow up corr with P. Keane re tax issues | 0.20 | 1,595.00 | $319.00 |
| 05/09/2024 | PJK | TI | Review taxing issues (.2), emails with D. Bertenthal re issues re same (.2) | 0.40 | 1,150.00 | $460.00 |
| 05/10/2024 | DMB | TI | corr with P. Keane re tax issue and review background info | 0.30 | 1,595.00 | $478.50 |

Pachulski Stang Ziehl & Jones LLP

Page: 12

GigaMonster Networks LLC

Invoice 139734

Client 31213.00001

June 11, 2024

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 05/10/2024 | PJK | TI | Emails with D. Bertenthal and J Grall re taxes issues | 0.20 | 1,150.00 | $230.00 |
| 05/10/2024 | PJK | TI | Emails with D. Bertenthal re taxes issues (.2), emails with J Grall re same (.1) | 0.30 | 1,150.00 | $345.00 |
| 05/13/2024 | DMB | TI | corr with P. Keane, UCC counsel re tax issues | 0.20 | 1,595.00 | $319.00 |
| 05/13/2024 | PJK | TI | Emails with D. Bertenthal re taxes issues (.2), emails with UCC counsel re same (.2) | 0.40 | 1,150.00 | $460.00 |
| 05/14/2024 | DMB | TI | corr with P. Keane re tax issues | 0.10 | 1,595.00 | $159.50 |
| 05/14/2024 | DMB | TI | corr with UCC counsel re tax issues | 0.10 | 1,595.00 | $159.50 |
| 05/14/2024 | PJK | TI | Emails with UCC counsel re taxes issue call (.2), emails with D. Bertenthal re same (.2) | 0.40 | 1,150.00 | $460.00 |
| 05/15/2024 | DMB | TI | corr with P. Keane re tax issues | 0.20 | 1,595.00 | $319.00 |
| 05/16/2024 | DMB | TI | prepare for and attend call with UCC re tax, plan issues | 0.40 | 1,595.00 | $638.00 |
| 05/16/2024 | DMB | TI | call with P. Keane re tax issues | 0.20 | 1,595.00 | $319.00 |
| 05/16/2024 | DMB | TI | corr with P. Keane re tax issues | 0.20 | 1,595.00 | $319.00 |
| 05/16/2024 | PJK | TI | Call with UCC counsel re tax issues (.3), call with D. Bertenthal re same (.1), emails with J Grall re same (.2) | 0.60 | 1,150.00 | $690.00 |
| | | | | 5.10 | | $6,953.00 |

**TOTAL SERVICES FOR THIS MATTER:** $72,968.00

Pachulski Stang Ziehl & Jones LLP                    Page:    13
GigaMonster Networks LLC                             Invoice 139734
Client 31213.00001                                  June 11, 2024

---

**Expenses**

| | | | |
|---|---|---|---|
| 04/22/2024 | TR | Reliable, Inv. WL116431 | 174.20 |
| 05/02/2024 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 05/04/2024 | RE | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 05/07/2024 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/08/2024 | RE | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 05/10/2024 | RE | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 05/13/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/13/2024 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/13/2024 | RE | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 05/13/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/13/2024 | RE | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 05/15/2024 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/15/2024 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/15/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/15/2024 | RE | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 05/16/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/16/2024 | RE | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 05/16/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/16/2024 | RE | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 05/16/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/16/2024 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/16/2024 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/16/2024 | RE | SCAN/COPY ( 226 @0.10 PER PG) | 22.60 |
| 05/16/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/16/2024 | RE | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 05/16/2024 | RE | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 05/16/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/16/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP                    Page:    14
GigaMonster Networks LLC                             Invoice 139734
Client 31213.00001                                  June 11, 2024

---

| 05/17/2024 | DC | 31213.00001 Advita Charges for 05-17-24 | 7.50 |
| 05/17/2024 | RE | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 05/17/2024 | RE | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 05/17/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/17/2024 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/17/2024 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/17/2024 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/17/2024 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/17/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/17/2024 | RE | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 05/17/2024 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/17/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/17/2024 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/17/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/19/2024 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/20/2024 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 05/20/2024 | RE | SCAN/COPY ( 84 @0.10 PER PG) | 8.40 |
| 05/20/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/21/2024 | RE | SCAN/COPY ( 42 @0.10 PER PG) | 4.20 |
| 05/21/2024 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/22/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/22/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/22/2024 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/22/2024 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 05/22/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/23/2024 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 05/23/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/23/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/24/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP                              Page:    15
GigaMonster Networks LLC                                       Invoice 139734
Client 31213.00001                                            June 11, 2024

| | | | |
|---|---|---|---:|
| 05/28/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/28/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/28/2024 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 05/28/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/28/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/28/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 05/28/2024 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/30/2024 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 05/30/2024 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 05/31/2024 | PAC | Pacer - Court Research | 59.80 |

**Total Expenses for this Matter**                          **$316.40**

Pachulski Stang Ziehl & Jones LLP

Page:     16

GigaMonster Networks LLC

Invoice 139734

Client 31213.00001

June 11, 2024

---

### A/R STATEMENT

**Outstanding Balance from prior invoices as of  05/31/2024**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 138107 | 01/31/2024 | $6,610.80 | $0.00 | $6,610.80 |
| 138713 | 02/29/2024 | $19,684.60 | $0.00 | $19,684.60 |
| 139248 | 03/31/2024 | $19,869.30 | $0.00 | $19,869.30 |
| 139255 | 04/30/2024 | $106,906.50 | $402.84 | $107,309.34 |

**Total Amount Due on Current and Prior Invoices:**                                     **$226,758.44**