"

# EXHIBIT K

„"

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) | Case No. 23-10051 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**Objection Deadline:  September 3, 2024 at 4:00 p.m.**
**Hearing Date:  To be scheduled if necessary**

# EIGHTEENTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM JUNE 1, 2024 THROUGH JUNE 30, 2024

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of January 16, 2023 by order signed February 9, 2023 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2024 through June 30, 2024[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $95,284.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $    105.70 |

This is a:        ☒ monthly        ☐ interim        ☐ final application.

The total time expended for fee application preparation is approximately 3.0 hours

and the corresponding compensation requested is approximately $2,000.00.

---

[1]  The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2]  The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 04/11/23 | 01/17/23 – 01/31/23 | $304,014.00 | $11,622.17 | $304,014.00 | $ 11,622.17 |
| 04/18/23 | 02/01/23 – 02/28/23 | $991,725.50 | $11,753.08 | $991,725.50 | $10,423.28[3] |
| 07/10/23 | 03/01/23 – 03/31/23 | $934,165.25 | $ 9,606.27 | $934,165.25 | $ 9,606.27 |
| 07/21/23 | 04/01/23 – 04/30/23 | $361,963.50 | $ 1,600.06 | $361,963.50 | $ 1,600.06 |
| 07/25/23 | 05/01/23 – 05/31/23 | $257,859.50 | $ 1,350.96 | $257,859.50 | $ 1,350.96 |
| 07/26/23 | 06/01/23 – 06/30/23 | $109,880.00 | $ 1,014.50 | $109,880.00 | $ 1,014.50 |
| 10/30/23 | 07/01/23 – 07/31/23 | $ 72,162.00 | $ 1,092.76 | $ 72,162.00 | $ 1,092.76 |
| 10/30/23 | 08/01/23 – 08/31/23 | $ 98,661.50 | $ 1,207.39 | $ 98,661.50 | $ 1,207.39 |
| 10/30/23 | 09/01/23 – 09/30/23 | $ 41,119.00 | $ 893.70 | $ 41,119.00 | $ 893.70 |
| 12/11/23 | 10/01/23 – 10/31/23 | $ 89,959.50 | $ 898.30 | $ 89,959.50 | $ 898.30 |
| 01/30/24 | 11/01/23 – 11/30/23 | $ 90,705.00 | $ 1,028.35 | $ 90,705.00 | $ 1,028.35 |
| 02/27/24 | 12/01/23 – 12/31/23 | $ 47,070.00 | $ 950.87 | $ 47,070.00 | $ 950.87 |
| 03/25/24 | 01/01/24 – 01/31/24 | $ 39,703.00 | $ 853.80 | $ 31,762.40 | $ 853.80 |
| 04/14/24 | 02/01/24 – 02/29/24 | $ 98,423.00 | $ 925.70 | $ 78,738.40 | $ 925.70 |
| 05/13/24 | 03/01/24 – 03/31/24 | $ 99,346.50 | $ 562.42 | $ 79,477.20 | $ 562.42 |
| 05/20/24 | 04/01/24 – 04/30/24 | $106,906.50 | $ 402.84 | Pending | Pending |
| 05/20/24 | 05/01/24 – 05/31/24 | $ 72,968.00 | $ 316.40 | $ 58,374.40 | $ 316.40 |

[3] In the Court's Order approving the First Quarterly Fee Application, the Court approved $31,651.72 in expenses which reflects a reduction of $1,329.80. For the purposes of this application, we have noted the reduction in the last month of that period.

**PSZ&J PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Bertenthal | Partner 1999; Member of CA Bar since 1993 | $1,595.00 | 14.20 | $22,649.00 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $1,395.00 | 14.40 | $20,088.00 |
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,925.00 | 6.90 | $13,282.50 |
| Timothy P. Cairns | Partner 2012; Member of DE Bar 2002-2014; 2017-Present | $1,250.00 | 0.40 | $    500.00 |
| Karen B. Dine | Of Counsel 2020; Member of NY Bar since 1994 | $1,525.00 | 6.50 | $ 9,912.50 |
| Mary F. Caloway | Of Counsel 2020; Member of DE Bar since 1992 | $1,495.00 | 1.10 | $ 1,644.50 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE & NH Bars since 2010 | $1,150.00 | 16.20 | $18,630.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $1,075.00 | 2.10 | $ 2,257.50 |
| Edward A. Corma | Associate 2022; Member of NJ Bar since 2018; Member of PA Bar since 2019; Member of DE Bar since 2020 | $    795.00 | 0.40 | $    318.00 |
| Cheryl A. Knotts | Paralegal | $    545.00 | 0.30 | $    163.50 |
| Melissa N. Flores | Paralegal | $    595.00 | 9.00 | $ 5,355.00 |
| | | $    545.00 | 0.80 | $    436.00 |
| Charles J. Bouzoukis | Case Management Assistant | $    475.00 | 0.10 | $     47.50 |

Grand Total:       **$95,284.00**
Total Hours:              **72.40**
Blended Rate:      **$1,316.08**

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Bankruptcy Litigation | 9.10 | $10,234.50 |
| Case Administration | 3.10 | $ 1,832.50 |
| Claims Admin./Objections | 8.30 | $11,539.50 |
| PSZJ Compensation | 3.90 | $ 3,493.50 |
| Contract and Lease Matters | 0.40 | $ 638.00 |
| Financial Filings | 0.40 | $ 500.00 |
| Plan & Disclosure Statement | 46.40 | $66,126.00 |
| Stay Litigation | 0.80 | $ 920.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[4]<br>(if applicable) | Total<br>Expenses |
|---|---|---|
| Delivery/Courier Service | | $ 7.50 |
| Pacer - Court Research | | $98.20 |

---

[4] PSZ&J may use one or more service providers.  The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) Case No. 23-10051 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**Objection Deadline:  September 3, 2024 at 4:00 p.m.**
**Hearing Date:  To be scheduled if necessary**

## EIGHTEENTH MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM JUNE 1, 2024 THROUGH JUNE 30, 2024

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules") and the Court's "Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals," signed on or about February 9, 2023 (the "Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel for the debtors and debtors in possession ("Debtors"), hereby submits its Eighteenth Monthly Application for Compensation and for Reimbursement of Expenses for the Period from June 1, 2024 through June 30, 2024 (the "Application").

