"

# EXHIBIT N

„"

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) Case No. 23-10051 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**Objection Deadline:  November 27, 2024 at 4:00 p.m.**
**Hearing Date:  To be scheduled if necessary**

### TWENTY-FIRST MONTHLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 16, 2024

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of January 16, 2023 by order signed February 9, 2023 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2024 through September 16, 2024[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $29,804.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $     89.60 |

This is a:        ☒monthly        ☐ interim        ☐final application.

The total time expended for fee application preparation is approximately 3.0 hours

and the corresponding compensation requested is approximately $2,000.00.

---

[1]  The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2]  The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

**PRIOR APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 04/11/23 | 01/17/23 – 01/31/23 | $304,014.00 | $11,622.17 | $304,014.00 | $ 11,622.17 |
| 04/18/23 | 02/01/23 – 02/28/23 | $991,725.50 | $11,753.08 | $991,725.50 | $10,423.28[3] |
| 07/10/23 | 03/01/23 – 03/31/23 | $934,165.25 | $ 9,606.27 | $934,165.25 | $ 9,606.27 |
| 07/21/23 | 04/01/23 – 04/30/23 | $361,963.50 | $ 1,600.06 | $361,963.50 | $ 1,600.06 |
| 07/25/23 | 05/01/23 – 05/31/23 | $257,859.50 | $ 1,350.96 | $257,859.50 | $ 1,350.96 |
| 07/26/23 | 06/01/23 – 06/30/23 | $109,880.00 | $ 1,014.50 | $109,880.00 | $ 1,014.50 |
| 10/30/23 | 07/01/23 – 07/31/23 | $ 72,162.00 | $ 1,092.76 | $ 72,162.00 | $ 1,092.76 |
| 10/30/23 | 08/01/23 – 08/31/23 | $ 98,661.50 | $ 1,207.39 | $ 98,661.50 | $ 1,207.39 |
| 10/30/23 | 09/01/23 – 09/30/23 | $ 41,119.00 | $ 893.70 | $ 41,119.00 | $ 893.70 |
| 12/11/23 | 10/01/23 – 10/31/23 | $ 89,959.50 | $ 898.30 | $ 89,959.50 | $ 898.30 |
| 01/30/24 | 11/01/23 – 11/30/23 | $ 90,705.00 | $ 1,028.35 | $ 90,705.00 | $ 1,028.35 |
| 02/27/24 | 12/01/23 – 12/31/23 | $ 47,070.00 | $ 950.87 | $ 47,070.00 | $ 950.87 |
| 03/25/24 | 01/01/24 – 01/31/24 | $ 39,703.00 | $ 853.80 | $ 31,762.40 | $ 853.80 |
| 04/14/24 | 02/01/24 – 02/29/24 | $ 98,423.00 | $ 925.70 | $ 78,738.40 | $ 925.70 |
| 05/13/24 | 03/01/24 – 03/31/24 | $ 99,346.50 | $ 562.42 | $ 79,477.20 | $ 562.42 |
| 05/20/24 | 04/01/24 – 04/30/24 | $106,906.50 | $ 402.84 | $ 85,525.20 | $ 402.84 |
| 05/20/24 | 05/01/24 – 05/31/24 | $ 72,968.00 | $ 316.40 | $ 58,374.40 | $ 316.40 |
| 0812/24 | 06/01/24 – 06/30/24 | $ 95,284.00 | $ 105.70 | $ 76,227.20 | $ 105.70 |
| 10/21/24 | 07/01/24 – 07/31/24 | $196,706.00 | $ 564.35 | Pending | Pending |
| 11/04/24 | 08/01/24 – 08/31/24 | $428,860.50 | $ 1,534.59 | Pending | Pending |

---

[3] In the Court's Order approving the First Quarterly Fee Application, the Court approved $31,651.72 in expenses which reflects a reduction of $1,329.80. For the purposes of this application, we have noted the reduction in the last month of that period.

