**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*[1], | Case No. 23-10051 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Obj. Deadline: December 4, at 4:00 p.m. (ET)**<br>**Hearing Date: December 18, 2024 at 2:30 p.m. (ET)** |

**SUMMARY OF CONSOLIDATED FIFTH MONTHLY AND FINAL APPLICATION OF M3 ADVISORY PARTNERS, LP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE MONTHLY PERIOD FROM OCTOBER 1, 2023, THROUGH SEPTEMBER 16, 2024, AND THE FINAL PERIOD FROM <u>JANUARY 30, 2023, THROUGH SEPTEMBER 16, 2024</u>**

| | |
|---|---|
| Name of Applicant: | M3 Advisory Partners, LP |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of retention: | March 10, 2023 (effective January 30, 2023) |
| Monthly period for which compensation and reimbursement is sought: | October 1, 2023 – September 16, 2024 |
| Amount of monthly compensation sought as actual, reasonable, and necessary: | $9,285.00 |
| Amount of monthly expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |
| Final period for which compensation and reimbursement is sought: | January 30, 2023 – September 16, 2024 |
| Amount of final compensation sought as actual, reasonable, and necessary: | $256,172.00 |

---

[1]    The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

Amount of final expenses sought as actual, reasonable, and necessary:          $1,162.70

This is an:  __X__ monthly ___ interim application _X__ final application

This application includes 7.6 hours with a value of $3,420.00 incurred in connection with the preparation of monthly fee applications on behalf of M3 Advisory Partners, LP.

| Date Filed; Docket No. | Period Covered | Requested | | Approved/Authorized | |
|---|---|---|---|---|---|
| | | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 3/24/23 D.I. 282 | 1/30/23 – 2/28/23 | $142,317.00 | $668.52 | $142,317.00 | $668.52 |
| 5/12/23 D.I. 363 | 3/1/23 – 3/31/23 | $30,645.00 | $408.17 | $30,645.00 | $408.17 |
| 5/22/23 D.I. 370 | 4/1/23 – 4/30/23 | $18,220.00 | $41.78 | $18,220.00 | $41.78 |
| 11/21/23 D.I. 604 | 5/1/23 – 9/30/23 | $55,705.00 | $44.23 | $55,705.00 | $44.23 |
| **Total:** | | **$246,887.00** | **$1,162.70** | **$246,887.00** | **$1,162.70** |

## **MONTHLY COMPENSATION BY INDIVIDUAL**

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Robert Winning | Managing Partner | $1,150 | 5.1 | $5,865.00 |
| Julia Jiang | Analyst | $450 | 7.6 | $3,420.00 |
| Grand Total: | | | **12.7** | **$9,285.00** |
| **Blended Rate:** | | **$731.10** | | |

## MONTHLY COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Claims/Liabilities Subject to Compromise | 0.3 | $345.00 |
| Financing Matters (Cash Budget, DIP, Exit, Other) | 1.2 | $1,380.00 |
| General Correspondence with Debtor & Debtors' Professionals | 1.5 | $1,725.00 |
| Potential Avoidance Actions/Litigation Support | 1.6 | $1,840.00 |
| Fee Application | 7.6 | $3,420.00 |
| Plan of Reorganization/Disclosure Statement | 0.5 | $575.00 |
| **TOTAL** | **12.7** | **$9,285.00** |

## MONTHLY EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---|
| N/A | N/A |
| **TOTAL** | **N/A** |

## <u>SUMMARY OF FINAL APPLICATION</u>

| | |
|---|---|
| Name of Applicant | M3 Advisory Partners, LP |
| Name of Client | Official Committee of Unsecured Creditors |
| Final Fee Period covered by the Application | January 30, 2023 – September 16, 2024 |
| Total compensation sought during the Final Fee Period | $256,172.00 |
| Total expenses sought during the Final Fee Period | $1,162.70 |
| Petition Date | January 16, 2023 |
| Retention Date | March 10, 2023 (effective January 30, 2023) |
| Date of order approving employment | March 10, 2023 |
| Total compensation approved by interim order to date | $246,887.00 |
| Total expenses approved by interim order to date | $1,162.70 |
| Total allowed compensation paid to date | $246,887.00 |
| Total allowed expenses paid to date | $1,162.70 |
| Blended rate in the Application for all professionals for the Final Fee Period | $770.68 |
| Compensation sought in the Application for the Final Fee Period already paid pursuant to a monthly fee application but not yet allowed | $0.00 |
| Expenses sought in the Application for the Final Fee Period already paid pursuant to a monthly fee application but not yet allowed | $0.00 |

