IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*[1],<br><br>            Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: December 4, at 4:00 p.m. (ET)**<br>**Hearing Date: December 18, 2024 at 2:30 p.m. (ET)** |

## NOTICE OF FIFTH MONTHLY AND FINAL FEE APPLICATION

TO:   (I) THE DEBTORS; (II) COUNSEL TO THE DIP AGENT AND DIP LENDERS; (III) COUNSEL TO THE PREPETITION AGENT; AND (IV) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE.

      **PLEASE TAKE NOTICE** that the *Consolidated Fifth Monthly and Final Fee Application of M3 Advisory Partners, LP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from October 1, 2023, through September 16, 2024, and the Final Period from January 30, 2023, through September 16, 2024* (the "Application") has been filed with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Application seeks allowance of (i) monthly fees in the amount of $9,285.00 and monthly expenses in the amount of $0.00 (the "Monthly Application"), and (ii) final fees in the amount of $256,172.00 and final expenses in the amount of $1,162.70 (the "Final Application").

      **PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **December 4, 2024, at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. You must also serve any such objection so as to be received by the following on or before the Objection Deadline: (i) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19899, Attn: Laura Davis Jones (ljones@pszjlaw.com), David M. Bertenthal (dbertenthal@pszjlaw.com), and Timothy P. Cairns (tcairns@pszjlaw.com); (ii) counsel to the DIP Agent and DIP Lenders: (a) Jones Day, 901 Lakeside Avenue, Cleveland, OH 44114, Attn: Thomas M. Wearsch (twearsch@jonesday.com); (b) Jones Day, 100 High Street, Boston, MA 02110, Attn: John D. Casais (jcasais@jonesday.com); (c) Choate Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: Brian P. Lenihan (blenihan@choate.com); and (d) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Zachary Shapiro (shapiro@rlf.com); (iii) counsel to the Prepetition Agent, Hogan Lovells US LLP, 390 Madison

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

Avenue, New York, NY 10017, Attn: Erin N. Brady (erin.brady@hoganlovells.com) and Chris Bryant (chris.bryant@hoganlovells.com); (iv) counsel to the Committee, Faegre Drinker Biddle & Reath LLP, 222 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attn: Patrick Jackson (patrick.jackson@faegredrinker.com), and Jaclyn Marasco (jaclyn.marasco@faegredrinker.com); and (v) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Timothy J. Fox (timothy.fox@usdoj.gov).

**PLEASE TAKE FURTHER NOTICE** THAT, PURSUANT TO THE *ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS* [DOCKET NO. 122], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED MONTHLY FEES AND 100% OF REQUESTED MONTHLY EXPENSES, WITHOUT FURTHER ORDER OF THE COURT.

**PLEASE TAKE FURTHER NOTICE, IF NO OBJECTIONS ARE FILED AND SERVED TO THE FINAL FEES AND EXPENSES REQUESTED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN THE COURT MAY APPROVE THE APPLICATION WITHOUT FURTHER NOTICE TO YOU OR A HEARING.**

**PLEASE TAKE FURTHER NOTICE THAT A HEARING TO CONSIDER FINAL APPROVAL OF THE APPLICATION IS SCHEDULED TO BE HELD BEFORE THE HONORABLE J. KATE STICKLES IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801, ON DECEMBER 18, 2024, AT 2:30 P.M. (ET).**

| | |
|---|---|
| Dated: November 13, 2024 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | */s/ Jaclyn C. Marasco* |
| | Patrick A. Jackson (Bar No. 4976) |
| | Jaclyn C. Marasco (Bar No. 6477) |
| | 222 Delaware Avenue, Suite 1400 |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 467-4200 |
| | Facsimile: (302) 467-4201 |
| | Emails: patrick.jackson@faegredrinker.com |
| | jaclyn.marasco@faegredrinker.com |
| | -and- |
| | Richard J. Bernard (admitted *pro hac vice*) |
| | 1177 Avenue of the Americas, 41st Floor |
| | New York, New York 10036 |
| | Telephone: (212) 248-3263 |
| | Facsimile: (212) 248-3141 |
| | Email: richard.bernard@faegredrinker.com |
| | *Counsel to the Official Committee of Unsecured Creditors* |