**<u>EXHIBIT A</u>**
**Monthly Statement of Fees**
**(October 1, 2023 – September 16, 2024)**

**Case No: 23-10051**
**Case Name: GigaMonster Networks, LLC, et al.**
**M3 Advisory Partners, LP**
**Fee Application Period: October 1, 2023 - September 16, 2024**

**Exhibit A - Time Detail by Task by Professional**

| Date | Professional | Description | Hours | Rate | Fees |
|---|---|---|---|---|---|
| *Claims/Liabilities Subject to Compromise* | | | | | |
| 10/2/23 | Robert Winning | Call with R. Branning re: claims reconciliation | 0.3 | $1,150.00 | $345.00 |
| **Sub-Total** | | | **0.3** | | **$345.00** |
| | | | | | |
| *Financing Matters (Cash Budget, DIP, Exit, Other)* | | | | | |
| 10/9/23 | Robert Winning | Analysis of go-forward budgeting and costs | 1.2 | $1,150.00 | $1,380.00 |
| **Sub-Total** | | | **1.2** | | **$1,380.00** |
| | | | | | |
| *General Correspondence with UCC & UCC Counsel* | | | | | |
| 10/11/23 | Robert Winning | Prepare for and participate in meeting with UCC re: potential Barings settlement | 0.8 | $1,150.00 | $920.00 |
| 10/18/23 | Robert Winning | Prepare for and participate in UCC meeting | 0.4 | $1,150.00 | $460.00 |
| 2/14/24 | Robert Winning | Participate in UCC meeting | 0.3 | $1,150.00 | $345.00 |
| **Sub-Total** | | | **1.5** | | **$1,725.00** |
| | | | | | |
| *Potential Avoidance Actions/Litigation Support* | | | | | |
| 10/2/23 | Robert Winning | Call with R. Bernard re: mediation | 0.3 | $1,150.00 | $345.00 |
| 10/10/23 | Robert Winning | Analysis of settlement with Barings | 1.3 | $1,150.00 | $1,495.00 |
| **Sub-Total** | | | **1.6** | | **$1,840.00** |
| | | | | | |
| *Fee Application* | | | | | |
| 11/1/23 | Julia Jiang | Draft and revise GigaMonster time entries for June, July, August, September, and October fee application | 3.3 | $450.00 | $1,485.00 |
| 11/8/23 | Julia Jiang | Prepare for GigaMonster fee application for May, June, July and August | 2.8 | $450.00 | $1,260.00 |
| 11/9/23 | Julia Jiang | Prepare for GigaMonster fee application for September and October | 1.1 | $450.00 | $495.00 |
| 11/22/23 | Julia Jiang | Review final versions of GigaMonster fee application | 0.4 | $450.00 | $180.00 |
| **Sub-Total** | | | **7.6** | | **$3,420.00** |
| | | | | | |
| *Plan of Reorganization/Disclosure Statement* | | | | | |
| 11/1/23 | Robert Winning | Review global settlement terms | 0.5 | $1,150.00 | $575.00 |
| **Sub-Total** | | | **0.5** | | **$575.00** |
| **Total** | | | **12.7** | | **$9,285.00** |