**<u>EXHIBIT B</u>**
**Monthly Expenses**
**(October 1, 2023 – September 16, 2024)**

**None**