**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*[1],<br><br>        Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: December 4, at 4:00 p.m. (ET)**<br>**Hearing Date: December 18, 2024 at 2:30 p.m. (ET)** |

**SUMMARY OF CONSOLIDATED SIXTEENTH MONTHLY AND FINAL APPLICATION OF FAEGRE DRINKER BIDDLE & REATH LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE MONTHLY PERIOD FROM AUGUST 1, 2024, THROUGH SEPTEMBER 16, 2024, AND THE FINAL PERIOD FROM JANUARY 30, 2023, THROUGH SEPTEMBER 16, 2024**

| | |
|---|---|
| Name of applicant: | Faegre Drinker Biddle & Reath LLP |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of retention: | March 10, 2023 (effective January 30, 2023) |
| Monthly period for which compensation and reimbursement is sought: | August 1, 2024 – September 16, 2024 |
| Amount of monthly compensation sought as actual, reasonable, and necessary: | $49,396.50 |
| Amount of monthly expense reimbursement sought as actual, reasonable, and necessary: | $598.01 |
| Final period for which compensation and reimbursement is sought: | January 30, 2023 – September 16, 2024 |
| Amount of final compensation sought as actual, reasonable, and necessary: | $1,140,718.50 |

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

| | |
|---|---|
| Amount of final expenses sought as actual, reasonable, and necessary: | $13,048.48 |

This is an:  __X__ monthly  ____ interim application  __X__ final application

This application includes 1.2 hours with a value of $660.00 incurred in connection with the preparation of monthly fee applications on behalf of Faegre Drinker Biddle & Reath LLP.

| Date Filed; Docket No. | Period Covered | Requested | | Approved/Authorized | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| 3/22/23 D.I. 274 | 1/30/23 – 2/28/23 | $314,674.50 | $3,084.52 | $314,674.50 | $3,084.52 |
| 4/21/23 D.I. 331 | 3/1/23 – 3/31/23 | $169,853.50 | $1,690.07 | $169,853.50 | $1,690.07 |
| 5/22/23 D.I. 369 | 4/1/23 – 4/30/23 | $58,973.50 | $9.20 | $58,973.50 | $9.20 |
| 6/21/23 D.I. 418 | 5/1/23 – 5/31/23 | $77,788.00 | $657.35 | $77,788.00 | $657.35 |
| 7/21/23 D.I. 452 | 6/1/23 – 6/30/23 | $23,510.00 | $440.55 | $23,510.00 | $440.55 |
| 8/22/23 D.I. 508 | 7/1/23 – 7/31/23 | $50,758.50 | $378.85 | $50,758.50 | $378.85 |
| 9/20/23 D.I. 538 | 8/1/23 – 8/31/23 | $138,188.00 | $614.85 | $138,188.00 | $614.85 |
| 10/20/23 D.I. 573 | 9/1/23 – 9/30/23 | $70,845.00 | $1,355.09 | $70,845.00 | $1,269.50[2] |
| 11/21/23 D.I. 603 | 10/1/23 – 10/31/23 | $24,366.00 | $554.35 | $24,366.00 | $554.35 |
| 12/21/23 D.I. 632 | 11/1/23 – 11/30/23 | $8,474.00 | $488.83 | $8,474.00 | $488.83 |
| 1/22/24 D.I. 655 | 12/1/23 – 12/31/23 | $21,297.50 | $294.85 | $21,297.50 | $294.85 |
| 2/22/24 D.I. 677 | 1/1/24 – 1/31/24 | $16,304.50 | $651.45 | $13,043.60 | $651.45 |
| 5/2/24 D.I. 757 | 2/1/24 – 3/31/24 | $54,086.50 | $768.90 | $43,269.20 | $768.90 |
| 6/28/24 D.I. 811 | 4/1/24 – 5/31/24 | $46,508.00 | $782.10 | $37,206.40 | $782.10 |
| 8/20/24 D.I. 858 | 6/1/24 – 7/31/24 | $15,694.50 | $765.10 | $12,555.60 | $765.10 |
| **Total:** | | **$1,091,322.00** | **$12,536.06** | **$1,064,803.30** | **$12,450.47** |

---

[2] This amount reflects a reduction of $85.59 due to an inadvertent billing error [Docket No. 629].

