**<u>EXHIBIT A</u>**
**Monthly Statement of Fees**
**(August and September)**



faegredrinker.com

October 31, 2024

| | |
|---|---|
| Invoice Num. | 5985298 |
| Tax ID | 41-0244008 |

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

## Invoice Summary

**Client**  Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.
**Matter**  In re GigaMonster Networks, LLC et al.
**Matter ID**  527983.000001

For professional services rendered through August 31, 2024

Currency: USD

| | |
|---|---|
| Professional Services | 48,795.50 |
| Disbursements | 427.45 |
| **Total Amount Due** | **$49,222.95** |



faegredrinker.com

October 31, 2024

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

|  | |
|---|---|
| Invoice Num. | 5985298 |
| Tax ID | 41-0244008 |

## Invoice Detail

| | |
|---|---|
| **Client** | Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al. |
| **Matter** | In re GigaMonster Networks, LLC et al. |
| **Matter ID** | 527983.000001 |

For professional services rendered through August 31, 2024

## Professional Services

**Task Code:** B110 - Case Administration

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/24 | C. Holcomb | Circulate GigaMonster Networks, LLC daily docket for update through 8/1/2024 | 0.20 | 84.00 |
| 08/02/24 | C. Holcomb | Circulate GigaMonster Networks, LLC daily docket for update through 8/2/2024 | 0.20 | 84.00 |
| 08/07/24 | C. Greer | Review docket and update critical dates calendar | 0.50 | 245.00 |
| 08/28/24 | C. Greer | Review docket and update critical dates calendar | 0.20 | 98.00 |
| **Task Total** | B110 - Case Administration | | **1.10** | **$511.00** |

**Task Code:** B120 - Asset Analysis and Recovery

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/27/24 | R. Bernard | Begin drafting demand letter | 0.30 | 433.50 |
| **Task Total** | B120 - Asset Analysis and Recovery | | **0.30** | **$433.50** |

**Task Code:** B150 - Meetings of and Communications with Creditors

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/20/24 | R. Bernard | Email with Committee members regarding ballot identification numbers and balloting | 0.60 | 867.00 |
| **Task Total** | B150 - Meetings of and Communications with Creditors | | **0.60** | **$867.00** |

**Task Code:** B155 - Court Hearings

Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.      Faegre Drinker Biddle & Reath LLP
October 31, 2024      Invoice Num.  5985298
Page 3

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/23/24 | C. Greer | Review and circulate agenda for 8/27/24 confirmation hearing | 0.20 | 98.00 |
| 08/26/24 | J. Marasco | Review amended agenda for confirmation hearing and notice of filing unreported decision in support of confirmation brief. | 0.20 | 170.00 |
| 08/26/24 | C. Greer | Review and circulate amended agenda for 8/27/24 hearing | 0.20 | 98.00 |
| 08/26/24 | C. Greer | Prepare two sets of hearing binders for 8/27/24 confirmation hearing | 1.90 | 931.00 |
| 08/27/24 | R. Bernard | Prepare for confirmation hearing (1.4); attend confirmation hearing (2.8). | 4.20 | 6,069.00 |
| 08/27/24 | J. Marasco | Prepare for (0.4) and attend confirmation hearing with R. Bernard (2.8) | 3.20 | 2,720.00 |
| **Task Total** | **B155 - Court Hearings** | | **9.90** | **$10,086.00** |

**Task Code:** B160 - Fee/Employment Applications

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/07/24 | J. Marasco | Correspondence with C. Greer and R. Bernard regarding monthly and interim fee applications. | 0.10 | 85.00 |
| 08/13/24 | C. Greer | Review and circulate Pachulski sixth interim fee application | 0.20 | 98.00 |
| 08/16/24 | C. Greer | Prepare FDBR combined fifteenth monthly fee application | 1.00 | 490.00 |
| 08/19/24 | J. Marasco | Review and authorize filing of Faegre Drinker fifteenth monthly fee application. | 0.20 | 170.00 |
| 08/20/24 | C. Greer | File FDBR combined fifteenth monthly fee application (.2); circulate and serve (.2) | 0.40 | 196.00 |
| 08/27/24 | C. Greer | Review and circulate Kroll July monthly fee application | 0.20 | 98.00 |
| 08/28/24 | C. Greer | Review and circulate Consumer Privacy Ombudsman first and final fee order | 0.20 | 98.00 |
| **Task Total** | **B160 - Fee/Employment Applications** | | **2.30** | **$1,235.00** |

