**EXHIBIT B**
**Monthly Expenses**
**(August and September)**

Official Committee of Unsecured Creditors of GigaMonster Networks, LLC et al.     Faegre Drinker Biddle & Reath LLP
October 31, 2024     Invoice Num. 5985298
Page 7

## Cost Detail

| Description | Date | Quantity | Amount | | |
|---|---|---|---|---|---|
| Pacer Searches | | 6.00 | **3.10** | | |
| Tritura: Data Hosting - Active Review | | 13.59 | **203.85** | | |
| Tritura: Data Hosting - Rev/Process/DataStorage | | 0.90 | **4.50** | | |
| Tritura: Data Hosting - Review User Access | | 1.00 | **85.00** | | |
| **Subtotal Summarized Disbursements** | | | | **296.45** | |
| **Description** | **Date** | **Quantity** | **Amount** | | |
| Richard J. Bernard - Local Transportation - Attend hearing on 8/27/2024 in US Bankruptcy Court, Wilmington, Delaware, 08/26/2024 | 08/27/24 | 1.00 | 131.00 | | |
| **Subtotal** | | | | **131.00** | |
| **Total Disbursements** | | | | $ | 427.45 |

| | |
|---|---|
| **Invoice Total** | **$49,222.95** |

**Cost Detail**

| Description | Date | Quantity | Amount |
|---|---|---|---|
| Richard J. Bernard - Travel - Uber trip in a.m. to attend hearing on 8/27/2024 in US Bankruptcy Court, Wilmington, Delaware, 08/27/2024 | 09/03/24 | 1.00 | 11.61 |
| Richard J. Bernard - Travel - Uber trip in p.m. to attend hearing on 8/27/2024 in US Bankruptcy Court, Wilmington, Delaware, 08/27/2024 | 09/03/24 | 1.00 | 21.95 |
| **Subtotal** | | | **33.56** |

| Description | Date | Quantity | Amount |
|---|---|---|---|
| Richard J. Bernard - Local Transportation - Amtrak to attend hearing on 8/27/2024 in US Bankruptcy Court, Wilmington, Delaware, 08/27/2024 | 09/03/24 | 1.00 | 131.00 |
| Richard J. Bernard - Local Transportation - MTA Train in a.m. to attend hearing on 8/27/2024 in US Bankruptcy Court, Wilmington, Delaware, 08/27/2024 | 09/03/24 | 1.00 | 3.00 |
| Richard J. Bernard - Local Transportation - MTA Train in p.m. to attend hearing on 8/27/2024 in US Bankruptcy Court, Wilmington, Delaware, 08/27/2024 | 09/03/24 | 1.00 | 3.00 |
| **Subtotal** | | | **137.00** |

**Total Disbursements**  $  170.56

**Invoice Total**  $771.56