## EXHIBIT C

### Customary and Comparable Compensation Disclosures

Faegre Drinker's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Faegre Drinker's hourly rates for bankruptcy services are comparable to the rates charged by Faegre Drinker, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. By way of example, Faegre Drinker's blended hourly rates for attorneys and paraprofessionals in the Transaction Tax, White Collar Defense & Investigations, and Antitrust sections of Faegre Drinker for the prior twelve-month period were as set forth below. Of Faegre Drinker's various practice sections, the services performed by those three sections are the most comparable to the services performed in the Finance & Restructuring section for the applicable period. Also included below is blended hourly rate information for all sections of Faegre Drinker, excluding the Finance & Restructuring section, for the twelve-month period beginning with September 2023 and ending with, and including, August 2024.

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | **Billed** In comparable practice areas for preceding twelve-month period[1] | **Billed** Firm-wide for preceding twelve-month period[2] | **Billed** This Application |
| Partner | $860 | $772 | $1,067.59 |
| Associate | $553 | $501 | $661.59 |
| Paralegal | $350 | $309 | $456.41 |

---

[1] This column reflects the blended rates charged by the firm for complex corporate and litigation matters in the following sections of the firm: Transactional Tax, White Collar Defense & Investigations, and Antitrust during the prior twelve-month period. There is no "All Other" number because "All Other" timekeeper titles are not assigned to these specific practice areas but rather are assigned to broader groups such as "Real Estate," "Business Litigation," or "Corporate."

[2] This column excludes blended hourly rates for the Finance & Restructuring section.

| All Others | N/A | $243 | $335 |
|---|---:|---:|---:|
| **Aggregated:** | **$819** | **$611** | **$910.61** |