IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 923**<br><br>**Rescheduled Hearing Date:**<br>**December 16, 2024, at 1:00 p.m. (ET)** |

**NOTICE OF RESCHEDULED HEARING REGARDING FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM JANUARY 17, 2023 TO SEPTEMBER 16, 2024**

**PLEASE TAKE NOTICE** that the hearing scheduled for December 18, 2024 at 2:30 p.m. prevailing Eastern Time with respect to the *Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from January 17, 2023 through September 16, 2024* [Docket No. 923] filed on November 12, 2024 has been rescheduled to December 16, 2024 at 1:00 p.m. (ET) before the Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, 824 Market Street, Fifth Floor, Courtroom No. 6, Wilmington, Delaware 19801.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

| | |
|---|---|
| Dated:  November 15, 2024 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone:  302-652-4100 |
| | Facsimile:   302-652-4400 |
| | email:  ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | |
| | *Counsel for the Debtors and Debtors-in-Possession* |