IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*[1],<br><br>        Debtors. | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered)<br><br>**Rescheduled Hearing Date: December 16, 2024 at 1:00 p.m. (ET)**<br><br>**Docket Ref. Nos. 924 & 925** |

**NOTICE OF RESCHEDULED HEARING REGARDING (I) CONSOLIDATED FIFTH MONTHLY AND FINAL APPLICATION OF M3 ADVISORY PARTNERS, LP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE MONTHLY PERIOD FROM OCTOBER 1, 2023, THROUGH SEPTEMBER 16, 2024, AND THE FINAL PERIOD FROM JANUARY 30, 2023, THROUGH SEPTEMBER 16, 2024 AND (II) CONSOLIDATED SIXTEENTH MONTHLY AND FINAL APPLICATION OF FAEGRE DRINKER BIDDLE & REATH LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE MONTHLY PERIOD FROM AUGUST 1, 2024, THROUGH SEPTEMBER 16, 2024, AND THE FINAL PERIOD FROM JANUARY 30, 2023, THROUGH SEPTEMBER 16, 2024**

      **PLEASE TAKE NOTICE** that the hearing scheduled for December 18, 2024 at 2:30 p.m. (ET) **has been rescheduled to December 16, 2024 at 1:00 p.m. (ET)** before the Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 for the following matters:

    1.    Consolidated Fifth Monthly and Final Application of M3 Advisory Partners, LP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors for the Monthly Period from October 1, 2023, through September 16, 2024, and the Final Period from January 30, 2023, through September 16, 2024 [Docket No. 924]; and

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

2. Consolidated Sixteenth Monthly and Final Application of Faegre Drinker Biddle & Reath LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Attorneys to the Official Committee of Unsecured Creditors for the Monthly Period from August 1, 2024, through September 16, 2024, and the Final Period from January 30, 2023, through September 16, 2024 [Docket No. 925].

Dated: November 15, 2024

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ Jaclyn C. Marasco
Patrick A. Jackson (Bar No. 4976)
Jaclyn C. Marasco (Bar No. 6477)
222 Delaware Avenue, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Emails: patrick.jackson@faegredrinker.com
           jaclyn.marasco@faegredrinker.com

-and-

Richard J. Bernard (admitted *pro hac vice*)
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Telephone: (212) 248-3263
Facsimile: (212) 248-3141
Email: richard.bernard@faegredrinker.com

*Counsel to the Official Committee of Unsecured Creditors*