**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Dec. 6, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: Dec. 16, 2024 at 1:00 p.m. (ET)** |

**SUMMARY OF COMBINED MONTHLY AND FINAL FEE APPLICATION OF
KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE
ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES FOR (I) THE MONTHLY PERIOD
FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 16, 2024, AND (II) THE
FINAL PERIOD FROM JANUARY 16, 2023 THROUGH SEPTEMBER 16, 2024**

| | |
|---|---|
| Name of Applicant: | Kroll Restructuring Administration LLC (“**Kroll**”) |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | February 9, 2023, *nunc pro tunc* to January 16, 2023 |
| Period for which compensation and reimbursement is sought: | (i) September 1, 2024 through September 16, 2024 (the “**Monthly Fee Period**”), and (ii) January 16, 2023 through September 16, 2024 (the “**Final Fee Period**”)[2] |
| Amount of compensation sought as actual, reasonable and necessary for the Monthly Fee Period: | $233.96 |
| Amount of expense reimbursement sought as actual, reasonable and necessary for the Monthly Fee Period: | $274.00 |

---

[1]    The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2]    Kroll did not incur any fees or expenses in its capacity as administrative advisor prior to the month of February 2024, or during the month of April 2024.

Amount of compensation sought as
actual, reasonable and necessary for
the Final Fee Period:                          $43,630.60

Amount of expense reimbursement sought
as actual, reasonable and necessary for
the Final Fee Period:                          $274.00

Total compensation and expense
reimbursement sought as actual,
reasonable and necessary for
the Final Fee Period:                          $43,904.60

**Total amount to be paid at this time:**      **$43,904.60**

This is a:  ___X___ monthly ___X___ final application.

*[Remainder of page intentionally left blank]*

**Prior Monthly Applications**

| Date Filed; ECF No. | Period Covered | Requested | | Paid or To Be Paid | | Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 7/22/24; ECF No. 835 | 2/1/24 – 6/30/24 | $9,061.36 (payment of 80% or $7,249.09) | $0.00 | $7,249.09 (80% of $9,061.36) | $0.00 | $1,812.27 |
| 8/27/24; ECF No. 883 | 7/1/24 – 7/31/24 | $13,199.56 (payment of 80% or $10,559.65) | $0.00 | $10,559.65 (80% of $13,199.56) | $0.00 | $2,639.91 |
| 9/20/24; ECF No. 900 | 8/1/24 – 8/31/24 | $21,135.72 (payment of 80% or $16,908.58) | $0.00 | $16,908.58 (80% of $21,135.72) | $0.00 | $4,227.14 |

**Summary of Hours Billed by Kroll Employees During the Monthly Fee Period**

| Kroll Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Brunswick, Gabriel | Managing Director | 0.70 | $269.50 | $188.65 |
| Bitman, Oleg | Director | 0.40 | $259.50 | $103.80 |
| | **Total:** | **1.10** | | **$292.45[3]** |
| | **Blended Rate** | | **$265.86** | |

**Summary of Fees Billed by Subject Matter During the Monthly Fee Period**

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Disbursements | 0.40 | $103.80 |
| Retention / Fee Application | 0.70 | $188.65 |
| **TOTAL** | **1.10** | **$292.45[4]** |

**Description of Necessary Expenses Incurred During the Monthly Fee Period**

| Expense Description | Total |
|---|---|
| Travel | $274.00 |
| **Total** | **$274.00** |

**Summary of Hours Billed by Kroll Employees During the Final Fee Period**

| Kroll Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Adler, Adam M | Managing Director | 0.50 | $269.50 | $134.75 |

---

[3, 4]  This amount has been discounted to $233.96 in accordance with the terms of Kroll's retention.  Taking into account this discount, the blended hourly rate is $212.69.

| | | | | |
|---|---|---|---|---|
| Brunswick, Gabriel | Managing Director | 2.60 | $269.50 | $700.70 |
| Archbell, Tiffany | Director of Solicitation | 0.90 | $269.50 | $242.55 |
| Johnson, Craig | Director of Solicitation | 16.40 | $269.50 | $4,419.80 |
| Kesler, Stanislav | Director of Solicitation | 31.00 | $269.50 | $8,354.50 |
| Lonergan, Senan L | Director of Solicitation | 1.20 | $269.50 | $323.40 |
| Bitman, Oleg | Director | 0.80 | $259.50 | $207.60 |
| Al-Sallaj, Sada | Solicitation Consultant | 3.30 | $242.00 | $798.60 |
| Brodeur, Sarah | Solicitation Consultant | 0.60 | $242.00 | $145.20 |
| Brown, Mark M | Solicitation Consultant | 27.20 | $242.00 | $6,582.40 |
| Cheney, Edward | Solicitation Consultant | 1.80 | $242.00 | $435.60 |
| Crowell, Messiah L | Solicitation Consultant | 21.50 | $242.00 | $5,203.00 |
| Gache, Jean | Solicitation Consultant | 2.30 | $242.00 | $556.60 |
| Lewenson, Justin | Solicitation Consultant | 11.40 | $242.00 | $2,758.80 |
| Pasang, Tsering N | Solicitation Consultant | 4.50 | $242.00 | $1,089.00 |
| Steinberg, Zachary | Solicitation Consultant | 73.60 | $242.00 | $17,811.20 |
| Ziffer, Jordan | Solicitation Consultant | 1.30 | $242.00 | $314.60 |
| Khan, Areej | Senior Consultant | 7.50 | $214.50 | $1,608.75 |
| Floyd, Tiffany M | Consultant | 0.50 | $198.00 | $99.00 |
| Lim, Rachel | Consultant | 0.60 | $198.00 | $118.80 |
| Pagan, Chanel C | Consultant | 0.30 | $198.00 | $59.40 |
| Gorina, Anastasia | Consultant | 2.80 | $192.50 | $539.00 |
| Howell, Gabriela | Consultant | 0.50 | $176.00 | $88.00 |
| Markesinis, Ioannis N | Consultant | 0.80 | $176.00 | $140.80 |
| Spiegel, Jason | Consultant | 8.20 | $176.00 | $1,443.20 |
| Hernandez, Raymond | Consultant | 3.30 | $110.00 | $363.00 |
| | **Total:** | **225.40** | | **$54,538.25[5]** |
| | **Blended Rate** | | **$241.96** | |

### Summary of Fees Billed by Subject Matter During the Final Fee Period

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Ballots | 27.80 | $6,626.95 |
| Call Center / Credit Inquiry | 23.50 | $5,810.75 |
| Disbursements | 2.30 | $595.35 |
| Retention / Fee Application | 3.10 | $835.45 |
| Solicitation | 168.70 | $40,669.75 |
| **TOTAL** | **225.40** | **$54,538.25[6]** |

