**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | Case No. 23-10051 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Dec. 6, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: Dec. 16, 2024 at 1:00 p.m. (ET)** |

**NOTICE OF COMBINED MONTHLY AND FINAL FEE APPLICATION OF KROLL RESTRUCTURING ADMINISTRATION LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR (I) THE MONTHLY PERIOD FROM SEPTEMBER 1, 2024 THROUGH SEPTEMBER 16, 2024, AND (II) THE FINAL PERIOD FROM JANUARY 16, 2023 THROUGH SEPTEMBER 16, 2024**

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (II) THE DEBTORS AND THEIR COUNSEL; AND (III) ALL OTHER PARTIES REQUIRED TO RECEIVE NOTICE PURSUANT TO THE INTERIM COMPENSATION ORDER.

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 122] (the "**Interim Compensation Order**"), Kroll Restructuring Administration LLC filed the attached *Combined Monthly and Final Fee Application of Kroll Restructuring Administration LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for (i) the Monthly Period from September 1, 2024 through September 16, 2024, and (ii) the Final Period from January 16, 2023 through September 16, 2024* (the "**Final Application**") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Application, Kroll Restructuring Administration LLC seeks final allowance and approval of fees in the aggregate amount $43,630.60 and reimbursement of expenses in the amount of $274.00.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be filed on or before **December 6, 2024 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

---

[1]   The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of any objection so as to be received by (i) the Notice Parties (as defined in the Interim Compensation Order) and (ii) Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, New York 10007, Attn: Adam M. Adler & Gabriel Brunswick.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON **DECEMBER 16, 2024 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE J. KATE STICKLES, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801.

Dated: November 15, 2024
New York, New York

                                                     KROLL RESTRUCTURING ADMINISTRATION LLC

By: */s/ Adam M. Adler*
Adam M. Adler
Gabriel Brunswick
Kroll Restructuring Administration LLC
1 World Trade Center, 31st Floor
New York, NY 10007
Phone: (212) 257-5450
adam.adler@kroll.com
gabriel.brunswick@kroll.com

*Administrative Advisor to the Debtors*