# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*, | ) ) | Case No. 23-10051 (JKS) |
| Debtors.[1] | ) ) | (Jointly Administered) |
| | ) ) ) | **Objection Deadline: November 26, 2024 at 4:00 p.m.**<br>**Hearing Date: January 14, 2025 at 11:00 a.m.**<br>**Re: Docket Nos. 920 and 922** |

## RE-NOTICE OF HEARING ON MOTION OF SKYWIRE HOLDINGS, INC. AND SKYWIRE, LLC (D/B/A GIGSTREEM) FOR ENTRY OF AN ORDER ENFORCING THE SALE ORDER AND ASSET PURCHASE AGREEMENT AND COMPELLING PERFORMANCE OF OBLIGATIONS WITH RESPECT THERETO

**PLEASE TAKE NOTICE** that on November 12, 2024, SkyWire Holdings, Inc. and Skywire, LLC d/b/a GiGstreem (together, the "**Movants**") filed the *Motion of SkyWire Holdings, Inc. and SkyWire, LLC (d/b/a GiGstreem) for Entry of an Order Enforcing the Sale Order and Asset Purchase Agreement and Compelling Performance of Obligations with Respect Thereto* [sealed version filed at Docket No. 920, redacted version filed at Docket No. 922] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to entry of an order approving the Motion were to be filed on or before **November 26, 2024 at 4:00 p.m. (ET)** (the "**Objection Deadline**")[2] with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 and served upon the undersigned counsel for the Movants so as to be actually received by the Objection Deadline.

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number, are: GigaMonster Networks, LLC (2854); Gigasphere Holdings, LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications, LLC (0163); and Fibersphere Communications of CA, LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2] The Objection Deadline was extended until December 3, 2024 for Fairway Canyon Community Association.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Motion has been scheduled for **January 14, 2025 at 11:00 a.m. (ET)** before the Honorable J. Kate Stickles, at the Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Only those objections made in writing and timely filed and served in accordance with the above procedures will be considered by the Bankruptcy Court at such hearing.

| | |
|---|---|
| Dated: December 5, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>**POLSINELLI PC**<br><br> /s/ Michael V. DiPietro<br>Shanti M. Katona (Del. Bar No. 5352)<br>Michael V. DiPietro (Del. Bar No. 6781)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>skatona@polsinelli.com<br>mdipietro@polsinelli.com<br><br>-and-<br><br>**PRYOR CASHMAN LLP**<br>Richard Levy, Jr. (*pro hac vice* pending)<br>Joshua Weigensberg (*pro hac vice* pending)<br>7 Times Square, 40th Floor<br>New York, NY 10036<br>Telephone: (212) 421-4100<br>Facsimile: (212) 326-0806<br>rlevy@pryorcashman.com<br>jweigensberg@pryorcashman.com<br><br>*Attorneys for SkyWire Holdings, Inc., and Skywire, LLC (d/b/a GiGstreem), Movants* |