IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered)<br>Ref. Docket No. __993__ |

**ORDER SUSTAINING DEBTORS' OBJECTION
TO CLAIM NO. 160 FILED BY WILLIAM K. DODD**

Upon consideration of the *Debtors' Objection to Claim No. 160 Filed By William K. Dodd* (the "Objection")[2] filed by the above-captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order (this "Order"), pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rules 3003 and 3007, reclassifying Claim No. 160 (the "Claim") filed by William K. Dodd (the "Claimant"), as more fully set forth in the Objection; and the Court having reviewed the Declaration in support of the Objection; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Objection.

of the Objection and any hearing on the Objection was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, Bankruptcy Rules, and Local Rules; and the Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Objection is SUSTAINED as set forth herein.

2. Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3. The asserted priority portion of the Claim is hereby reclassified to a general unsecured claim.

4. The Debtors are authorized to update the claims register to reflect the relief granted in this Order.

5. The Debtors' rights to object in the future to the Claim on any ground, including, without limitation, substantive grounds, and to amend, modify, or supplement the Objection, including, without limitation, to object to amended claims and newly-filed claims, are hereby reserved.

6. The Debtors and the Clerk of the Court are authorized to take all actions necessary to effectuate the relief granted in this Order.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: May 19th, 2025  
Wilmington, Delaware  
DE:4861-7173-5515.4 31213.001

J. KATE STICKLES  
UNITED STATES BANKRUPTCY JUDGE

2