> **PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIM.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered) |

**Hearing Date: December 3, 2025 at 1:00 p.m. (ET)
Objection Deadline: November 17, 2025 at 4:00 p.m. (ET)**

## NOTICE OF LIQUIDATING TRUSTEE'S FOURTH OMNIBUS OBJECTION (SUBSTANTIVE) TO CERTAIN CLAIMS (NO LIABILITY CLAIMS)

**PLEASE TAKE NOTICE** that on October 27, 2025, Rian Branning, solely in his capacity as the liquidating trustee of the GigaMonster Networks Liquidating Trust (the "Liquidating Trustee") appointed under the confirmed chapter 11 plan in the cases (the "Chapter 11 Cases") of the above-captioned debtors (collectively, the "Debtors"), filed the *Liquidating Trustee's Fourth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims)* (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Court"). A copy of the Objection is attached hereto. **Your claim(s) may be modified, or disallowed and expunged, as a result of the Objection. Therefore, you should read the Objection carefully.**

**PLEASE TAKE FURTHER NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE OBJECTION AND BY ANY FURTHER CLAIM OBJECTION THAT MAY BE FILED BY THE LIQUIDATING TRUSTEE OR OTHERWISE. THE**

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

**RELIEF SOUGHT HEREIN IS WITHOUT PREJUDICE TO THE LIQUIDATING TRUSTEE'S RIGHT TO PURSUE FURTHER OBJECTIONS AGAINST YOUR CLAIM(S) SUBJECT TO THE OBJECTION IN ACCORDANCE WITH APPLICABLE LAW AND APPLICABLE ORDERS OF THE COURT.**

**PLEASE TAKE FURTHER NOTICE** that, if the holder of a claim subject to the Objection wishes to respond to the Objection, the holder of such claim must file a written response with:  (i) the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801; and (ii) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801) (Attn:  James E. O'Neill (joneill@pszjlaw.com)), so as to be received on or before **November 17, 2025 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that responses to the Objection must contain, at a minimum, the following:  (a) a caption setting forth the name of the Court, the above-captioned case number or remaining case number (as applicable), and the title of the Objection to which the response is directed; (b) the name of the claimant, the claim number, and a description of the basis for the amount of the claim; (c) the specific factual basis and supporting legal argument upon which the claimant will rely in opposing the Objection; (d) any supporting documentation, to the extent it was not included with the proof of claim previously filed with the clerk or claims agent, upon which the claimant will rely to support the basis for and amounts asserted in the proof of claim; and (e) the name, address, email address, telephone number, and fax number of the person(s) (which may be the claimant or the claimant's legal representative) with whom counsel for the Liquidating Trustee should communicate with respect to the claim or the Objection and

who possesses authority to reconcile, settle, or otherwise to resolve the Objection to the disputed claim on behalf of the claimant.

**PLEASE TAKE FURTHER NOTICE** that if no response to the Objection is timely filed and received in accordance with the above procedures, an order may be entered sustaining the Objection without further notice or a hearing. If a response is properly filed, served, and received in accordance with the above procedures and such response is not resolved, a hearing to consider such response and the Objection will be held before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, on **December 3, 2025 at 1:00 p.m. (prevailing Eastern Time)**. Only a response made in writing and timely filed and received will be considered by the Court at such hearing.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY SUSTAIN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 27, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
email:  ljones@pszjlaw.com
    dbertenthal@pszjlaw.com
    joneill@pszjlaw.com
    tcairns@pszjlaw.com

*Counsel for the Liquidating Trustee*