IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GIGAMONSTER NETWORKS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-10051 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 1026** |

**ORDER GRANTING LIQUIDATING TRUSTEE'S SECOND MOTION TO EXTEND
DEADLINE TO OBJECT TO CLAIMS**

Upon consideration of the *Liquidating Trustee's Second Motion to Extend Deadline to Object to Claims* (the "Motion")[2] filed by Rian Branning, as liquidating trustee (the "Liquidating Trustee") of the GigaMonster Networks Liquidating Trust in the cases of the above-captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order (this "Order"): (a) extending the Claims Objection Deadline, without prejudice to the Liquidating Trustee's right to request further extensions of the Claims Objection Deadline; and (b) granting related relief, all as more fully set forth in the Motion; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

4916-8223-9095.1 31213.001

pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, creditors, and other parties in interest; and the Court having found that the Liquidating Trustee's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and the Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Claims Objection Deadline is hereby extended through and including **May 11, 2026**, without prejudice to the Liquidating Trustee's right to request further extensions of the Claims Objection Deadline.

3. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4. The Liquidating Trustee and the Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: November 21st, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE