IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) ) ) | Case No. 23-10051 (JKS) |
| Debtors. | ) ) | (Jointly Administered) |

**CERTIFICATION OF COUNSEL SUBMITTING ORDER APPROVING STIPULATION BY AND AMONG GIGAMONSTER NETWORKS LIQUIDATING TRUST AND ZAYO GROUP, LLC REGARDING SETTLEMENT OF CLAIMS**

The undersigned counsel hereby certifies that:

1. On January 16, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") commenced voluntary chapter 11 cases in this Court.

2. On May 31, 2023, Zayo Group, LLC (the "Claimant") filed *Zayo Group, LLC's Request for Allowance and Payment of Chapter 11 Administrative Expenses* (the "Administrative Expense Request"), asserting a claim for an administrative expense in the amount of $203,610.20 against Debtor GigaMonster Networks, LLC for alleged post-petition services rendered.

3. On August 30, 2024, the Court entered an order [Docket No. 889] confirming the *Combined Disclosure Statement and Joint Plan of Liquidation of GigaMonster Networks LLC and its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* attached as Exhibit A thereto (the "Plan"), which became effective on September 16, 2024. Pursuant to the Plan, Rian Branning (the "Liquidating Trustee" and together with the Claimant, the "Parties") was appointed as Liquidating Trustee of the GigaMonster Networks Liquidating Trust. The Liquidating Trustee is the successor-

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

in-interest to, and the representative of, the Debtors' estates for the retention, enforcement, settlement, or adjustment of all claims and rights, known and unknown, and all interests belonging to the Debtors or their estates that arose prior to the effective date of the Plan.

4. On June 29, 2023, the Debtors filed the *Debtors' Objection to Zayo Group, LLC's Request for Allowance and Payment of Chapter 11 Administrative Expenses* [Docket No. 429] (the "Objection"), which objected to the Administrative Expense Request in its entirety. The hearing on the Administrative Expense Request was adjourned so that the Parties could investigate further and discuss a resolution.

5. The Parties have met and conferred regarding the Administrative Expense Request and the Objection, and the Parties now desire to enter into the Stipulation to avoid the burden and expense associated with litigation and further accounting related to the Administrative Expense Request and any other claims between the Parties.

*[Remainder of Page Intentionally Left Blank]*

6. A proposed order approving the Stipulation is attached hereto as **Exhibit A**. The Stipulation is attached as Exhibit 1 to the proposed order.

7. The Parties respectfully request entry of the proposed order at the Court's earliest convenience.

Dated:  November 24, 2025                    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
James E. O'Neill (DE Bar No. 4042)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
           dbertenthal@pszjlaw.com
           joneill@pszjlaw.com
           tcairns@pszjlaw.com

*Counsel for the Liquidating Trustee*