**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GIGAMONSTER NETWORKS, LLC, *et al.*,[1] | ) | Case No. 23-10051 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON DECEMBER 3, 2025 AT 1:00 P.M. (PREVAILING EASTERN
TIME) BEFORE THE HONORABLE J. KATE STICKLES IN THE
UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801**

**THIS HEARING WILL BE CONDUCTED IN PERSON.**

**All participants at an in-person hearing are required to attend in person, except that remote participation at an in-person hearing is permitted in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) other extenuating circumstances that warrant remote participation as may be determined by the Court.**

**To attend this hearing remotely, please register using the eCourt Appearance tool at https://www.deb.uscourts.gov/ecourt-appearances**

**The deadline to register for remote attendance is 4:00 p.m. (prevailing Eastern Time) the business day before the hearing.  An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.  Please do not contact the Court to confirm registration.**

---

[1]    The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: GigaMonster Networks, LLC (2854); Gigasphere Holdings LLC (0250); GigaMonster, LLC (3014); Fibersphere Communications LLC (0163); and Fibersphere Communications of California LLC (5088). The Debtors' business address is 350 Franklin Gateway, Suite 300, Marietta, GA 30067.

**RESOLVED MATTERS**

1.     Zayo Group, LLC's Request for Allowance and Payment of Chapter 11 Administrative Expenses [Filed: 5/31/23] (Docket No. 393)

Response Deadline: June 15, 2023 at 4:00 p.m. (ET)

Responses Received:

   A.     Debtors' Objection to Zayo Group, LLC's Request for Allowance and Payment of Chapter 11 Administrative Expenses [Filed: 6/29/23] (Docket No. 429)

Related Documents:

   A.     Re-Notice of Zayo Group, LLC's Request for Allowance and Payment of Chapter 11 Administrative Expenses [Filed: 11/3/25] (Docket No. 1025)

   B.     Certification of Counsel Submitting Order Approving Stipulation By and Among GigaMonster Networks Liquidating Trust and Zayo Group, LLC Regarding Settlement of Claims [Filed: 11/24/25] (Docket No. 1031)

   C.     [Signed] Order Approving Stipulation By and Among GigaMonster Networks Liquidating Trust and Zayo Group, LLC Regarding Settlement of Claims [Filed: 11/25/25] (Docket No. 1032)

Status:  The order has been entered.  No hearing will be necessary.

2.     Liquidating Trustee's Second Motion to Extend Deadline to Object to Claims [Filed 11/5/25] (Docket No. 1026)

Response Deadline: November 20, 2025 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

   A.     Certification of No Objection Regarding Liquidating Trustee's Second Motion to Extend Deadline to Object to Claims [Filed 11/21/25] (Docket No. 1029)

   B.     [Signed] Order Granting Liquidating Trustee's Second Motion to Extend Deadline to Object to Claims [Filed: 11/21/25] (Docket No. 1030)

Status:  The order has been entered.  No hearing will be necessary.

**MATTERS UNDER CERTIFICATION OF COUNSEL OR CNO**

3.    Liquidating Trustee's Fourth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims) [Filed: 10/27/25] (Docket No. 1020)

Response Deadline: November 17, 2025 at 4:00 p.m. (ET); extended with respect to William K. Dodd to November 24, 2025.

Responses Received:

A.    Informal Response of William K. Dodd

Related Documents:

A.    Certification of Counsel Regarding Liquidating Trustee's Fourth Omnibus Objection (Substantive) to Certain Claims (No Liability Claims) [Filed 12/1/25] (Docket No. 1034)

Status:  A certification of counsel has been filed with a revised order/schedule that removes the claim of William K. Dodd, which will be addressed by separate stipulation. No hearing is necessary, unless the Court has any questions.

**ADJOURNED MATTERS**

4.    Debtors' First Omnibus Objection (Substantive) to Certain Claims (No Liability Claims; Reduce Claims; Reclassify Claims) [Filed: 3/18/24] (Docket No. 705)

Response Deadline: April 1, 2024 at 4:00 p.m. (ET); extended with respect to William K. Dodd to November 24, 2025.

Responses Received:

A.    Informal Response of William K. Dodd

Related Documents:

A.    Notice of Submission of Proof of Claim in Connection with the Debtors' First Omnibus Objection (Substantive) to Certain Claims (No Liability Claims; Reduce Claims; Reclassify Claims) [Filed 4/3/24] (Docket No. 729)

B.    Certification of Counsel Regarding Debtors' First Omnibus Objection (Substantive) to Certain Claims (No Liability Claims; Reduce Claims; Reclassify Claims) [Filed 6/13/24] (Docket No. 790)

C.    [Signed] Order Sustaining Debtors' First Omnibus Objection (Substantive) To Certain Claims (No Liability Claims; Reduce Claims; Reclassify Claims)

[Entered 6/14/24] ([Docket No. 791](#))

D.  Re-Notice of Debtors' First Omnibus Objection (Substantive) to Certain Claims (No Liability Claims; Reduce Claims; Reclassify Claims) Regarding Claim No. 155 Filed by William Dodd [Filed 11/3/25] ([Docket No. 1024](#))

Status:  This matter has been adjourned to a date to be determined while the Liquidating Trustee and William K. Dodd negotiate the terms of a stipulation regarding William K. Dodd's claim (Claim No. 155).  This matter was re-noticed solely with respect to William K. Dodd's claim (Claim No. 155).  All other claims subject to the First Omnibus Objection have been resolved by prior order or agreement.

Dated:  December 1, 2025          **PACHULSKI STANG ZIEHL & JONES LLP**

                                        */s/ Peter J. Keane*
                                        Laura Davis Jones (DE Bar No. 2436)
                                        David M. Bertenthal (CA Bar No. 167624)
                                        Timothy P. Cairns (DE Bar No. 4228)
                                        Peter J. Keane (DE Bar No. 5503)
                                        919 North Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, Delaware  19899 (Courier 19801)
                                        Telephone:  (302) 652-4100
                                        Facsimile:   (302) 652-4400
                                        Email:  ljones@pszjlaw.com
                                                dbertenthal@pszjlaw.com
                                                tcairns@pszjlaw.com
                                                pkeane@pszjlaw.com

                                        *Counsel for the Liquidating Trustee*