By this Application PSZ&J seeks a monthly interim allowance of compensation in the amount of $95,284.00 and actual and necessary expenses in the amount of $105.70 for a

---

[1]  The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

total allowance of $95,389.70 and payment of $76,227.20 (80% of the allowed fees) and

reimbursement of $105.70 (100% of the allowed expenses) for a total payment of

$76,332.90178,634.85 for the period June 1, 2024 through June 30, 2024 (the "Fee Period"):

<u>**Background**</u>

1.      On January 16, 2023, the Debtors commenced these cases by filing

voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue in

possession of their property and continue to operate and manage their businesses as debtors in

possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or

examiner has been appointed in the Debtors' chapter 11 cases.  An official committee of

unsecured creditors (the "Committee") was appointed in these cases on or about January 30,

2023.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about February 9, 2023, the Court signed the Administrative Order,

authorizing certain professionals ("Professionals") to submit applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications.  If no objections are made within twenty-one (21) days after service of the

monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%)

of the requested fees and one hundred percent (100%) of the requested expenses.  Beginning

with the period ending March 31, 2023, and at three-month intervals or such other intervals

convenient to the Court, each of the Professionals may file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

4.      The retention of PSZ&J, as counsel for the Debtors, was approved effective as of January 16, 2023 by this Court's "Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the Petition Date," signed on or about February 9, 2023 (the "Retention Order").  The Retention Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## PSZ&J's APPLICATION FOR COMPENSATION AND
## FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

5.      All services for which PSZ&J requests compensation were performed for or on behalf of the Debtors, and not on behalf of any committee, creditor or other person.

6.      PSZ&J, and any partner, of counsel, or associate thereof, have received no payment and no promises for payment from any source other than from the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between PSZ&J and any other person other than among the partners, of counsel, or associates of PSZ&J for the sharing of compensation to be received for services rendered in these cases.  PSZ&J has received payments from the Debtors during the year prior to the Petition Date in the amount of $850,000 in connection with the preparation of initial documents and its prepetition representation of the

Debtors.  There was no retainer remaining as of the petition date.  The Firm wrote off all

remaining balance and was current as of the petition date.

       7.     The professional services and related expenses for which PSZ&J requests

interim allowance of compensation and reimbursement of expenses were rendered and incurred

in connection with these cases in the discharge of PSZ&J's professional responsibilities as

attorneys for the Debtors in these chapter 11 cases.  PSZ&J's services have been necessary and

beneficial to the Debtors and their estates, creditors and other parties in interest.

### Fee Statements

       8.     The fee statements for the Fee Period are attached hereto as Exhibit A.

These statements contain daily time logs describing the time spent by each attorney and

paraprofessional during the Fee Period.  To the best of PSZ&J's knowledge, this Application

complies with sections 330 and 331 of the Bankruptcy Code and the Bankruptcy Rules.

PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the

described services.  The time reports are organized on a daily basis.  PSZ&J is particularly

sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of

different matters for a particular client, separate time entries are set forth in the time reports.

PSZ&J's charges for its professional services are based upon the time, nature, extent and value

of such services and the cost of comparable services other than in a case under the Bankruptcy

Code.  PSZ&J has reduced its charges related to any non-working "travel time" to fifty percent

(50%) of PSZ&J's standard hourly rate.  To the extent it is feasible, PSZ&J professionals attempt

to work during travel.

**Actual and Necessary Expenses**

9.      A summary of actual and necessary expenses incurred by PSZ&J for the Fee Period is attached hereto as part of Exhibit A.  PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as this one, arising in Delaware.  PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

10.      PSZ&J charges $0.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Debtors for the receipt of faxes in these cases.

11.      With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research.  PSZ&J bills its clients the actual amounts charged by such services, with no premium.  Any volume discount received by PSZ&J is passed on to the client.

12.      PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, PSZ&J believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the

ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

13.     The names of the partners and associates of PSZ&J who have rendered professional services in these cases during the Fee Period, and the paralegals and case management assistants of PSZ&J who provided services to these attorneys during the Fee Period, are set forth in the attached Exhibit A.

14.     PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

## Summary of Services by Project

15.     The services rendered by PSZ&J during the Fee Period can be grouped into the categories set forth below.  PSZ&J attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit A identifies the attorneys and paraprofessionals who rendered services relating to each category,

along with the number of hours for each individual and the total compensation sought for each category.

### A.    Bankruptcy Litigation

16.    This category relates to work regarding motions or adversary proceedings in the Bankruptcy Court.  During the Fee Period, the Firm, among other things:  (1) performed work regarding Agenda Notices; (2) attended to scheduling issues; (3) reviewed and analyzed critical date issues; (4) performed work regarding an Omnibus hearing dates order; and (5) corresponded regarding bankruptcy litigation issues.

Fees:  $10,234.50;    Hours:  9.10

### B.    Case Administration

17.    This category relates to work regarding administration of these cases. During the Fee Period, the Firm, among other things, maintained document control and maintained a memorandum of critical dates.

Fees:  $1,832.50;    Hours:  3.10

### C.    Claims Administration and Objections

18.    This category relates to work regarding claims administration and claims objections.  During the Fee Period, the Firm, among other things:  (1) reviewed and analyzed claims; (2) performed work regarding a proposed order on the First Omnibus claims objection; and (3) corresponded regarding claim issues.

Fees:  $11,539.50;    Hours:  8.30

**D.      PSZJ Compensation**

19.      This category relates to issues regarding the compensation of the Firm. During the Fee Period, the Firm, among other things:  (1) performed work regarding its March and May 2024 monthly fee applications; (2) performed work regarding its Fifth and Seventh quarterly fee applications; and (3) corresponded regarding fee issues.

Fees:  $3,493.50;      Hours:  3.90

**E.      Contract and Lease Matters**

20.      This category relates to issues regarding executory contracts and unexpired leases of real property.  During the Fee Period, the Firm, among other things, reviewed and analyzed issues regarding rejected contracts.