**PSZ&J PROFESSIONALS**

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Bertenthal | Partner 1999; Member of CA Bar since 1993 | $1,595.00 | 8.40 | $13,398.00 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $1,395.00 | 2.00 | $ 2,790.00 |
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,925.00 | 1.40 | $ 2,695.00 |
| Karen B. Dine | Of Counsel 2020; Member of NY Bar since 1994 | $1,525.00 | 3.00 | $ 4,575.00 |
| Mary F. Caloway | Of Counsel 2020; Member of DE Bar since 1992 | $1,495.00 | 2.30 | $ 3,438.50 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE & NH Bars since 2010 | $1,150.00 | 0.20 | $     230.00 |
| Melissa N. Flores | Paralegal | $   595.00 | 4.50 | $ 2,677.50 |

Grand Total:     $29,804.00
Total Hours:          21.80
Blended Rate:     $1,367.16

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Bankruptcy Litigation | 0.70 | $ 1,261.50 |
| Case Administration | 2.60 | $ 1,547.00 |
| Claims Admin./Objections | 4.10 | $ 5,811.50 |
| PSZJ Compensation | 1.80 | $ 1,251.00 |
| Financing/Cash Collateral/Cash Management | 0.10 | $ 159.50 |
| Plan & Disclosure Statement | 5.30 | $ 8,586.50 |
| Plan Implementation | 7.20 | $11,187.00 |

**EXPENSE SUMMARY**

| Expense Category | Service Provider[4] (if applicable) | Total Expenses |
|---|---|---|
| Pacer - Court Research | | $74.10 |
| Reproduction Expense | | $15.50 |

---

[4] PSZ&J may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) | Case No. 23-10051 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**Objection Deadline:  November 27, 2024 at 4:00 p.m.**
**Hearing Date:  To be scheduled if necessary**

**TWENTY-FIRST MONTHLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL
FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR
THE PERIOD FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 16, 2024**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the

"Bankruptcy Rules") and the Court's "Order Establishing Procedures for Interim Compensation

and Reimbursement of Expenses of Professionals," signed on or about February 9, 2023 (the

"Administrative Order"), Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), counsel

for the debtors and debtors in possession ("Debtors"), hereby submits its Twenty-First Monthly

Application for Compensation and for Reimbursement of Expenses for the Period from

September 1, 2024 through September 16, 2024 (the "Application").

By this Application PSZ&J seeks a monthly interim allowance of compensation

in the amount of $29,804.00 and actual and necessary expenses in the amount of $89.60 for a

---

[1]  The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are:
GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere
Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business
address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

total allowance of $29,893.60 and payment of $23,843.20 (80% of the allowed fees) and

reimbursement of $89.60 (100% of the allowed expenses) for a total payment of

$23,932.80178,634.85 for the period September 1, 2024 through September 16, 2024 (the "Fee

Period"):

## Background

1.      On January 16, 2023, the Debtors commenced these cases by filing

voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continued

in possession of their property and continued to operate and manage their businesses as debtors

in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or

examiner has been appointed in the Debtors' chapter 11 cases. An official committee of

unsecured creditors (the "Committee") was appointed in these cases on or about January 30,

2023.

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157

and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      On or about February 9, 2023, the Court signed the Administrative Order,

authorizing certain professionals ("Professionals") to submit applications for interim

compensation and reimbursement for expenses, pursuant to the procedures specified therein.

The Administrative Order provides, among other things, that a Professional may submit monthly

fee applications. If no objections are made within twenty-one (21) days after service of the

monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%)

of the requested fees and one hundred percent (100%) of the requested expenses. Beginning

with the period ending March 31, 2023, and at three-month intervals or such other intervals

convenient to the Court, each of the Professionals may file and serve an interim application for

allowance of the amounts sought in its monthly fee applications for that period.  All fees and

expenses paid are on an interim basis until final allowance by the Court.

4.    The retention of PSZ&J, as counsel for the Debtors, was approved

effective as of January 16, 2023 by this Court's "Order Authorizing the Employment and

Retention of Pachulski Stang Ziehl & Jones LLP as Counsel for the Debtors Effective as of the

Petition Date," signed on or about February 9, 2023 (the "Retention Order").  The Retention

Order authorized PSZ&J to be compensated on an hourly basis and to be reimbursed for actual

and necessary out-of-pocket expenses.

**PSZ&J's APPLICATION FOR COMPENSATION AND
FOR REIMBURSEMENT OF EXPENSES**

**<u>Compensation Paid and Its Source</u>**

5.    All services for which PSZ&J requests compensation were performed for

or on behalf of the Debtors, and not on behalf of any committee, creditor or other person.

6.    PSZ&J, and any partner, of counsel, or associate thereof, have received no

payment and no promises for payment from any source other than from the Debtors for services

rendered or to be rendered in any capacity whatsoever in connection with the matters covered by

this Application.  There is no agreement or understanding between PSZ&J and any other person

other than among the partners, of counsel, or associates of PSZ&J for the sharing of

compensation to be received for services rendered in these cases.  PSZ&J has received payments

from the Debtors during the year prior to the Petition Date in the amount of $850,000 in

connection with the preparation of initial documents and its prepetition representation of the

Debtors.  There was no retainer remaining as of the petition date.  The Firm wrote off all

remaining balance and was current as of the petition date.