## FINAL COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Robert Winning | Managing Partner | $1,150 | 125.3 | $144,095.00 |
| Mary Korycki | Senior Director | $945 | 29.4 | $27,783.00 |
| Jonathan Boffi | Director | $875 | 7.2 | $6,300.00 |
| Andrew Detrick | Vice President | 4750 | 4.2 | $3,150.00 |
| Manuel Luna | Analyst | $450 | 158.7 | $71,424.00 |
| Julia Jiang | Analyst | $450 | 7.6 | $3,420.00 |
| Grand Total: | | | 332.4 | $256,172.00 |
| Blended Rate: | | $770.68 | | |

## FINAL COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Sales | 54.0 | $49,418.50 |
| Case Administration | 14.2 | $12,028.50 |
| Claims/Liabilities Subject to Compromise | 40.7 | $28,260.00 |
| Contracts | 10.3 | $4,644.00 |
| Court Attendance/Participation | 8.3 | $7,571.00 |
| Employee Matter | 3.1 | $3,565.00 |
| Fee Application | 20.5 | $10,065.00 |
| Financial & Operation Matters | 10.9 | $8,605.00 |
| Financing Matters (Cash Budget, DIP, Exit, Other) | 28.0 | $23,823.00 |
| Firm Retention | 0.7 | $805.00 |
| General Correspondence with Debtor & Debtors' Professionals | 36.4 | $30,769.50 |
| General Correspondence with Other Professionals | 1.8 | $2,070.00 |
| General Correspondence with UCC & UCC Counsel | 55.2 | $45,665.50 |
| Miscellaneous Matters | 0.6 | $567.00 |
| Monthly Operating Reports | 3.2 | $1,440.00 |
| Plan of Reorganization/Disclosure Statement | 0.5 | $575.00 |
| Potential Avoidance Actions/Litigation Support | 24.3 | $17,095.00 |
| SOFAs & SOALs | 10.1 | $4,545.00 |
| Wind Down | 9.6 | $4,660.00 |
| **TOTAL** | **332.4** | **$256,172.00** |

## FINAL EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---:|
| Business Meals | $132.34 |
| Conference Calls | $137.90 |
| Hotel | $328.90 |
| Taxi | $46.56 |
| Train | $517.00 |
| **TOTAL** | **$1,162.70** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*[1], | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: December 4, at 4:00 p.m. (ET)** <br> **Hearing Date: December 18, 2024 at 2:30 p.m. (ET)** |

**CONSOLIDATED FIFTH MONTHLY AND FINAL APPLICATION OF
M3 ADVISORY PARTNERS, LP FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE MONTHLY PERIOD FROM OCTOBER 1, 2023,
THROUGH SEPTEMBER 16, 2024, AND THE FINAL PERIOD FROM
<u>JANUARY 30, 2023, THROUGH SEPTEMBER 16, 2024</u>**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), and in accordance with that certain *Order Approving the Employment of M3 Advisory Partners, LP as Financial Advisory to the Official Committee of Unsecured Creditors, Effective as of the January 30, 2023* [Docket No. 253] (the "<u>Retention Order</u>"), that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 122] (the "<u>Interim Compensation Order</u>"), and that certain *Order Granting Final Approval of Disclosure Statement and Confirming Plan of Liquidation of GigaMonster Networks, LLC and Its Affiliated Debtors Under Chapter 11*

---

[1]    The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

*of the Bankruptcy Code* [Docket No. 889] (the "<u>Confirmation Order</u>"), M3 Advisory Partners, LP ("<u>M3</u>") hereby applies (this "<u>Application</u>") to the Court for reasonable compensation for professional legal services rendered as financial advisor to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of GigaMonster Networks, LLC and its affiliated debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), for the monthly period commencing October 1, 2023, through and including September 16, 2024, in the amount of $9,285.00, together with reimbursement for actual and necessary expenses incurred in the amount of $0.00 (the "<u>Monthly Fee Period</u>") and for the final period commencing January 30, 2023, through and including September 16, 2024 (the "<u>Final Fee Period</u>") in the amount of $256,172.00 together with the reimbursement for actual and necessary expenses incurred in the amount of $1,162.70.  In support of this Application, M3 respectfully represents as follows:

## JURISDICTION AND VENUE

1.       This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution.  Venue is proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## GENERAL BACKGROUND

2.       On January 16, 2023, the Debtors commenced these cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

3.       On February 9, 2023, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for professionals.

4.      On July 18, 2024, the Debtors filed the *Combined Disclosure Statement and Plan of Liquidation of GigaMonster Networks, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Solicitation Version]* [Docket No. 826] (the "Plan").