**MONTHLY COMPENSATION BY INDIVIDUAL**

| Name of Professional Person | Position and Areas of Experience | Year of Admission/ Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Richard J. Bernard | Partner, Finance & Restructuring | 1995 | $1,445 | 27.7 | $40,026.50 |
| Jaclyn C. Marasco | Partner, Finance & Restructuring | 2014 | $850 | 5.0 | $4,250.00 |
| Kyle R. Kistinger | Associate, Finance & Restructuring | 2020 | $750 | 0.2 | $150.00 |
| Cathy M. Greer | Paralegal | 29 | $490 | 9.8 | $4,802.00 |
| Candice M. Holcomb | | 33 | $420 | 0.4 | $168.00 |
| **Grand Total:** | | | | **43.1** | **$49,396.50** |
| **Blended Rate:** | | | **$1,146.10** | | |

2

## MONTHLY COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration (B110) | 1.1 | $511.00 |
| Asset Analysis and Recovery (B120) | 0.5 | $583.50 |
| Meetings of and Communications with Creditors (B150) | 0.6 | $867.00 |
| Court Hearings (B155) | 9.9 | $10,086.00 |
| Fee/Employment Applications (B160) | 2.9 | $1,601.00 |
| Non-Working Travel (B195) | 1.3 | $1,878.50 |
| Business Operations (B210) | 2.4 | $1,176.00 |
| Claims Administration and Objections (B310) | 0.1 | $85.00 |
| Plan and Disclosure Statement (B320) | 24.1 | $32,510.50 |
| Other Motion Practice (BKM) | 0.2 | $98.00 |
| **TOTAL** | **43.1** | **$49,396.50** |

## MONTHLY EXPENSE SUMMARY

| Expenses Category | Total Expenses |
|---|---:|
| Online Research/Databases/PACER | $3.10 |
| Travel | $301.56 |
| Tritura: Data Hosting – Active Review | $203.85 |
| Tritura: Data Hosting – Rev/Process/Data Storage | $4.50 |
| Tritura: Data Hosting – Review User Access | $85.00 |
| **TOTAL** | **$598.01** |

## SUMMARY OF FINAL APPLICATION

| | |
|---|---|
| Name of Applicant | Faegre Drinker Biddle & Reath LLP |
| Name of Client | Official Committee of Unsecured Creditors |
| Final Fee Period covered by the Application | January 30, 2023 – September 16, 2024 |
| Total compensation sought during the Final Fee Period | $1,140,718.50 |
| Total expenses sought during the Final Fee Period | $13,048.48 |
| Petition Date | January 16, 2023 |
| Retention Date | March 10, 2023 (effective January 30, 2023) |
| Date of order approving employment | March 10, 2023 |
| Total compensation approved by interim order to date | $958,728.50 |
| Total expenses approved by interim order to date | $9,482.92 |
| Total allowed compensation paid to date | $1,064,803.30 |
| Total allowed expenses paid to date | $12,450.47 |
| Blended rate in the Application for all attorneys for the Final Fee Period | $984.09 |
| Blended rate in the Application for all timekeepers for the Final Fee Period | $910.61 |
| Compensation sought in the Application for the Final Fee Period already paid pursuant to a monthly fee application but not yet allowed | $106,074.80 |
| Expenses sought in the Application for the Final Fee Period already paid pursuant to a monthly fee application but not yet allowed | $2,967.55 |
| Number of professionals included in the Application for the Final Fee Period | 20 |
| If applicable, number of professionals in the Application for the Final Fee Period not included in Faegre Drinker's staffing plan | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Final Fee Period | N/A |
| Number of professionals billing fewer than 15 hours to the case during the Final Fee Period | 12 |
| Are any rates higher than those approved or disclosed at retention? | No[1] |

---

[1] *See* Docket No. 183 at 5 (identifying then-current hourly rates ranging between $750 - $1,350) and *id.* at 6 n.4 (disclosing annual billing rate increases).

DMS_US.366934820.3

**FINAL COMPENSATION BY INDIVIDUAL**

| Name of Professional Person | Position and Areas of Experience | Year of Admission/ Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Richard J. Bernard | Partner, Finance & Restructuring | 1994 | $1,445 | 92.8 | $134,096.00 |
| Richard J. Bernard | Partner, Finance & Restructuring | 1995 | $1,350 | 342.0 | $461,700.00 |
| Patrick A. Jackson | Partner, Finance & Restructuring | 2007 | $1,180 | 0.8 | $944.00 |
| Patrick A. Jackson | Partner, Finance & Restructuring | 2007 | $1,060 | 25.6 | $27,136.00 |
| Ian J. Bambrick | Partner, Finance & Restructuring | 2010 | $920 | 0.2 | $184.00 |
| Jaclyn C. Marasco | Associate, Finance & Restructuring | 2014 | $850 | 19.9 | $16,915.00 |
| Jaclyn C. Marasco | Partner, Finance & Restructuring | 2014 | $735 | 385.3 | $283,195.50 |
| Josh Peterson | Partner, Finance & Restructuring | 2015 | $795 | 12.2 | $9,699.00 |
| Kyle R. Kistinger | Associate, Finance & Restructuring | 2020 | $750 | 0.2 | $150.00 |
| Kyle R. Kistinger | Associate, Finance & Restructuring | 2020 | $685 | 74.2 | $50,827.00 |
| Roya Imani | Associate, Finance & Restructuring | 2020 | $685 | 50.0 | $34,250.00 |
| Alec N. Weinberg | Associate, Finance & Restructuring | 2021 | $660 | 7.3 | $4,818.00 |
| Lisa J. Perunovich | Associate, Construction & | 2021 | $570 | 63.7 | $36,309.00 |