**Task Code:** B195 - Non-Working Travel

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/27/24 | R. Bernard | Roundtrip travel from New York, New York to Wilmington, Delaware to attend confirmation hearing (2.7) | 1.30 | 1,878.50 |
| **Task Total** | **B195 - Non-Working Travel** | | **1.30** | **$1,878.50** |

**Task Code:** B210 - Business Operations

Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.     Faegre Drinker Biddle & Reath LLP
October 31, 2024                                                                                                        Invoice Num.  5985298
Page 4

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/27/24 | C. Greer | Review and circulate June monthly operating reports | 1.20 | 588.00 |
| 08/27/24 | C. Greer | Review and circulate July monthly operating reports | 1.20 | 588.00 |
| **Task Total** | **B210 - Business Operations** | | **2.40** | **$1,176.00** |

**Task Code:** B320 - Plan and Disclosure Statement

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 08/07/24 | R. Bernard | Review draft trust agreement | 1.00 | 1,445.00 |
| 08/08/24 | J. Marasco | Review UST comments to plan. | 0.10 | 85.00 |
| 08/09/24 | J. Marasco | Review R. Bernard update regarding conditional approval of plan and anticipated timing of distributions. | 0.10 | 85.00 |
| 08/09/24 | R. Bernard | Email to Debtors' counsel for solicitation package for the committee members | 0.20 | 289.00 |
| 08/12/24 | R. Bernard | Review plan supplement trust agreement (3.8); email solicitation packages to the Committee members (.2) | 4.00 | 5,780.00 |
| 08/13/24 | R. Bernard | Continue to review trust agreement and additional revisions thereto (2.1); email to counsel to the Debtors and Barings regarding comments to the trust agreement (.3) | 2.40 | 3,468.00 |
| 08/13/24 | J. Marasco | Review various correspondence and comments to draft liquidating trust agreement. | 0.10 | 85.00 |
| 08/14/24 | C. Greer | Review and circulate notice of filing of plan supplement | 0.20 | 98.00 |
| 08/19/24 | R. Bernard | Review proposed form of confirmation order | 1.40 | 2,023.00 |
| 08/20/24 | C. Greer | Review and circulate UST confirmation objection | 0.20 | 98.00 |
| 08/20/24 | J. Marasco | Review UST objection to confirmation. | 0.30 | 255.00 |
| 08/20/24 | J. Marasco | Correspondence with Committee members regarding ballot deadline and plan voting. | 0.10 | 85.00 |
| 08/20/24 | R. Bernard | Review and comment on form of confirmation order | 1.70 | 2,456.50 |
| 08/22/24 | R. Bernard | Review draft of memo in support of confirmation (2.4); review revised form of confirmation order (.7) | 3.10 | 4,479.50 |
| 08/23/24 | C. Greer | Review and circulate Johnson declaration re: solicitation of votes (.2); review and circulate Branning declaration in support of confirmation (.2); review and circulate notice of filing of proposed confirmation order (.2); review and circulate confirmation brief (.2) | 0.80 | 392.00 |
| 08/26/24 | J. Marasco | Call with L. Murley regarding Equinix plan ballot and email R. Bernard regarding same. | 0.10 | 85.00 |
| 08/26/24 | R. Bernard | Review declaration of balloting, declaration in support of confirmation, memo in support of confirmation, revised plan, revised confirmation order, and supplement in support of confirmation | 5.70 | 8,236.50 |
| 08/26/24 | C. Greer | Review and circulate notice of filing of unreported decision and hearing transcripts in connection with | 0.20 | 98.00 |

Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.
October 31, 2024
Page 5

Faegre Drinker Biddle & Reath LLP
Invoice Num.  5985298

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | confirmation hearing | | |
| 08/28/24 | J. Marasco | Various correspondence regarding revised confirmation order per Court's comments and exculpation language. | 0.20 | 170.00 |
| 08/28/24 | R. Bernard | Review and sign off on revised confirmation order and suggest language to cure issue with definition of Exculpated Parties | 0.80 | 1,156.00 |
| 08/29/24 | C. Greer | Review and circulate certification of counsel re: revised confirmation order | 0.20 | 98.00 |
| 08/29/24 | R. Bernard | Review revisions to plan and confirmation order (.9) and consent to entry thereof (.1) | 1.00 | 1,445.00 |
| 08/30/24 | C. Greer | Review and circulate confirmation order | 0.20 | 98.00 |
| **Task Total** | B320 - Plan and Disclosure Statement | | **24.10** | **$32,510.50** |