### Description of Necessary Expenses Incurred During the Final Fee Period

| Expense Description | Total |
|---|---|
| Travel | $274.00 |
| **Total** | **$274.00** |

---

[5, 6]  This amount has been discounted to $43,630.60 in accordance with the terms of Kroll's retention.  Taking into account this discount, the blended hourly rate is $193.57.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Dec. 6, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: Dec. 16, 2024 at 1:00 p.m. (ET)** |

**COMBINED MONTHLY AND FINAL FEE APPLICATION OF
KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE
ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES
AND REIMBURSEMENT OF EXPENSES FOR (I) THE MONTHLY PERIOD
FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 16, 2024, AND (II) THE
<u>FINAL PERIOD FROM JANUARY 16, 2023 THROUGH SEPTEMBER 16, 2024</u>**

Kroll Restructuring Administration LLC ("**Kroll**"), administrative advisor to GigaMonster

Networks, LLC and certain of its affiliates, as debtors and debtors in possession (collectively, the

"**Debtors**"), files this combined monthly and final fee application (the "**Application**"), pursuant

to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016

of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "**Local Bankruptcy Rules**"), the *Order Establishing Procedures for

Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 122] (the

"**Interim Compensation Order**"), and the *Combined Disclosure Statement and Joint Plan of

Liquidation of GigaMonster Networks LLC and Its Affiliated Debtors Under Chapter 11 of the

Bankruptcy Code* [Docket No. 889, Ex. A] (as may be further amended, modified, or supplemented

---

[1]   The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are:
GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014);
Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The
Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

in accordance with its terms, the "**Plan**") for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for (i) September 1, 2024 through September 16, 2024 (the "**Monthly Fee Period**") and (ii) January 16, 2023 through September 16, 2024 (the "**Final Fee Period**").[2] In support of the Application, Kroll respectfully represents as follows:

## Preliminary Statement

1. On January 18, 2023 the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Authorizing Retention and Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent* [Docket No. 36] (the "**Claims and Noticing Agent Order**"), which authorized the Debtors to retain Kroll as the claims and noticing agent in the Debtors' chapter 11 cases. Pursuant to the *Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 123] (the "**Administrative Advisor Order**"), dated February 9, 2023, the Court authorized the Debtors to retain Kroll as administrative advisor in these chapter 11 cases, effective as of the Petition Date (as defined below).

2. On August 30, 2024, the Court entered the *Order Granting Final Approval of Disclosure Statement and Confirming Plan of Liquidation of Gigamonster Networks, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 889], which, among other things, confirmed the Plan. Pursuant to the *Notice of (I) Confirmation and Effective Date of the Combined Disclosure Statement and Joint Plan of Liquidation of Gigamonster Networks, LLC and Its Affiliated Debtors under Chapter 11 of the Bankruptcy Code and (II) Deadline Under the*

---

[2]    Kroll did not incur any fees or expenses in its capacity as administrative advisor prior to the month of February 2024, or during the month of April 2024.

*Plan and Confirmation Order to File Administrative Claims, Professional Fee Claims, and Rejection Claims* [Docket No. 898], the Plan became effective on September 16, 2024.

3.      By this Final Application, Kroll seeks final approval, allowance and payment of fees in the aggregate amount of $43,630.60 for the Final Fee Period and reimbursement of expenses in the aggregate amount of $274.00 for the Final Fee Period.

4.      During the Final Fee Period, Kroll worked on, among other things, reviewing, analyzing, and providing comments to solicitation materials, solicitation of the Plan, responding to inquiries from creditors, reviewing and processing incoming ballots and performing quality assurance of same, and preparing for and participating in the confirmation hearing.

## Jurisdiction

5.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

6.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

7.      The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 2016-2.

## Background

8.      On January 16, 2023 (the "**Petition Date**"), the Debtors filed with the Court voluntary petitions for relief under the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors-in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  As of the date hereof, no trustee, examiner, or official committee of unsecured creditors has been appointed in these chapter 11 cases

## Relief Requested

9.      During the Final Fee Period, Kroll professionals billed a total of 225.40 hours.  By this Final Application, Kroll requests final allowance and approval of a grand total of $43,904.60 for the Final Fee Period as follows: (a) final allowance and approval of aggregate fees in the amount of $43,630.60 on account of reasonable and necessary professional services rendered to the Debtors by Kroll (which amount includes fees incurred during the Monthly Fee Period); and (b) reimbursement of actual and necessary expenses in the aggregate amount of $274.00.

10.      As of the date hereof, Kroll has not yet received any payment on account of reasonable and necessary professional services rendered and actual and necessary expenses incurred by Kroll.  As a result, Kroll is seeking payment hereby of the remaining reasonable and necessary fees for services rendered and actual and necessary expenses incurred by Kroll during the Final Fee Period in an aggregate amount equal to $43,904.60.

## Compliance with the Interim Compensation Order; Compensation Sought and Paid and its Source

11.      All services for which compensation is requested herein by Kroll were performed for or on behalf of the Debtors.  In accordance with the Interim Compensation Order, Kroll prepared the monthly fee applications filed with this Court at Docket Nos. 835, 883, and 900 (each, a "**Monthly Fee Application**" and collectively, the "**Monthly Fee Applications**"), in the amount of $43,396.64 in the aggregate.  Further, this Final Application has been prepared in accordance with the procedures set forth in the Interim Compensation Order and the Plan.

12.      As noted above, as of the date hereof, Kroll has not yet received any payment on account of reasonable and necessary professional services rendered and actual and necessary expenses incurred on account of the Monthly Fee Application.

13.     In addition, Kroll incurred fees and expenses under the Administrative Advisor Order during the Monthly Fee Period in the aggregate amounts of (i) $233.96 on account of reasonable and necessary professional services rendered to the Debtors by Kroll and (ii) $274.00 on account of actual and necessary costs and expenses.  As of the date hereof, Kroll has neither sought nor requested any such fees or expenses from the Debtors or this Court, and as such, seeks allowance and payment of all such amounts incurred during the Monthly Fee Period by this Final Application. Accordingly, the aggregate amount of fees and expense outstanding is $43,904.60 ($43,630.60, plus $274.00).

14.     Except to the extent of the amounts sought to be paid to Kroll pursuant to the Monthly Fee Applications, Kroll has neither sought nor received any payment or promises for payment from any source during the Final Fee Period in connection with the matters described in this Final Application.  There is no agreement or understanding between Kroll and any other person, other than its affiliates, partners, managers, directors and employees, for sharing of the compensation to be received for services rendered to the Debtors in these chapter 11 cases.