Fees:  $638.00;      Hours:  0.40

**F.      Financial Filings**

21.      This category relates to work regarding compliance with reporting requirements.  During the Fee Period, the Firm, among other things, performed work regarding Monthly Operating Reports.

Fees:  $500.00;      Hours:  0.40

**G.      Plan and Disclosure Statement**

22.      This category relates to work regarding Plan of Reorganization ("Plan") and Disclosure Statement issues.   During the Fee Period, the Firm, among other things: (1) performed work regarding a Plan and Disclosure Statement; (2) reviewed and analyzed Plan-related reserve and claim issues; (3) performed work regarding a Fifth motion to extend the exclusivity periods; (4) performed work regarding a solicitation motion; (5) reviewed and

analyzed ballot issues; (6) reviewed and analyzed opt-out issues; (7) attended to scheduling and timing issues; (8) reviewed and analyzed release issues; and (9) conferred and corresponded regarding Plan and Disclosure Statement issues.

Fees:  $66,126.00;     Hours:  46.40

### H.      Stay Litigation

23.      This category relates to work regarding the automatic stay and relief from stay motions.  During the Fee Period, the Firm, among other things, reviewed and analyzed issues regarding the Conerly matter.

Fees:  $920.00;        Hours:  0.80

<u>Valuation of Services</u>

24.      Attorneys and paraprofessionals of PSZ&J expended a total 72.40 hours in connection with their representation of the Debtors during the Fee Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Bertenthal | Partner 1999; Member of CA Bar since 1993 | $1,595.00 | 14.20 | $22,649.00 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $1,395.00 | 14.40 | $20,088.00 |
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,925.00 | 6.90 | $13,282.50 |
| Timothy P. Cairns | Partner 2012; Member of DE Bar 2002-2014; 2017-Present | $1,250.00 | 0.40 | $      500.00 |
| Karen B. Dine | Of Counsel 2020; Member of NY Bar since 1994 | $1,525.00 | 6.50 | $  9,912.50 |
| Mary F. Caloway | Of Counsel 2020; Member of DE Bar since 1992 | $1,495.00 | 1.10 | $  1,644.50 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE & NH Bars since 2010 | $1,150.00 | 16.20 | $18,630.00 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $1,075.00 | 2.10 | $ 2,257.50 |
| Edward A. Corma | Associate 2022; Member of NJ Bar since 2018; Member of PA Bar since 2019; Member of DE Bar since 2020 | $ 795.00 | 0.40 | $    318.00 |
| Cheryl A. Knotts | Paralegal | $ 545.00 | 0.30 | $    163.50 |
| Melissa N. Flores | Paralegal | $ 595.00 $ 545.00 | 9.00 0.80 | $ 5,355.00 $    436.00 |
| Charles J. Bouzoukis | Case Management Assistant | $ 475.00 | 0.10 | $     47.50 |

**Grand Total:**   **$95,284.00**
**Total Hours:**          **72.40**
**Blended Rate:**    **$1,316.08**

25.     The nature of work performed by these persons is fully set forth in Exhibit

A attached hereto.  These are PSZ&J's normal hourly rates for work of this character.  The

reasonable value of the services rendered by PSZ&J for the Debtors during the Fee Period is

$95,284.00.

26.     In accordance with the factors enumerated in section 330 of the

Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and

reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent

of the services rendered, (d) the value of such services, and (e) the costs of comparable services

other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the

requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this

Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order

providing that, for the period of June 1, 2024 through June 30, 2024, an interim allowance be

made to PSZ&J for compensation in the amount of $95,284.00 and actual and necessary

expenses in the amount of $105.70 for a total allowance of $95,389.70 and payment of

$76,227.20 (80% of the allowed fees) and reimbursement of $105.70 (100% of the allowed

expenses) be authorized for a total payment of $76,332.90; and for such other and further relief

as this Court deems proper.

Dated: August 12, 2024          PACHULSKI STANG ZIEHL & JONES LLP

                                */s/ Laura Davis Jones*
                                Laura Davis Jones (DE Bar No. 2436)
                                David M. Bertenthal (CA Bar No. 167624)
                                Timothy P. Cairns (DE Bar No. 4228)
                                919 North Market Street, 17th Floor
                                P.O. Box 8705
                                Wilmington, Delaware  19899 (Courier 19801)
                                Telephone:  (302) 652-4100
                                Facsimile:  (302) 652-4400
                                Email: ljones@pszjlaw.com
                                        dbertenthal@pszjlaw.com
                                        tcairns@pszjlaw.com

                                *Counsel for the Debtors and Debtors in Possession*

## <u>DECLARATION</u>

STATE OF DELAWARE    :
                                 :

COUNTY OF NEW CASTLE  :

       Laura Davis Jones, after being duly sworn according to law, deposes and says:

       a)     I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

       b)     I am familiar with the work performed on behalf of the debtors and debtors in possession by the lawyers and paraprofessionals of PSZ&J.

       c)     I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about February 9, 2023 and submit that the Application substantially complies with such Rule and Order.

                                 *Laura Davis Jones*
                                 Laura Davis Jones

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) Case No. 23-10051 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: September 3, 2024 at 4:00 p.m.** |
| | ) **Hearing Date: To be scheduled if necessary** |
| | ) |

<u>**NOTICE OF FILING OF FEE APPLICATION**</u>

**PLEASE TAKE NOTICE** that on August 12, 2024, Pachulski Stang Ziehl &
Jones, LLP ("PSZ&J"), counsel for the above-captioned debtors and debtors in possession, filed
its *Eighteenth Monthly Application for Compensation and Reimbursement of Expenses of
Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for
the Period from June 1, 2024 through June 30, 2024* (the "Application") seeking fees in the
amount of $95,284.00 and reimbursement of actual and necessary expenses in the amount of
$105.70 for the period from June 1, 2024 through June 30, 2024.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the
Application must be made in writing and be filed with the United States Bankruptcy Court for
the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington,
Delaware 19801, on or before **September 3, 2024 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster
Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications
LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350
Franklin Gateway, Suite 300, Marietta, GA 30067.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, by email upon the following: (i) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801 (Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com), David M. Bertenthal, Esq. (dbertenthal@pszjlaw.com), and Timothy P. Cairns, Esq. (tcairns@pszjlaw.com)); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Timothy J. Fox (timothy.fox@usdoj.gov); (iii) counsel to the Official Committee of Unsecured Creditors, Faegre Drinker Biddle & Reath LLP, 222 Delaware Avenue, Suite 1400, Wilmington, Delaware 19801 (Attn: Patrick A. Jackson (patrick.jackson@faegredrinker.com), Jaclyn C. Marasco (jaclyn.marasco@faegredrinker.com), and Richard J. Bernard (richard.bernard@faegredrinker.com)); and (iv) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that on March 9, 2023, the Bankruptcy Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order") [Docket No. 122]. Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing with the Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses without further notice or hearing. All fees and expenses paid to the professionals are subject to final approval by the Court.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN
ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF
REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: August 12, 2024