7.     The professional services and related expenses for which PSZ&J requests

interim allowance of compensation and reimbursement of expenses were rendered and incurred

in connection with these cases in the discharge of PSZ&J's professional responsibilities as

attorneys for the Debtors in these chapter 11 cases.  PSZ&J's services have been necessary and

beneficial to the Debtors and their estates, creditors and other parties in interest.

## Fee Statements

8.     The fee statements for the Fee Period are attached hereto as Exhibit A.

These statements contain daily time logs describing the time spent by each attorney and

paraprofessional during the Fee Period.  To the best of PSZ&J's knowledge, this Application

complies with sections 330 and 331 of the Bankruptcy Code and the Bankruptcy Rules.

PSZ&J's time reports are initially handwritten by the attorney or paralegal performing the

described services.  The time reports are organized on a daily basis.  PSZ&J is particularly

sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of

different matters for a particular client, separate time entries are set forth in the time reports.

PSZ&J's charges for its professional services are based upon the time, nature, extent and value

of such services and the cost of comparable services other than in a case under the Bankruptcy

Code.  PSZ&J has reduced its charges related to any non-working "travel time" to fifty percent

(50%) of PSZ&J's standard hourly rate.  To the extent it is feasible, PSZ&J professionals attempt to work during travel.

### Actual and Necessary Expenses

9.      A summary of actual and necessary expenses incurred by PSZ&J for the Fee Period is attached hereto as part of Exhibit A.  PSZ&J customarily charges $0.10 per page for photocopying expenses related to cases, such as this one, arising in Delaware.  PSZ&J's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier. PSZ&J summarizes each client's photocopying charges on a daily basis.

10.      PSZ&J charges $0.25 per page for out-going facsimile transmissions. There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects PSZ&J's calculation of the actual costs incurred by PSZ&J for the machines, supplies and extra labor expenses associated with sending telecopies and is reasonable in relation to the amount charged by outside vendors who provide similar services. PSZ&J does not charge the Debtors for the receipt of faxes in these cases.

11.      With respect to providers of on-line legal research services (e.g., LEXIS and WESTLAW), PSZ&J charges the standard usage rates these providers charge for computerized legal research.  PSZ&J bills its clients the actual amounts charged by such services, with no premium.  Any volume discount received by PSZ&J is passed on to the client.

12.      PSZ&J believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, PSZ&J believes that such charges are

in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

**Summary of Services Rendered**

13.     The names of the partners and associates of PSZ&J who have rendered professional services in these cases during the Fee Period, and the paralegals and case management assistants of PSZ&J who provided services to these attorneys during the Fee Period, are set forth in the attached Exhibit A.

14.     PSZ&J, by and through such persons, has prepared and assisted in the preparation of various motions and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with the Debtors' bankruptcy cases, and performed all necessary professional services which are described and narrated in detail below.  PSZ&J's efforts have been extensive due to the size and complexity of the Debtors' bankruptcy cases.

**Summary of Services by Project**

15.     The services rendered by PSZ&J during the Fee Period can be grouped into the categories set forth below.  PSZ&J attempted to place the services provided in the category that best relates to such services.  However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A.  Exhibit

A identifies the attorneys and paraprofessionals who rendered services relating to each category, along with the number of hours for each individual and the total compensation sought for each category.

### A.    Bankruptcy Litigation

16.    This category relates to work regarding motions or adversary proceedings in the Bankruptcy Court.  During the Fee Period, the Firm, among other things, reviewed and analyzed critical date and deadline issues, and corresponded regarding bankruptcy litigation issues.

Fees:  $1,261.50;       Hours:  0.70

### B.    Case Administration

17.    This category relates to work regarding administration of these cases. During the Fee Period, the Firm, among other things, maintained a memorandum of critical dates.

Fees:  $1,547.00;       Hours:  2.60

### C.    Claims Administration and Objections

18.    This category relates to work regarding claims administration and claims objections.  During the Fee Period, the Firm, among other things:  (1) reviewed and analyzed issues regarding the status of claims; (2) reviewed and analyzed claims register issues; (3) reviewed and analyzed claims; (4) performed work regarding claims objections; (5) reviewed and analyzed issues regarding the Dodd claims; and (6) corresponded regarding claim issues.