5.      On August 30, 2023, the Court entered the Confirmation Order confirming the Plan, and the effective date of the Plan was September 16, 2024 [Docket No. 898] (the "Effective Date").

6.      A detailed description of the Debtors, including their business operations and the events leading to the commencement of these chapter 11 cases, is set forth in greater detail in the *Declaration of Rian Branning in Support of the Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 3].

## BACKGROUND SPECIFIC TO THE RELIEF REQUESTED

7.      Pursuant to the Retention Order, M3 was retained as financial advisor to the Committee in connection with these chapter 11 cases, effective as of January 30, 2023.  The Retention Order authorizes M3 to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

8.      All services for which compensation is requested herein by M3 were performed for or on behalf of the Committee.

## SUMMARY OF SERVICES RENDERED

9.      For the Monthly Fee Period, attached hereto as **Exhibit A** is a detailed statement of fees incurred for work completed from October 1, 2023, through September 16, 2024, showing the amount of $9,285.00 due for fees.  The services rendered by M3 from October 1, 2023, through September 16, 2024, are grouped into the categories set forth in **Exhibit A**.  The professionals who rendered services relating to each category are identified, along with the number of hours for each

individual and the total compensation sought for each category, in the attachment to, or the summary provided with, this Application.

## **DISBURSEMENTS**

10. **Exhibit B** attached hereto is a detailed statement of expenses paid by M3 during the Monthly Fee Period, showing the amount of $0.00 due for reimbursement of expenses. This out-of-pocket disbursement sum is broken down into categories of charges, including, among other things, travel, lodgings, and research charges. A complete review by category of the expenses incurred for the Monthly Fee Period may be found in the attachments hereto as **Exhibit B**.

## **VALUATION OF SERVICES**

11. The professionals of M3 have expended a total of 12.7 hours in connection with this matter during the Monthly Fee Period.

12. The amount of time spent by each of the professionals providing services to the Committee for the Monthly Fee Period is fully set forth in the detail attached hereto as **Exhibit A**. These are M3's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by M3's professionals for the Monthly Fee Period as financial advisor to the Committee in these cases is $9,285.00.

13. M3 believes that the time entries included in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** attached hereto are in compliance with the requirements of Local Rule 2016-2.

14. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such

services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

**FINAL FEE PERIOD**

15.      This Application also covers the Final Fee Period of January 30, 2023, through and including September 16, 2024.  During the Final Fee Period, M3 performed necessary services and incurred expenses on behalf of the Committee.  As set forth in prior monthly applications, in accordance with the factors enumerated in enumerated in 11 U.S.C. § 330, approval of the fees requested during the Final Fee Period is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

**CONCLUSION**

WHEREFORE, M3 requests that (i) for the Monthly Fee Period, allowance be made to it in the sum of $9,285.00 as compensation for necessary professional services rendered to the Committee and the sum of $0.00 for reimbursement of actual necessary costs and expenses incurred and (ii) for the Final Fee Period, final allowance be made to it in the sum of $256,172.00 as compensation for necessary professional services rendered to the Committee and the sum of $1,162.70 for reimbursement of actual necessary costs and expenses incurred, and further requests such other and further relief as the Court may deem just and proper.

Dated:  November 13, 2024          **M3 ADVISORY PARTNERS, LP**

                                                    */s/ Robert Winning*
                                                    Robert Winning
                                                    Managing Director, M3 Advisory Partners, LP

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 2016-2

I, Robert Winning, declare pursuant to 28.U.S.C. § 1746:

1.  I am a managing director in the applicant firm of M3 Advisory Partners, LP ("M3").

2.  I have personally performed many of the legal services rendered by M3 as financial advisor to the Committee in connection with these chapter 11 cases; and am generally familiar with all other work performed on behalf of the Committee by the professionals in the firm.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.  Moreover, I have reviewed the requirements of Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and submit that the Application complies with such requirements.

**M3 ADVISORY PARTNERS, LP**

Dated:  November 13, 2024          */s/ Robert Winning*
                                                   Robert Winning
                                                   Managing Director, M3 Advisory Partners, LP