2

| Name of Professional Person | Position and Areas of Experience | Year of Admission/ Years of Experience | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| | Real Estate Litigation | | | | |
| Allison J. Mitchell | Associate, Construction & Real Estate Litigation | 2020 | $545 | 4.7 | $2,561.50 |
| Paige Naig | Associate, Finance & Restructuring | 2021 | $545 | 2.4 | $1,308.00 |
| Cathy M. Greer | Paralegal | 29 | $490 | 50.3 | $24,647.00 |
| Cathy M. Greer | Paralegal | 29 | $460 | 51.0 | $23,460.00 |
| Susan Carlson | Paralegal | 20 | $460 | 3.8 | $1,748.00 |
| Jane Gorman | Paralegal | 33 | $460 | 1.0 | $460.00 |
| Sylvia C. Rolley | Researcher | - | $455 | 1.1 | $500.50 |
| Suzanne N. Rosin | Research Librarían | - | $455 | 1.3 | $591.50 |
| Candice M. Holcomb | Paralegal | 33 | $420 | 1.0 | $420.00 |
| Candice M. Holcomb | Paralegal | 33 | $395 | 1.9 | $750.50 |
| Beth Olivere | Paralegal | 16 | $420 | 45.3 | $19,026.00 |
| Janel Conklin | Paralegal | 21 | $400 | 1.5 | $600.00 |
| Legal Technology Analyst Services | | | $335 | 13.2 | $4,422.00 |
| **Grand Total:** | | | | **1,252.7** | **$1,140,718.50** |
| **Blended Rate:** | | | **$910.61** | | |

**FINAL COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (B110) | 77.7 | $50,352.00 |
| Asset Analysis and Recovery (B120) | 374.3 | $328,794.50 |
| Asset Disposition (B130) | 113.3 | $121,190.00 |
| Relief from Stay/Adequate Protection Proceedings (B140) | 5.5 | $6,610.50 |
| Meetings of and Communications with Creditors (B150) | 82.1 | $84,306.50 |
| Court Hearings (B155) | 34.3 | $28,846.00 |
| Fee/Employment Applications (B160) | 160.6 | $100,541.50 |
| Fee/Employment Objections (B170) | 1.7 | $782.00 |
| Assumption/Rejection of Leases and Contracts (B185) | 12.7 | $12,878.00 |
| Other Contested Matters (B190) | 75.1 | $68,721.50 |
| Non-Working Travel (B195) | 9.0 | $10,674.50 |
| Business Operations (B210) | 9.8 | $4,760.00 |
| Employee Benefits/Pensions (B220) | 2.3 | $2,645.50 |
| Financing/Cash-Collections (B230) | 143.5 | $139,414.00 |
| Tax Issues (B240) | 0.3 | $255.00 |
| Board of Directors Matters (B260) | 3.3 | $2,950.00 |
| Claims Administration and Objections (B310) | 8.9 | $8,972.50 |
| Plan and Disclosure Statement (B320) | 86.0 | $114,441.50 |
| Investigation of Claims (BKB) | 47.9 | $48,188.00 |
| Other Motion Practice (BKM) | 0.6 | $294.00 |
| Retention of Others (BKRO) | 3.8 | $5,101.00 |
| **TOTAL** | **1,252.7** | **$1,140,718.50** |

**FINAL EXPENSE SUMMARY**

| Expenses Category | Total Expenses |
|---|---:|
| Business Meals | $106.99[1] |
| Copy/Print Charges | $1,833.75 |
| Court Filings Fees | $25.00 |
| Filing Fees | $350.00 |
| Hotel | $328.90 |
| Lexis Research | $60.00 |
| Online Docket Search/Online Research/Databases/PACER | $231.60 |
| Transcripts | $43.60 |
| TransUnion | $35.00 |
| Travel (Parking, Taxi, Train, Uber) | $2,885.29 |
| Tritura: All in One – Native File/Data Processing | $170.00 |
| Tritura: Data Hosting – Active Review | $3,436.10 |
| Tritura: Data Hosting – Review/Process/Data Storage | $67.50 |
| Tritura: Data Hosting – Review User Access | $2,040.00 |
| UCC Filing & Search Fees | $1,254.75 |
| Westlaw (Online Legal Research) | $180.00 |
| **TOTAL** | **$13,048.48** |