**Task Code:** BKM - Other Motion Practice

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 08/12/24 | C. Greer | Review and circulate order granting consumer privacy ombudsman's discharge motion | 0.20 | 98.00 |
| **Task Total** | BKM - Other Motion Practice | | **0.20** | **$98.00** |

| | | | | |
|------|------|-------------|-------|--------|
| **Total** | | | **42.20** | **$48,795.50** |

Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.    Faegre Drinker Biddle & Reath LLP
October 31, 2024    Invoice Num.  5985298
Page 6

## Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| Bernard, Richard J. | Partner | 27.70 | 1,445.00 | 40,026.50 |
| Marasco, Jaclyn | Partner | 4.70 | 850.00 | 3,995.00 |
| Greer, Cathy M. | Paralegal | 9.40 | 490.00 | 4,606.00 |
| Holcomb, Candice M. | Paralegal | 0.40 | 420.00 | 168.00 |
| **Total** | | **42.20** | | **$48,795.50** |



faegredrinker.com

October 31, 2024

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

| Invoice Num. | 5985202 |
| Tax ID | 41-0244008 |

## Invoice Summary

**Client**      Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.
**Matter**      In re GigaMonster Networks, LLC et al.
**Matter ID**    527983.000001

For professional services rendered through September 16, 2024

Currency: USD

| | |
|---|---|
| Professional Services | 601.00 |
| Disbursements | 170.56 |
| **Total Amount Due** | **$771.56** |



October 31, 2024

GigaMonster Networks, LLC et al.
350 Franklin Gateway, Suite 300
Marietta, GA 30067

| | |
|---|---|
| Invoice Num. | 5985202 |
| Tax ID | 41-0244008 |

## Invoice Detail

| | |
|---|---|
| **Client** | Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al. |
| **Matter** | In re GigaMonster Networks, LLC et al. |
| **Matter ID** | 527983.000001 |

For professional services rendered through September 16, 2024

## Professional Services

**Task Code:** B120 - Asset Analysis and Recovery

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/16/24 | K. Kistinger | Correspondence with R. Bernard regarding insider payments. | 0.20 | 150.00 |
| **Task Total** | B120 - Asset Analysis and Recovery | | **0.20** | **$150.00** |

**Task Code:** B160 - Fee/Employment Applications

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/03/24 | J. Marasco | Email C. Greer and R. Bernard regarding Faegre Drinker final fee application. | 0.10 | 85.00 |
| 09/12/24 | J. Marasco | Review and approve for filing CNOs for Faegre Drinker fourteenth and fifteenth monthly fee applications and related correspondence with C. Greer. | 0.10 | 85.00 |
| 09/13/24 | C. Greer | File and circulate certificate of no objection re: FDBR fourteenth monthly fee application (.2); file and circulate certificate of no objection re: FDBR fifteenth monthly fee application (.2) | 0.40 | 196.00 |
| **Task Total** | B160 - Fee/Employment Applications | | **0.60** | **$366.00** |

**Task Code:** B310 - Claims Administration and Objections

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/12/24 | J. Marasco | Correspondence with J. O'Neill regarding status of claims objections. | 0.10 | 85.00 |
| **Task Total** | B310 - Claims Administration and Objections | | **0.10** | **$85.00** |

Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.
October 31, 2024
Page 3

Faegre Drinker Biddle & Reath LLP
Invoice Num.  5985202

**Total**                                                                 **0.90**            **$601.00**

## Timekeeper Summary

| Name | Timekeeper Title | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| Marasco, Jaclyn | Partner | 0.30 | 850.00 | 255.00 |
| Kistinger, Kyle R. | Associate | 0.20 | 750.00 | 150.00 |
| Greer, Cathy M. | Paralegal | 0.40 | 490.00 | 196.00 |
| **Total** | | **0.90** | | **$601.00** |