15.     The fees sought by this Final Application do not include any fees sought under the Claims and Noticing Agent Order.  Procedures for payment of such fees or disbursements are separately addressed in the Claims and Noticing Agent Order.  Additionally, no fees and disbursements for services provided to the Debtors sought by this Final Application have been sought to be paid under the Claims and Noticing Agent Order.

### Summary of Professional Services Rendered

16.     The professional services that Kroll rendered during the Fee Period are grouped by subject matter and summarized as follows:

- <u>Ballots</u>

Fees: $6,626.95; Hours:  27.80

Ballots services provided included processing incoming late ballots, including receiving, reviewing, and analyzing incoming ballots for timeliness and validity, inputting ballots into the voting database and auditing same, and providing technical support for processing of electronically filed ballots.

- <u>Call Center / Credit Inquiry</u>

Fees:  $5,810.75; Hours: 23.50

Call Center / Credit Inquiry services provided included: (a) preparing responses to frequently asked questions in connection with solicitation; and (b) responding to creditor inquiries regarding solicitation.

- <u>Disbursements</u>

Fees:  $595.35; Hours: 2.30

Disbursements services provided included: (a) reviewing and analyzing the plan and disclosure statement in connection with distributions; and (b) conferring and coordinating among the Kroll case team and the Debtors' financial advisor regarding upcoming distributions.

- <u>Retention / Fee Application</u>

Fees:  $835.45; Hours: 3.10

Retention / Fee Application services provided included drafting, reviewing, revising, and finalizing Kroll's Monthly Fee Applications.

- <u>Solicitation</u>

Fees:  $40,669.75; Hours: 168.70

Solicitation services provided included: (a) conferring and coordinating among the Kroll case team and Debtors' counsel and other professionals regarding solicitation of the Debtors' plan, including solicitation procedures, voting, balloting, and related mechanics; (b) responding to inquiries from Debtors' counsel and other professionals regarding solicitation of the Debtors' plan; (c) reviewing, analyzing and providing comments to draft solicitation documents in anticipation of solicitation of the Debtors' plan; (d) preparing plan class reports for solicitation purposes; (e) updating the case website to provide for electronic submission of ballots and opt-out forms and performing quality assurance reviews of same; (f) preparing interim voting reports for circulation to the Debtors' professionals; (g) preparing the voting declaration and performing quality assurance reviews of same; and (h) preparing for, traveling to, and participating in the confirmation hearing as the voting declarant.

17.    Lastly, **<u>Exhibit A</u>** hereto: (a) identifies the individual that rendered services in each subject matter; (b) describes each activity or service that the individual performed; (c) states the number of hours (in increments of tenths of an hour) spent by the individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

### <u>Summary of Expenses Incurred</u>

18.    In rendering the services described herein, Kroll incurred actual and necessary expenses in the aggregate amount of $274.00 during the Final Fee Period (which amount was incurred during the Monthly Fee Period) on account of confirmation hearing-related travel. Attached hereto as **<u>Exhibit B</u>** is a list of expenses incurred by each Kroll employee during the Final Fee Period.

**Kroll's Requested Fees and**
**Reimbursement of Expenses Should be Allowed by this Court**

19.     Section 330 of the Bankruptcy Code provides, in pertinent part, that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered … and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).  In addition, Section 330 of the Bankruptcy Code sets forth the criteria for the award of compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded … the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including
>
> (a)     the time spent on such services;
> (b)     the rates charged for such services;
> (c)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
> (d)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
> (e)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
> (f)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

20.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amounts requested herein by Kroll are fair and reasonable given (i) the complexity of these cases, (ii) the time expended, (iii) the rates charged for such services, (iv) the nature and extent of the services rendered, (v) the value of such services and (vi) the costs of comparable services other than in a case under this title.

21.     Further, Kroll's hourly rates are set at a level designed to fairly compensate Kroll for the work of its professionals and to cover routine overhead expenses.  Hourly rates vary with the

experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

### Representations and Reservation of Rights

22.    Kroll has prepared this Final Application in accordance with the Bankruptcy Code, Bankruptcy Rules, and the Local Rules.  To the best of Kroll's knowledge, this Final Application complies with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedures, Local Rule 2016-2, the Interim Compensation Order and the Plan.

23.    Approval of the fees and expenses sought by this Final Application represent the total aggregate fees and expenses incurred by Kroll in rendering services under the Administrative Advisor Order during the Final Fee Period.

### Notice

24.    Kroll has provided notice of this Final Application to all parties required to receive such notice under the Interim Compensation Order and pursuant to the Plan.  In light of the nature of the relief requested herein, Kroll respectfully submits that no further notice is necessary.

*[Remainder of page intentionally left blank]*

**Conclusion**

**WHEREFORE**, pursuant to the Interim Compensation Order and the Plan, Kroll requests: (i) final allowance and approval of fees in the aggregate amount of $43,630.60 on account of reasonable and necessary professional services rendered to the Debtors by Kroll during the Final Fee Period (which includes fees incurred during the Monthly Fee Period); and (ii) reimbursement of actual and necessary costs and expenses in the aggregate amount of $274.00 (which includes expenses incurred during the Monthly Fee Period).

Dated: November 15, 2024
      New York, New York

KROLL RESTRUCTURING ADMINISTRATION LLC

By:    */s/ Adam M. Adler*
       Adam M. Adler
       Gabriel Brunswick
       Kroll Restructuring Administration LLC
       1 World Trade Center, 31st Floor
       New York, NY 10007
       Phone: (212) 257-5450
       adam.adler@kroll.com
       gabriel.brunswick@kroll.com

       *Administrative Advisor to the Debtors*

**VERIFICATION**

STATE OF NEW YORK      )
                                 )   SS:
COUNTY OF NEW YORK     )

I, Adam M. Adler, after being duly sworn according to law, depose and say:

1. I am a Managing Director of Kroll Restructuring Administration LLC.

2. I am generally familiar with the work performed on behalf of the Debtors by Kroll professionals.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief, the foregoing Application complies with such Local Rule.

_____
Adam M. Adler

SWORN TO AND SUBSCRIBED before me this 15th day of November, 2024.