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
email:  ljones@pszjlaw.com
           dbertenthal@pszjlaw.com
           tcairns@pszjlaw.com

*Counsel for the Debtors and Debtors-in-Possession*

# EXHIBIT A



PACHULSKI
STANG
ZIEHL &
JONES

919 North Market Street
17th Floor
Wilmington, DE  19801

GigaMonster Networks LLC
Rian Branning
GigaMonster Networks, LLC
350 Franklin Gateway SE ste. 300
Marietta , GA  30067

June 30, 2024
Invoice    141230
Client     31213.00001

RE:   Debtor Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2024

| | |
|---|---:|
| FEES | $95,284.00 |
| EXPENSES | $105.70 |
| **TOTAL CURRENT CHARGES** | **$95,389.70** |
| **BALANCE FORWARD** | **$226,758.44** |
| **TOTAL BALANCE DUE** | **$322,148.14** |

---

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:   2
Invoice 141230
June 30, 2024

---

**<u>Summary of Services by Professional</u>**

| <u>ID</u> | <u>Name</u> | <u>Title</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|-----|------|-------|------|-------|--------|
| DMB | Bertenthal, David M. | Partner | 1,595.00 | 14.20 | $22,649.00 |
| JEO | O'Neill, James E. | Partner | 1,395.00 | 14.40 | $20,088.00 |
| LDJ | Jones, Laura Davis | Partner | 1,925.00 | 6.90 | $13,282.50 |
| TPC | Cairns, Timothy P. | Partner | 1,250.00 | 0.40 | $500.00 |
| KBD | Dine, Karen B. | Counsel | 1,525.00 | 6.50 | $9,912.50 |
| MFC | Caloway, Mary F. | Counsel | 1,495.00 | 1.10 | $1,644.50 |
| PJK | Keane, Peter J. | Counsel | 1,150.00 | 16.20 | $18,630.00 |
| WLR | Ramseyer, William L. | Counsel | 1,075.00 | 2.10 | $2,257.50 |
| ECO | Corma, Edward A. | Associate | 795.00 | 0.40 | $318.00 |
| CAK | Knotts, Cheryl A. | Paralegal | 545.00 | 0.30 | $163.50 |
| MNF | Flores, Melissa N. | Paralegal | 595.00 | 9.00 | $5,355.00 |
| MNF | Flores, Melissa N. | Paralegal | 545.00 | 0.80 | $436.00 |
| CJB | Bouzoukis, Charles J. | Case Management Assistant | 475.00 | 0.10 | $47.50 |
| | | | | 72.40 | $95,284.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     3

GigaMonster Networks LLC

Invoice 141230

Client 31213.00001

June 30, 2024

### Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation | 9.10 | $10,234.50 |
| CA | Case Administration | 3.10 | $1,832.50 |
| CO | Claims Administration and Objections | 8.30 | $11,539.50 |
| CP | PSZJ Compensation | 3.90 | $3,493.50 |
| EC | Contract and Lease Matters | 0.40 | $638.00 |
| FF | Financial Filings | 0.40 | $500.00 |
| PD | Plan and Disclosure Statement | 46.40 | $66,126.00 |
| SL | Stay Litigation | 0.80 | $920.00 |
| | | 72.40 | $95,284.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    4
GigaMonster Networks LLC                                             Invoice 141230
Client 31213.00001                                                  June 30, 2024

---

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Delivery/Courier Service | $7.50 |
| Pacer - Court Research | $98.20 |
| | $105.70 |

Pachulski Stang Ziehl & Jones LLP                                      Page:      5
GigaMonster Networks LLC                                              Invoice 141230
Client 31213.00001                                                   June 30, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation** | | | | | | |
| 10/30/2023 | MNF | BL | Review docket (.3)  Draft agenda for 11/14 hearing (.5) | 0.80 | 545.00 | $436.00 |
| 06/02/2024 | LDJ | BL | Review docket, critical dates memo, work in process | 0.30 | 1,925.00 | $577.50 |
| 06/09/2024 | LDJ | BL | Review critical dates memo, docket | 0.20 | 1,925.00 | $385.00 |
| 06/09/2024 | LDJ | BL | Review matters scheduled for 7/2 hearing | 0.30 | 1,925.00 | $577.50 |
| 06/10/2024 | DMB | BL | corr to/from client re open issues, status | 0.20 | 1,595.00 | $319.00 |
| 06/11/2024 | PJK | BL | Finalize COC/order re hrg date (.2), emails with D Potts re same (.2), emails with JKS chambers re hrg date (.2), email to PSZJ team re same (.1) | 0.70 | 1,150.00 | $805.00 |
| 06/12/2024 | PJK | BL | Review critical dates memo | 0.20 | 1,150.00 | $230.00 |
| 06/13/2024 | JEO | BL | Review omnibus hearing order | 0.30 | 1,395.00 | $418.50 |
| 06/16/2024 | LDJ | BL | Review docket, critical dates memo | 0.20 | 1,925.00 | $385.00 |
| 06/19/2024 | PJK | BL | Review critical dates memo | 0.20 | 1,150.00 | $230.00 |
| 06/21/2024 | MNF | BL | Prepare agenda for 7/2/24 hearing | 0.70 | 595.00 | $416.50 |
| 06/23/2024 | LDJ | BL | Review docket, plan status | 0.20 | 1,925.00 | $385.00 |
| 06/23/2024 | MFC | BL | Review and edit update critical dates memo. | 0.20 | 1,495.00 | $299.00 |
| 06/24/2024 | MNF | BL | Prepare COC/Order re: Omnibus hearing dates | 0.40 | 595.00 | $238.00 |
| 06/24/2024 | PJK | BL | Emails with M Flores re COC/order re omni dates, review same (.2), emails with J. O'Neill re confirmation hrg date (.2), review scheduling issues (.2), review critical dates memo (.2) | 0.80 | 1,150.00 | $920.00 |
| 06/25/2024 | PJK | BL | Review and finalize COC/order re hrg dates (.2), emails with D Potts re same (.1) | 0.30 | 1,150.00 | $345.00 |
| 06/26/2024 | MNF | BL | Review docket; pull signed Order re: Omnibus hearing dates and coordinate service of same | 0.30 | 595.00 | $178.50 |
| 06/27/2024 | MFC | BL | Emails re agenda and cancelation of hearing. | 0.10 | 1,495.00 | $149.50 |
| 06/27/2024 | MFC | BL | Emails with MFLores re upcoming case deadlines. | 0.10 | 1,495.00 | $149.50 |
| 06/27/2024 | MNF | BL | Update agenda for 7/2 hearing | 0.30 | 595.00 | $178.50 |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:    6
Invoice 141230
June 30, 2024