Fees:  $5,811.50;       Hours:  4.10

**D.     PSZJ Compensation**

19.     This category relates to issues regarding the compensation of the Firm. During the Fee Period, the Firm, among other things:  (1) performed work regarding its June 2024 monthly fee application; (2) performed work regarding its Sixth quarterly fee application; and (3) monitored the status and filing of fee applications.

Fees:  $1,251.00;       Hours:  1.80

**E.     Financing/Cash Collateral/Cash Management**

20.     This category relates to work regarding cash management and Debtor in Possession financing and cash collateral issues.  During the Fee Period, the Firm, among other things, reviewed and analyzed issues regarding Barings' fees.

Fees:  $159.50;       Hours:  0.10

**F.     Plan and Disclosure Statement**

21.     This category relates to work regarding Plan of Reorganization ("Plan") and Disclosure Statement issues.   During the Fee Period, the Firm, among other things: (1) reviewed and analyzed issues regarding next steps; (2) reviewed and analyzed wind-down budget issues; (3) reviewed and analyzed issues regarding a confirmation hearing transcript; (4) attended to deadline issues; (5) reviewed and analyzed claim issues; (6) performed work regarding a Liquidating Trust Agreement; and (7) conferred and corresponded regarding Plan issues.

Fees:  $8,586.50;       Hours:  5.30

### G.    Plan Implementation

22.    This category relates to work regarding Plan Implementation.   During the Fee Period, the Firm, among other things:  (1) reviewed and analyzed Effective Date issues; (2) reviewed and analyzed the Plan and Liquidating Trust Agreement regarding Effective Date issues; (3) reviewed and analyzed timing issues; (4) performed work regarding a Notice of Effective Date; and (5) conferred and corresponded regarding Plan implementation issues.

Fees:  $11,187.00;    Hours:  7.20

### Valuation of Services

23.    Attorneys and paraprofessionals of PSZ&J expended a total 21.80 hours in connection with their representation of the Debtors during the Fee Period, as follows:

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David M. Bertenthal | Partner 1999; Member of CA Bar since 1993 | $1,595.00 | 8.40 | $13,398.00 |
| James E. O'Neill | Partner 2005; Member of PA Bar since 1985; Member of DE Bar since 2001 | $1,395.00 | 2.00 | $ 2,790.00 |
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $1,925.00 | 1.40 | $ 2,695.00 |
| Karen B. Dine | Of Counsel 2020; Member of NY Bar since 1994 | $1,525.00 | 3.00 | $ 4,575.00 |
| Mary F. Caloway | Of Counsel 2020; Member of DE Bar since 1992 | $1,495.00 | 2.30 | $ 3,438.50 |
| Peter J. Keane | Of Counsel 2018; Member of PA Bar since 2008; Member of DE & NH Bars since 2010 | $1,150.00 | 0.20 | $    230.00 |

| Name of Professional Individual | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Melissa N. Flores | Paralegal | $  595.00 | 4.50 | $  2,677.50 |

**Grand Total:**      **$29,804.00**
**Total Hours:**           **21.80**
**Blended Rate:**     **$1,367.16**

24.     The nature of work performed by these persons is fully set forth in Exhibit A attached hereto.  These are PSZ&J's normal hourly rates for work of this character.  The reasonable value of the services rendered by PSZ&J for the Debtors during the Fee Period is $29,804.00.

25.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by PSZ&J is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, PSZ&J has reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order and believes that this Application complies with such Rule and Order.

WHEREFORE, PSZ&J respectfully requests that the Court enter an order providing that, for the period of September 1, 2024 through September 16, 2024, an interim allowance be made to PSZ&J for compensation in the amount of $29,804.00 and actual and necessary expenses in the amount of $89.60 for a total allowance of $29,893.60 and payment of $23,843.20 (80% of the allowed fees) and reimbursement of $89.60 (100% of the allowed

expenses) be authorized for a total payment of $23,932.80; and for such other and further relief as this Court deems proper.