---

[1] This includes a reduction in the amount of $85.59 due to an inadvertent billing error.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: December 4, at 4:00 p.m. (ET)**<br>**Hearing Date: December 18, 2024 at 2:30 p.m. (ET)** |

**CONSOLIDATED SIXTEENTH MONTHLY AND FINAL APPLICATION OF FAEGRE DRINKER BIDDLE & REATH LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE MONTHLY PERIOD FROM AUGUST 1, 2024, THROUGH SEPTEMBER 16, 2024, AND THE FINAL PERIOD FROM JANUARY 30, 2023, THROUGH SEPTEMBER 16, 2024**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and in accordance with that certain *Order Approving the Employment and Retention of Faegre Drinker Biddle & Reath LLP as Attorneys to the Official Committee of Unsecured Creditors, Effective as of the January 30, 2023* [Docket No. 252] (the "Retention Order"), that certain *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 122] (the "Interim Compensation Order"), and that certain *Order Granting Final Approval of Disclosure Statement and Confirming Plan of Liquidation of GigaMonster Networks, LLC and Its Affiliated Debtors*

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

*Under Chapter 11 of the Bankruptcy Code* [Docket No. 889] (the "Confirmation Order"), Faegre Drinker Biddle & Reath, LLP ("Faegre Drinker") hereby applies (this "Application") to the Court for reasonable compensation for professional legal services rendered as counsel to the Official Committee of Unsecured Creditors (the "Committee") of GigaMonster Networks, LLC and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), for the monthly period commencing August 1, 2024, through and including September 16, 2024, in the amount of $49,396.50, together with reimbursement for actual and necessary expenses incurred in the amount of $598.01 (the "Monthly Fee Period") and for the final period commencing January 30, 2023, through and including September 16, 2024 (the "Final Fee Period") in the amount of $1,140,718.50 together with the reimbursement for actual and necessary expenses incurred in the amount of $13,048.48. In support of this Application, Faegre Drinker respectfully represents as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution. Venue is proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## GENERAL BACKGROUND

2. On January 16, 2023, the Debtors commenced these cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

3. On February 9, 2023, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for professionals.

4.     On July 18, 2024, the Debtors filed the *Combined Disclosure Statement and Plan of Liquidation of GigaMonster Networks, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Solicitation Version]* [Docket No. 826] (the "Plan").

5.     On August 30, 2023, the Court entered the Confirmation Order confirming the Plan, and the effective date of the Plan was September 16, 2024 [Docket No. 898] (the "Effective Date").

6.     A detailed description of the Debtors, including its business operations and the events leading to the commencement of these chapter 11 cases, is set forth in greater detail in the *Declaration of Rian Branning in Support of the Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 3].

## BACKGROUND SPECIFIC TO THE RELIEF REQUESTED

7.     Pursuant to the Retention Order, Faegre Drinker was retained to represent the Committee in connection with these chapter 11 cases, effective as of January 30, 2023. The Retention Order authorizes Faegre Drinker to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

8.     All services for which compensation is requested herein by Faegre Drinker were performed for or on behalf of the Committee, and Faegre Drinker's monthly fees and expenses were presented to and discussed with the Committee on a regular basis.

## SUMMARY OF SERVICES RENDERED

9.     For the Monthly Fee Period, attached hereto as **Exhibit A** is a detailed statement of fees incurred for work completed from August 1, 2024, through September 16, 2024, showing the amount of $49,396.50 due for fees. The services rendered by Faegre Drinker from August 1, 2024, through September 16, 2024, are grouped into the categories set forth in **Exhibit A**. The attorneys and paralegals who rendered services relating to each category are identified, along with the

number of hours for each individual and the total compensation sought for each category, in the attachment to, or the summary provided with, this Application.

## DISBURSEMENTS

10. **Exhibit B** attached hereto is a detailed statement of expenses paid by Faegre Drinker during the Monthly Fee Period, showing the amount of $598.01 due for reimbursement of expenses. This out-of-pocket disbursement sum is broken down into categories of charges, including, among other things, mail and express mail charges, special or hand delivery charges, photocopying charges, travel expenses, expenses for "working meals," and computerized research. A complete review by category of the expenses incurred for the Monthly Fee Period may be found in the attachments hereto as **Exhibit B**.