*/s/ GABRIEL BRUNSWICK*
Notary Public, State of New York
No. 02BR6323242
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Apr. 20, 2027

## Exhibit A

**Fee Detail**



## Hourly Fees by Employee through February  2024

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| CJ | Johnson, Craig | DS  - Director of Solicitation | 0.60 | $269.50 | $161.70 |
| | | **TOTAL:** | **0.60** | | **$161.70** |

## Hourly Fees by Task Code through February  2024

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| SOLI | Solicitation | 0.60 | $161.70 |
| | **TOTAL:** | **0.60** | **$161.70** |

GigaMonster Networks, LLC

Page 2
Invoice #: 23593

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 02/26/24 | CJ | DS | Conduct research re procedures for soliciting a plan of liquidation | Solicitation | 0.60 |
| | | | | **Total Hours** | **0.60** |



**Hourly Fees by Employee through March  2024**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| MMB | Brown, Mark M | SA  - Solicitation Consultant | 1.80 | $242.00 | $435.60 |
| ZS | Steinberg, Zachary | SA  - Solicitation Consultant | 3.00 | $242.00 | $726.00 |
| STK | Kesler, Stanislav | DS - Director of Solicitation | 3.10 | $269.50 | $835.45 |
| | | **TOTAL:** | **7.90** | | **$1,997.05** |

**Hourly Fees by Task Code through March  2024**

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| SOLI | Solicitation | 7.90 | $1,997.05 |
| | **TOTAL:** | **7.90** | **$1,997.05** |

GigaMonster Networks, LLC

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 03/01/24 | STK | DS | Review and respond to inquiry from J. Grall (Novo Advisors) re upcoming solicitation mailing | Solicitation | 0.80 |
| 03/12/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.70 |
| 03/13/24 | MMB | SA | Quality assurance review of draft solicitation documents | Solicitation | 1.80 |
| 03/13/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 1.10 |
| 03/14/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.30 |
| 03/18/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.20 |
| 03/20/24 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 3.00 |

**Total Hours**  **7.90**



**Hourly Fees by Employee through May  2024**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| ZS | Steinberg, Zachary | SA  - Solicitation Consultant | 2.50 | $242.00 | $605.00 |
| | | **TOTAL:** | **2.50** | | **$605.00** |

**Hourly Fees by Task Code through May  2024**

| Task Code | Task Code Description | | Hours | Total |
|-----------|---------------------|---|-------|-------|
| SOLI | Solicitation | | 2.50 | $605.00 |
| | | **TOTAL:** | **2.50** | **$605.00** |

GigaMonster Networks, LLC

Page 2
Invoice #: 24383

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 05/31/24 | ZS | SA | Review solicitation documents for use in upcoming solicitation | Solicitation | 2.50 |
| | | | | **Total Hours** | **2.50** |



**Hourly Fees by Employee through June  2024**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| MMB | Brown, Mark M | SA  - Solicitation Consultant | 17.90 | $242.00 | $4,331.80 |
| ZS | Steinberg, Zachary | SA  - Solicitation Consultant | 9.80 | $242.00 | $2,371.60 |
| STK | Kesler, Stanislav | DS - Director of Solicitation | 5.70 | $269.50 | $1,536.15 |
| SLL | Lonergan, Senan L | DS - Director of Solicitation | 1.20 | $269.50 | $323.40 |
| | | **TOTAL:** | **34.60** | | **$8,562.95** |

**Hourly Fees by Task Code through June  2024**

| Task Code | Task Code Description | Hours | Total |
|-----------|----------------------|-------|-------|
| INQR | Call Center / Creditor Inquiry | 5.60 | $1,355.20 |
| SOLI | Solicitation | 29.00 | $7,207.75 |
| | **TOTAL:** | **34.60** | **$8,562.95** |

GigaMonster Networks, LLC

Page 2
Invoice #: 24645

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 06/03/24 | MMB | SA | Quality assurance review of draft solicitation documents | Solicitation | 4.70 |
| 06/03/24 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.50 |
| 06/04/24 | MMB | SA | Quality assurance review of draft solicitation documents | Solicitation | 1.80 |
| 06/04/24 | SLL | DS | Review disclosure statement for presupposes of distribution provisions | Solicitation | 1.20 |
| 06/04/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 1.70 |
| 06/04/24 | ZS | SA | Confer and coordinate with the solicitation team regarding the ongoing voting event | Solicitation | 0.20 |
| 06/04/24 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.50 |
| 06/05/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.30 |
| 06/06/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.30 |
| 06/07/24 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 06/11/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 1.10 |
| 06/12/24 | MMB | SA | Update FAQ materials for use in connection with responses to solicitation inquiries | Call Center / Creditor Inquiry | 0.70 |
| 06/12/24 | MMB | SA | Quality assurance review of draft solicitation documents | Solicitation | 3.60 |
| 06/12/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.50 |
| 06/12/24 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 3.00 |
| 06/13/24 | MMB | SA | Update FAQ materials for use in connection with responses to solicitation inquiries | Call Center / Creditor Inquiry | 4.90 |
| 06/13/24 | MMB | SA | Quality assurance review of draft solicitation documents | Solicitation | 2.20 |
| 06/13/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 1.20 |
| 06/13/24 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.50 |
| 06/18/24 | ZS | SA | Confer with S. Kesler (Kroll) re upcoming voting event | Solicitation | 0.60 |
| 06/25/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.20 |
| 06/27/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.40 |

GigaMonster Networks, LLC

**Total Hours** **34.60**



### Hourly Fees by Employee through July  2024

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| INM | Markesinis, Ioannis N | CO - Consultant | 0.20 | $176.00 | $35.20 |
| JSP | Spiegel, Jason | CO - Consultant | 8.20 | $176.00 | $1,443.20 |
| AGOR | Gorina, Anastasia | CO - Consultant | 2.00 | $192.50 | $385.00 |
| TMF | Floyd, Tiffany M | CO - Consultant | 0.20 | $198.00 | $39.60 |
| ARKH | Khan, Areej | SC  - Senior Consultant | 7.50 | $214.50 | $1,608.75 |
| SABR | Brodeur, Sarah | SA  - Solicitation Consultant | 0.60 | $242.00 | $145.20 |
| MMB | Brown, Mark M | SA  - Solicitation Consultant | 5.80 | $242.00 | $1,403.60 |
| ECH | Cheney, Edward | SA  - Solicitation Consultant | 1.30 | $242.00 | $314.60 |
| MLC | Crowell, Messiah L | SA  - Solicitation Consultant | 5.20 | $242.00 | $1,258.40 |
| JGA | Gache, Jean | SA  - Solicitation Consultant | 2.00 | $242.00 | $484.00 |
| JUL | Lewenson, Justin | SA  - Solicitation Consultant | 5.00 | $242.00 | $1,210.00 |
| TNP | Pasang, Tsering N | SA  - Solicitation Consultant | 4.50 | $242.00 | $1,089.00 |
| ZS | Steinberg, Zachary | SA  - Solicitation Consultant | 12.60 | $242.00 | $3,049.20 |
| JZI | Ziffer, Jordan | SA  - Solicitation Consultant | 1.30 | $242.00 | $314.60 |
| TAR | Archbell, Tiffany | DS - Director of Solicitation | 0.90 | $269.50 | $242.55 |
| STK | Kesler, Stanislav | DS - Director of Solicitation | 11.80 | $269.50 | $3,180.10 |
| AMA | Adler, Adam M | MD - Managing Director | 0.30 | $269.50 | $80.85 |
| GB | Brunswick, Gabriel | MD - Managing Director | 0.80 | $269.50 | $215.60 |
| | | **TOTAL:** | **70.20** | | **$16,499.45** |