| Date | | | | Hours | Rate | Amount |
|------|--|--|--|------|------|--------|
| 06/27/2024 | PJK | BL | Emails with JKS chambers re 7/2 hearing (.2), review 7/2 agenda and edits to same (.2), emails with M Flores re same (.2) | 0.60 | 1,150.00 | $690.00 |
| 06/28/2024 | DMB | BL | corr re lender invoices; internal call | 0.20 | 1,595.00 | $319.00 |
| 06/28/2024 | MNF | BL | E-file and serve Agenda for 7/2 hearing | 0.50 | 595.00 | $297.50 |
| 06/28/2024 | PJK | BL | Review 7/2 agenda, emais with M Flores re same (.2), emails with JKS chambers re same (.2), review critical dates memo (.2), review confirmation scheduling (.2) | 0.80 | 1,150.00 | $920.00 |
| 06/30/2024 | LDJ | BL | Review scheduling, docket | 0.20 | 1,925.00 | $385.00 |
| | | | | **9.10** | | **$10,234.50** |

**Case Administration**

| Date | | | | Hours | Rate | Amount |
|------|--|--|--|------|------|--------|
| 06/06/2024 | MNF | CA | Update and review critical dates | 0.50 | 595.00 | $297.50 |
| 06/11/2024 | MNF | CA | Update and review critical dates | 0.20 | 595.00 | $119.00 |
| 06/12/2024 | MNF | CA | Update and review critical dates | 0.50 | 595.00 | $297.50 |
| 06/14/2024 | MNF | CA | Update and review critical dates | 0.20 | 595.00 | $119.00 |
| 06/18/2024 | CJB | CA | Maintain document control. | 0.10 | 475.00 | $47.50 |
| 06/19/2024 | MNF | CA | Update critical dates memo | 0.50 | 595.00 | $297.50 |
| 06/21/2024 | MNF | CA | Update and review critical dates | 0.30 | 595.00 | $178.50 |
| 06/24/2024 | MNF | CA | Review and update critical dates | 0.30 | 595.00 | $178.50 |
| 06/25/2024 | MNF | CA | Update critical dates | 0.10 | 595.00 | $59.50 |
| 06/26/2024 | MNF | CA | Update and review critical dates | 0.40 | 595.00 | $238.00 |
| | | | | **3.10** | | **$1,832.50** |

**Claims Administration and Objections**

| Date | | | | Hours | Rate | Amount |
|------|--|--|--|------|------|--------|
| 06/07/2024 | JEO | CO | Analyze claims (.8) and revise draft order on first omnibus claim objection (.8) and circulate to committee counsel (.2). | 1.80 | 1,395.00 | $2,511.00 |
| 06/10/2024 | DMB | CO | corr re AZ tax claim | 0.10 | 1,595.00 | $159.50 |
| 06/10/2024 | JEO | CO | Work on claim resolution | 2.00 | 1,395.00 | $2,790.00 |
| 06/10/2024 | LDJ | CO | Review pending claims issues | 0.50 | 1,925.00 | $962.50 |

Pachulski Stang Ziehl & Jones LLP                               Page:   7

GigaMonster Networks LLC                                 Invoice 141230

Client 31213.00001                                     June 30, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/12/2024 | ECO | CO | E-mails with James O'Neill re first omnibus claim objection/changes to order. | 0.20 | 795.00 | $159.00 |
| 06/12/2024 | ECO | CO | Review updated order and review/revise certification re first omnibus claim objection and prepare e-mail to James O'Neill re updates to same. | 0.20 | 795.00 | $159.00 |
| 06/12/2024 | JEO | CO | Review and comment on revised order for first omnibus claim objection | 0.90 | 1,395.00 | $1,255.50 |
| 06/12/2024 | MNF | CO | Prepare Redline Order and Exhibits for COC re: 1st Omnibus Claims Objection | 0.50 | 595.00 | $297.50 |
| 06/13/2024 | MNF | CO | Finalize and e-file COC re: 1st Omni Claims Objection; Upload Order re: same | 0.50 | 595.00 | $297.50 |
| 06/17/2024 | LDJ | CO | Respond to creditor inquiries | 0.20 | 1,925.00 | $385.00 |
| 06/20/2024 | DMB | CO | attention to claims status, issues | 0.20 | 1,595.00 | $319.00 |
| 06/20/2024 | LDJ | CO | Review status of claims, open issues | 0.50 | 1,925.00 | $962.50 |
| 06/27/2024 | LDJ | CO | Review pending claims | 0.30 | 1,925.00 | $577.50 |
| 06/27/2024 | LDJ | CO | Respond to creditor inquiries | 0.20 | 1,925.00 | $385.00 |
| 06/28/2024 | DMB | CO | review materials re claims status | 0.20 | 1,595.00 | $319.00 |
| | | | | **8.30** | | **$11,539.50** |