Dated:  November 6, 2024                    PACHULSKI STANG ZIEHL & JONES LLP

                                            */s/ Laura Davis Jones*
                                            Laura Davis Jones (DE Bar No. 2436)
                                            David M. Bertenthal (CA Bar No. 167624)
                                            Timothy P. Cairns (DE Bar No. 4228)
                                            919 North Market Street, 17th Floor
                                            P.O. Box 8705
                                            Wilmington, Delaware  19899 (Courier 19801)
                                            Telephone:  (302) 652-4100
                                            Facsimile:   (302) 652-4400
                                            Email:  ljones@pszjlaw.com
                                                       dbertenthal@pszjlaw.com
                                                       tcairns@pszjlaw.com

                                            *Counsel for the Debtors and Debtors in Possession*

## DECLARATION

STATE OF DELAWARE    :
                                :

COUNTY OF NEW CASTLE  :

       Laura Davis Jones, after being duly sworn according to law, deposes and says:

       a)      I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

       b)      I am familiar with the work performed on behalf of the debtors and debtors in possession by the lawyers and paraprofessionals of PSZ&J.

       c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the Administrative Order signed on or about February 9, 2023 and submit that the Application substantially complies with such Rule and Order.

                                 */s/ Laura Davis Jones*
                                 Laura Davis Jones

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) Case No. 23-10051 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline:  November 27, 2024 at 4:00 p.m.** |
| | ) **Hearing Date:  To be scheduled if necessary** |
| | ) |

## NOTICE OF FILING OF FEE APPLICATION

**PLEASE TAKE NOTICE** that on November 6, 2024, Pachulski Stang Ziehl &
Jones, LLP ("PSZ&J"), counsel for the above-captioned debtors and debtors in possession, filed
its *Twenty-First Monthly Application for Compensation and Reimbursement of Expenses of
Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for
the Period from September 1, 2024 through September 16, 2024* (the "Application") seeking fees
in the amount of $29,804.00 and reimbursement of actual and necessary expenses in the amount
of $89.60 for the period from September 1, 2024 through September 16, 2024.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the
Application must be made in writing and be filed with the United States Bankruptcy Court for
the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington,
Delaware 19801, on or before **November 27, 2024 at 4:00 p.m. prevailing Eastern Time**.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster
Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications
LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350
Franklin Gateway, Suite 300, Marietta, GA 30067.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, by email upon the following: (i) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801 (Attn:  Laura Davis Jones, Esq. (ljones@pszjlaw.com), David M. Bertenthal, Esq. (dbertenthal@pszjlaw.com), and Timothy P. Cairns, Esq. (tcairns@pszjlaw.com)); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Timothy J. Fox (timothy.fox@usdoj.gov); (iii) counsel to the Official Committee of Unsecured Creditors, Faegre Drinker Biddle & Reath LLP, 222 Delaware Avenue, Suite 1400, Wilmington, Delaware 19801 (Attn:  Patrick A. Jackson (patrick.jackson@faegredrinker.com), Jaclyn C. Marasco (jaclyn.marasco@faegredrinker.com), and Richard J. Bernard (richard.bernard@faegredrinker.com)); and (iv) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that on March 9, 2023, the Bankruptcy Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order") [Docket No. 122].  Pursuant to the Order, in the absence of timely filed objections or responses, and upon the filing with the Bankruptcy Court of a certification of no objection, the Debtors are authorized to pay the professionals eighty percent (80%) of the fees, and one hundred percent (100%) of expenses without further notice or hearing.  All fees and expenses paid to the professionals are subject to final approval by the Court.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: November 6, 2024

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:  302-652-4400
email:  ljones@pszjlaw.com
         dbertenthal@pszjlaw.com
         tcairns@pszjlaw.com

*Counsel for the Debtors and Debtors-in-Possession*

# EXHIBIT A



**PACHULSKI STANG ZIEHL & JONES**

919 North Market Street
17th Floor
Wilmington, DE  19801

GigaMonster Networks LLC
Rian Branning
GigaMonster Networks, LLC
350 Franklin Gateway SE ste. 300
Marietta , GA  30067

September 16, 2024
Invoice    142742
Client     31213.00001

RE:  Debtor Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 09/16/2024

| | |
|---|---|
| FEES | $29,804.00 |
| EXPENSES | $89.60 |
| **TOTAL CURRENT CHARGES** | **$29,893.60** |
| **BALANCE FORWARD** | **$197,270.35** |
| **TOTAL BALANCE DUE** | **$227,163.95** |

Pachulski Stang Ziehl & Jones LLP                              Page:    2
GigaMonster Networks LLC                                       Invoice 142742
Client 31213.00001                                            September 16, 2024