11. Pursuant to Local Rule 2016-2, Faegre Drinker represents that its rate for duplication is $.10 per page for black and white copies and $0.80 per page for color copies, its rate for outgoing telecopier transmissions is $0.25 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions, and there is no surcharge for computerized research.

## VALUATION OF SERVICES

12. Attorneys and paraprofessionals of Faegre Drinker have expended a total of 43.1 hours in connection with this matter during the Monthly Fee Period.

13. The amount of time spent by each of these persons providing services to the Committee for the Monthly Fee Period is fully set forth in the detail attached hereto as **Exhibit A**. These are Faegre Drinker's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Faegre Drinker's professionals for the Monthly Fee Period as attorneys to the Committee in these cases is $49,396.50.

14. Faegre Drinker believes that the time entries included in **Exhibit A** attached hereto and the expense breakdown set forth in **Exhibit B** attached hereto are in compliance with the requirements of Local Rule 2016-2.

15. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

**FINAL FEE PERIOD**

16. This Application also covers the Final Fee Period of January 30, 2023, through and including September 16, 2024. During the Final Fee Period, Faegre Drinker performed necessary services and incurred expenses on behalf of the Committee. As set forth in prior monthly applications, in accordance with the factors enumerated in enumerated in 11 U.S.C. § 330, approval of the fees requested during the Final Fee Period is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

17. Attached hereto as **Exhibit C** is a customary and comparable compensation disclosure as requested by the *U.S. Trustee's Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines").

18. Faegre Drinker respectfully states as follows to address the questions set forth under section C.5 of the U.S. Trustee Guidelines.

   a. During the Final Fee Period, Faegre Drinker did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

   b. The fees sought by Faegre Drinker in the Application for the Final Fee Period are consistent with the fees presented to and discussed with the Committee on a regular basis. The aggregate fees for the Committee's professionals are subject to that certain $1,378,000 Committee Fee Cap (as defined in the confirmed Plan) and incorporated into the Debtors' budget.

   c. The professionals included in the Application for the Final Fee Period did not vary their hourly rates based on the geographic location of these chapter 11 cases.

   d. The Application did not include fees dedicated to revising time records or preparing and revising invoices that would not be compensable outside of bankruptcy.

   e. The Final Fee Period includes approximately 7.4 hours with a value of $6,323.00 spent by Faegre Drinker to ensure that the time entries subject to the Application comply with the Local Rules and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Faegre Drinker's preparation of each monthly fee application.

   f. The Application does not include any rates higher than those approved or disclosed at retention.

## **CONCLUSION**

WHEREFORE, Faegre Drinker requests that (i) for the Monthly Fee Period, allowance be made to it in the sum of $49,396.50 as compensation for necessary professional services rendered to the Committee and the sum of $598.01 for reimbursement of actual necessary costs and expenses incurred and (ii) for the Final Fee Period, final allowance be made to it in the sum of $1,140,718.50 as compensation for necessary professional services rendered to the Committee and the sum of $13,048.48 for reimbursement of actual necessary costs and expenses incurred, and further requests such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: November 13, 2024 | **FAEGRE DRINKER BIDDLE & REATH LLP** |

*/s/ Jaclyn C. Marasco*
Patrick A. Jackson (Bar No. 4976)
Jaclyn C. Marasco (Bar No. 6477)
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Emails: patrick.jackson@faegredrinker.com
        jaclyn.marasco@faegredrinker.com

-and-

Richard J. Bernard (admitted *pro hac vice*)
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248-3263
Facsimile: (212) 248-3141
Email: richard.bernard@faegredrinker.com

*Counsel to the Official Committee of Unsecured Creditors*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 2016-2

I, Jaclyn C. Marasco, declare pursuant to 28.U.S.C. § 1746:

1.  I am a partner in the law firm of Faegre Drinker Biddle & Reath LLP ("Faegre Drinker"), with an office at 222 Delaware Avenue, Suite 1410, Wilmington, Delaware, 19810, among others. I am a member in good standing of the Bars of the States of New Jersey, New York, and Delaware; and have been admitted to practice since 2014.

2.  I have personally performed many of the professional services rendered by Faegre Drinker to the Official Committee of Unsecured Creditors (the "Committee") in connection with these chapter 11 cases; and am familiar with the other work performed by the attorneys and paraprofessionals at Faegre Drinker on behalf of the Committee.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4.  I certify that the Application complies with the requirements of Local Rule 2016-2 to the best of my knowledge, information, and belief.

Dated:  November 13, 2024        */s/ Jaclyn C. Marasco*
                                 Jaclyn C. Marasco
                                 Partner, Faegre Drinker Biddle & Reath LLP