### Hourly Fees by Task Code through July  2024

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| BALL | Ballots | 1.10 | $244.20 |
| DISB | Disbursements | 1.50 | $387.75 |
| INQR | Call Center / Creditor Inquiry | 6.80 | $1,667.60 |

GigaMonster Networks, LLC

| RETN | Retention / Fee Application | 1.10 | $296.45 |
|------|---------------------------|------|---------|
| SOLI | Solicitation | 59.70 | $13,903.45 |
| | **TOTAL:** | **70.20** | **$16,499.45** |

GigaMonster Networks, LLC

Page 3

Invoice #: 24907

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 07/02/24 | ZS | SA | Confer with A. Orchowski (Kroll) re upcoming voting event | Solicitation | 0.30 |
| 07/02/24 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 3.00 |
| 07/03/24 | ZS | SA | Confer with A. Orchowski (Kroll) re upcoming voting event | Solicitation | 0.40 |
| 07/03/24 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 07/11/24 | MMB | SA | Quality assurance review of draft solicitation documents | Solicitation | 1.30 |
| 07/11/24 | ZS | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 07/15/24 | MMB | SA | Update FAQ materials for use in connection with responses to solicitation inquiries | Call Center / Creditor Inquiry | 1.70 |
| 07/15/24 | SABR | SA | Review and analyze Plan to determine involvement in future distributions or cancellations | Disbursements | 0.30 |
| 07/15/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.20 |
| 07/16/24 | GB | MD | Draft monthly fee application | Retention / Fee Application | 0.80 |
| 07/16/24 | MMB | SA | Confer and coordinate with Z. Steinberg (Kroll) regarding solicitation | Solicitation | 0.10 |
| 07/16/24 | STK | DS | Prepare plan class reports for solicitation mailing | Solicitation | 1.20 |
| 07/16/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.30 |
| 07/16/24 | ZS | SA | Confer with A. Orchowski (Kroll) re upcoming solicitation | Solicitation | 0.40 |
| 07/17/24 | MMB | SA | Confer and coordinate with S. Kesler and Z. Steinberg (Kroll) regarding solicitation | Solicitation | 0.10 |
| 07/17/24 | STK | DS | Prepare plan class reports for solicitation mailing | Solicitation | 0.80 |
| 07/17/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.50 |
| 07/17/24 | ZS | SA | Confer with A. Orchowski (Kroll) re case deliverables | Solicitation | 0.50 |
| 07/18/24 | AMA | MD | Review and revise monthly fee application | Retention / Fee Application | 0.30 |
| 07/18/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.30 |
| 07/18/24 | STK | DS | Prepare plan class reports for solicitation mailing | Solicitation | 0.80 |
| 07/18/24 | TNP | SA | Prepare distribution matrix related to effective date distributions for holders | Solicitation | 1.00 |
| 07/19/24 | JZI | SA | Create Plan distribution matrix | Solicitation | 1.30 |
| 07/19/24 | STK | DS | Prepare plan class reports for solicitation mailing | Solicitation | 0.50 |

GigaMonster Networks, LLC

| Date | Initials | Code | Description | Category | Hours |
|---|---|---|---|---|---|
| 07/19/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.30 |
| 07/19/24 | TNP | SA | Prepare distribution matrix related to effective date distributions for holders | Solicitation | 3.50 |
| 07/22/24 | ARKH | SC | Review and prepare electronic submission portal | Solicitation | 0.50 |
| 07/22/24 | STK | DS | Prepare plan class reports for solicitation mailing | Solicitation | 0.80 |
| 07/23/24 | ARKH | SC | Review and prepare electronic submission portal | Solicitation | 1.50 |
| 07/23/24 | JSP | CO | Prepare electronic ballot submission portal | Solicitation | 3.00 |
| 07/23/24 | MMB | SA | Confer and coordinate with Z. Steinberg (Kroll) regarding solicitation | Solicitation | 0.10 |
| 07/23/24 | STK | DS | Prepare plan class reports for solicitation mailing | Solicitation | 0.80 |
| 07/23/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.30 |
| 07/23/24 | STK | DS | Confer and coordinate with case support re setup of ballot and opt-out form | Solicitation | 0.40 |
| 07/23/24 | ZS | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 1.00 |
| 07/24/24 | AGOR | CO | Setup of electronic ballot platform on case website | Solicitation | 1.20 |
| 07/24/24 | ARKH | SC | Review and prepare electronic submission portal | Solicitation | 5.00 |
| 07/24/24 | JSP | CO | Prepare electronic ballot submission portal | Solicitation | 3.90 |
| 07/24/24 | STK | DS | Confer and coordinate with case support re setup of ballot and opt-out form | Solicitation | 0.30 |
| 07/24/24 | STK | DS | Prepare plan class reports for solicitation mailing | Solicitation | 0.20 |
| 07/24/24 | STK | DS | Prepare solicitation materials, frequently asked questions and service lists to be used in resource database for solicitation inquiries | Solicitation | 0.30 |
| 07/24/24 | STK | DS | Review disclosure statement, plan, disclosure statement motion and exhibits in preparation for solicitation | Solicitation | 0.20 |
| 07/24/24 | ZS | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 2.00 |
| 07/25/24 | AGOR | CO | Setup of electronic ballot platform on case website | Solicitation | 0.80 |
| 07/25/24 | ARKH | SC | Review and prepare electronic submission portal | Solicitation | 0.50 |
| 07/25/24 | ECH | SA | Confer and coordinate with J. Lewenson (Kroll) regarding step-by-steps and plan treatment | Solicitation | 0.40 |
| 07/25/24 | ECH | SA | Coordinate and process incoming electronic test ballots | Solicitation | 0.90 |
| 07/25/24 | JGA | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 1.80 |
| 07/25/24 | JSP | CO | Prepare electronic ballot submission portal | Solicitation | 1.30 |
| 07/25/24 | JUL | SA | Confer and coordinate with E. Cheney (Kroll) regarding step-by-steps and plan treatment | Solicitation | 0.40 |
| 07/25/24 | STK | DS | Confer and coordinate with case support re setup of ballot and opt-out form | Solicitation | 0.30 |
| 07/25/24 | STK | DS | Prepare solicitation materials, frequently asked questions and service lists to be used in resource database for | Solicitation | 0.30 |