**PSZJ Compensation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/04/2024 | MFC | CP | Emails re draft CNO for PSZJ fee app and review same. | 0.10 | 1,495.00 | $149.50 |
| 06/04/2024 | MNF | CP | Review docket re: objections to 15th monhly fee app of PSZJ (.1) Prepare CNO re: same (.4) | 0.50 | 595.00 | $297.50 |
| 06/04/2024 | MNF | CP | Finalize and E-file CNO re: 15th monthly fee app of PSZJ | 0.30 | 595.00 | $178.50 |
| 06/06/2024 | MFC | CP | Review and edit draft CNO for PSZJ fee app. | 0.10 | 1,495.00 | $149.50 |
| 06/06/2024 | MNF | CP | Review docket re: objections to 5th quarterly fee app of PSZJ; Prepare CNO re: same | 0.50 | 595.00 | $297.50 |
| 06/18/2024 | CAK | CP | Review and edit May 2024 bill | 0.30 | 545.00 | $163.50 |
| 06/19/2024 | WLR | CP | Draft May 2024 fee application. | 0.60 | 1,075.00 | $645.00 |
| 06/19/2024 | WLR | CP | Review and revise May 2024 fee application. | 0.80 | 1,075.00 | $860.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     8

GigaMonster Networks LLC

Invoice 141230

Client 31213.00001

June 30, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/22/2024 | WLR | CP | Draft Seventh quarterly fee application. | 0.70 | 1,075.00 | $752.50 |
| | | | | 3.90 | | $3,493.50 |

**Contract and Lease Matters**

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/17/2024 | DMB | EC | corr from Spectrum | 0.10 | 1,595.00 | $159.50 |
| 06/19/2024 | DMB | EC | corr with client re rejected contracts | 0.20 | 1,595.00 | $319.00 |
| 06/20/2024 | DMB | EC | corr with client re rejected contracts | 0.10 | 1,595.00 | $159.50 |
| | | | | 0.40 | | $638.00 |

**Financial Filings**

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/19/2024 | TPC | FF | Review and file MORs | 0.40 | 1,250.00 | $500.00 |
| | | | | 0.40 | | $500.00 |

**Plan and Disclosure Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/20/2024 | JEO | PD | Review plan and disclosure statement | 0.90 | 1,395.00 | $1,255.50 |
| 06/03/2024 | DMB | PD | corr with client, K. Dine re plan | 0.20 | 1,595.00 | $319.00 |
| 06/03/2024 | DMB | PD | review updated plan re reserve issue | 0.30 | 1,595.00 | $478.50 |
| 06/04/2024 | DMB | PD | attention to claims, plan status, open issues | 0.30 | 1,595.00 | $478.50 |
| 06/05/2024 | DMB | PD | corr with client, E Brady re plan | 0.20 | 1,595.00 | $319.00 |
| 06/05/2024 | DMB | PD | review exclusivity motion and corr from P. Keane | 0.30 | 1,595.00 | $478.50 |
| 06/05/2024 | DMB | PD | call to Laura Davis Jones re plan status | 0.10 | 1,595.00 | $159.50 |
| 06/05/2024 | KBD | PD | Revisions to solicitation motion. | 1.30 | 1,525.00 | $1,982.50 |
| 06/05/2024 | KBD | PD | Revisions to combined plan. | 0.40 | 1,525.00 | $610.00 |
| 06/05/2024 | LDJ | PD | Review plan issues | 0.50 | 1,925.00 | $962.50 |
| 06/05/2024 | PJK | PD | Review draft plan and solicitation motion (.6), emails with PSZJ team re exclusivity (.2) | 0.80 | 1,150.00 | $920.00 |
| 06/05/2024 | PJK | PD | Research re ballot issues for plan (1.0), emails with K Dine re same (.2) | 1.20 | 1,150.00 | $1,380.00 |
| 06/07/2024 | DMB | PD | corr with client re plan | 0.10 | 1,595.00 | $159.50 |
| 06/07/2024 | DMB | PD | review revised exclusivity motion | 0.20 | 1,595.00 | $319.00 |
| 06/07/2024 | DMB | PD | corr re exclusivity extension | 0.10 | 1,595.00 | $159.50 |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:    9
Invoice 141230
June 30, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/07/2024 | KBD | PD | Correspondence with Kroll regarding solicitation matters. | 0.10 | 1,525.00 | $152.50 |
| 06/07/2024 | KBD | PD | Prepare opt-out election form. | 0.30 | 1,525.00 | $457.50 |
| 06/07/2024 | KBD | PD | Revise conditional approval motion. | 0.60 | 1,525.00 | $915.00 |
| 06/07/2024 | MFC | PD | Emails with P. Keane re exclusivity. | 0.20 | 1,495.00 | $299.00 |
| 06/07/2024 | PJK | PD | Emails with client re exclusivity extension (.2), email to JKS chambers re same (.2) | 0.40 | 1,150.00 | $460.00 |
| 06/07/2024 | PJK | PD | Review and revise exclusivity motion (.3), emails with client and PSZJ team re same (.3) | 0.60 | 1,150.00 | $690.00 |
| 06/08/2024 | DMB | PD | initial review re updated interim approval motion | 0.30 | 1,595.00 | $478.50 |
| 06/09/2024 | DMB | PD | further review interim approval materials | 0.80 | 1,595.00 | $1,276.00 |
| 06/10/2024 | DMB | PD | corr re plan issues (.2); review plan materials (.4) | 0.60 | 1,595.00 | $957.00 |
| 06/10/2024 | DMB | PD | call with R Branning | 0.10 | 1,595.00 | $159.50 |
| 06/10/2024 | DMB | PD | internal corr re interim approval motion | 0.20 | 1,595.00 | $319.00 |
| 06/10/2024 | DMB | PD | corr from P. Keane re exclusivity | 0.10 | 1,595.00 | $159.50 |
| 06/10/2024 | LDJ | PD | Review plan issues | 0.30 | 1,925.00 | $577.50 |
| 06/10/2024 | MFC | PD | EMails re revised exclusivity motion. | 0.10 | 1,495.00 | $149.50 |
| 06/10/2024 | MNF | PD | Finalize and E-file 5th Motion to extend exclusivity; Coordinate service of same | 0.50 | 595.00 | $297.50 |
| 06/10/2024 | PJK | PD | Review updated solicitation motion (.6), emails with K Dine re same (.2) | 0.80 | 1,150.00 | $920.00 |
| 06/10/2024 | PJK | PD | Email to JKS chambers re hearing date (.2), finalize exclusivity motion (.4), emails with M Flores re same (.2) | 0.80 | 1,150.00 | $920.00 |
| 06/11/2024 | DMB | PD | corr with client, internal team re plan (.3); call with K. Dine (.1) | 0.40 | 1,595.00 | $638.00 |
| 06/11/2024 | DMB | PD | follow up corr from K. Dine, E Brady re plan | 0.20 | 1,595.00 | $319.00 |
| 06/11/2024 | KBD | PD | Prepare/analyze correspondence regarding finalizing plan-related documents. | 0.40 | 1,525.00 | $610.00 |
| 06/11/2024 | KBD | PD | Telephone call with D. Bertenthal regarding next steps. | 0.10 | 1,525.00 | $152.50 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    10
GigaMonster Networks LLC                                             Invoice 141230
Client 31213.00001                                                  June 30, 2024