---

<u>**Summary of Services by Professional**</u>

| ID | Name | Title | Rate | Hours | Amount |
|----|------|-------|------|-------|--------|
| DMB | Bertenthal, David M. | Partner | 1,595.00 | 8.40 | $13,398.00 |
| JEO | O'Neill, James E. | Partner | 1,395.00 | 2.00 | $2,790.00 |
| LDJ | Jones, Laura Davis | Partner | 1,925.00 | 1.40 | $2,695.00 |
| KBD | Dine, Karen B. | Counsel | 1,525.00 | 3.00 | $4,575.00 |
| MFC | Caloway, Mary F. | Counsel | 1,495.00 | 2.30 | $3,438.50 |
| PJK | Keane, Peter J. | Counsel | 1,150.00 | 0.20 | $230.00 |
| MNF | Flores, Melissa N. | Paralegal | 595.00 | 4.50 | $2,677.50 |
| | | | | 21.80 | $29,804.00 |

Pachulski Stang Ziehl & Jones LLP

GigaMonster Networks LLC

Client 31213.00001

Page:     3

Invoice 142742

September 16, 2024

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| BL | Bankruptcy Litigation | 0.70 | $1,261.50 |
| CA | Case Administration | 2.60 | $1,547.00 |
| CO | Claims Administration and Objections | 4.10 | $5,811.50 |
| CP | PSZJ Compensation | 1.80 | $1,251.00 |
| FN | Financing/Cash Collateral/Cash Management | 0.10 | $159.50 |
| PD | Plan and Disclosure Statement | 5.30 | $8,586.50 |
| PI | Plan Implementation | 7.20 | $11,187.00 |
| | | 21.80 | $29,804.00 |

Pachulski Stang Ziehl & Jones LLP

Page:     4

GigaMonster Networks LLC

Invoice 142742

Client 31213.00001

September 16, 2024

## <u>Summary of Expenses</u>

| <u>Description</u> | <u>Amount</u> |
|---|---|
| Pacer - Court Research | $74.10 |
| Reproduction Expense | $15.50 |
| | $89.60 |

Pachulski Stang Ziehl & Jones LLP

Page:     5

GigaMonster Networks LLC

Invoice 142742

Client 31213.00001

September 16, 2024

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Bankruptcy Litigation** | | | | | | |
| 09/01/2024 | LDJ | BL | Review docket, critical dates memo | 0.20 | 1,925.00 | $385.00 |
| 09/03/2024 | MFC | BL | Emails with MFlores re this week's deadlines. | 0.10 | 1,495.00 | $149.50 |
| 09/05/2024 | MFC | BL | Review updated critical dates memo and review confirmation order for additional deadlines. | 0.10 | 1,495.00 | $149.50 |
| 09/08/2024 | LDJ | BL | Review pending tasks, critical dates memo | 0.20 | 1,925.00 | $385.00 |
| 09/15/2024 | LDJ | BL | Review docket, critical dates memo | 0.10 | 1,925.00 | $192.50 |
| | | | | **0.70** | | **$1,261.50** |
| **Case Administration** | | | | | | |
| 09/04/2024 | MNF | CA | Review and update critical dates | 1.00 | 595.00 | $595.00 |
| 09/05/2024 | MNF | CA | Review and update critical dates | 0.20 | 595.00 | $119.00 |
| 09/06/2024 | MNF | CA | Review and update critical dates | 0.20 | 595.00 | $119.00 |
| 09/09/2024 | MNF | CA | Review and update critical dates | 0.20 | 595.00 | $119.00 |
| 09/10/2024 | MNF | CA | Review and update critical dates | 0.80 | 595.00 | $476.00 |
| 09/13/2024 | MNF | CA | Review and update critical dates | 0.20 | 595.00 | $119.00 |
| | | | | **2.60** | | **$1,547.00** |
| **Claims Administration and Objections** | | | | | | |
| 09/03/2024 | DMB | CO | review claims materials | 0.20 | 1,595.00 | $319.00 |
| 09/04/2024 | DMB | CO | corr with internal team re creditor issues | 0.20 | 1,595.00 | $319.00 |
| 09/05/2024 | JEO | CO | Review status of claims | 1.00 | 1,395.00 | $1,395.00 |
| 09/06/2024 | KBD | CO | Analyze issue relating to claim objections. | 0.20 | 1,525.00 | $305.00 |
| 09/09/2024 | DMB | CO | corr to K. Dine re claims | 0.10 | 1,595.00 | $159.50 |
| 09/09/2024 | DMB | CO | follow up internal corr re claims issues | 0.20 | 1,595.00 | $319.00 |
| 09/09/2024 | KBD | CO | Attention to claim objection issue. | 0.10 | 1,525.00 | $152.50 |
| 09/10/2024 | DMB | CO | internal corr re claims issues | 0.20 | 1,595.00 | $319.00 |
| 09/10/2024 | DMB | CO | follow up internal corr re claims | 0.10 | 1,595.00 | $159.50 |
| 09/10/2024 | KBD | CO | Attention to issue regarding claim objection. | 0.10 | 1,525.00 | $152.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    6