GigaMonster Networks, LLC

| | | | | | |
|---|---|---|---|---|---|
| | | | solicitation inquiries | | |
| 07/25/24 | TAR | DS | Review plan of reorganization in preparation for effective date | Disbursements | 0.90 |
| 07/26/24 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.20 |
| 07/26/24 | STK | DS | Confer and coordinate with case support re setup of ballot and opt-out form | Solicitation | 0.20 |
| 07/26/24 | STK | DS | Prepare solicitation materials, frequently asked questions and service lists to be used in resource database for solicitation inquiries | Solicitation | 0.30 |
| 07/29/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 07/29/24 | JUL | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 1.80 |
| 07/29/24 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.20 |
| 07/29/24 | STK | DS | Confer and coordinate with case support re setup of ballot and opt-out form | Solicitation | 0.20 |
| 07/29/24 | STK | DS | Prepare solicitation materials, frequently asked questions and service lists to be used in resource database for solicitation inquiries | Solicitation | 0.20 |
| 07/29/24 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 07/29/24 | ZS | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 2.00 |
| 07/30/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 07/30/24 | JUL | SA | Review solicitation documents for purposes of generating FAQs | Call Center / Creditor Inquiry | 0.90 |
| 07/30/24 | MMB | SA | Confer and coordinate with Z. Steinberg (Kroll) regarding solicitation | Solicitation | 0.10 |
| 07/30/24 | SABR | SA | Review Plan to determine involvement in allocations and cancellations | Disbursements | 0.30 |
| 07/30/24 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.20 |
| 07/30/24 | STK | DS | Confer and coordinate with case support re setup of ballot and opt-out form | Solicitation | 0.20 |
| 07/30/24 | STK | DS | Prepare solicitation materials, frequently asked questions and service lists to be used in resource database for solicitation inquiries | Solicitation | 0.30 |
| 07/30/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 07/31/24 | JUL | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 1.90 |
| 07/31/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 07/31/24 | MLC | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.50 |
| 07/31/24 | MLC | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 3.20 |

GigaMonster Networks, LLC

| 07/31/24 | MMB | SA | Update FAQ materials for use in connection with responses to solicitation inquiries | Call Center / Creditor Inquiry | 2.40 |
|---|---|---|---|---|---|
| 07/31/24 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.20 |
| 07/31/24 | STK | DS | Confer and coordinate with case support re setup of ballot and opt-out form | Solicitation | 0.50 |
| 07/31/24 | STK | DS | Prepare solicitation materials, frequently asked questions and service lists to be used in resource database for solicitation inquiries | Solicitation | 0.30 |
| 07/31/24 | ZS | SA | Update FAQ materials for use in connection with responses to solicitation inquiries | Call Center / Creditor Inquiry | 1.00 |

**Total Hours** **70.20**



## Hourly Fees by Employee through August  2024

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| RHE | Hernandez, Raymond | CO - Consultant | 3.30 | $110.00 | $363.00 |
| GAH | Howell, Gabriela | CO - Consultant | 0.50 | $176.00 | $88.00 |
| INM | Markesinis, Ioannis N | CO - Consultant | 0.60 | $176.00 | $105.60 |
| AGOR | Gorina, Anastasia | CO - Consultant | 0.80 | $192.50 | $154.00 |
| TMF | Floyd, Tiffany M | CO - Consultant | 0.30 | $198.00 | $59.40 |
| RACL | Lim, Rachel | CO - Consultant | 0.60 | $198.00 | $118.80 |
| CCP | Pagan, Chanel C | CO - Consultant | 0.30 | $198.00 | $59.40 |
| SASA | Al-Sallaj, Sada | SA  - Solicitation Consultant | 3.30 | $242.00 | $798.60 |
| MMB | Brown, Mark M | SA  - Solicitation Consultant | 1.70 | $242.00 | $411.40 |
| ECH | Cheney, Edward | SA  - Solicitation Consultant | 0.50 | $242.00 | $121.00 |
| MLC | Crowell, Messiah L | SA  - Solicitation Consultant | 16.30 | $242.00 | $3,944.60 |
| JGA | Gache, Jean | SA  - Solicitation Consultant | 0.30 | $242.00 | $72.60 |
| JUL | Lewenson, Justin | SA  - Solicitation Consultant | 6.40 | $242.00 | $1,548.80 |
| ZS | Steinberg, Zachary | SA  - Solicitation Consultant | 45.70 | $242.00 | $11,059.40 |
| OB | Bitman, Oleg | DI  - Director | 0.40 | $259.50 | $103.80 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 15.80 | $269.50 | $4,258.10 |
| STK | Kesler, Stanislav | DS - Director of Solicitation | 10.40 | $269.50 | $2,802.80 |
| AMA | Adler, Adam M | MD - Managing Director | 0.20 | $269.50 | $53.90 |
| GB | Brunswick, Gabriel | MD - Managing Director | 1.10 | $269.50 | $296.45 |
| | | **TOTAL:** | **108.50** | | **$26,419.65** |

## Hourly Fees by Task Code through August  2024

| Task Code | Task Code Description | Hours | Total |
|-----------|---------------------|-------|-------|
| BALL | Ballots | 26.70 | $6,382.75 |
| DISB | Disbursements | 0.40 | $103.80 |

GigaMonster Networks, LLC

| INQR | Call Center / Creditor Inquiry | 11.10 | $2,787.95 |
|------|-------------------------------|-------|-----------|
| RETN | Retention / Fee Application | 1.30 | $350.35 |
| SOLI | Solicitation | 69.00 | $16,794.80 |
| | **TOTAL:** | **108.50** | **$26,419.65** |

GigaMonster Networks, LLC

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 08/01/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 08/01/24 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.10 |
| 08/01/24 | STK | DS | Confer and coordinate with case support re setup of ballot and opt-out form | Solicitation | 0.20 |
| 08/01/24 | STK | DS | Prepare solicitation materials, frequently asked questions and service lists to be used in resource database for solicitation inquiries | Solicitation | 0.40 |
| 08/01/24 | ZS | SA | Review solicitation documents for purposes of generating FAQs | Call Center / Creditor Inquiry | 2.00 |
| 08/01/24 | ZS | SA | Prepare documents and information for communications related to incoming inquiries | Solicitation | 3.00 |
| 08/02/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 08/02/24 | ZS | SA | Respond to creditor inquiries re opt-out submission | Call Center / Creditor Inquiry | 0.70 |
| 08/02/24 | ZS | SA | Quality assurance review of incoming ballots | Ballots | 0.70 |
| 08/05/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 08/05/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 08/05/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 08/05/24 | ZS | SA | Respond to creditor inquiries re updating submitted ballots | Call Center / Creditor Inquiry | 1.00 |
| 08/05/24 | ZS | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 1.00 |
| 08/06/24 | AGOR | CO | Setup of electronic ballot platform on case website | Solicitation | 0.80 |
| 08/06/24 | JGA | SA | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 08/06/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.40 |
| 08/06/24 | RHE | CO | Prepare electronic ballot submission portal | Solicitation | 2.60 |
| 08/06/24 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.60 |
| 08/06/24 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.50 |
| 08/06/24 | ZS | SA | Quality assurance review of incoming ballots | Ballots | 1.00 |
| 08/06/24 | ZS | SA | Update voting database with new records | Solicitation | 0.60 |
| 08/06/24 | ZS | SA | Confer with A. Orchowski (Kroll) re ongoing voting event | Solicitation | 0.50 |
| 08/07/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 08/07/24 | MMB | SA | Confer with Z. Steinberg (Kroll) regarding solicitation | Solicitation | 0.10 |
| 08/07/24 | RHE | CO | Prepare electronic ballot submission portal | Solicitation | 0.70 |
| 08/07/24 | STK | DS | Quality assurance review of incoming ballots | Ballots | 0.20 |