---

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/11/2024 | PJK | PD | Review and finalize notice re 5th exclusivity motion (.2), emails with D Potts re same (.2) | 0.40 | 1,150.00 | $460.00 |
| 06/12/2024 | DMB | PD | corr from E Brady | 0.10 | 1,595.00 | $159.50 |
| 06/12/2024 | DMB | PD | corr from client re plan | 0.10 | 1,595.00 | $159.50 |
| 06/12/2024 | LDJ | PD | Emails with PSZJ re: plan | 0.30 | 1,925.00 | $577.50 |
| 06/13/2024 | DMB | PD | review updated plan materials | 0.50 | 1,595.00 | $797.50 |
| 06/13/2024 | KBD | PD | Revise conditional approval motion. | 0.40 | 1,525.00 | $610.00 |
| 06/13/2024 | PJK | PD | Review Kroll comments on solicitation motion | 0.40 | 1,150.00 | $460.00 |
| 06/14/2024 | DMB | PD | corr with internal team re plan notice, scheduling issues | 0.30 | 1,595.00 | $478.50 |
| 06/14/2024 | DMB | PD | review plan materials re notice, scheduling issues | 0.40 | 1,595.00 | $638.00 |
| 06/14/2024 | DMB | PD | corr from UCC counsel | 0.10 | 1,595.00 | $159.50 |
| 06/14/2024 | PJK | PD | Emails with D. Bertenthal re plan/DS issues (.2), review critical dates memo and docket (.3) | 0.50 | 1,150.00 | $575.00 |
| 06/17/2024 | DMB | PD | internal corr re plan, scheduling issues | 0.30 | 1,595.00 | $478.50 |
| 06/17/2024 | DMB | PD | call with Laura Davis Jones re plan | 0.20 | 1,595.00 | $319.00 |
| 06/17/2024 | DMB | PD | corr with client re plan | 0.10 | 1,595.00 | $159.50 |
| 06/17/2024 | DMB | PD | corr from E Brady | 0.10 | 1,595.00 | $159.50 |
| 06/17/2024 | LDJ | PD | Teleconference with D Bertenthal re: plan | 0.20 | 1,925.00 | $385.00 |
| 06/18/2024 | DMB | PD | corr with internal team re plan scheduling | 0.20 | 1,595.00 | $319.00 |
| 06/18/2024 | DMB | PD | call with Laura Davis Jones re plan issues | 0.20 | 1,595.00 | $319.00 |
| 06/18/2024 | DMB | PD | corr with K Dine re plan (.2) and review materials re plan (.4) | 0.60 | 1,595.00 | $957.00 |
| 06/18/2024 | DMB | PD | corr from P. Keane | 0.10 | 1,595.00 | $159.50 |
| 06/18/2024 | JEO | PD | Review timing issues re hearings on combined plan and DS | 0.80 | 1,395.00 | $1,116.00 |
| 06/18/2024 | JEO | PD | Review timing and issues for plan confirmation hearing | 1.50 | 1,395.00 | $2,092.50 |
| 06/18/2024 | MFC | PD | Emails re solicitation procedures motion filing and timing. | 0.20 | 1,495.00 | $299.00 |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:   11<br>
Invoice 141230<br>
June 30, 2024