GigaMonster Networks LLC

Invoice 142742

Client 31213.00001

September 16, 2024

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/10/2024 | MNF | CO | Review claims register and pull Dodd claims | 0.30 | 595.00 | $178.50 |
| 09/12/2024 | DMB | CO | internal corr re claims | 0.20 | 1,595.00 | $319.00 |
| 09/16/2024 | DMB | CO | corr re claims issues | 0.20 | 1,595.00 | $319.00 |
| 09/16/2024 | JEO | CO | Continued review of claims issues | 1.00 | 1,395.00 | $1,395.00 |
| | | | | **4.10** | | **$5,811.50** |

**PSZJ Compensation**

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/03/2024 | MNF | CP | Review docket re: objections to 18th monthly fee app of PSZJ; Prepare CNO re: same | 0.50 | 595.00 | $297.50 |
| 09/03/2024 | MNF | CP | Review docket re: objections to 6th quarterly fee app of PSZJ; Prepare CNO re: same | 0.50 | 595.00 | $297.50 |
| 09/04/2024 | MFC | CP | Review draft CNOs for PSZJ fee apps and emails with MFlores re same. | 0.20 | 1,495.00 | $299.00 |
| 09/04/2024 | MNF | CP | Finalize and E-file CNO re: 18th monthly fee app of PSZJ | 0.30 | 595.00 | $178.50 |
| 09/04/2024 | MNF | CP | Finalize and e-file 6th quarterly fee app of PSZJ | 0.30 | 595.00 | $178.50 |
| | | | | **1.80** | | **$1,251.00** |

**Financing/Cash Collateral/Cash Management**

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/09/2024 | DMB | FN | corr re Barings fees | 0.10 | 1,595.00 | $159.50 |
| | | | | **0.10** | | **$159.50** |

**Plan and Disclosure Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/03/2024 | KBD | PD | Telephone call with J. Grall, R. Branning, D. Bertenthal and P. Keane regarding next steps. | 0.30 | 1,525.00 | $457.50 |
| 09/04/2024 | DMB | PD | corr with Novo, K. Dine re winddown budget | 0.20 | 1,595.00 | $319.00 |
| 09/04/2024 | DMB | PD | attention with winddown budget, effective date issues | 0.50 | 1,595.00 | $797.50 |
| 09/04/2024 | MFC | PD | EMails with KD re confirmation hearing transcript. | 0.10 | 1,495.00 | $149.50 |
| 09/05/2024 | DMB | PD | corr with client re budget issues and review plan | 0.40 | 1,595.00 | $638.00 |
| 09/05/2024 | DMB | PD | follow up internal corr re plan issues | 0.20 | 1,595.00 | $319.00 |

Pachulski Stang Ziehl & Jones LLP

GigaMonster Networks LLC

Client 31213.00001

Page:    7

Invoice 142742

September 16, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/05/2024 | MFC | PD | EMails with KD re notice of ED and upcoming deadlines. | 0.20 | 1,495.00 | $299.00 |
| 09/06/2024 | DMB | PD | follow up review re plan materials per Novo call | 0.60 | 1,595.00 | $957.00 |
| 09/12/2024 | DMB | PD | attention to effective date, claim issues | 0.50 | 1,595.00 | $797.50 |
| 09/12/2024 | MFC | PD | Draft notice of effective date and claim deadlines. | 0.50 | 1,495.00 | $747.50 |
| 09/14/2024 | KBD | PD | Finalize liquidating  trust agreement. | 0.30 | 1,525.00 | $457.50 |
| 09/15/2024 | LDJ | PD | Review tasks to effective date, open issues | 0.90 | 1,925.00 | $1,732.50 |
| 09/16/2024 | KBD | PD | Finalize liquidating trust agreement and coordinate occurrence of effective date. | 0.60 | 1,525.00 | $915.00 |
| | | | | **5.30** | | **$8,586.50** |