GigaMonster Networks, LLC

| 08/07/24 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |
|---|---|---|---|---|---|
| 08/07/24 | ZS | SA | Confer with S. Kesler (Kroll) re ongoing voting event | Solicitation | 0.50 |
| 08/08/24 | ECH | SA | Prepare vote declaration | Solicitation | 0.20 |
| 08/08/24 | ECH | SA | Coordinate and process incoming electronic ballots | Solicitation | 0.20 |
| 08/08/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.30 |
| 08/08/24 | STK | DS | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 08/08/24 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.50 |
| 08/08/24 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.50 |
| 08/09/24 | CJ | DS | Conduct quality assurance of vote tabulation and reporting | Solicitation | 0.80 |
| 08/09/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.90 |
| 08/09/24 | STK | DS | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 08/09/24 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.50 |
| 08/09/24 | STK | DS | Prepare and compile solicitation notes for upcoming confirmation hearing | Solicitation | 0.70 |
| 08/09/24 | STK | DS | Prepare vote declaration | Solicitation | 0.50 |
| 08/12/24 | CJ | DS | Monitor tabulation of ballots and conduct quality assurance review thereof | Solicitation | 0.60 |
| 08/12/24 | JUL | SA | Prepare vote declaration | Solicitation | 2.70 |
| 08/12/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 08/12/24 | SASA | SA | Confer with J. Lewenson and Z. Steinberg (Kroll ) re vote declaration body drafting | Solicitation | 2.00 |
| 08/12/24 | STK | DS | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 08/12/24 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.70 |
| 08/12/24 | STK | DS | Prepare and compile solicitation notes for upcoming confirmation hearing | Solicitation | 0.20 |
| 08/12/24 | STK | DS | Prepare vote declaration | Solicitation | 0.50 |
| 08/12/24 | ZS | SA | Prepare vote declaration | Solicitation | 2.50 |
| 08/12/24 | ZS | SA | Respond to creditor inquiries re unique IDs and submission | Call Center / Creditor Inquiry | 1.70 |
| 08/12/24 | ZS | SA | Confer with J. Lewenson (Kroll) re vote declaration walkthrough | Solicitation | 0.30 |
| 08/13/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 08/13/24 | CJ | DS | Monitor tabulation of votes and conduct quality assurance | Solicitation | 0.60 |
| 08/13/24 | CJ | DS | Confer with Z. Steinberg (Kroll) re status of draft voting declaration | Solicitation | 0.10 |
| 08/13/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 08/13/24 | JUL | SA | Prepare vote declaration | Solicitation | 1.30 |

GigaMonster Networks, LLC

| 08/13/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 08/13/24 | MMB | SA | Confer with Z. Steinberg (Kroll) regarding solicitation | Solicitation | 0.10 |
| 08/13/24 | SASA | SA | Review and analyze incoming ballots for validity | Ballots | 0.20 |
| 08/13/24 | STK | DS | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 08/13/24 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |
| 08/13/24 | STK | DS | Prepare vote declaration | Solicitation | 0.20 |
| 08/13/24 | ZS | SA | Prepare vote declaration | Solicitation | 1.50 |
| 08/13/24 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.50 |
| 08/14/24 | CJ | DS | Review and revise draft voting declaration | Solicitation | 1.10 |
| 08/14/24 | CJ | DS | Conduct quality assurance review of preliminary voting results | Solicitation | 0.80 |
| 08/14/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 08/14/24 | STK | DS | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 08/14/24 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.20 |
| 08/14/24 | STK | DS | Prepare and compile solicitation notes for upcoming confirmation hearing | Solicitation | 0.20 |
| 08/14/24 | STK | DS | Prepare vote declaration | Solicitation | 0.50 |
| 08/14/24 | ZS | SA | Prepare vote declaration | Solicitation | 1.50 |
| 08/15/24 | CJ | DS | Confer with M. Brown (Kroll) re quality assurance review of draft voting declaration | Solicitation | 0.10 |
| 08/15/24 | CJ | DS | Review draft voting declaration | Solicitation | 0.40 |
| 08/15/24 | CJ | DS | Review voting results in preparation to create exhibits to voting declaration | Solicitation | 0.50 |
| 08/15/24 | ECH | SA | Coordinate and process incoming electronic ballots | Solicitation | 0.10 |
| 08/15/24 | GAH | CO | Quality assurance review of ballot filing database | Ballots | 0.50 |
| 08/15/24 | GB | MD | Draft monthly fee application | Retention / Fee Application | 0.20 |
| 08/15/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.10 |
| 08/15/24 | ZS | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 1.00 |
| 08/15/24 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.50 |
| 08/15/24 | ZS | SA | Quality assurance review of claims transfers related to solicitation | Solicitation | 1.00 |
| 08/15/24 | ZS | SA | Review docket for filed stipulations and objections related to solicitation | Solicitation | 1.00 |
| 08/16/24 | CJ | DS | Monitor tabulation of ballots and conduct quality assurance review thereof | Solicitation | 0.40 |
| 08/16/24 | GB | MD | Draft monthly fee application | Retention / Fee Application | 0.90 |