|            |     |    |                                                                                                        | Hours | Rate     | Amount     |
|------------|-----|----|--------------------------------------------------------------------------------------------------------|-------|----------|------------|
| 06/18/2024 | MNF | PD | Review pleadings re: exclusivity motion deadlines                                                      | 0.20  | 595.00   | $119.00    |
| 06/19/2024 | DMB | PD | corr with R Bernard                                                                                    | 0.10  | 1,595.00 | $159.50    |
| 06/19/2024 | LDJ | PD | Emails with PSZJ re: plan issues                                                                        | 0.30  | 1,925.00 | $577.50    |
| 06/20/2024 | DMB | PD | internal corr re scheduling issues                                                                     | 0.20  | 1,595.00 | $319.00    |
| 06/20/2024 | DMB | PD | corr with J. O'Neill, K. Dine re plan                                                                   | 0.20  | 1,595.00 | $319.00    |
| 06/20/2024 | JEO | PD | Review issues regarding combined plan and disclosure statement and motion to approve                   | 2.50  | 1,395.00 | $3,487.50  |
| 06/20/2024 | KBD | PD | Work on finalizing disclosure/plan documents for filing.                                               | 0.60  | 1,525.00 | $915.00    |
| 06/20/2024 | PJK | PD | Review UCC-Barings settlement stip (.2), emails from PSZJ and UCC counsel (.2)                          | 0.40  | 1,150.00 | $460.00    |
| 06/21/2024 | DMB | PD | corr to/from K Dine re plan issues                                                                      | 0.20  | 1,595.00 | $319.00    |
| 06/21/2024 | DMB | PD | corr from UCC, Barings re plan schedule                                                                 | 0.20  | 1,595.00 | $319.00    |
| 06/21/2024 | DMB | PD | corr with K Dine, client re plan                                                                        | 0.20  | 1,595.00 | $319.00    |
| 06/21/2024 | JEO | PD | Review issues re plan and disclosure statement                                                         | 0.90  | 1,395.00 | $1,255.50  |
| 06/21/2024 | KBD | PD | Analyze correspondence relating to timing of hearings.                                                 | 0.10  | 1,525.00 | $152.50    |
| 06/21/2024 | KBD | PD | Telephone call with J. O'Neal regarding motion and hearing.                                            | 0.10  | 1,525.00 | $152.50    |
| 06/21/2024 | LDJ | PD | Review pending plan issues, scheduling, next steps                                                     | 0.70  | 1,925.00 | $1,347.50  |
| 06/23/2024 | DMB | PD | internal corr re plan scheduling issues                                                                | 0.20  | 1,595.00 | $319.00    |
| 06/23/2024 | PJK | PD | Emails from PSZJ team re Disclosure Statement motion hearing scheduling                                 | 0.20  | 1,150.00 | $230.00    |
| 06/23/2024 | PJK | PD | Emails with K Dine re updated Disclosure Statement motion and combined DS/plan (.2), review updated docs (.8) | 1.00  | 1,150.00 | $1,150.00  |
| 06/24/2024 | DMB | PD | internal corr re plan filing, schedule issues                                                          | 0.20  | 1,595.00 | $319.00    |
| 06/24/2024 | DMB | PD | review final plan                                                                                      | 0.60  | 1,595.00 | $957.00    |
| 06/24/2024 | JEO | PD | Emails with court and PSZJ team re disclosure and plan hearings                                        | 1.20  | 1,395.00 | $1,674.00  |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:    12
Invoice 141230
June 30, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/24/2024 | PJK | PD | Review and update Disclosure Statement motion (1.2), emails with K Dine re same (.2) | 1.40 | 1,150.00 | $1,610.00 |
| 06/25/2024 | DMB | PD | internal corr re plan filing (.2); review materials re potential confirmation issue (.5) | 0.70 | 1,595.00 | $1,116.50 |
| 06/25/2024 | DMB | PD | corr from key parties, internal team re plan scheduling | 0.30 | 1,595.00 | $478.50 |
| 06/25/2024 | JEO | PD | Review status of Gigamonster motion to approve plan and Disclosure Statement | 0.80 | 1,395.00 | $1,116.00 |
| 06/25/2024 | JEO | PD | Emails with court re planning for disclosure statement and confirmation hearing | 0.80 | 1,395.00 | $1,116.00 |
| 06/25/2024 | KBD | PD | Analyze finalized plan documents for filing, | 0.30 | 1,525.00 | $457.50 |
| 06/25/2024 | PJK | PD | Further review and edits to solicitation procedures motion (.6), emails with PSZJ team re same (.2) | 0.80 | 1,150.00 | $920.00 |
| 06/25/2024 | PJK | PD | Review and finalize solicitation motion (.6), review and finalize combined DS/plan for filing (.4), emails with PSZJ team re same (.2), emails with D Potts re filing of same (.2) | 1.40 | 1,150.00 | $1,610.00 |
| 06/26/2024 | DMB | PD | attention to plan issues, next steps | 0.50 | 1,595.00 | $797.50 |
| 06/26/2024 | MNF | PD | Review docket re: objections to 5th motion to extend exclusivity period; Prepare CNO/Order re: same | 0.50 | 595.00 | $297.50 |
| 06/26/2024 | MNF | PD | E-file CNO re: 5th motion to extend time to exclusivity; Upload Order re: same | 0.30 | 595.00 | $178.50 |
| 06/27/2024 | DMB | PD | call with K. Dine re potential plan issue | 0.10 | 1,595.00 | $159.50 |
| 06/27/2024 | DMB | PD | internal corr re potential plan issue | 0.20 | 1,595.00 | $319.00 |
| 06/27/2024 | DMB | PD | review plan, research re potential confirmation issue | 1.20 | 1,595.00 | $1,914.00 |
| 06/27/2024 | KBD | PD | Analyze legal issues relating to releases under proposed plan. | 1.80 | 1,525.00 | $2,745.00 |
| 06/27/2024 | PJK | PD | Research re plan/DS issues re Purdue decision (.5), emails with PSZJ team re same (.2) | 0.70 | 1,150.00 | $805.00 |
| 06/28/2024 | LDJ | PD | Review plan issues, releases, strategy | 1.50 | 1,925.00 | $2,887.50 |
| | | | | **46.40** | | **$66,126.00** |

Pachulski Stang Ziehl & Jones LLP

Page:    13

GigaMonster Networks LLC

Invoice 141230

Client 31213.00001

June 30, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

**Stay Litigation**

| 01/30/2024 | PJK | SL | Email to M Jolly re Conerly matter and insurance policy, review issues re same (.4), emails with Conerly counsel re same (.2), emails with M Flores re same (.2) | 0.80 | 1,150.00 | $920.00 |
| | | | | 0.80 | | $920.00 |

**TOTAL SERVICES FOR THIS MATTER:**                            **$95,284.00**

Pachulski Stang Ziehl & Jones LLP

Page:    14

GigaMonster Networks LLC

Invoice 141230

Client 31213.00001

June 30, 2024

---

**<u>Expenses</u>**

| | | | |
|---|---|---|---:|
| 06/03/2024 | DC | 31213.00001 Advita Charges for 06-03-24 | 7.50 |
| 06/30/2024 | PAC | Pacer - Court Research | 98.20 |
| | **Total Expenses for this Matter** | | **$105.70** |

Pachulski Stang Ziehl & Jones LLP

Page:     15

GigaMonster Networks LLC

Invoice 141230

Client 31213.00001

June 30, 2024

---

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  06/30/2024**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 138107 | 01/31/2024 | $6,610.80 | $0.00 | $6,610.80 |
| 138713 | 02/29/2024 | $19,684.60 | $0.00 | $19,684.60 |
| 139248 | 03/31/2024 | $19,869.30 | $0.00 | $19,869.30 |
| 139255 | 04/30/2024 | $106,906.50 | $402.84 | $107,309.34 |
| 139734 | 05/31/2024 | $72,968.00 | $316.40 | $73,284.40 |

**Total Amount Due on Current and Prior Invoices:**          **$322,148.14**