**Plan Implementation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/01/2024 | DMB | PI | corr with client, K. Dine re effective date | 0.20 | 1,595.00 | $319.00 |
| 09/02/2024 | DMB | PI | corr with client, internal team re effective date | 0.20 | 1,595.00 | $319.00 |
| 09/03/2024 | DMB | PI | prepare for and attend call with Novo re next steps, effective date | 0.50 | 1,595.00 | $797.50 |
| 09/03/2024 | DMB | PI | internal corr re effective date issues | 0.20 | 1,595.00 | $319.00 |
| 09/03/2024 | DMB | PI | internal calls (2x) re effective date issues (.3); review materials re same (.4) | 0.70 | 1,595.00 | $1,116.50 |
| 09/03/2024 | KBD | PI | Review plan and liquidating trust agreement regarding steps to effective date. | 0.40 | 1,525.00 | $610.00 |
| 09/03/2024 | MFC | PI | Emails re Effective Date timing and issues. | 0.10 | 1,495.00 | $149.50 |
| 09/04/2024 | KBD | PI | Analyze plan and Liquidating Trust Agreement regarding effective date matters. | 0.30 | 1,525.00 | $457.50 |
| 09/04/2024 | MFC | PI | Emails with KD re Effective Date issues. | 0.30 | 1,495.00 | $448.50 |
| 09/05/2024 | DMB | PI | corr with K. Dine re effective date status | 0.20 | 1,595.00 | $319.00 |
| 09/05/2024 | KBD | PI | Analyze next steps for occurrence of effective date. | 0.40 | 1,525.00 | $610.00 |
| 09/05/2024 | KBD | PI | Telephone call with J. Grall regarding effective date issues. | 0.10 | 1,525.00 | $152.50 |

Pachulski Stang Ziehl & Jones LLP
GigaMonster Networks LLC
Client 31213.00001

Page:    8
Invoice 142742
September 16, 2024

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/06/2024 | DMB | PI | prepare for and attend call with Novo re effective date issues (.5); follow up call with K. Dine (.1) | 0.60 | 1,595.00 | $957.00 |
| 09/06/2024 | KBD | PI | Telephone call with R. Branning, J. Grall and D. Bertenthal regarding effective date. | 0.20 | 1,525.00 | $305.00 |
| 09/11/2024 | DMB | PI | corr with internal team re effective date issues | 0.30 | 1,595.00 | $478.50 |
| 09/11/2024 | MFC | PI | Email from KD re status of Plan effectiveness. | 0.10 | 1,495.00 | $149.50 |
| 09/13/2024 | DMB | PI | internal corr re effective date issues (.3); review plan (.2) | 0.50 | 1,595.00 | $797.50 |
| 09/13/2024 | DMB | PI | corr from client re effective date | 0.10 | 1,595.00 | $159.50 |
| 09/13/2024 | DMB | PI | follow up corr re effective date | 0.20 | 1,595.00 | $319.00 |
| 09/14/2024 | DMB | PI | corr with K Dine re effective date issues | 0.20 | 1,595.00 | $319.00 |
| 09/16/2024 | DMB | PI | corr with K Dine re effective date issues | 0.10 | 1,595.00 | $159.50 |
| 09/16/2024 | DMB | PI | review effective date materials and corr re same | 0.50 | 1,595.00 | $797.50 |
| 09/16/2024 | MFC | PI | Multiple emails with Barings counsel and team re Plan effective date (.3); revise and finalize notice of same (.2); emails with DP and Kroll re filing and service of same (.1). | 0.60 | 1,495.00 | $897.00 |
| 09/16/2024 | PJK | PI | Review and edit notice of effective date, emails with M Caloway re same | 0.20 | 1,150.00 | $230.00 |
| | | | | **7.20** | | **$11,187.00** |

**TOTAL SERVICES FOR THIS MATTER:**                    **$29,804.00**

Pachulski Stang Ziehl & Jones LLP                                  Page:    9
GigaMonster Networks LLC                                           Invoice 142742
Client 31213.00001                                                September 16, 2024

---

### Expenses

| | | | |
|---|---|---|---:|
| 09/02/2024 | RE | SCAN/COPY ( 85 @0.10 PER PG) | 8.50 |
| 09/02/2024 | RE | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 09/04/2024 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 09/04/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/04/2024 | RE | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 09/04/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/04/2024 | RE | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 09/04/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/04/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/04/2024 | RE | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 09/13/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/13/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/13/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/13/2024 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 09/16/2024 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 09/16/2024 | RE | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 09/16/2024 | PAC | Pacer - Court Research | 74.10 |

**Total Expenses for this Matter**                                **$89.60**

Pachulski Stang Ziehl & Jones LLP

GigaMonster Networks LLC

Client 31213.00001

---

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  09/16/2024**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 142648 | 07/31/2024 | $196,706.00 | $564.35 | $197,270.35 |

**Total Amount Due on Current and Prior Invoices:**          **$227,163.95**