GigaMonster Networks, LLC

Page 6

Invoice #: 25161

| 08/16/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.90 |
|---|---|---|---|---|---|
| 08/16/24 | MMB | SA | Prepare vote declaration | Solicitation | 0.90 |
| 08/16/24 | ZS | SA | Prepare vote declaration | Solicitation | 0.50 |
| 08/16/24 | ZS | SA | Respond to creditor inquiries re ballot submission | Call Center / Creditor Inquiry | 0.50 |
| 08/19/24 | CJ | DS | Communicate with T. Cairns (Pachulski) re draft voting declaration | Solicitation | 0.10 |
| 08/19/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 08/19/24 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.50 |
| 08/19/24 | ZS | SA | Review and analyze incoming ballots for validity | Ballots | 1.00 |
| 08/20/24 | AMA | MD | Review monthly fee application | Retention / Fee Application | 0.20 |
| 08/20/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 08/20/24 | CJ | DS | Monitor e-mails re finalization of voting declaration and voting results | Solicitation | 0.30 |
| 08/20/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 08/20/24 | JUL | SA | Quality assurance review of incoming ballots | Ballots | 2.40 |
| 08/20/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.50 |
| 08/20/24 | MMB | SA | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 08/20/24 | MMB | SA | Review correspondence with Z. Steinberg (Kroll) and K. Dine (Pachulski) regarding solicitation | Solicitation | 0.10 |
| 08/20/24 | RACL | CO | Quality assurance review of ballot filing database | Ballots | 0.60 |
| 08/20/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 08/20/24 | ZS | SA | Confer with A. Orchowski (Kroll) re ongoing voting event | Solicitation | 0.70 |
| 08/20/24 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.50 |
| 08/20/24 | ZS | SA | Review and analyze incoming ballots for validity | Ballots | 0.50 |
| 08/20/24 | ZS | SA | Respond to creditor inquiries re ballot submission and unique IDs | Call Center / Creditor Inquiry | 1.50 |
| 08/21/24 | CJ | DS | Coordinate with Z. Steinberg (Kroll) re edits to the draft voting declaration | Solicitation | 0.20 |
| 08/21/24 | CJ | DS | Review and revise draft voting declaration | Solicitation | 0.40 |
| 08/21/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 08/21/24 | MMB | SA | Review correspondence with C. Johnson and Z. Steinberg (Kroll) and T. Cairns (Pachulski) regarding solicitation | Solicitation | 0.10 |
| 08/21/24 | SASA | SA | Confer with J. Lewenson and Z. Steinberg (Kroll) re vote declaration exhibit drafting | Solicitation | 1.10 |
| 08/21/24 | ZS | SA | Confer with A. Orchowski (Kroll) re ongoing voting event | Solicitation | 0.60 |
| 08/21/24 | ZS | SA | Prepare vote declaration | Solicitation | 2.00 |
| 08/21/24 | ZS | SA | Confer with J. Lewenson and S. Al-Sallaj (Kroll) re vote declaration | Solicitation | 1.00 |
| 08/22/24 | CJ | DS | Review and revise near-final voting declaration | Solicitation | 1.30 |

GigaMonster Networks, LLC

| 08/22/24 | CJ | DS | Correspond with M. Caloway (Pachulski) re comments to the draft voting declaration | Solicitation | 0.30 |
|---|---|---|---|---|---|
| 08/22/24 | CJ | DS | Coordinate with Z. Steinberg (Kroll) re edits to the draft voting declaration | Solicitation | 0.20 |
| 08/22/24 | MMB | SA | Review correspondence with C. Johnson and Z. Steinberg (Kroll) and M. Caloway (Pachulski) regarding solicitation | Solicitation | 0.10 |
| 08/22/24 | ZS | SA | Prepare vote declaration | Solicitation | 4.00 |
| 08/22/24 | ZS | SA | Confer with C. Johnson (Kroll) re updated vote declaration language | Solicitation | 0.50 |
| 08/23/24 | CJ | DS | Review court docket for any objections to confirmation or other applicable pleadings in preparation for participation in upcoming confirmation hearing | Solicitation | 0.60 |
| 08/23/24 | CJ | DS | Correspond with M. Caloway (Pachulski) re filed voting declaration and voting reports | Solicitation | 0.30 |
| 08/23/24 | ZS | SA | Prepare vote declaration | Solicitation | 1.00 |
| 08/26/24 | CJ | DS | Review voting declaration and exhibits in preparation for participation in confirmation hearing | Solicitation | 1.10 |
| 08/26/24 | STK | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.50 |
| 08/26/24 | STK | DS | Prepare and compile solicitation notes for upcoming confirmation hearing | Solicitation | 0.80 |
| 08/27/24 | CJ | DS | Participate in confirmation hearing in connection with Kroll voting declaration | Solicitation | 1.60 |
| 08/27/24 | CJ | DS | Review valid ballots, invalid ballots, tabulation rules and voting results in preparation for participation in confirmation hearing | Solicitation | 1.70 |
| 08/27/24 | CJ | DS | Travel time to and from Wilmington for confirmation hearing (billed 1/2 of total time of 4.6 hours) | Solicitation | 2.30 |
| 08/27/24 | STK | DS | Prepare and compile solicitation notes for upcoming confirmation hearing | Solicitation | 0.80 |
| 08/27/24 | ZS | SA | Confer with C. Johnson (Kroll) re solicitation details for confirmation | Solicitation | 0.70 |
| 08/27/24 | ZS | SA | Confer with S. Kesler (Kroll) re case deliverables | Solicitation | 0.70 |
| 08/28/24 | OB | DI | Prepare for and participate in telephone conference with J. Grall (Novo) and S. Kesler (Kroll) re distributions | Disbursements | 0.40 |

**Total Hours**    **108.50**



### Hourly Fees by Employee through September 2024

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| OB | Bitman, Oleg | DI - Director | 0.40 | $259.50 | $103.80 |
| GB | Brunswick, Gabriel | MD - Managing Director | 0.70 | $269.50 | $188.65 |
| | | TOTAL: | 1.10 | | $292.45 |

### Hourly Fees by Task Code through September 2024

| Task Code | Task Code Description | Hours | Total |
|-----------|---------------------|-------|-------|
| DISB | Disbursements | 0.40 | $103.80 |
| RETN | Retention / Fee Application | 0.70 | $188.65 |
| | TOTAL: | 1.10 | $292.45 |

GigaMonster Networks, LLC

Page 2
Invoice #: 25405

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 09/12/24 | GB | MD | Draft monthly fee application | Retention / Fee Application | 0.70 |
| 09/16/24 | OB | DI | Review emails and documents related to distributions | Disbursements | 0.40 |
| | | | | **Total Hours** | **1.10** |

## Expense Detail

| Description | Units | Rate | Amount |
|-------------|-------|------|--------|
| Travel | | | $274.00 |
| | | **Total Expenses** | **$274.00** |

**Exhibit B**

**Detail of Expenses Incurred by Kroll Employees During the Final Fee Period**

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| Johnson, Craig | 8/27/2024 | Travel (Lunch) | $30.00 |
| Johnson, Craig | 8/27/2024 | Travel (Amtrak) | $244.00 |
| | | **Total** | **$274.00** |